UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| DAVID AGOADO, LEEANN MCNALLY, CRAIG MOORE, CHRIS PIERRE, THOMAS SHARKEY, and DOREEN VAZQUEZ, individually and on behalf of all others similarly situated,<br><br>                         Plaintiffs,<br><br>v.<br><br>MIDLAND FUNDING, LLC, MIDLAND FUNDING, LLC DBA IN NEW YORK AS MIDLANDFUNDING OF DELAWARE, LLC, and MIDLAND CREDIT MANAGEMENT, INC.,<br><br>                         Defendants. | Index No.: 14-cv-00018-JMA-AKT<br><br>**FILED**<br>IN CLERK'S OFFICE<br>U.S. DISTRICT COURT E.D.N.Y.<br><br>★   **MAR 01 2016**   ★<br><br>LONG ISLAND OFFICE<br><br>**FILED VIA ECF** |

## STIPULATION AND [~~PROPOSED~~] ORDER TO AMEND CAPTION

WHEREAS Plaintiffs David Agoado, LeeAnn McNally (formerly Derosa), Craig Moore, Chris Pierre, Thomas Sharkey, and Doreen Vazquez ("Plaintiffs"), and terminated plaintiff Madge Shipman, filed their Second Amended Complaint (the "SAC") in the above-captioned action on August 19, 2014 (Dkt. No. 45);

WHEREAS Defendants Rubin & Rothman, LLC, Forster & Garbus LLP, Cohen & Slamowitz, LLP, and Pressler and Pressler LLP (the "Attorney Defendants") were named as Defendants in the allegations of the SAC, but the Attorney Defendants' names were inadvertently omitted from the caption;

WHEREAS during the Motion Hearing/Status Conference in the above-captioned action held on December 10, 2015, Judge Tomlinson observed that the SAC's caption does not include the Attorney Defendants, and that as a result, the Attorney Defendants are listed on the case docket as "terminated" parties by the Clerk's Office;

1

WHERAS, by the Civil Conference Minute Order dated December 23, 2015 (the "Civil Conference Minute Order") (Dkt. No. 106), and by the Court's Order dated January 25, 2016 (Dkt. No. 111), Judge Tomlinson instructed Plaintiffs' counsel to address the issue;

WHEREAS on January 5, 2016, this Court So-Ordered the voluntary dismissal of Plaintiff Madge Shipman (Dkt. No. 107);

IT IS HEREBY STIPULATED AND AGREED by and between the parties below and/or their respective counsel that the caption of this action be amended to add Defendants Rubin & Rothman, LLC, Forster & Garbus LLP, Cohen & Slamowitz, LLP, and Pressler and Pressler LLP, without prejudice to any of the proceedings had herein or to be had herein, as follows:

```
DAVID AGOADO, LEEANN MCNALLY, CRAIG        )
MOORE, CHRIS PIERRE, THOMAS SHARKEY,       )
and DOREEN VAZQUEZ, individually and       )
on behalf of all others similarly situated,)
                                           )
                            Plaintiffs,    )
                                           )
        v.                                 )
                                           )
MIDLAND FUNDING, LLC, MIDLAND              )
FUNDING, LLC DBA IN NEW YORK AS            )
MIDLANDFUNDING OF DELAWARE, LLC,           )
MIDLAND CREDIT MANAGEMENT, INC.,           )
RUBIN & ROTHMAN, LLC, FORSTER & GARBUS )
LLP, COHEN & SLAMOWITZ, LLP, and           )
PRESSLER AND PRESSLER LLP                  )
                                           )
                            Defendants.    )
                                           )
```

2

Dated: New York, New York
February 4, 2016

STIPULATED AND AGREED:

**FRANK LLP**
 /s/ Gregory A. Frank
Gregory A. Frank (GF 0207)
Marvin L. Frank (MF 1436)
Jay P. Saltzman (JS 7335)
Bridget V. Hamill (BH 0207)
275 Madison Avenue, Suite 705
New York, New York 10016
Tel: (212) 682-1853
Fax: (212) 682-1892

**BIANCO, BYRNES & FINKEL, LLP**
 /s/ Alan Finkel
5036 Jericho Turnpike, Suite 2018
Commack, New York 11725
Tel: (631) 462-4911
Fax: (631) 462-4922
*Attorneys for Plaintiffs*

**MARSHALL DENNEHEY WARNER COLEMAN & GOGGIN**
 /s/ Andrew M. Schwartz
Andrew M. Schwartz
2000 Market Street, Suite 2300
Philadelphia, PA 19103
Tel: (215) 575-2765

Matthew B. Johnson
88 Pine Street, 21st Floor
New York, New York 10005
Tel: (212) 376-6400
Fax: (212) 376-6490
*Attorneys for the Midland Defendants*

**RUBIN & ROTHMAN LLC**
 /s/ Robert Arleo
Robert Arleo
1787 Veterans Highway, Suite 32
Islandia, New York 11749
Tel: (631) 234-1500
Fax: (631) 234-1138
*Attorneys for Rubin & Rothman LLC*

**DAVIDSON FINK LLP**
 /s/ Glenn Fjermedal
Glenn Fjermedal
28 East Main Street, Suite 1700
Rochester, NY 14614
Tel: (585) 546-6448
Fax: (585) 546-8125
*Attorneys for Forster & Garbus LLC*

**WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP**
 /s/ Joseph Francoeur
Joseph Francoeur
150 E 42nd Street
New York, NY 10017
*Attorneys for Cohen & Slamowitz, LLP*

**PRESSLER & PRESSLER LLP**
 /s/ Mitchell L. Williamson
Mitchell L. Williamson
7 Entin Road
Parsippany, New Jersey 07054
Tel: (973) 753-5100
Fax: (973) 753-5354
*Attorneys for Pressler & Pressler LLP*

**IT IS SO ORDERED.**
Entered this 1st day of March, 2016

s/ Joan M. Azrack
Hon. Joan M. Azrack, U.S.D.J.

3