# CIVIL CAUSE FOR PREMOTION CONFERENCE

BEFORE: JOAN M. AZRACK, U.S.D.J.
DATE:  6/14/2016          TIME:   2:30 PM          TIME IN COURT: 35 min

CASE: **CV 14-18 (JMA)(AKT)**  Italiano et al v. Midland Funding LLC et al

APPEARANCES:    For Plaintiff: Alan Finkel, Greg Frank

For Defendant:  Andrew Schwartz (Midland dfts); Joseph Francoeur (Cohen & Slamowitz);  Robert Arleo (Rubin & Rothman); Michael Peters (Pressler & Presler); Glen Fjermedal (Forster & Garbus)

FTR:   2:42-3:17

**FILED**
**CLERK**

6/14/2016 3:23 pm

**U.S. DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
**LONG ISLAND OFFICE**

☒ Case called.
☒ Counsel present for all sides.
☒ Briefing schedule set.
  Moving papers served by: 9/2/2016
  Response: 12/9/2016
  Reply: 1/13/2017
  - Moving party is responsible for filing the fully briefed motion on ECF and providing courtesy copies to Chambers.
☐ Case to be referred to the Magistrate Judge for
☐ Jury selection and trial scheduled on
☐ Next conference scheduled on
☐ Other: