# Ex. M-J(a)

Fax sent to Cohen & Slamowitz

**STAPLES** **copy&print**center

## Complimentary Self-Serve Fax Cover Sheet

To: Carolyn Ford

Fax #: 516   908-7993

Date: 5-22-12

From: D. Agrado

Phone #: 516 212-2956

Reply Fax #:

Number of Pages (Including Cover):

Urgent ☒   Confidential ☐   Confirm Receipt ☐

6

### We'll do it right the first time — guaranteed.

Black & white copies • Color copies • Custom printing • Binding • Folding • Wide-format copying • Custom stamps • UPS shipping and more



**that was easy:**

S&S000133

PENGAD 800-631-6989

EXHIBIT
Agrado
5
9/11/2015



Attn.

Carolyn Ford

C & S File #        C & S File

C499687   C499583

Elizabeth Agvedo
516   312-3956
Please Leave Message

S&S000134

S&S000135

C+S file#
C 499687

C+S file#
C499583

To Whom It May Concern,
(Attn: Carolyn Ford)

I give my sister Elizabeth Agosdo permission to speak on my behalf in all matters pertaining to this collection.

My sole income is social security see enclosed SSA 1099 forms. I am in jeopardy of losing my home & seeking assistance through modification. My wife Lisa has metastatic stage IV breast cancer and there are small children in the home.

I don't even have recollection of these bills! My sister is willing to cover the costs of bankruptcy which appears to be my only option. She has offered you the amt. she would have to pay for bankruptcy. She has told me you are unwilling to work w/ her. I have no income, no savings, losing home and a very dire ill wife.

Sincerely D. Agosdo

**FORM SSA-1099 – SOCIAL SECURITY BENEFIT STATEMENT**

**2011** • PART OF YOUR SOCIAL SECURITY BENEFITS SHOWN IN BOX 5 MAY BE TAXABLE INCOME. • SEE THE REVERSE FOR MORE INFORMATION.

| | | |
|---|---|---|
| Box 1. Name: A[redacted] A A[redacted] | | Box 2. Beneficiary's Social Security Number: [redacted]2365 |
| Box 3. Benefits Paid in 2011: $3,684.00 | Box 4. Benefits Repaid to SSA in 2011: NONE | Box 5. Net Benefits for 2011 (Box 3 minus Box 4): $3,684.00 |

DESCRIPTION OF AMOUNT IN BOX 3
Paid by check or direct deposit $3,684.00
Benefits for 2011 $3,684.00

DESCRIPTION OF AMOUNT IN BOX 4
NONE

Box 6. Voluntary Federal Income Tax Withheld
NONE

Box 7. Address
DAVID AGOADO FOR
A[redacted] A A[redacted]
1203 AUGUST RD
NORTH BABYLON NY 11703-1903

Box 8. Claim Number (Use this number if you need to contact SSA)
[redacted]

Form SSA-1099-SM (1-2012) DO NOT RETURN THIS FORM TO SSA OR IRS

SOCIAL SECURITY ADMINISTRATION
OFFICE OF CENTRAL OPERATIONS
1500 WOODLAWN DRIVE
BALTIMORE MD 21241-1500
OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE, $300

C
M03
1

FIRST-CLASS MAIL PRESORTED POSTAGE AND FEES PAID SOCIAL SECURITY ADMINISTRATION PERMIT NO. G-11

DAVID AGOADO FOR
A[redacted] A A[redacted]
1203 AUGUST RD
NORTH BABYLON NY 11703-1903

Form SSA-1099-SM (1-2012)

KEEP THIS FORM FOR PROOF OF SOCIAL SECURITY BENEFITS
VISIT OUR WEBSITE WWW.SOCIALSECURITY.GOV

IMPORTANT: TAX INFORMATION ENCLOSED

**FORM SSA-1099 – SOCIAL SECURITY BENEFIT STATEMENT**

**2011** • PART OF YOUR SOCIAL SECURITY BENEFITS SHOWN IN BOX 5 MAY BE TAXABLE INCOME. • SEE THE REVERSE FOR MORE INFORMATION.

