# Ex. M-J(d)

Affidavit in support of motion for default judgment executed by Jankowski

## AFFIDAVIT OF SALE OF INDIVIDUAL ACCOUNT

STATE OF FLORIDA
COUNTY OF HILLSBOROUGH

Under oath, Amelita Jankowski states:

1. My name is Amelita Jankowski . I am Vice President and Assistant Secretary, Administrative Services Division of Household Finance Corporation III (identified in this Affidavit as "HSBC"). I am over the age of eighteen and authorized to make this Affidavit on its behalf. The facts stated herein are based upon my personal knowledge from my review of business records of HSBC and are true and correct. If called as a witness, I can testify competently to the facts contained herein. As part of my regular job duties, I have custody of and routinely review the account records made and maintained by HSBC in the ordinary course of its business.

2. On or about 8/24/2011 , HSBC sold the account numbered *************8468 now assigned account number *************5291 in the name of David Agoado with a balance of $11,428.90 (identified in this Affidavit as the "Sold Account") by a Purchase and Sale Agreement and a Bill of Sale to Midland Funding LLC (identified in this Affidavit as the "Debt Buyer"). As part of the sale of the Sold Account, certain of HSBC's records relating to individual Sold Account were transferred to the Debt Buyer. Those records were made and/or recorded as part of the regular course of business of HSBC at or near the time of the acts, events, conditions or methods recorded. Because of the sale of the Sold Account, HSBC acknowledges that Debt Buyer became the owner of the Sold Account on the date of sale.

Dated: 6/4/14

_____
Signature of Affiant Identified Above

City/County of Hillsborough
State of Florida

The foregoing instrument was subscribed and sworn before me this 4 of June, 2014 by

_____
Name of Affiant: Amelita Jankowski

_____
Notary Public

Notary Public State of Florida
Richard M Carlson
My Commission FF 021860
Expires 07/26/2017

Notary registration number: FF081860

My commission expires: 07/26/2017



EXHIBIT
AGOADO
5
9/11/2015

HIGHLY RESTRICTED - 5997832v.41 Asset Sale (Aff.-Account (CML))

S&S000096

## CERTIFICATE OF CONFORMITY

I,     Torrey Taylor     , an attorney-at-law admitted to practice in the State of Florida, certify that the foregoing document was notarized by Richard M. Carken, a notary public in the State of Florida, in conformity with the laws of the State of Florida.

IN WITNESS WHEREOF, I have hereunto set my signature, on  6-4-13 .

_____
Torrey Taylor /00053

Midland Funding LLC
8/24/2011      5291Ago

HIGHLY RESTRICTED - 6016742v.5

S&S000097