# Ex. M-J(e)

Default judgment entered against
Plaintiff Agoado on Chase Account

```
       FIRST DISTRICT COURT CIVIL JUDGMENT      CEC 12-0000767( )
-----------------------------------------------|------------------------------
MIDLAND FUNDING LLC                            | JUDGMENT AWARDED:
                                               | DEFAULT JUDGMENT
                                               | AMOUNT AWARDED............  $ 7985.20
                                               | INTEREST FROM..11-27-2011.. $  541.46
                                               | ATTORNEYS FEES............. $     .00
                              VS               | TOTAL DAMAGES.............. $ 8526.66
                                               | COSTS BY STATUTE.$   50.00*-----------
AGOADO, DAVID,                                 | FILING FEE.......$  140.00 * REMARKS *
                                               | SHERIFFS FEE.....$   68.28 PROSPECTIVE
                                               | SERVICE FEE......$   30.00 FEES
                                               | TRANS/FILING FEE.$   16.00 INCLUDED
                                               | NOTICE OF TRIAL..$     .00 IN COSTS
                                               | NON MILITARY FEE.$     .00
                                               | OTHER COSTS......$     .00 *-----------
                                               | TOTAL COSTS................ $  304.28
                                               | JUDGMENT TOTAL............. $ 8830.94
-------------------------------------------------------------------------------
NOW ON MOTION OF:ATTORNEY FOR THE PLAINTIFF/CREDITOR
  COHEN & SLAMOWITZ, LLP
  P.O. BOX 9004 199 CROSSWAYS PARK DR.
  WOODBURY, NY 11797-9004       PHONE #  516-364-6006

                              DEFENDANT/DEBTOR & ADDRESS
AGOADO, DAVID

1203 AUGUST RD,
NORTH BABYLON, NY  11703-


                              PLAINTIFF/CREDITOR & ADDRESS
MIDLAND FUNDING LLC

8875 AERO DRIVE, STE 200
SAN DIEGO, CA  92123-


JUDGMENT RENDERED & DOCKETED AT THE FIRST DISTRICT COURT OF SUFFOLK COUNTY,
IN THE STATE OF NEW YORK, ON 08-28-2012 AT 11:30 FOR THE AMOUNT STATED BELOW

    DAMAGES         $ 8526.66
    COSTS           $  304.28                  LISA MCCASLIN, COURT CLERK
    JUDGMENT TOTAL  $ 8830.94

                         | TRANSCRIPT OF JUDGMENT |
I, THE UNDERSIGNED CLERK OF THE  FIRST DISTRICT COURT OF SUFFOLK COUNTY, HELD AT RONKONKOMA,
IN THE STATE OF NEW YORK, DO HEREBY CERTIFY THAT THE ABOVE IS A CORRECT TRANSCRIPT OF THE
JUDGMENT DOCKETED AND NOTED ABOVE. I FURTHER CERTIFY THAT ALL DEFENDANTS, AND/OR DEBTORS, HAVE
BEEN SUMMONED, PROOF OF WHICH IS FILED WITH THE ABOVE REFERENCED COURT.  IN TESTIMONY WHEREOF,
I HAVE HEREUNTO SET MY NAME AND AFFIXED MY OFFICIAL SEAL ON THIS DATE:   08-28-2012

                                               LISA MCCASLIN, COURT CLERK


**** TRANSCRIPT MUST BE SIGNED WITH AN ORIGINAL SIGNATURE AND AFFIXED WITH
THE COURT SEAL TO VALIDATE THE TRANSCRIPT FOR FILING WITH COUNTY CLERK.****
          **********DO NOT MAKE ANY CHANGES TO THIS DOCUMENT**********
```

EXHIBIT
AGOADO
10
9/11/2015

S&S000037