# Ex. M-K(a)

Letter from Forster & Garbus to McNally

PO Box 532
Fort Mill, SC 29716-0532
.P148542655334DGI.

4 7 00000434 A
945879

**PERSONAL & CONFIDENTIAL**

December 19, 2011

**FORSTER & GARBUS LLP**
*A NEW YORK LAW FIRM*

RONALD FORSTER - Adm. in NY Only
MARK A. GARBUS - Adm. in NY Only
EDWARD J. DAMSKY - Adm. in NY Only
GLENN S. GARBUS - Adm. in NY, NJ & CT
JOEL D. LEIDERMAN - Adm. in NY Only

ANNETTE T. ALTMAN - Adm in NY Only
RONALD J. FERRARO - Adm in NY Only
MICHAEL J. FLORIO - Adm in NY Only
AMY GAVLIK - Adm in NY Only
TESS E. GUNTHER - Adm in NY & CT
EDWARD C. KLEIN - Adm in NY Only
KEVIN M. KNAB - Adm in NY Only
MICHAEL S. LEINOFF - Adm in NY Only
JAMES J. TIERNEY - Adm in NY Only

BALANCE DUE as of December 19, 2011 ▶ $6,661.60
Reference Number ▶ P148542655334
Account Number ▶ 8542655334

Re ▶ MIDLAND FUNDING LLC
A/P/O BENEFICIAL

1-631-393-9400
1-877-709-6883 Ext. 219
Representative Name: MS LOGAN
Monday thru Thursday 8:00AM – 9:00PM EST
Friday 8:00AM – 5:00PM EST

LEEANN DEROSA
151 HILARY ST
OAKDALE NY 11769-1807

Dear Leeann Derosa,

Your account has been placed with this office for collection. If this account is not disputed, we shall expect your payment in full.

At this time, no attorney with this firm has personally reviewed the particular circumstances of your account.

Unless you notify this office within 30 days after receiving this notice that you dispute the validity of this debt or any portion thereof, this office will assume this debt is valid. If you notify this office in writing within 30 days from receiving this notice that you dispute the validity of this debt or any portion thereof, this office will obtain verification of the debt or obtain a copy of a judgment and mail you a copy of such judgment or verification. If you request this office in writing within 30 days after receiving this notice, this office will provide you with the name and address of the original creditor, if different from the current creditor.

Charges may subsequently accrue to this account; therefore, the amount due on the day you pay may be greater. (Please note that we are required, under Federal Law, to advise you that we are debt collectors and any information we obtain will be used in attempting to collect this debt.)

NYC Dept. of Consumer Affairs #1259596.

Please mail all correspondence and payments to the address listed below.

Office Location: 60 Motor Parkway
Commack, NY 11725-5710
**PLEASE CONTACT OUR OFFICE FOR INFORMATION ON LOW COST,
QUICK AND EASY TRANSFER OF FUNDS**

▼ DETACH HERE ▼

MAKE CHECK PAYABLE TO: **FORSTER & GARBUS LLP as attorneys** AND RETURN COUPON WITH PAYMENT TO PO BOX 9030, COMMACK, NY 11725-9030 IN ENCLOSED ENVELOPE

LEEANN DEROSA
151 HILARY ST
OAKDALE NY 11769-1807

BALANCE DUE as of December 19, 2011 ▶ $6,661.60
Reference Number ▶ P148542655334

Re ▶ MIDLAND FUNDING LLC
A/P/O BENEFICIAL

Rep. Code ▶ MA
Date ▶ December 19, 2011

➔ Please Note Current        BEST TIME TO CALL

Home Phone # _____ _____

Work Phone # _____ _____

Cell Phone # _____ _____

P148542655334

Forster & Garbus LLP
PO Box 9030
Commack, NY 11725-9030





EXHIBIT
mcnally 4
6/26/15 ca

FGG
F&GG.V7
945879