# Ex. M-K(c)

Affidavit of Service

**AFFIDAVIT OF SERVICE**

Index #: BAC 051240/12
Date Purchased: February 21, 2012
Date Filed: ____
Court Date: ____

**DISTRICT COURT OF THE STATE OF NEW YORK**
**COUNTY OF SUFFOLK, 1ST DISTRICT, BABYLON**

ATTORNEY(S): FORSTER & GARBUS LLP   PH: 631-393-9400
ADDRESS: 60 MOTOR PARKWAY COMMACK NY 11725 File No.: P148542655334

**EXHIBIT** McNally 6 6/24/15 CA

**MIDLAND FUNDING LLC A/P/O BENEFICIAL**

Plaintiff(s)/Petitioner(s)

vs.

**LEEANN DEROSA**

Defendant(s)/Respondent(s)

STATE OF NEW YORK, COUNTY OF NASSAU   SS.:

THOMAS STEIDEL, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in New York State. On March 3, 2012 at 12:57 PM at 151 HILARY ST, OAKDALE, NY 11769, deponent served the within **Summons and Formal Complaint**

with Index Number BAC 051240/12, and Date Purchased February 21, 2012 endorsed thereon,
on: **LEEANN DEROSA**, **Defendant** therein named.

**#1 INDIVIDUAL** [ ] By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein.

**#2 CORPORATION** [ ] By delivering to and leaving with _____ and that deponent knew the person so served to be Managing Agent of the corporation, and authorized to accept service on behalf of the corporation.

Service was made in the following manner after your deponent was unable, with due diligence, to serve the witness/defendant in person, and an attempt to locate the defendant's place of employment.

**#3 SUITABLE AGE PERSON** [X] By delivering a true copy of each to DENNIS DEROSA - FATHER a person of suitable age and discretion. Said premises is recipient's [ ] actual place of business [X] dwelling house (usual place of abode) within the state.

**#4 AFFIXING TO DOOR** [ ] By affixing a true copy of each to the door of said premises, which is recipient's: [ ] actual place of business [ ] dwelling house (place of abode) within the state.

**#5 MAIL COPY** [X] On March 5, 2012, deponent completed service under the last two sections by depositing a copy of the Summons and Formal Complaint to the above address in a 1st Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York. Certified Mail No. _____

Deponent was unable, with due diligence to find recipient or a person of suitable age and discretion, having called thereat on the ___ day of ___ at ___
on the ___ day of ___ at ___
on the ___ day of ___ at ___
on the ___ day of ___ at ___

**#6 NON-SRVC** [ ] After due search, careful inquiry and diligent attempts, I have been unable to effect process upon the person/entity being served because of the following: [ ] Unknown at Address [ ] Evading [ ] Moved left no forwarding [ ] Address does not exist [ ] Other: _____

**#7 DESCRIPTION** [X] (use with #1, 2 or 3) A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:
Sex Male   Color of skin White   Color of hair Gray   Age 51 - 65 Yrs.   Height 5' 4" - 5' 8"
Weight 131 - 160 Lbs.   Other Features: Balding

**#8 WIT. FEES** [ ] the authorized witness fee and / or traveling expenses were paid (tendered) to the recipient.

**#9 OTHER** [ ]

Sworn to before me on this 5 day of March, 2012

BARBARA A. SHURGIN
NOTARY PUBLIC, State of New York
No. 30-5004737, Qualified in Nassau County
Commission Expires November 23, 2014

STEVEN M SHURGIN
NOTARY PUBLIC, State of New York
No. 01SH6190498, Qualified in Nassau County
Commission Expires July 28, 2012

STEPHANIE GALLIGAN
NOTARY PUBLIC, State of New York
No. 01GA6190672, Qualified in Nassau County
Commission Expires July 28, 2012

THOMAS STEIDEL
Server's Lic #
Work Order # 153972

CAPITAL PROCESS SERVERS, INC. 265 POST AVENUE SUITE 150, WESTBURY, NY 11590 -TEL 516-333-6380 - FAX 516-333-6382

Agoado F&G 000006