# Ex. M-K(d)

Letter from Foster & Garbus to McNally

**FORSTER & GARBUS LLP**
*A NEW YORK LAW FIRM*

60 Motor Parkway
Commack, NY 11725-5710
.P148542655334DUW.

3 5 00000668 A
129916

ANNETTE T. ALTMAN - Adm in NY Only
PREET CHHABRA - Adm in NY Only
OLIVIA DEBELLIS - Adm in NY Only
RONALD FORSTER - Adm. in NY Only      RONALD J. FERRARO - Adm in NY Only
MARK A. GARBUS - Adm. in NY Only      MICHAEL J. FLORIO - Adm in NY Only
AMY GAVLIK - Adm in NY Only
EDWARD J. DAMSKY - Adm. in NY Only    TESS E. GUNTHER - Adm in NY & CT
JOEL D. LEIDERMAN - Adm. in NY Only   EDWARD C. KLEIN - Adm in NY Only
KEVIN M. KNAB - Adm in NY Only
MICHAEL S. LEINOFF - Adm in NY Only
JAMES J. TIERNEY - Adm in NY Only

**PERSONAL & CONFIDENTIAL**


May 23, 2012

BALANCE DUE as of May 23, 2012 ▸ $7,081.93
Reference Number ▸ P148542655334
Account Number ▸ 8542655334

Re ▸ **MIDLAND FUNDING LLC**
**AS PURCHASER OF AN ACCOUNT ORIGINALLY OWNED BY BENEFICIAL**

1-631-393-9544
1-800-245-9943 Ext. 544
**Representative Name: MS SOTO**
Monday thru Thursday 8:00AM – 9:00PM EST
Friday 8:00AM – 5:00PM EST

LEEANN DEROSA
151 HILARY ST
OAKDALE NY 11769-1807

Dear Leeann Derosa,

A judgment has been sent to court for entry in the above matter.

If you wish to make some arrangement - and avoid a possible execution after entry of this judgment - contact this office. Otherwise we will proceed accordingly.

Interest may subsequently accrue to this account; therefore, the amount due on the day you pay may be greater. Please note that we are required, under federal law, to advise you that we are debt collectors and any information we obtain will be used in attempting to collect this debt.

Forster & Garbus LLP NYC Dept. of Consumer Affairs #1259596.



EXHIBIT
McNally 9
6/26/15 Ca

▲ DETACH HERE ▲

Office Location: 60 Motor Parkway
Commack, NY 11725-5710

MAKE CHECK PAYABLE TO: **FORSTER & GARBUS LLP as attorneys** AND RETURN COUPON WITH PAYMENT TO PO BOX 9030, COMMACK, NY 11725-9030 IN ENCLOSED ENVELOPE

LEEANN DEROSA
151 HILARY ST
OAKDALE NY 11769-1807

BALANCE DUE as of May 23, 2012 ▸ $7,081.93
Reference Number ▸ P148542655334

Re ▸ **MIDLAND FUNDING LLC**
**AS PURCHASER OF AN ACCOUNT ORIGINALLY OWNED BY BENEFICIAL**
Rep. Code ▸ MH
Date ▸ May 23, 2012

➔ Please Note Current          BEST TIME TO CALL

Home Phone # _____ _____

Work Phone # _____ _____

Cell Phone # _____ _____

P148542655334

Forster & Garbus LLP
PO Box 9030
Commack, NY 11725-9030

FGU
F&GU.V4
129916

Agoado-F&G-000007