# Ex. M-K(f)

Letter from Forster & Garbus to McNally

Case 2:14-cv-00018-WFK-ST   Document 325-7   Filed 02/11/22   Page 2 of 2 PageID #: 10886



60 Motor Parkway
Commack, NY 11725-5710
.P148542655334D57.

4 9 00000888 A
139239

**FORSTER & GARBUS LLP**
*A NEW YORK LAW FIRM*

ANNETTE T. ALTMAN - Adm in NY Only
RONALD FORSTER - Adm. in NY Only       PREET CHHABRA - Adm in NY Only
MARK A. GARBUS - Adm. in NY Only        OLIVIA DEBELLIS - Adm in NY Only
                                         RONALD J. FERRARO - Adm in NY Only
EDWARD J. DAMSKY - Adm. in NY Only     MICHAEL J. FLORIO - Adm in NY Only
JOEL D. LEIDERMAN - Adm. in NY Only     AMY GAVLIK - Adm in NY Only
                                         TESS E. GUNTHER - Adm in NY & CT
                                         EDWARD C. KLEIN - Adm in NY Only
                                         KEVIN M. KNAB - Adm in NY Only
                                         MICHAEL S. LEINOFF - Adm in NY Only
                                         JAMES J. TIERNEY - Adm in NY Only

**PERSONAL & CONFIDENTIAL**

June 13, 2012

BALANCE DUE as of June 13, 2012 $7,241.33
Reference Number ▸ P148542655334
Account Number ▸ XXXXXX5334
Re ▸ **MIDLAND FUNDING LLC**
AS PURCHASER OF AN ACCOUNT ORIGINALLY OWNED BY BENEFICIAL
1-631-393-9544
1-800-245-9943 Ext. 544
Representative Name: MS SOTO
Monday thru Thursday 8:00AM – 9:00PM EST
Friday 8:00AM – 5:00PM EST

LEEANN DEROSA
151 HILARY ST
OAKDALE NY 11769-1807

Dear Leeann Derosa,

We are in the process of searching for assets to satisfy the judgment against you.

Once these assets are located, it may become necessary to send the judgment to a Sheriff for execution against said assets, unless we can make a satisfactory arrangement to resolve this matter.

To avoid this, it is important that you contact this office to arrange to pay said judgment.

Interest may subsequently accrue to this account; therefore, the amount due on the day you pay may be greater. Please note that we are required, under federal law, to advise you that we are debt collectors and any information we obtain will be used in attempting to collect this debt.

Forster & Garbus LLP NYC Dept. of Consumer Affairs #1259596.



EXHIBIT
McNally 11
6/26/15 /w

▲ DETACH HERE ▲

Office Location:   60 Motor Parkway
                   Commack, NY 11725-5710

MAKE CHECK PAYABLE TO: **FORSTER & GARBUS LLP as attorneys** AND RETURN COUPON WITH PAYMENT TO PO BOX 9030, COMMACK, NY 11725-9030 IN ENCLOSED ENVELOPE

LEEANN DEROSA
151 HILARY ST
OAKDALE NY 11769-1807

BALANCE DUE as of June 13, 2012 ▸ $7,241.33
Reference Number ▸ P148542655334
Re ▸ **MIDLAND FUNDING LLC**
AS PURCHASER OF AN ACCOUNT ORIGINALLY OWNED BY BENEFICIAL
Rep. Code ▸ MH
Date ▸ June 13, 2012

➡ Please Note Current          BEST TIME TO CALL

Home Phone # _____  _____

Work Phone # _____  _____

Cell Phone # _____  _____

P148542655334

Forster & Garbus LLP
PO Box 9030
Commack, NY 11725-9030

FG5
F&G5.V4
139239

Agoado-F&G-000012