# Ex. M-L(c)

## Affidavit of Service

**CONFIDENTIAL INFORMATION**

## FIRST DISTRICT COURT OF THE COUNTY OF SUFFOLK

### AFFIDAVIT OF SERVICE



*139021*

Index no : CEC-11 006838
Date Index Number Purchased: 07/05/2011

| PLAINTIFF(S): | MIDLAND FUNDING LLC DBA IN NEW YORK AS MIDLAND FUNDING OF DELAWARE LLC |
|---|---|
| DEFENDANT: | CRAIG MOORE |

STATE OF NEW YORK
COUNTY SUFFOLK    ss.:

MICHAEL R MAURER, the undersigned, being duly sworn, deposes and says that I was at the time of service over the age of eighteen and not a party to this action. I reside in the STATE OF NEW YORK.

On 08/05/2011 at 9:50 AM, I served the within SUMMONS AND COMPLAINT on CRAIG MOORE at 25 CRATER LAKE DR, CORAM, NY 11727 in the manner indicated below:

AFFIXED TO DOOR: By affixing a true copy of each to the door of said premises, which is recipient's usual place of abode within the state. Deponent was unable, with due diligence to find recipient or a person of suitable age and discretion, having called thereat: 07/25/2011 at 4:36 PM, 07/27/2011 at 7:31 PM, 08/05/2011 at 9:50 AM,

Pursuant to CPLR – Section 308(4) On 08/06/2011, service was completed by depositing a true copy of each document to the above address in a 1st Class postpaid properly addressed envelope not indicating that the mailing was from an attorney or concerned legal action and marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office.

Sworn to and subscribed before me on
_____8/8_____, 20 _11_
by an affiant who is personally known to
me or produced identification.

_____
NOTARY PUBLIC
My Commission Expires: _____

X _____
MICHAEL R MAURER
License#: 1303787
North American Process Serving, LLC.
2801 Wehrle Drive
Williamsville, NY 14221
716.565.0258
Atty File#: M272168

Kerry S. Dodge
Notary Public, State of New York
No. 02DO6129536
Qualified in Suffolk County
Expires June 27, 2013

*M272168*


EXHIBIT
Moore 11
7-14-15