# Ex. M-L(d)

Letter to Moore from Pressler & Pressler

**CONFIDENTIAL INFORMATION**

*PRESSLER AND PRESSLER, L.L.P.*
COUNSELLORS AT LAW
7 Entin Road
Parsippany, NJ 07054-5020
Off: (973) 753-5100
Fax: (973) 753-5353
----------
NY Office
305 Broadway
9th Floor
New York, NY 10027
Off: (516)222-7929
Fax: (973) 753-5353
Reply to [X] NJ Office [ ] NY Office

MAURICE H. PRESSLER(1930-2002)
SHELDON H. PRESSLER
-------
GERARD J. FELT
STEVEN P. MCCABE
LAWRENCE J. MCDERMOTT, JR.

MITCHELL L. WILLIAMSON
THOMAS M. BROGAN
RALPH GULKO
JOANNE L. D'AURIZIO
CHRISTOPHER P. ODOGBILI

DALE L. GELBER
CRAIG S. STILLER*
STEVEN A. LANG
DANIEL D. SULLIVAN
GINA M. LO BUE
GLEN H. CHULSKY

CARYL J. KIPNIS
DARREN H. TANAKA
MITCHELL E. ZIPKIN
MICHAEL J. PETERS
RITA E. AYOUB

----------------------------
* NY State License Only

OFFICE HOURS:
Monday-Thursday: 8am-9pm
Friday: 8am-7pm
Saturday: 9am-2pm

08/25/11

CRAIG MOORE
25 CRATER LAKE DR
CORAM, NY 11727

RE:   MIDLAND FUNDING LLC DBA IN  NEW  YORK  AS  MIDLAND  FUNDING  OF
      DELAWARE LLC  -vs-  CRAIG MOORE
      DISTRICT COURT OF THE COUNTY OF SUFFOLK
      FIRST DISTRICT : RONKONKOMA
      Index #: CEC-11 006838
      P&P FILE NO M272168
      BALANCE: 698.71

Dear  CRAIG MOORE   :

Enclosed please find a copy of the summons and  complaint  filed  with
DISTRICT COURT OF THE COUNTY OF SUFFOLK FIRST DISTRICT : RONKONKOMA .

Should you have any questions, please  feel  free  to  contact  me  at
1-888-312-8600 Ext 5141 or anyone in my department at Ext 5656.

Very truly yours,

PRESSLER and PRESSLER, LLP

Craig S. Stiller

Enclosures

THIS COMMUNICATION IS FROM A DEBT COLLECTOR.



**Pressler & Pressler, LLP document production - P&P #17**
**Agoado et al v Midland Funding LLC et al, 2:14-cv-00018-LDW-ARL, EDNY (P&P #M326572)**

## CONFIDENTIAL INFORMATION

File # M272168

### CONSUMER CREDIT TRANSACTION

DISTRICT COURT OF THE COUNTY OF SUFFOLK - FIRST DISTRICT : RONKONKOMA
----------------------------------
MIDLAND FUNDING LLC DBA IN NEW YORK
AS MIDLAND FUNDING OF DELAWARE LLC
             Plaintiff,        **Index No.** CEC-11 006838
      -Against-                     **SUMMONS**

CRAIG MOORE

                               Plaintiff's Residence Address
                               8875 AERO DRIVE  SUITE 200
                               SAN DIEGO  CA  92123

             Defendant(s).
                               The Basis of this venue
                               designated is:
                               Defendant's residence

----------------------------------
Defendant's Residence Address
      25 CRATER LAKE DR
      CORAM, NY 11727

To the above named defendant(s): YOU ARE HEREBY SUMMONED and  required
to appear in the District Court of  the  County  of  Suffolk  ,  FIRST
DISTRICT : RONKONKOMA , at the office of the clerk of the said court at
3105 VETERANS MEMORIAL HIGHWAY   RONKONKOMA NY 11779 in the County  of
SUFFOLK , State of New York, by  serving  an  answer  to  the  annexed
complaint upon plaintiff's attorney, at the address stated below, or if
there is no attorney, upon the plaintiff at the address stated  above,
within the time provided by law as noted below;

        Upon your failure to answer, judgment will be taken against you
for the relief demanded in the complaint together with  the  costs  of
this action.

