# Ex. M-L(e)

Letter to Moore from Pressler & Pressler

**CONFIDENTIAL INFORMATION**

| | | |
|---|---|---|
| MAURICE H. PRESSLER(1930-2002) | *PRESSLER AND PRESSLER, L.L.P.* | DALE L. GELBER — CARYL J. KIPNIS |
| SHELDON H. PRESSLER | COUNSELLORS AT LAW | CRAIG S. STILLER* — DARREN H. TANAKA |
| GERARD J. FELT | 7 Entin Road | STEVEN A. LANG — MITCHELL E. ZIPKIN |
| STEVEN P. MCCABE | Parsippany, NJ 07054-5020 | DANIEL B. SULLIVAN — MICHAEL J. PETERS |
| LAWRENCE J. MCDERMOTT, JR. | Off: (973) 753-5100 | GINA M. LO BUE — RITA E. AYOUB |
| | Fax: (973) 753-5353 | GLEN H. CHULSKY |
| MITCHELL L. WILLIAMSON | NY Office | * NY State License Only |
| THOMAS M. BROGAN | 305 Broadway | |
| RALPH GULKO | 9th Floor | OFFICE HOURS: |
| JOANNE L. D'AURIZIO | New York, NY 10007 | Monday-Thursday: 8am-9pm |
| CHRISTOPHER P. ODOGBILI | Off: (516)222-7929 | Friday: 8am-7pm |
| | Fax: (973)753-5353 | Saturday: 9am-2pm |
| | Reply to [X] NJ Office [ ] NY Office | |

08/25/11

CRAIG MOORE
25 CRATER LAKE DR
CORAM, NY 11727

P&P FILE #: M272168

Dear CRAIG MOORE :

You are hereby offered a significant savings on your GE MONEY BANK account 6008894762841387 now owned by MIDLAND FUNDING LLC DBA IN NEW YORK AS MIDLAND FUNDING OF DELAWARE LLC . The amount claimed by the creditor is now $698.46 . If you can make a payment of $488.92 , 70 % of the balance by Monday, September 12, 2011 , it will be accepted as settlement in full, a savings to you of $209.54 .

This will satisfy the debt the creditor is seeking. Proof that the debt has been paid will be sent to you so that you can advise the credit bureau. If you are unable to pay the 70 %, we can accept $174.62 down (25 % of the full balance) and enter into acceptable arrangements on the remaining 75 % when you call this office.

If there are any special circumstances that need to be considered or you wish to pay by phone, please call me toll free at 1-888-312-8600 Ext 5455 or anyone in my department at 5106 to discuss this matter. Mail your check payable to MIDLAND FUNDING LLC DBA IN NEW YORK AS MIDLAND FUNDING OF DELAWARE LLC , write file number M272168 and enclose in the postage paid envelope or complete the credit card authorization form at the bottom of this letter. You must act swiftly to accept these offers. **Please Note**: After September 12, 2011 this offer may be null and void. We are not obligated to renew this offer. This offer does not apply to payments or arrangements to pay made prior to this notification.

Thank you, PIERRE G - Paralegal EXT - 5455

For faster processing, pay by phone using a check, credit card (MasterCard, Visa or American Express) or debit card with a Visa or MasterCard logo. Payments can also be made on our website www.paypressler.com, or by Western Union. Please call them at 1-800-325-6000 for the nearest agent and mention code city: ( Pressler, State: NJ).

---

Name as it appears on Credit Card_____/Street # & Zip_____
Expires ____/____    Credit Card #_____/Security Code_____
Amount $ _____    Signature _____

THIS COMMUNICATION IS FROM A DEBT COLLECTOR.



**Pressler & Pressler, LLP document production - P&P #16**
**Agoado et al v Midland Funding LLC et al, 2:14-cv-00018-LDW-ARL, EDNY (P&P #M326572)**