# Ex. M-L(f)

Letter to Moore from Pressler & Pressler

**CONFIDENTIAL INFORMATION**

MAURICE H. PRESSLER (1930-2002)
SHELDON H. PRESSLER

GERARD J. FELT
STEVEN P. MCCABE
LAWRENCE J. MCDERMOTT, JR.

MITCHELL L. WILLIAMSON
THOMAS M. BROGAN
RALPH GULKO
JOANNE L. D'AURIZIO
CHRISTOPHER P. ODOGBILI

**PRESSLER AND PRESSLER, L.L.P.**
COUNSELLORS AT LAW
7 Entin Road
Parsippany, NJ 07054-5020
Off: (973) 753-5100
Fax: (973) 753-5353

NY Office
305 Broadway
9th Floor
New York, NY 10007
Off: (516) 222-7929
Fax: (973) 753-5353
Reply to [X] NJ Office [ ] NY Office

DALE L. GELBER
CRAIG S. STILLER*
STEVEN A. LANG
DANIEL B. SULLIVAN
GINA M. LO BUE
GLEN H. CHULSKY

CARYL J. KIPNIS
DARREN H. TANAKA
MITCHELL E. ZIPKIN
MICHAEL J. PETERS
RITA E. AYOUB

* NY State License Only

OFFICE HOURS:
Monday-Thursday: 8am-9pm
Friday: 8am-7pm
Saturday: 9am-2pm

CRAIG MOORE
25 CRATER LAKE DR
CORAM, NY 11727

09/07/11

Re:  MIDLAND FUNDING LLC DBA IN NEW YORK AS MIDLAND FUNDING OF DELAWARE LLC   vs
     CRAIG MOORE
     DISTRICT COURT OF THE COUNTY OF SUFFOLK
     FIRST DISTRICT : RONKONKOMA
     Index #  CEC-11 006838
     P&P File No  M272168
     Balance $698.71

Dear CRAIG MOORE

You have been served with a Summons and Complaint in the above referenced matter and you have failed to contest it. If a judgment is entered regarding this matter it will appear on your credit record for seven years. Before we proceed further, we would like to offer you the opportunity to resolve this. Please contact me toll free at 1-888-312-8600 , extension 5141 so that we may reach an agreeable payment arrangement so a judgment can be avoided. If I am not available, speak to anyone in my department at extension 5656 . Or, fill out the information below and return it to my office and if satisfactory, we will send you a Stipulation of Settlement confirming the arrangements. Please note that if I do not hear from you within seven (7) days of this letter, we may proceed further. I would like to pay:

_____dollars per month until the balance, plus accruing interest, is paid in full. I will send my first payment on _____, and then the 15th of each month thereafter.

I can be reached at telephone number _____

Very truly yours,

PRESSLER and PRESSLER, LLP

Craig S. Stiller

THIS COMMUNICATION IS FROM A DEBT COLLECTOR.


EXHIBIT
Moore 14
7-14-15 CR

Pressler & Pressler, LLP document production - P&P #21
Agoado et al v Midland Funding LLC et al, 2:14-cv-00018-LDW-ARL, EDNY (P&P #M326572)