# Ex. M-L(h)

Account statement to Moore

**now hiring for the holiday season**

**JCPenney & You — A Perfect Fit**

apply at a store or online at jcpenneycareers.com

**JCPenney offers**
- career growth opportunities
- flexible hours
- competitive benefits
- generous merchandise discount

*DUPLICATE*

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Account Number | 138-7 | Minimum Payment Due | $15.00 |
| Previous Balance | $309.77 | Payment Due Date | 12/03/09 |
| (-) Payments & Credits | $30.00 | Credit Limit | $260.00 |
| (+) Charges | $0.00 | Available Credit | |
| (+) FINANCE CHARGES (NET) | $7.44 | Billing Date | 11/10/09 |
| New Balance | $287.21 | Days In Billing Period | 31 |

PAGE 01 OF 01 For account information Call: 1-800-542-0800 Write: P.O. BOX 981131 EL PASO, TX 79998-1131 Online: jcp.com

### TRANSACTION SUMMARY

| Tran Date | Reference Number | Balance Type | Item Description | Charges | Payments & Credits |
|---|---|---|---|---|---|
| 10-20 | P9119009500XTP4P6 | | PAYMENT - THANK YOU | | 30.00 |

### FINANCE CHARGE

| BALANCE TYPE | | COMPUTED ON AVERAGE DAILY BALANCE | PERIODIC RATE(S)% | CORRESPONDING ANNUAL PERCENTAGE RATE(S) % |
|---|---|---|---|---|
| REGULAR | E | 292.14 | .08217 daily | 29.99 |

↳ Your Balance Computation Method is indicated above. See reverse side for an explanation.

| ANNUAL PERCENTAGE RATE FOR THIS BILLING PERIOD | 29.980 % | TOTAL PERIODIC FINANCE CHARGE | 7.44 |
|---|---|---|---|

*JCP REWARDS*
*EARN $10 REWARDS MONTH AFTER MONTH*
*SIGN UP FOR YOUR FREE MEMBERSHIP*
*GO TO JCPREWARDS.COM*

YOUR YEAR-TO-DATE CARD PURCHASES ARE $138.96
$500 IN PURCHASES ON YOUR JCPENNEY CREDIT CARD AND TWO
VISITS FROM 1/1/09 - 12/31/09, QUALIFIES YOU FOR JCPENNEY
PRIVILEGE GOLD STATUS WHICH INCLUDES SPECIAL SAVINGS
CERTIFICATES AND MORE!



EXHIBIT
Moore 30
7.14.15 CA
PENGAD 800-631-6989

Please note your mailed payment must be received by 5PM (ET) or your in-store payment must be received during store hours on the due date. Your payment may be converted into an electronic debit. See reverse for details.

PLEASE DETACH AND RETURN THIS STUB WITH YOUR PAYMENT TO GEMB

JODEE BRA UNDERSTANDS YOUR NEEDS. ORDER A FREE POST-MASTECTOMY CATALOG TODAY FOR YOU OR A FRIEND. ( ) (6351) CHECK BOX, DETAIL OR CALL TOLL FREE 1-800-222-6161 ORDER TA008-9516

| Payment Due Date | Minimum Payment Due | New Balance | Account Number |
|---|---|---|---|
| 12/03/2009 | $15.00 | $287.21 | 38-71 |

3871

FILL IN TOTAL PAID $ ☐☐☐☐☐.☐☐

CRAIG N MOORE
25 CRATER LAKE DR
CORAM NY 11727-2006

P.O. BOX 960090
ORLANDO, FL 32896-0090

5433 0000 750   1   7 10 091110   O Page 1 of 1   004 9119 4700 0175

MCM-0356