# Ex. M-M(a)

Pierre Order to Show Cause
and related documents

*Willard Findley*
*vs.*
*Pierre*

## HOW TO SERVE SHOW CAUSE ORDERS

AFTER THE ORDER IS SIGNED BY THE JUDGE MAKE THREE (3) COPIES OF EACH PAGE.

SAVE ONE (1) SET OF COPIES FOR YOUR RECORDS.

SERVE ONE (1) SET OF COPIES ON THE **SHERIFF** IN THE MANNER DIRECTED IN THE ORDER. (BY CERTIFIED MAIL, RETURN RECEIPT REQUESTED.)

SERVE ONE (1) SET OF COPIES IN THE **PLAINTIFF OR HIS/HER LAWYER** IN THE MANNER DIRECTED IN THE ORDER. (BY CERTIFIED MAIL, RETURN RECEIPT REQUESTED.)

A PERSON OVER THE AGE OF **18** WHO IS *NOT* A PARTY TO THE ACTION *MUST* SERVE THE ORDER. THAT PERSON *MUST* COMPLETE THE ATTACHED AFFIDAVIT OF SERVICE AND **SIGN** IN FRONT OF A **NOTARY PUBLIC OR THE CLERK OF THE COURT.**

THE PAPERS *MUST* BE SERVED NO LATER THAN THE DATE INDICATED IN THE ORDER.     6-7-11

A COPY OF THE ORDER TO SHOW CAUSE WITH THE COMPLETED AFFIDAVIT OF SERVICE *MUST* BE RETURNED TO THE CLERK'S OFFICE AT LEAST THREE(3) DAYS PRIOR TO THE HEARING, OR BY THE DATE NOTED IN THE ORDER.     6-13-11

YOU ARE NOT REQUIRED TO APPEAR IN COURT ON THE RETURN DATE. ORAL ARGUMENT WILL NOT BE CONSIDERED. YOU WILL RECEIVE THE JUDGE'S DECISION BY MAIL.

### *PLEASE NOTE*

YOU *MUST* RETURN A COPY OF THE ORDER TO SHOW CAUSE AND THE ORIGINAL **COMPLETED** AFFIDAVIT OF SERVICE TO THE COURT. IF THESE PAPERS ARE *NOT* RETURNED BY THE DATE INDICATED, YOUR ORDER TO SHOW CAUSE WILL BE **DENIED.**



EXHIBIT
MCMP 9
5.18.15  ca

HIGHLY CONFIDENTIAL                                         PI-CP-0001

## Affidavit of Service

On the 2nd day of June, 2011 I served the

Order to Show Cause on Rubin & Rothman

at 1787 Veteran's Highway
P.O. Box 9003 Islandia NY 11749
and the Sheriff of Suffolk County at 360 Yaphank Ave.
Yaphank, NY 11980 by certified mail return receipt requested.

_Nivea Pierre_
Sign in presence of Notary

_Nivea Pierre_
Print Name

Sworn to Before me on the

2nd day of June, 2011

_Elizabeth M Rodriguez_
Clerk or Notary Public

ELIZABETH M RODRIGUEZ
NOTARY PUBLIC, State of New York
No. 02-4963277
Qualified in Suffolk County
Commission Expires March 23 20 14

Index No. SMC-291-11
Return Date: 6-20-11

HIGHLY CONFIDENTIAL

PI-CP-0002

At a Motion Term of the District
Court of the State of New York,
County of Suffolk

Hon. __HON. JAMES P. FLANAGAN_____ Judge of the District Court

__Midland Funding LLC_____ x
Plaintiff

CIVIL
ORDER TO SHOW CAUSE

__Christopher Pierre_____ x   Index No. __SMC 291-11__
Defendant

Upon the affidavit of __Christopher Pierre_____, sworn to on the __27__ day of __May__, 20__11__, and upon all prior papers and proceedings,

Let the plaintiff show cause at a Motion Term of this Court to be held at the courthouse located at 4ᵀᴴ District Court of Suffolk County **NORTH COUNTY COMPLEX BUILDING #158 , VETERANS MEMORIAL HWY, HAUPPAUGE NY 11788** on the __20__ day of __June_____, 20__11__, at 9:00 AM or as soon thereafter as the parties can be heard, why an order should not be entered vacating the default on appearance date and/or the judgment granted in favor of the plaintiff and setting the matter down for trial, and why the defendant should not have such other and further relief as may be just and proper.

