# Ex. M-M(b)

## Affidavit of Sale

914356

## AFFIDAVIT OF SALE
## OF ACCOUNT
## BY ORIGINAL CREDITOR

State of New York
County of Nassau

Christine L Sallie being duly sworn, deposes and says:

I am over 18 and not a party to this action. I am the CSD Strategy Analyst Lead (Title) of Chase Bank USA, NA. (creditor).
In that position, I am a custodian of the creditor's books and records, and am aware of the process of the sale and assignment of electronically stored business records.

On or about 9/21/2010, Chase Bank USA, NA. (creditor) sold a pool of charged-off accounts (the Accounts) by a Purchase and Sale Agreement and a Bill of Sale to Midland Funding, LLC (debt buyer). As part of the sale of the Accounts, electronic records and other records were transferred on individual Accounts to the debt buyer. These records were kept in the ordinary course of business of Chase Bank USA, NA. (creditor).

I am not aware of any errors in these accounts. The above statements are true to the best of my knowledge.

Signed this 18 day of Oct, 2010

Christine L Sallie

On 10/18/10, before me appeared Christine L Sallie personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s) is (are) subscribe to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their capacity(ies), and that by his/her/their signature(s) on the instrument, the individual(s), or the person upon behalf of which the individual(s) acted, executed the instrument.

Notary

[Notary seal/stamp, partially illegible]
Notary Public, State of New York
No. 4948992
Qualified in [illegible]
Commission Expires [illegible]

EXHIBIT
MCMP14
5.18.15 CA

R&R #000045