# Ex. M-N(b)

Letter from Forster & Garbus to Sharkey

Case 2:14-cv-00018-WFK-ST   Document 328-3   Filed 02/11/22   Page 2 of 2 PageID #: 11267

**FORSTER & GARBUS LLP**
**A NEW YORK LAW FIRM**

| | |
|---|---|
| RONALD FORSTER - Adm. in NY Only | ANNETTE T. ALTMAN - Adm in NY Only |
| MARK A. GARBUS - Adm. in NY Only | PREET CHHABRA - Adm in NY Only |
| EDWARD J. DAMSKY - Adm. in NY Only | OLIVIA DEBELLIS - Adm in NY Only |
| JOEL D. LEIDERMAN - Adm. in NY Only | RONALD J. FERRARO - Adm in NY Only |
| | MICHAEL J. FLORIO - Adm in NY Only |
| | AMY GAVLIK - Adm in NY Only |
| | TESS E. GUNTHER - Adm in NY & CT |
| | EDWARD C. KLEIN - Adm in NY Only |
| | KEVIN M. KNAB - Adm in NY Only |
| | MICHAEL S. LEINOFF - Adm in NY Only |
| | JAMES J. TIERNEY - Adm in NY Only |

60 Motor Parkway
Commack, NY 11725-5710
.P148539329336D5D.

6 11 00001734 A
139239

**PERSONAL & CONFIDENTIAL**



June 13, 2012

BALANCE DUE as of June 13, 2012  $7,884.06
Reference Number ▸ P148539329336
Account Number ▸ XXXXXX9336

Re ▸ **MIDLAND FUNDING LLC**
AS PURCHASER OF AN ACCOUNT ORIGINALLY OWNED BY BANK OF AMERICA

1-631-393-9454
1-800-245-9943 Ext. 454
**Representative Name: MR RIZZO**
Monday thru Thursday 8:00AM – 9:00PM EST
Friday 8:00AM – 5:00PM EST

THOMAS SHARKEY
606 BIRCH HOLLOW DR
SHIRLEY NY 11967-1027

Dear Thomas Sharkey,

We are in the process of searching for assets to satisfy the judgment against you.

Once these assets are located, it may become necessary to send the judgment to a Sheriff for execution against said assets, unless we can make a satisfactory arrangement to resolve this matter.

To avoid this, it is important that you contact this office to arrange to pay said judgment.

Interest may subsequently accrue to this account; therefore, the amount due on the day you pay may be greater.  Please note that we are required, under federal law, to advise you that we are debt collectors and any information we obtain will be used in attempting to collect this debt.

Forster & Garbus LLP NYC Dept. of Consumer Affairs #1259596.



EXHIBIT
Sharkey 8
7-13-15

▲ DETACH HERE ▲

Office Location:  60 Motor Parkway
                  Commack, NY 11725-5710

MAKE CHECK PAYABLE TO: **FORSTER & GARBUS LLP as attorneys** AND RETURN COUPON WITH PAYMENT TO PO BOX 9030, COMMACK, NY 11725-9030 IN ENCLOSED ENVELOPE

THOMAS SHARKEY
606 BIRCH HOLLOW DR
SHIRLEY NY 11967-1027

BALANCE DUE as of June 13, 2012 ▸ $7,884.06
Reference Number ▸ P148539329336

Re ▸ **MIDLAND FUNDING LLC**
AS PURCHASER OF AN ACCOUNT ORIGINALLY OWNED BY BANK OF AMERICA

Rep. Code ▸ MR
Date ▸ June 13, 2012

➔ Please Note Current        BEST TIME TO CALL

Home Phone # _____ _____

Work Phone # _____ _____

Cell Phone # _____ _____

P148539329336

Forster & Garbus LLP
PO Box 9030
Commack, NY 11725-9030

FG5
F&G5.V4
139239

Agoado-F&G-000109