Case 2:14-cv-00018-JMA-ARL Document 193-8 Filed 01/31/17 Page 1 of 2 PageID #: 2255

# Ex. M-O(a)

Summons from Rubin & Rothman to
Vazquez

DISTRICT COURT OF THE COUNTY OF SUFFOLK
FOURTH DISTRICT:HAUPPAUGE

----------------------------------------
MIDLAND FUNDING LLC DOING BUSINESS
IN NY AS MIDLAND FUNDING OF
DELAWARE LLC

                              Plaintiff

          -against-
DOREEN VAZQUEZ


                          Defendant(s)
----------------------------------------

        CONSUMER CREDIT TRANSACTION

Index No.

Plaintiff designates SUFFOLK
County as the place of trial

        SUMMONS (ORIGINAL)
The basis of venue is:
DEFENDANT'S RESIDENCE

Plaintiff's Residence:
8875 AERO DRIVE  SUITE 200
SAN DIEGO. CA 92123
County of SAN DIEGO

To the above named defendant(s):

YOU ARE HEREBY SUMMONED and required to appear in the District Court of
the County of Suffolk, Fourth District, at the office of the Clerk of the
said court at No. County Complex, Bldg C158, Veterans Memorial Highway,
Hauppauge, in the County of Suffolk, State of New York, by serving an
answer to the annexed complaint upon plaintiff's attorney, at the address
stated below, or if there is no attorney, upon the plaintiff, at the
address stated above, within the time provided by law as noted below;
upon your failure to answer, judgment will be taken against you for the
relief demanded in the complaint, together with the costs of this action.

Dated: Islandia, New York
     FEBRUARY 2, 2011

                         RUBIN & ROTHMAN, LLC
                         Attorneys for Plaintiff
                         1787 Veterans Highway
                         Islandia, N.Y. 11749
                         (631) 234-1500

NOTE: The law or rules of court provide that:
   (a) If this summons is served by its delivery to you, or (for a corpora-
tion) an agent authorized to receive service, personally within the County
of Suffolk, you must answer within 20 days after such service; or
   (b) If this summons is served otherwise than as designated in subdivision
(a) above, you are allowed 30 days to answer after the proof of service is
filed with the Clerk of this Court.
   (c) You are required to file a copy of your answer together with proof of
service with the clerk of the district in which the action is brought with-
in ten days of the service of the answer.

DEFENDANT(S) ADDRESS:


   DOREEN VAZQUEZ
123 BROWNS RD  NESCONSET, NY 11767

EXHIBIT
RR 2
5-14-15

WE ARE ATTEMPTING TO COLLECT A DEBT.  ANY INFORMATION OBTAINED WILL BE
USED FOR THAT PURPOSE.  THIS COMMUNICATION IS FROM A DEBT COLLECTOR.
                    NYC DCA LIC. 1249720                          R&R #000102
Our File No. 0921395          675        45706-   83        4    SZC