# Exhibit M-P

Excerpts from MCM Firm Manual
(Placeholder for document filed under seal)