# Exhibit M-Q

Midland Media Availability Report
(Placeholder for document filed under seal)