# Murphy-Agoado Ex. A (filed under seal)