# Murphy-Agoado Ex. F

Agoado-Chase Account Purchase Agreement

Filed Under Seal