# Murphy-Agoado Ex. G

| Field | Field Data |
| --- | --- |
| Last Name | AGOADO |
| First Name | DAVID J |
| Account Number | ▬▬▬▬3559 |
| Sale Amount | 7985.2 |
| Contract Date | 19970817 |
| Address 1 | 1203 AUGUST RD |
| City | NORTH BABYLON |
| State | NY |
| Zip Code | 117031903 |
| Home Phone | 6319401798 |
| SSN | *****2108 |
| Charge Off Date | 20100131 |
| Last Payment Date | 20090805 |
| LPmt Amt | 146 |
| Officer Code | USA001 |
| COBal | 7985.2002 |

Data printed by Midland Credit Management, Inc. from electronic records provided by Chase Bank USA, N.A. pursuant to the Bill of Sale / Assignment of Accounts dated 9/20/2011 in connection with the sale of accounts from Chase Bank USA, N.A. to Midland Funding LLC.

MCM-0268