| | | |
|---|---|---|
| Box 1. Name: M[redacted] A A[redacted] | | Box 2. Beneficiary's Social Security Number: [redacted]5336 |
| Box 3. Benefits Paid in 2011: $3,684.00 | Box 4. Benefits Repaid to SSA in 2011: NONE | Box 5. Net Benefits for 2011 (Box 3 minus Box 4): $3,684.00 |

DESCRIPTION OF AMOUNT IN BOX 3
Paid by check or Direct Deposit $3,684.00
Benefits for 2011 $3,684.00

DESCRIPTION OF AMOUNT IN BOX 4
NONE

Box 6. Voluntary Federal Income Tax Withheld
NONE

Box 7. Address
DAVID AGOADO FOR
M[redacted] A A[redacted]
1203 AUGUST RD
NORTH BABYLON NY 11703-1903

Box 8. Claim Number (Use this number if you need to contact SSA)
[redacted]

Form SSA-1099-SM (1-2012) DO NOT RETURN THIS FORM TO SSA OR IRS

SOCIAL SECURITY ADMINISTRATION
OFFICE OF CENTRAL OPERATIONS
1500 WOODLAWN DRIVE
BALTIMORE MD 21241-1500
OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE, $300

C
M03
1

FIRST-CLASS MAIL PRESORTED POSTAGE AND FEES PAID SOCIAL SECURITY ADMINISTRATION PERMIT NO. G-11

DAVID AGOADO FOR
M[redacted] A A[redacted]
1203 AUGUST RD
NORTH BABYLON NY 11703-1903

SSA-1099-SM (1-2012)

KEEP THIS FORM FOR PROOF OF SOCIAL SECURITY BENEFITS
VISIT OUR WEBSITE WWW.SOCIALSECURITY.GOV

IMPORTANT: TAX INFORMATION ENCLOSED

LIFT TO OPEN

S&S000136

# FORM SSA-1099 – SOCIAL SECURITY BENEFIT STATEMENT

**2011**
- PART OF YOUR SOCIAL SECURITY BENEFITS SHOWN IN BOX 5 MAY BE TAXABLE INCOME.
- SEE THE REVERSE FOR MORE INFORMATION.

| Box 1. Name | | Box 2. Beneficiary's Social Security Number |
|---|---|---|
| DAVID J AGOADO | | [redacted]2108 |
| **Box 3. Benefits Paid in 2011** | **Box 4. Benefits Repaid to SSA in 2011** | **Box 5. Net Benefits for 2011** *(Box 3 minus Box 4)* |
| $14,742.00 | NONE | $14,742.00 |

DESCRIPTION OF AMOUNT IN BOX 3

| | |
|---|---|
| Paid by check or direct deposit | $13,584.00 |
| Medicare Part B premiums deducted from your benefits | $1,158.00 |
| Total Additions | $14,742.00 |
| Benefits for 2011 | $14,742.00 |

DESCRIPTION OF AMOUNT IN BOX 4

NONE

Box 6. Voluntary Federal Income Tax Withheld

NONE

Box 7. Address

DAVID J AGOADO
1203 AUGUST RD
NORTH BABYLON NY 11703-1903

Box 8. Claim Number *(Use this number if you need to contact SSA.)*

[redacted]

Form SSA-1099-SM (1-2012) DO NOT RETURN THIS FORM TO SSA OR IRS

SOCIAL SECURITY ADMINISTRATION
OFFICE OF CENTRAL OPERATIONS
1500 WOODLAWN DRIVE
BALTIMORE MD 21241-1500
OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE, $300

C
M03
1

FIRST-CLASS MAIL
PRESORTED
POSTAGE AND FEES PAID
SOCIAL SECURITY
ADMINISTRATION
PERMIT NO. G-11

DAVID J AGOADO
1203 AUGUST RD
NORTH BABYLON NY 11703-1903

Form SSA-1099-SM (1-2012)

GPO U.S. GOVERNMENT PRINTING OFFICE: 2012-365-697/00009

Printed on recycled paper

VISIT OUR WEBSITE WWW.SOCIALSECURITY.GOV

KEEP THIS FORM FOR PROOF OF SOCIAL SECURITY BENEFITS

IMPORTANT: TAX INFORMATION ENCLOSED

0316-479-08

LIFT TO OPEN

S&S000137