Dated:  06/27/11                PRESSLER and PRESSLER, LLP
                                 Attorneys for Plaintiff
                              By:S/Mitchell E. Zipkin
                                  Mitchell E. Zipkin , Esq.

                                305 Broadway 9th Floor
                                New York, NY 10007
                                (516)222-7929
NOTE: The law or rules of law provide that:
a) If this summons is served by its  delivery  to  you  ,  or  (for  a
corporation) an agent authorized to receive service, personally within
the county of SUFFOLK , you must answer within twenty (20) days  after
such service; or
b) If this summons is  served  by  otherwise  than  as  designated  in
subdivision (a) above, you are allowed thirty days (30) days to answer
after the proof of service is filed with the Clerk of this Court.
c) You are required to file a copy of your answer  together  with  the
proof of service with the clerk of the district in which the action is
brought within ten (10) days of the service of the answer.

**CONFIDENTIAL INFORMATION**

File # M272168

DISTRICT COURT OF THE COUNTY OF SUFFOLK - FIRST DISTRICT : RONKONKOMA
------------------------------------
MIDLAND FUNDING LLC DBA IN NEW
YORK AS MIDLAND FUNDING OF
DELAWARE LLC

Plaintiff(s)     **Index No.** CEC-11 006838
-against-     **COMPLAINT**

CRAIG MOORE

Defendant(s)
------------------------------------

Plaintiff by its attorney, Pressler and Pressler, LLP complaining of the defendant(s) respectfully alleges upon information and belief as follows:

## FIRST CAUSE OF ACTION

1.  Plaintiff, MIDLAND FUNDING LLC DBA IN NEW YORK AS MIDLAND FUNDING OF DELAWARE LLC, is a limited liability company formed under the laws of the state of DE and having taken assignment of is owner of GE MONEY BANK account number 6008894762841387.
2.  Defendant(s) resides within the jurisdictional limits of this court.
3.  The defendant(s) entered into a credit card agreement account number 6008894762841387 with GE MONEY BANK wherein defendant(s) agreed to pay GE MONEY BANK all amounts charged to said account by the authorized use thereof.
4.  The agreement containing the terms and conditions governing the use of the charge account, including terms of payment was issued to defendant(s).
5.  Thereafter defendant(s) incurred charges by use of the said account in the sum of $504.03 .
6.  There is now due and owing the plaintiff , as the assignee of the account from the defendant(s) the agreed sum of $504.03 .

## SECOND CAUSE OF ACTION

7.  Plaintiff repeats, realleges and reiterates each and every allegation contained in paragraphs 1-6 as if set forth at length.
8.  Plaintiff's predecessor in interest mailed monthly statements required by the agreement to the defendant(s) thereby rendering a full just and true account of all unpaid amounts charged by the defendant(s) which are due and owing, and defendant(s) received, accepted and retained same without objection.
9.  By reason of the aforementioned, an account stated was taken and had between the plaintiff's predecessor in interest and defendant(s) for the agreed total balance of $504.03 .

**Pressler & Pressler, LLP document production - P&P #19**
**Agoado et al v Midland Funding LLC et al, 2:14-cv-00018-LDW-ARL, EDNY (P&P #M326572)**

**CONFIDENTIAL INFORMATION**

**WHEREFORE,** plaintiff demands judgment against defendant(s) on
the first cause of action for the sum of $504.03 together  with
pre-suit interest from 05/15/11 to 06/23/11 in  the  amount  of
$4.85 for a total sum of $508.88 together with accruing interest
to the date of judgment plus costs and  disbursements  of  this
action and for such further and other relief as the Court deems
just and proper and on the second cause of action for the sum of
$504.03 together with pre-suit interest from 05/15/11 to
06/23/11 in the amount of $4.85 for  a  total  sum  of  $508.88
together with accruing interest to the date  of  judgment  plus
costs and disbursements of this action and for such further and
other relief as the Court deems just and proper.

PRESSLER and PRESSLER, LLP   PRESSLER and PRESSLER, LLP
305 Broadway 9th Floor     Attorneys for Plaintiff
New York, NY 10007
(516)222-7929

             By: Mitchell E. Zipkin
             Mitchell E. Zipkin , Esq.


THIS COMMUNICATION IS FROM A DEBT COLLECTOR.