Sufficient reason being presented for the relief requested it is,
Ordered, that pending the hearing of this motion, the Sheriff and the plaintiff and all his agents are stayed from conducting any proceedings to enforce the judgment, and further it is
Ordered, that the defendant serve a copy of this order on the plaintiff, or his attorney if one has been retained, at __Rubin + Rothman 1787 Vets. Mem Hwy PO Box 9003 Islandia NY__ and the **Sheriff of Suffolk County at 360 Yaphank Avenue, Yaphank, NY 11980** by certified mail, return __11749__ receipt requested by the __7th__ day of __June_____, 20__11__.

All papers the plaintiff desires to submit in opposition to the defendant's motion must be served on the defendant and forwarded to the court prior to the hearing date. **No personal appearance is required and no oral statements will be considered.**

Order signed at HAUPPAUGE, N.Y.
Date __5-31-11__
**THIS ORDER TOGETHER WITH PROOF OF SERVICE MUST BE RETURNED TO THE CLERK'S OFFICE BY __6-13-11__**

Enter,
_____
HON. JAMES P. FLANAGAN

HIGHLY CONFIDENTIAL                                                                PI-CP-0003

State of New York
County of Suffolk

Affidavit in support of motion
to vacate default judgment

District Court of the County of Suffolk
FOURTH District held at HAUPPAUGE, N.Y.

__Midland Funding__
Plaintiff(s)

Index No. __SMC 291-11__

__Christopher Pierre__
Defendant(s)

__Christopher Pierre__, being duly sworn, deposes and says:

1. I am the defendant(s) in the above entitled action.
2. That I reside at __25 Audubon Ave Holbrook NY 11741__.
3. That this is an action for __New York__
4. That on the __3__ day of __May__, 20__11__ a default judgment was entered by this court.
5. That the defendant(s) did not appear because: (State reason)
   __See Attached__

6. That the defendant has a meritorious defense for the following reasons: (State the facts which support your defense in as much detail as possible).
   __See attached__

7. No previous application for this relief has been made.

Wherefore, deponent respectfully requests an order vacating the judgment entered on the __3__ day of __May__ 20__11__, or such further relief as may be just and proper.

_____
Defendant(s)

Sworn to before me the
__27__ day of __May__ 20__11__

_____
Notary Public, State of New York

**CLERK**

DC-219
HIGHLY CONFIDENTIAL

PI-CP-0004

Christopher Pierre
25 Audubon Ave
Holbrook, NY 11741

May 26, 2011

I, Christopher Pierre residing at 25 Audubon Avenue, Holbrook, NY am the defendant in this action in the State of New York. I am now aware that on May 3, 2011 a default judgment was entered by this court. I apologize for my non-appearance in court on that day, as I was led to believe by Storm, McIntosh, Representative for Plaintiff Attorneys Rubin and Rothman, that my appearance in court was not necessary as per our conversation on January 21, 2011.

Ms. McIntosh advised there was no need for me to appear in court since we had an settlement agreement and payment schedule in place. (Exhibit A) Said agreement was reached on December 15, 2010. I promptly began monthly payments of $100 on January 10, 2011 and thereafter on February 10, 2011 and March 10, 2011.

Upon making all three payments promptly another settlement ( Exhibit B) was agreed upon with a down payment of $250 and monthly payments thereafter again of $100 until the balance paid in full or unless otherwise negotiated.

The Plaintiff's representative assured me that since I was making monthly payments, there would not be a judgment filed in this matter. I believed this to be true.

I would like the court to take into consideration the fact that my wife was laid-off from her job and unemployed for 15 months, creating a severe hardship for my family. Our family home was in foreclosure proceedings and thankfully my wife found gainful employment and with the help of our local U.S. Congressman, Timothy Bishop, we were able to obtain a loan modification and are currently out of foreclosure status.

As our family starts to repay all our outstanding debts and judgments we are diligently trying to repay all our creditors. We ask that the court consider our request for an Order to Show Cause and have the ability to negotiate a fair settlement agreement and repayment plan with Rubin & Rothman and I agree to appear at any and all proceedings in this matter.

Christopher Pierre

HIGHLY CONFIDENTIAL

PI-CP-0005

NEW JERSEY OFFICE:
190 NORTH AVENUE EAST
P.O. BOX 8
CRANFORD, N.J. 07016
TEL (908) 931-0017
FAX (908) 931-0660

MARY LACOSTE
DIRECTOR OF OPERATIONS

ATTORNEYS AT LAW
1787 VETERANS HIGHWAY SUITE 32
P.O. BOX 9003
ISLANDIA, N.Y. 11749
TEL (631) 234-1500

FAX (631) 234-1138

NYC DCA LIC. 1249720
** USE 1-631-930-0591 **

JOSEPH RUBIN (1927-1994)
KEITH H. ROTHMAN[1]

KATHRYN N. ANDREOLLI[1,2]
MARK BRAVERMAN[1]
SHARI BRAVERMAN[1]
JOSEPH LATONA[1]
SUBY MATHEW[1]
ERIC S. PILLISCHER[1]
SCOTT H. RUMPH[1]
ANGELO L. SIRAGUSA[1]
VALERIE E. WATTS[1]
DIANA K. ZOLLNER[2]

[1]MEMBER N.Y. BAR
[2]MEMBER N.J. BAR

X REPLY TO N.Y. OFFICE
_ REPLY TO N.J. OFFICE

December 8, 2010

#BWNNWGC
#D130 9143 5610 C082#
CHRIS PIERRE
25 AUDUBON AVE
HOLBROOK, NY 11741

```
        CURRENT CREDITOR: MIDLAND FUNDING LLC DOING BUSINESS
                          IN NY AS MIDLAND FUNDING OF
                          DELAWARE LLC
        ORIGINAL CREDITOR: CHASE BANK USA, N.A.
        AMOUNT OF DEBT:    $6,985.69
        OUR FILE NO:       914356
```

Dear Sir/Madam,

As of the date of this letter, the creditor has a claim against you in the above amount. We must ask you to contact us to discuss payment in full of the debt or a payment arrangement.

UNLESS YOU DISPUTE THE VALIDITY OF THE DEBT, OR ANY PORTION THEREOF, WITHIN 30 DAYS AFTER YOUR RECEIPT OF THIS LETTER, WE WILL ASSUME THE DEBT TO BE VALID. IF YOU NOTIFY US IN WRITING WITHIN THE 30 DAY PERIOD THAT THE DEBT, OR ANY PORTION THEREOF, IS DISPUTED, WE WILL OBTAIN VERIFICATION OF THE DEBT OR A COPY OF A JUDGMENT AGAINST YOU AND MAIL A COPY OF SUCH VERIFICATION TO YOU. UPON YOUR WRITTEN REQUEST WITHIN THE 30 DAY PERIOD, WE WILL PROVIDE YOU WITH THE NAME AND ADDRESS OF THE ORIGINAL CREDITOR, IF DIFFERENT FROM THE CURRENT CREDITOR.

All checks should be sent to P.O. Box 550, Islandia, New York 11749, payable to Rubin and Rothman, and refer to our file number 914356

In addition to personal checks, we accept WESTERN UNION and electronic payments. You can make electronic payments by calling us during office hours, online at RRLLC189.com or by calling 1-866-826-2576 after office hours.

WE ARE ATTEMPTING TO COLLECT A DEBT. ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE. THIS COMMUNICATION IS FROM A DEBT COLLECTOR.

AT THIS TIME, NO ATTORNEY WITH THIS FIRM HAS PERSONALLY REVIEWED THE PARTICULAR CIRCUMSTANCES OF YOUR ACCOUNT.

RUBIN & ROTHMAN, LLC

HIGHLY CONFIDENTIAL                                                         P1-CP-0006

Handwritten annotations in left margin:
- "#14?"
- "Spoke to Story on 1/21 4:18AM"
- "Says TEMP Account in place for 6 months"
- "No need to attach District Court"

Islandia, N.Y. 11749
TEL (631) 234-1500

EXTENSION # 174
NYC DCA LIC. 1249720

B

December 15, 2010

CHRIS PIERRE
25 AUDUBON AVE
HOLBROOK, NY 11741

OUR FILE NO:      914356
CURRENT CREDITOR: MIDLAND FUNDING LLC DOING BUSINESS
                  IN NY AS MIDLAND FUNDING OF
                  DELAWARE LLC
ORIGINAL CREDITOR: CHASE BANK USA, N.A.

Dear Sir/Madam,

Enclosed please find two copies of a stipulation of settlement to
be signed by you. Kindly return one copy of the stipulation in
the enclosed envelope and keep the other copy for your records.

All checks should be sent to P.O. Box 550, Islandia, New York 11749,
payable to RUBIN & ROTHMAN, as attorneys, and refer to file# 0914356.

In addition to personal checks, we accept WESTERN UNION and electronic
payments. You can make electronic payments by calling us during
office hours, online at RRLLC189.com or by calling 1-866-826-2576
after office hours.

If the signed stipulation is not returned to us we will proceed with
collection activity.

                                        RUBIN & ROTHMAN

                                        By:
AGREEMENT CONCLUDED BY:                    NATALIE FRIEDMAN
STORM MCINTOSH         EXT 174             ATTORNEY-AT-LAW

WE ARE ATTEMPTING TO COLLECT A DEBT. ANY INFORMATION OBTAINED WILL BE
USED FOR THAT PURPOSE. THIS COMMUNICATION IS FROM A DEBT COLLECTOR.

Enclosure

HIGHLY CONFIDENTIAL                                                    PI-CP-0007

Between

CREDITOR: MIDLAND FUNDING LLC DOING BUSINESS
IN NY AS MIDLAND FUNDING OF
DELAWARE LLC
And
DEBTOR: CHRIS PIERRE

IT IS HEREBY STIPULATED AND AGREED by and between the debtor(s) and the attorneys for the creditor as follows:

1. Debtor(s) hereby acknowledge(s) that they are indebted to the creditor in the sum of $ 6,997.74, and that they have no offset to this claim or any counterclaim that may be brought against the creditor.

2. Debtor(s) agree(s) to pay creditor the sum of $ 6,997.74, together with interest at the rate of 9.000% per annum on the principal balance of $ 6,980.53 from 12/15/10 as follows:
   a. $ 100.00 on 1/10/11.
   b. $ 100.00 on 2/10/11 and continuing monthly for 1 months thereafter at which time the entire settlement balance is due, unless otherwise renegotiated.

3. All checks should be sent to P.O. Box 550, Islandia, New York 11749 payable to RUBIN & ROTHMAN, as attorneys, and refer to file# 0914356.

4. Notwithstanding this stipulation, the debtor(s) understand that the creditor may at its sole discretion bring suit and enter judgment against them for the full amount due on this claim, including any interest, costs, disbursements and attorney's fees awarded by the court, crediting the debtor(s) with any payments made hereunder. Court costs and process server fees incurred in any future lawsuit will be added to the above balance. In the event that judgment is entered against the debtor(s), they agree to pay the amount of the judgment, together with interest at the rate of 9% per annum, in lieu of the aforesaid sum. The creditor will not enforce the judgment as long as payments are made in accordance with the terms of this stipulation. No representation has been made to the debtor(s) about whether the creditor will or will not bring suit against them. The above payments are the minimum amount due each month.

5. Upon payment by the debtor(s) in accordance with the terms of this stipulation, the creditor will issue a letter to debtor confirming that the matter was resolved if no lawsuit was brought. If the creditor commences a lawsuit, the creditor will notify the court that the case was settled or action discontinued. If a judgment was entered, the creditor will issue a satisfaction of judgment. Debtor(s) waive any cease and desist request.

Dated: Islandia, New York
12/15/2010

_____
RUBIN & ROTHMAN, LLC
Attorneys for Creditor

_____
CHRIS PIERRE

WE ARE ATTEMPTING TO COLLECT A DEBT. ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE. THIS COMMUNICATION IS FROM A DEBT COLLECTOR.
NYC DCA LIC. 1249720                                              DO NOT FILE

Islandia, N.Y. 11749
TEL (631) 234-1500

EXTENSION # 174
NYC DCA LIC. 1249720

March 15, 2011

CHRIS PIERRE
25 AUDUBON AVE
HOLBROOK, NY 11741

```
              OUR FILE NO:      0914356
         CURRENT CREDITOR:      MIDLAND FUNDING LLC DOING BUSINESS
                                IN NY AS MIDLAND FUNDING OF
                                DELAWARE LLC
        ORIGINAL CREDITOR:      CHASE BANK USA, N.A.
```

Dear Sir/Madam,

Enclosed please find two copies of a stipulation of settlement to be signed by you. Kindly return one copy of the stipulation in the enclosed envelope and keep the other copy for your records.

All checks should be sent to P.O. Box 550, Islandia, New York 11749, payable to RUBIN & ROTHMAN, as attorneys, and refer to file# 0914356.

In addition to personal checks, we accept WESTERN UNION and electronic payments. You can make electronic payments by calling us during office hours, online at RRLLC189.com or by calling 1-866-826-2576 after office hours.

If the signed stipulation is not returned to us we will proceed with collection activity.

RUBIN & ROTHMAN

AGREEMENT CONCLUDED BY:
STORM MCINTOSH          EXT 174

Enclosure

WE ARE ATTEMPTING TO COLLECT A DEBT. ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE. THIS COMMUNICATION IS FROM A DEBT COLLECTOR.

HIGHLY CONFIDENTIAL                                                PI-CP-0009

5/26/2011                                               Untitled Document

## Chase Online

TOTAL CHECKING (...1182)

Check Number: 1860           Post Date: 05/09/2011            Amount of Check: $100.00



Need help printing or saving this check?

Need help printing or saving this check?

© 2011 JPMorgan Chase & Co.

HIGHLY CONFIDENTIAL                                                    PI-CP-0010

1/1

5/26/2011             Untitled Document

## Chase Online

TOTAL CHECKING (...1182)

Check Number: 1853      Post Date: 04/12/2011      Amount of Check: $250.00



Need help printing or saving this check?

Need help printing or saving this check?

© 2011 JPMorgan Chase & Co.

HIGHLY CONFIDENTIAL          PI-CP-0011

1/1

5/26/2011                                                     Untitled Document

## Chase Online

TOTAL CHECKING (...1182)

Check Number: 1840          Post Date: 03/08/2011          Amount of Check: $100.00



Need help printing or saving this check?

Need help printing or saving this check?

© 2011 JPMorgan Chase & Co.

HIGHLY CONFIDENTIAL

PI-CP-0012

1/1

FOURTH DISTRICT COURT
NORTH COUNTY COMPLEX
BLDG. #. 158
VETERANS MEMORIAL HWY
HAUPPAUGE, NEW YORK  11788-3211
PHONE  (631) -853-5400    FAX (631) 853-5951

2:30pm - 3pm.

Index: SMC 291-11

**CALL TO ASK IF YOUR ORDER TO SHOW CAUSE HAS BEEN SIGNED**

HIGHLY CONFIDENTIAL

PI-CP-0013

CREDITOR:   MIDLAND FUNDING LLC DOING BUSINESS
            IN NY AS MIDLAND FUNDING OF
            DELAWARE LLC
                                    And
DEBTOR:     CHRIS PIERRE

IT IS HEREBY STIPULATED AND AGREED by and between the debtor(s) and the attorneys for the creditor as follows:

1. Debtor(s) hereby acknowledge(s) that they are indebted to the creditor in the sum of $ 6,997.74, and that they have no offset to this claim or any counterclaim that may be brought against the creditor.
2. Debtor(s) agree(s) to pay creditor the sum of $ 6,997.74, together with interest at the rate of 9.000% per annum on the principal balance of $ 6,980.53 from 12/15/10 as follows:
   a. $    100.00 on 1/10/11.
   b. $    100.00 on 2/10/11 and continuing monthly for 1 months thereafter at which time the entire settlement balance is due, unless otherwise renegotiated.
3. All checks should be sent to P.O. Box 550, Islandia, New York 11749 payable to RUBIN & ROTHMAN, as attorneys, and refer to file# 0914356.
4. Notwithstanding this stipulation, the debtor(s) understand that the creditor may at its sole discretion bring suit and enter judgment against them for the full amount due on this claim, including any interest, costs, disbursements and attorney's fees awarded by the court, crediting the debtor(s) with any payments made hereunder. Court costs and process server fees incurred in any future lawsuit will be added to the above balance. In the event that judgment is entered against the debtor(s), they agree to pay the amount of the judgment, together with interest at the rate of 9% per annum, in lieu of the aforesaid sum. The creditor will not enforce the judgment as long as payments are made in accordance with the terms of this stipulation. No representation has been made to the debtor(s) about whether the creditor will or will not bring suit against them. The above payments are the minimum amount due each month.
5. Upon payment by the debtor(s) in accordance with the terms of this stipulation, the creditor will issue a letter to debtor confirming that the matter was resolved if no lawsuit was brought. If the creditor commences a lawsuit, the creditor will notify the court that the case was settled or action discontinued. If a judgment was entered, the creditor will issue a satisfaction of judgment. Debtor(s) waive any cease and desist request.

Dated: Islandia, New York
       12/15/2010
                                    RUBIN & ROTHMAN, LLC
                                    Attorneys for Creditor

CHRIS PIERRE

WE ARE ATTEMPTING TO COLLECT A DEBT. ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE. THIS COMMUNICATION IS FROM A DEBT COLLECTOR.
                    NYC DCA LIC. 1249720                      DO NOT FILE

Our File No. 0914356        NYC DCA LIC. 1249720
HIGHLY CONFIDENTIAL         407    44998-  48                      PI-CP-0014

# RUBIN & ROTHMAN, LLC

ATTORNEYS AT LAW
1787 VETERANS HIGHWAY SUITE 32
P.O. BOX 9003
ISLANDIA, N.Y. 11749
TEL (631) 234-1500

FAX (631) 234-1138

NYC DCA LIC. 1249720

NEW JERSEY OFFICE:
190 NORTH AVENUE EAST
P.O. BOX 8
CRANFORD, N.J. 07016
TEL (908) 931-0017
FAX (908) 931-0660

MARY LACOSTE
DIRECTOR OF OPERATIONS

JOSEPH RUBIN (1927-1994)
KEITH H. ROTHMAN[1]
ADAM V. ACUFF[1]
MARK BRAVERMAN[1]
SHARI BRAVERMAN[1]
JOSEPH LATONA[1]
SUBY MATHEW[1]
ERIC S. PILLISCHER[1]
SCOTT H. RUMPH[1]
ANGELO L. SIRAGUSA[1]
CHRISTOPHER VIRGA[1]
ELIZABETH T. VRACHNAS[1]
VALERIE E. WATTS[1]
DIANA K. ZOLLNER[2]

[1]MEMBER N.Y. BAR
[2]MEMBER N.J. BAR

X REPLY TO N.Y. OFFICE
_ REPLY TO N.J. OFFICE

June 16, 2011

**VIA EMAIL ONLY**
CHRIS PIERRE
25 AUDUBON AVE
HOLBROOK, NY 11741

CREDITOR: MIDLAND FUNDING LLC DOING BUSINESS
IN NY AS MIDLAND FUNDING OF DELAWARE LLC
DEBTOR: CHRIS PIERRE
OUR FILE NO: 914356
Index No: SMC 291-11

Dear Mr. Pierre:

As per our conversation, please find a proposed stipulation of settlement. Please review, and if acceptable, make two additional copies, and return all three original copies to my attention by mail. I will then return a fully signed original stipulation back to you by mail.

**In addition, please fax a signed copy to my attention as soon as possible.**

Should you have any questions or concerns, please contact me at extension 460. Thank you for your attention herein.

Very truly yours,
RUBIN & ROTHMAN, LLC

Shari Braverman Esq.

Enc.

**WE ARE ATTEMPTING TO COLLECT A DEBT. ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE. THIS COMMUNICATION IS FROM A DEBT COLLECTOR.**

HIGHLY CONFIDENTIAL

PI-CP-0015

# RUBIN & ROTHMAN, LLC

ATTORNEYS AT LAW
1787 VETERANS HIGHWAY SUITE 32
P.O. BOX 9003
ISLANDIA, N.Y. 11749
TEL (631) 234-1500

FAX (631) 234-1138

NYC DCA LIC. 1249720

NEW JERSEY OFFICE:
190 NORTH AVENUE EAST
P.O. BOX 8
CRANFORD, N.J. 07016
TEL (908) 931-0017
FAX (908) 931-0660

MARY LACOSTE
DIRECTOR OF OPERATIONS

JOSEPH RUBIN (1927-1994)
KEITH H. ROTHMAN[1]

ADAM V. ACUFF[1]
MARK BRAVERMAN[1]
SHARI BRAVERMAN[1]
JOSEPH LATONA[1]
SUBY MATHEW[1]
ERIC S. PILLISCHER[1]
SCOTT H. RUMPH[1]
ANGELO L. SIRAGUSA[1]
CHRISTOPHER VIRGA[1]
ELIZABETH T. VRACHNAS[1]
VALERIE E. WATTS[1]
DIANA K. ZOLLNER[2]

[1]MEMBER N.Y. BAR
[2]MEMBER N.J. BAR

X REPLY TO N.Y. OFFICE
_ REPLY TO N.J. OFFICE

June 16, 2011

Bal 3/14 $4200

VIA EMAIL ONLY
CHRIS PIERRE
25 AUDUBON AVE
HOLBROOK, NY 11741

Vacated

460

CREDITOR: MIDLAND FUNDING LLC DOING BUSINESS
          IN NY AS MIDLAND FUNDING OF DELAWARE LLC
DEBTOR: CHRIS PIERRE
OUR FILE NO: 914356
Index No: SMC 291-11

Dear Mr. Pierre:

As per our conversation, please find a proposed stipulation of settlement. Please review, and if acceptable, make two additional copies, and return all three original copies to my attention by mail. I will then return a fully signed original stipulation back to you by mail.

**In addition, please fax a signed copy to my attention as soon as possible.**

Should you have any questions or concerns, please contact me at extension 460. Thank you for your attention herein.

Very truly yours,
RUBIN & ROTHMAN, LLC

481

Shari Braverman Esq.

Enc.

WE ARE ATTEMPTING TO COLLECT A DEBT. ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE. THIS COMMUNICATION IS FROM A DEBT COLLECTOR.

HIGHLY CONFIDENTIAL

PI-CP-0016

File No. 914356
DISTRICT COURT OF THE COUNTY OF SUFFOLK
FOURTH DISTRICT: HAUPPAUGE
------------------------------------------x
MIDLAND FUNDING LLC DOING BUSINESS
IN NY AS MIDLAND FUNDING OF                      **STIPULATION**
DELAWARE LLC
                              Plaintiff,         Index No.: **SMC 291-11**

            - against -

CHRIS PIERRE
                              Defendant.
------------------------------------------x

    IT IS HEREBY STIPULATED AND AGREED by and between the defendant and the attorneys for plaintiff that defendant's pending order to show cause, returnable June 20, 2011, and this matter are resolved as follows:

    1. Defendant appears in this action and consents to the jurisdiction of the Court; **and the judgment entered in the amount of $ 6961.55 on 5/03/11 is hereby vacated pursuant to CPLR § 5015 (b), and a copy of this stipulation may be filed with the Clerk of the Court or County Clerk by either side without further notice.**

    2. Defendant agrees to pay plaintiff the sum of **$5,000.00** as follows:

    $100.00 on August 1, 2011 and continuing monthly at that amount with payments due on the same day of each month until the full amount is paid.

    3. Payments shall be made to the order of RUBIN & ROTHMAN, as attorneys, 1787 Veterans Highway, P.O. Box 550, Islandia, New York 11749 and refer to file No. **914356**.

    4. Plaintiff agrees to withhold the entry of judgment as long as payments are made in accordance with the terms of this stipulation. In the event defendant fails to make the payments due hereunder for ten (10) days after the due date, plaintiff may proceed with the entry of judgment for the full amount claimed in the complaint, together with interest, costs, disbursements, crediting defendant with any payments made hereunder. Defendant hereby discontinues with prejudice any counterclaims that they may have against plaintiff.

    5. Upon payment by defendant in accordance with the terms of this stipulation, plaintiff will issue a stipulation discontinuing action.

    6. Defendant hereby withdraws his pending order to show cause.

    7. A fully executed faxed copy of this stipulation shall be deemed to be an original.

Dated:

By: _[signature]_                                RUBIN & ROTHMAN, LLC
    CHRIS PIERRE                                  Attorneys for Plaintiff
    Defendant                                      1787 Veterans Highway, P.O. Box 9003
                                                      Islandia, New York 11749
                                                      (631) 234-1500

                                                      By: _____
                                                          Shari Braverman, Esq.

HIGHLY CONFIDENTIAL                                                                                                          PI-CP-0017

# MEMO

TO
CHRIS PIERRE
25 AUDUBON AVE
HOLBROOK, NY 11741

FROM:
RUBIN & ROTHMAN, LLC
1787 Veterans Highway
P.O. Box 550
Islandia, New York 11749
631-234-1500

DATED:
June 20, 2011

    CREDITOR: MIDLAND FUNDING LLC DOING BUSINESS
              IN NY AS MIDLAND FUNDING OF DELAWARE, LLC
     DEBTOR: CHRIS PIERRE
Our File No. 914356

Enclosed please find duly executed stipulation, an original of which has been forwarded to the court for filing.

RUBIN AND ROTHMAN
/dac
Enc.

**WE ARE ATTEMPTING TO COLLECT A DEBT. ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE. THIS COMMUNICATION IS FROM A DEBT COLLECTOR.**
NYC DCA 1249720

HIGHLY CONFIDENTIAL

P1-CP-0018

File No. 914356
DISTRICT COURT OF THE COUNTY OF SUFFOLK
FOURTH DISTRICT:HAUPPAUGE
------------------------------------------------x
MIDLAND FUNDING LLC DOING BUSINESS
IN NY AS MIDLAND FUNDING OF
DELAWARE LLC

                          Plaintiff,

    - against -

CHRIS PIERRE
                          Defendant.
------------------------------------------------x

**STIPULATION**

Index No.: **SMC 291-11**

    IT IS HEREBY STIPULATED AND AGREED by and between the defendant and the attorneys for plaintiff that defendant's pending order to show cause, returnable June 20, 2011, and this matter are resolved as follows:

    1.  Defendant appears in this action and consents to the jurisdiction of the Court; **and the judgment entered in the amount of $ 6961.55 on 5/03/11 is hereby vacated pursuant to CPLR § 5015 (b), and a copy of this stipulation may be filed with the Clerk of the Court or County Clerk by either side without further notice.**

    2.  Defendant agrees to pay plaintiff the sum of **$5,000.00** as follows:

    $100.00 on August 1, 2011 and continuing monthly at that amount with payments due on the same day of each month until the full amount is paid.

    3.  Payments shall be made to the order of RUBIN & ROTHMAN, as attorneys, 1787 Veterans Highway, P.O. Box 550, Islandia, New York 11749 and refer to file No. **914356**.

    4.  Plaintiff agrees to withhold the entry of judgment as long as payments are made in accordance with the terms of this stipulation. In the event defendant fails to make the payments due hereunder for ten (10) days after the due date, plaintiff may proceed with the entry of judgment for the full amount claimed in the complaint, together with interest, costs, disbursements, crediting defendant with any payments made hereunder. Defendant hereby discontinues with prejudice any counterclaims that they may have against plaintiff.

    5.  Upon payment by defendant in accordance with the terms of this stipulation, plaintiff will issue a stipulation discontinuing action.

    6.  Defendant hereby withdraws his pending order to show cause.

    7.  A fully executed faxed copy of this stipulation shall be deemed to be an original.

Dated:

By: _____
    CHRIS PIERRE
    Defendant

6-17-11 RUBIN & ROTHMAN, LLC
Attorneys for Plaintiff
1787 Veterans Highway, P.O. Box 9003
Islandia, New York 11749
(631) 234-1500

By: _____
    Shari Braverman, Esq.

RECEIVED
JUN 17 2011
RUBIN & ROTHMAN, LLC

HIGHLY CONFIDENTIAL

P1-CP-0019