Murphy-Agoado Ex. H

| Payment Due Date | New Balance | Past Due Amount | Minimum Payment |
|---|---|---|---|
| 10/07/09 | $7,256.34 | $438.00 | $840.34 |

**Account number:** ████████3559

$ [                    ]  -

Make your check payable to:
**Chase Card Services.**
Please write amount enclosed.
New address or e-mail?  Print on back.

73950 BEX Z 25569 D
DAVID J AGOADO
1203 AUGUST RD
NORTH BABYLON NY  11703-1903

CARDMEMBER SERVICE
PO BOX 15153
WILMINGTON DE  19886-5153

⑇5000160286⑇ 2215953913559⑊"

**CHASE ◼**

Statement Date:
08/13/09 - 09/12/09

Manage your account online:
www.chase.com/creditcards

Minimum Payment:    $840.34
Payment Due Date:   10/07/09

Additional contact information
conveniently located on reverse side

## ACCOUNT SUMMARY

**Account Number:** ████████3559

| | | | |
|---|---|---|---|
| Previous Balance | $7,219.46 | Total Credit Line | $7,000 |
| Finance Charges | +$36.88 | Available Credit | $0 |
| New Balance | $7,256.34 | Cash Access Line | $1,400 |
| | | Available for Cash | $0 |

The charge privileges on your credit card account have been revoked. You no longer have the ability to use your credit card account for purchases.  We can help you get back on track. Call 1-800-955-8030 (collect 1-302-594-8200) today.

Your account is closed.  Please continue to make monthly payments by the due date until your balance is paid in full.

## CHASE PERFECTCARD REWARDS SUMMARY

| | | |
|---|---|---|
| Previous balance | $0.00 | Thank you for using the credit card that pays you back!  Remember, the rebates you earn have no limit!  Take advantage of the rewards you can earn by using your PerfectCard credit card on all your everyday purchases like gas, groceries, and drug store purchases. |
| Rebates earned from purchases | $0.00 | |
| Total remaining rebates | $0.00 | |

Your Chase PerfectCard allows you to earn unlimited Cash Back Rewards.  You earn 1% for every $1 you spend on purchases, and 3% on eligible gas purchases at any gas station.  Earn additional rebates - as much as 10% Cash Back shopping online through www.chase.com/rewardsplus.  Add authorized users, and sign up to have your monthly bills charged to your card why not get rebates for all those purchases too?

## FINANCE CHARGES

| Category | Daily Periodic Rate 31 days in cycle | Corresp. APR | Average Daily Balance | Finance Charge Due To Periodic Rate | Transaction Fee / Service Charge | Accumulated Fin Charge | FINANCE CHARGES |
|---|---|---|---|---|---|---|---|
| Purchases | .01644% | 6.00% | $7,237.30 | $36.88 | $0.00 | $0.00 | $36.88 |
| Cash advances | .01644% | 6.00% | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Total finance charges | | | | | | | $36.88 |

**Effective Annual Percentage Rate (APR):**     6.00%

Please see Information About Your Account section for balance computation method, grace period, and other important information.

The Corresponding APR is the rate of interest you pay when you carry a balance on any transaction category.
The Effective APR represents your total finance charges - including transaction fees
such as cash advance and balance transfer fees - expressed as a percentage.

**This Statement is a Facsimile - Not an original**

**S&S000042**

**Address Change Request**

Please provide information below only if the address information on front is incorrect.

Street Address: _____

City: _____

State: ____

Zip: _____  _____

Home Phone: _____  _____  _____

Work Phone: _____  _____  _____

E-mail Address: _____

---

## To contact us regarding your account:

**By Telephone:**
In U.S.      1-800-945-2000
Español    1-888-446-3308
TDD        1-800-955-8060
Pay by phone 1-800-436-7958
Outside U.S. call collect
           1-302-594-8200

**Send inquiries to:**
P.O. Box 15298
Wilmington, DE 19850-5298

**Mail Payments to:**
P.O. Box 15153
Wilmington, DE 19886-5153

**Visit Our Website:**
www.chase.com/creditcards

### Information About Your Account

**Crediting of Payments:** For payments by regular U.S. mail, send at least your minimum payment due to our Payments address shown on this statement. Your payments by mail must comply with the instructions on this statement, and must be made by check or money order, payable in U.S. Dollars, and drawn on or payable through a U.S. financial institution or the U.S. branch of a foreign financial institution. Do not send cash. Write your account number on your check or money order. Payments must be accompanied by the payment coupon in the envelope provided with our address visible through the envelope window. The envelope cannot contain more than one payment or coupon; and there can be no staples, paper clips, tape or correspondence included with your payment. If your payment is in accordance with our payment instructions and is made available to us on any day except December 25 by 1:00 p.m. local time at our Payments address on this statement, we will credit the payment to your account as of that day. If your payment is in accordance with our payment instructions, but is made available to us after 1:00 p.m. local time at our Payments address on this statement, we will credit it to your account as of the next day. If you do not follow our payment instructions or if your payment is not sent by regular U.S. mail to our Payments address, crediting of your payment may be delayed for up to 5 days. Customers made electronically through our automated telephone service, Customer Service advisors, or our web site will be subject to any processing times disclosed for those payments.

**Account Information Reported to Credit Bureaus:** We may report information about your account to credit bureaus. Late payments, missed payments or other defaults on your account may be reflected in your credit report. If you think we have reported inaccurate information to a credit bureau, you may write to us at the Inquiries address shown on this statement.

**Notice About Electronic Check Conversion:** When you pay by check, you authorize us either to use information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check transaction. When we use information from your check to make an electronic fund transfer, funds may be withdrawn from your account as soon as the same day we receive your payment, and you will not receive your check back from your financial institution. Call the Customer Service number on this statement if you have questions about electronic check collection or do not want your payments collected electronically.

**Conditional Payments:** Any payment check or other form of payment that you send us for less than the full balance due that is marked "paid in full" or contains a similar notation, or that you otherwise tender in full satisfaction of a disputed amount, must be sent to Card Services, P.O. Box 15049, Wilmington, DE 19850-5049. We reserve all our rights regarding these payments (e.g., if it is determined there is no valid dispute or if any such check is received at any other address, we may accept the check and you will still owe any remaining balance). We may refuse to accept any such payment by returning it to you, not cashing it or destroying it. All other payments that you make should be sent to the regular Payments address shown on this statement.

**Annual Renewal Notice:** If your account has an annual fee, it will be billed each year or in monthly installments, whether or not you use your account, and you agree to pay it when billed. The annual fee is non-refundable unless you notify us that you wish to close your account within 30 days of the date we mail your statement on which the annual fee is charged and at the same time, you pay your outstanding balance in full. Your payment of the annual fee does not affect our rights to close your account and to limit your right to make transactions on your account. If your account is closed by you or us, we will continue to charge the annual fee until you pay your outstanding balance in full and terminate your account relationship.

**Explanation of Finance Charges:** We calculate periodic finance charges, using the applicable periodic rates shown on this statement, separately for each feature (e.g., balance transfer/convenience checks and cash advance checks ("check transaction"), purchases, balance transfers, cash advances, promotional balance transfers). These calculations may combine different categories with the same daily periodic rates. If there is a "V" next to a periodic rate on this statement, that rate may vary, and the index and margin used to determine that rate and its corresponding APR are described in your Cardmember Agreement, as amended. There is a minimum finance charge in any billing cycle in which you owe any periodic finance charges, and a transaction finance charge for each balance transfer, cash advance, or check transaction, in the amounts stated in your Cardmember Agreement, as amended.

To get the daily balance for each day of the current billing cycle, we take the beginning balance for each feature, add any new transactions or other debits (including fees, unpaid finance charges and other charges), subtract any payments or credits, and make other adjustments. Transactions are added as of the transaction date, the beginning of the billing cycle in which they are posted to your account, or a later date of our choice (except that check transactions are added as of the date deposited by the payee or a later date of our choice). Fees are added either on the date of a related transaction, the date they are posted to your account, or the last day of the billing cycle. This gives us that day's daily balance. A credit balance is treated as a balance of zero. If a daily periodic rate applies to any feature, we multiply the daily balance by the daily periodic rate to get your periodic finance charges for that day. We then add these periodic finance charges to your daily balance to get the beginning balance for the next day. (If more than one daily periodic rate could apply based on the average daily balance, we will use the daily periodic rate that applies for the average daily balance amount at the end of the billing cycle to calculate the daily periodic finance charge each day.)

To get your total periodic finance charge for a billing cycle when a daily periodic rate(s) applies, we add all of the daily periodic finance charges for all features. To determine an average daily balance, we add your daily balances and divide by the number of the days in the applicable billing cycle(s). If you multiply the average daily balance for each feature by the applicable daily periodic rate, and then multiply each of these results by the number of days in the applicable billing cycle(s), and then add all the results together, the total will also equal the periodic finance charges for the billing cycle, except for minor variations due to rounding. To get your total periodic finance charge for a billing cycle when a monthly periodic rate(s) applies, multiply the average daily balance for each feature by the applicable monthly periodic rate and add the results together. The total will equal the periodic finance charges for the billing cycle, except for minor variations due to rounding.

**Grace Period (at least 20 days):** We accrue periodic finance charges on a transaction, fee, or finance charge from the date it is added to your daily balance until payment in full is received on your account. However, we do not charge periodic finance charges on new purchases billed during a billing cycle if we receive both payment of your New Balance on your current statement by the date and time payment is due and also payment of your New Balance on your previous statement by the date and time your payment was due. There is no grace period for balance transfers, cash advances, check transactions, or overdraft advances.

### BILLING RIGHTS SUMMARY

**In Case of Errors or Questions About Your Bill:** If you think your bill is wrong, or if you need more information about a transaction on your bill, write Customer Service on a separate sheet at P.O. Box 15299 Wilmington, DE 19850-5299 as soon as possible. We must hear from you no later than 60 days after we sent you the first bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights. In your letter, give us the following information.

• Your name and account number
• The dollar amount of the suspected error
• Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take action to collect the amount you question. If you have authorized us to pay your credit card bill automatically from your savings or checking account, you can stop the payment on any amount you think is wrong. To stop the payment, your letter or call (using the Inquiries address or Customer Service telephone number shown on this statement) must reach us at least three business days before the automatic payment is scheduled to occur.

**Special Rule for Credit Card Purchases:** If you have a problem with the quality of goods or services that you purchased with a credit card (excluding purchases made with a check), and you have tried in good faith to correct the problem with the merchant, you may not have to pay the remaining amount due on the goods or services. You have this protection only when the purchase price was more than $50 and the purchase was made in your home state or within 100 miles of your mailing address. These limitations do not apply if we own or operate the merchant, or if we mailed you the advertisement for the property or services.

MA111408

S&S000043

| Payment Due Date | New Balance | Past Due Amount | Minimum Payment |
|---|---|---|---|
| 09/06/09 | $7,219.46 | $292.00 | $657.46 |

**Account number:** ███████3559

$ [      -      ]

Make your check payable to:
Chase Card Services.
Please write amount enclosed.
New address or e-mail?  Print on back.

33775 BEX Z 22469 D
DAVID J AGOADO
1203 AUGUST RD
NORTH BABYLON NY  11703-1903

CARDMEMBER SERVICE
PO BOX 15153
WILMINGTON DE  19886-5153

⑉5000160280⑉ 2215953913559⑉⑉

**CHASE** ◆

Statement Date:
07/13/09 - 08/12/09

Minimum Payment: $657.46
Payment Due Date: 09/06/09

Manage your account online:
www.chase.com/creditcards

Additional contact information
conveniently located on reverse side

## ACCOUNT SUMMARY

VISA Account Number: ██████3559

| | | | |
|---|---|---|---|
| Previous Balance | $7,328.21 | Total Credit Line | $7,000 |
| Payment, Credits | -$146.00 | Available Credit | $0 |
| Finance Charges | +$37.25 | Cash Access Line | $1,400 |
| New Balance | $7,219.46 | Available for Cash | $0 |

Your credit card account is past due.  Please send payment immediately.  Call 1-800-955-8030 (collect 1-302-594-8200) today.

Your account is closed.  Please continue to make monthly payments by the due date until your balance is paid in full.

## CHASE PERFECTCARD REWARDS SUMMARY

| | |
|---|---|
| Previous balance | $0.00 |
| Rebates earned from purchases | $0.00 |
| Other bonus points | $0.00 |
| Total remaining rebates | $0.00 |

Thank you for using the credit card that pays you back!  Remember, the rebates you earn have no limit!  Take advantage of the rewards you can earn by using your PerfectCard credit card on all your everyday purchases like gas, groceries, and drug store purchases.

Your Chase PerfectCard allows you to earn unlimited Cash Back Rewards.  You earn 1% for every $1 you spend on purchases, and 3% on eligible gas purchases at any gas station.  Earn additional rebates - as much as 10% Cash Back shopping online through www.chase.com/rewardsplus.  Add authorized users, and sign up to have your monthly bills charged to your card why not get rebates for all those purchases too?

## ACCOUNT ACTIVITY

| Date of Transaction | Merchant Name or Transaction Description | $ Amount |
|---|---|---|
| 08/05 | Payment - Thank You | -146.00 |

## FINANCE CHARGES

| Category | Daily Periodic Rate 31 days in cycle | Corresp. APR | Average Daily Balance | Finance Charge Due To Periodic Rate | Transaction Fee / Service Charge | Accumulated Fin Charge | FINANCE CHARGES |
|---|---|---|---|---|---|---|---|
| Purchases | .01644% | 6.00% | $7,308.62 | $37.25 | $0.00 | $0.00 | $37.25 |
| Cash advances | .01644% | 6.00% | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Total finance charges | | | | | | | $37.25 |

**Effective Annual Percentage Rate (APR):**  6.00%

Please see Information About Your Account section for balance computation method, grace period, and other important information.

The Corresponding APR is the rate of interest you pay when you carry a balance on any transaction category.
The Effective APR represents your total finance charges - including transaction fees
such as cash advance and balance transfer fees - expressed as a percentage.

**This Statement is a Facsimile - Not an original**

S&S000044

**Address Change Request**

Please provide information below only if the address information on front is incorrect.

Street Address: _____

City: _____

State: _____

Zip: _____ _____

Home Phone: _____ _____ _____

Work Phone: _____ _____ _____

E-mail Address: _____

---

## To contact us regarding your account:

**By Telephone:**

| | |
|---|---|
| In U.S. | 1-800-945-2000 |
| Español | 1-888-446-3308 |
| TDD | 1-800-955-8060 |
| Pay by phone | 1-800-436-7958 |
| Outside U.S. call collect | 1-302-594-8200 |

**Send inquiries to:**
P.O. Box 15298
Wilmington, DE 19850-5298

**Mail Payments to:**
P.O. Box 15153
Wilmington, DE 19886-5153

**Visit Our Website:**

www.chase.com/creditcards

---

**Information About Your Account**

**Crediting of Payments:** For payments by regular U.S. mail, send at least your minimum payment due to our Payments address shown on this statement. Your payments by mail must comply with the instructions on this statement, and must be made by check or money order, payable in U.S. Dollars, and drawn on or payable through a U.S. financial institution or the U.S. branch of a foreign financial institution. Do not send cash. Write your account number on your check or money order. Payments must be accompanied by the payment coupon in the envelope provided with our address visible through the envelope window. The envelope cannot contain more than one payment or coupon; and there can be no staples, paper clips, tape or correspondence included with your payment. If your payment is in accordance with our payment instructions and is made available to us on any day except December 25 by 1:00 p.m. local time at our Payments address on this statement, we will credit the payment to your account as of that day. If your payment is in accordance with our payment instructions, but is made available to us after 1:00 p.m. local time at our Payments address on this statement, we will credit it to your account as of the next day. If you do not follow our payment instructions or if your payment is not sent by regular U.S. mail to our Payments address, crediting of your payment may be delayed for up to 5 days. Payments made electronically through our automated telephone service, Customer Service advisors, or our web site will be subject to any processing times disclosed for those payments.

**Account Information Reported to Credit Bureaus:** We may report information about your account to credit bureaus. Late payments, missed payments or other defaults on your account may be reflected in your credit report. If you think we have reported inaccurate information to a credit bureau, you may write to us at the Inquiries address shown on this statement.

**Notice About Electronic Check Conversion:** When you pay by check, you authorize us either to use information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check transaction. When we use information from your check to make an electronic fund transfer, funds may be withdrawn from your account as soon as the same day we receive your payment, and you will not receive your check back from your financial institution. Call the Customer Service number on this statement if you have questions about electronic check collection or do not want your payments collected electronically.

**Conditional Payments:** Any payment check or other form of payment that you send us for less than the full balance due that is marked "paid in full" or contains a similar notation, or that you otherwise tender in full satisfaction of a disputed amount, must be sent to Card Services, P.O. Box 15049, Wilmington, DE 19850-5049. We reserve all our rights regarding these payments (e.g., if it is determined there is no valid dispute or if your check is received at any other address, we may accept the check and you will still owe any remaining balance). We may refuse to accept any such payment by returning it to you, not cashing it or destroying it. All other payments that you make should be sent to the regular Payments address shown on this statement.

**Annual Renewal Notice:** If your account has an annual fee, it will be billed each year or in monthly installments, whether or not you use your account, and you agree to pay it when billed. The annual fee is non-refundable unless you notify us that you wish to close your account within 30 days of the date we mail your statement on which the annual fee is charged and at the same time, you pay your outstanding balance in full. Your payment of the annual fee does not affect our rights to close your account and to limit your right to make transactions on your account. If your account is closed by you or us, we will continue to charge the annual fee until you pay your outstanding balance in full and terminate your account relationship.

**Explanation of Finance Charges:** We calculate periodic finance charges, using the applicable periodic rates shown on this statement, separately for each feature (e.g., balance transfer/convenience checks and cash advance checks ("check transaction"), purchases, balance transfers, cash advances, promotional balances or other advances). These calculations may combine different categories with the same daily periodic rates. If there is a "V" next to a periodic rate on this statement, that rate may vary, and the index and margin used to determine that rate and its corresponding APR are described in your Cardmember Agreement, as amended. There is a minimum finance charge in any billing cycle in which you owe any periodic finance charges, and a transaction finance charge for each balance transfer, cash advance, or check transaction, in the amounts stated in your Cardmember Agreement, as amended.

To get the daily balance for each day of the current billing cycle, we take the beginning balance for each feature, add any new transactions or other debits (including fees, unpaid finance charges and other charges), subtract any payments or credits, and make other adjustments. Transactions are added as of the transaction date, the beginning of the billing cycle in which they are posted to your account, or a later date of our choice (except that check transactions are added as of the date deposited by the payee or a later date of our choice). Fees are added either on the date of a related transaction, the date they are posted to your account, or the last day of the billing cycle. This gives us that day's daily balance. A credit balance is treated as a balance of zero. If a daily periodic rate applies to any feature, we multiply the daily balance by the daily periodic rate to get your periodic finance charges for that day. We then add these periodic finance charges to your daily balance to get the beginning balance for the next day. (If more than one daily periodic rate could apply based on the average daily balance, we will use the daily periodic rate that applies for the average daily balance amount at the end of the billing cycle to calculate the daily periodic finance charge each day.)

To get your total periodic finance charge for a billing cycle when a daily periodic rate(s) applies, we add all of the daily periodic finance charges for all features. To determine an average daily balance, we add your daily balances and divide by the number of days in the applicable billing cycle(s). If you multiply the average daily balance for each feature by the applicable daily periodic rate, and then multiply each of these results by the number of days in the applicable billing cycle(s), and then add all the results together, the total will also equal the periodic finance charges for the billing cycle, except for minor variations due to rounding. To get your total periodic finance charge for a billing cycle when a monthly periodic rate(s) applies, multiply the average daily balance for each feature by the applicable monthly periodic rate and add the results together. The total will equal the periodic finance charges for the billing cycle, except for minor variations due to rounding.

**Grace Period (at least 20 days):** We accrue periodic finance charges on a transaction, fee, or finance charge from the date it is added to your daily balance until payment in full is received on your account. However, we do not charge periodic finance charges on new purchases billed during a billing cycle if we receive both payment of your New Balance on your current statement by the date and time your payment is due and also payment of your New Balance on your previous statement by the date and time your payment was due. There is no grace period for balance transfers, cash advances, check transactions, or overdraft advances.

**BILLING RIGHTS SUMMARY**

**In Case of Errors or Questions About Your Bill:** If you think your bill is wrong, or if you need more information about a transaction on your bill, write Customer Service on a separate sheet at P.O. Box 15299, Wilmington, DE 19850-5299 as soon as possible. We must hear from you no later than 60 days after we sent you the first bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights. In your letter, give us the following information.

• Your name and account number

• The dollar amount of the suspected error

• Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take action to collect the amount you question. If you have authorized us to pay your credit card bill automatically from your savings or checking account, you can stop the payment on any amount you think is wrong. To stop the payment, your letter or call (using the Inquiries address or Customer Service telephone number shown on this statement) must reach us at least three business days before the automatic payment is scheduled to occur.

**Special Rule for Credit Card Purchases:** If you have a problem with the quality of goods or services that you purchased with a credit card (excluding purchases made with a check), and you have tried in good faith to correct the problem with the merchant, you may not have to pay the remaining amount due on the goods or services. You have this protection only when the purchase price was more than $50 and the purchase was made in your home state or within 100 miles of your mailing address. These limitations do not apply if we own or operate the merchant, or if we mailed you the advertisement for the property or services.

MA111406

S&S000045

| Payment Due Date | New Balance | Past Due Amount | Minimum Payment |
|---|---|---|---|
| 03/09/09 | $7,109.16 | $0.00 | $347.86 |

**Account number:** ███████████3559

$ [                    ] -

Make your check payable to:
**Chase Card Services.**
Please write amount enclosed.
New address or e-mail?  Print on back.

35657 BEX Z 04309 D
DAVID J AGOADO
1203 AUGUST RD
NORTH BABYLON NY  11703-1903

CARDMEMBER SERVICE
PO BOX 15153
WILMINGTON DE  19886-5153

⑇500016028⑇: 2215953913559⑇'"

## CHASE ◆

Statement Date:
01/13/09 - 02/12/09

Minimum Payment: $347.86
Payment Due Date: 03/09/09

**Manage your account online:**
www.chase.com/creditcards

Additional contact information
conveniently located on reverse side

### ACCOUNT SUMMARY

VISA Account Number: ███████████3559

| | | | |
|---|---|---|---|
| Previous Balance | $7,125.03 | Total Credit Line | $7,000 |
| Payment, Credits | -$362.94 | Available Credit | $0 |
| Purchases, Debits | +$181.97 | Cash Access Line | $1,400 |
| Finance Charges | +$165.10 | Available for Cash | $0 |
| New Balance | $7,109.16 | | |

### CHASE PERFECTCARD REWARDS SUMMARY

| | | |
|---|---|---|
| Previous balance | $2.70 | For questions about your account please call |
| Rebates earned from gas purchases | $0.40 | Cardmember Services at 1-800-945-2000. |
| Rebates earned from purchases | $1.71 | |
| Rebates Earned Year to Date | $47.84 | |
| Rebates redeemed this period | $2.70 | |
| Total remaining rebates | $2.11 | |

With PerfectCard, earn a 3% rebate on eligible gas purchases and a 1% rebate on all other purchases.  Rebates are automatically
credited to your account.  See Program terms for details.

### ACCOUNT ACTIVITY

| Date of Transaction | Merchant Name or Transaction Description | $ Amount |
|---|---|---|
| 02/04 | Payment Thank You Electronic Chk | -360.24 |
| 02/12 | PERFECTCARD REBATE CREDIT | -2.70 |
| 02/05 | MELALEUCA, INC. 800-2823000 ID | 63.00 |
| 02/05 | TACO BELL #26100026161 NORTH BABYLON NY | 7.58 |
| 02/06 | MCDONALDS  F19823 N BABYLON NY | 3.90 |
| 02/08 | WALGREENS #5439 DEER PARK NY | 55.27 |
| 02/07 | HESS 32488 PLAINVIEW NY | 13.17 |
| 02/09 | PATHMARK #615 NORTH BABYLON NY | 39.05 |

### FINANCE CHARGES

| Category | Daily Periodic Rate 31 days in cycle | Corresp. APR | Average Daily Balance | Finance Charge Due To Periodic Rate | Transaction Fee / Service Charge | Accumulated Fin Charge | FINANCE CHARGES |
|---|---|---|---|---|---|---|---|
| Purchases | V .07463% | 27.24% | $7,136.15 | $165.10 | $0.00 | $0.00 | $165.10 |
| Cash advances | V .07463% | 27.24% | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Total finance charges | | | | | | | $165.10 |

**Effective Annual Percentage Rate (APR):**      27.24%

Please see Information About Your Account section for balance computation method, grace period, and other important information.

The Corresponding APR is the rate of interest you pay when you carry a balance on any transaction category.
The Effective APR represents your total finance charges - including transaction fees
such as cash advance and balance transfer fees - expressed as a percentage.

### IMPORTANT NEWS

We are bringing you clear and simple!  Take a
look at the new format of your statement - we hope you
find it easier to read.  It still has everything you need on
the front and back, with information simply displayed.

## This Statement is a Facsimile - Not an original

**S&S000046**

**Address Change Request**

Please provide information below only if the address information on front is incorrect.

Street Address: _____

City: _____

State: _____

Zip: _____ _____

Home Phone: _____ _____ _____

Work Phone: _____ _____ _____

E-mail Address: _____

---

## To contact us regarding your account:

**By Telephone:**
In U.S.      1-800-945-2000
Español      1-888-446-3308
TDD          1-800-955-8060
Pay by phone 1-800-436-7958
Outside U.S. call collect
             1-302-594-8200


**Send Inquiries to:**
P.O. Box 15298
Wilmington, DE 19850-5298


**Mail Payments to:**
P.O. Box 15153
Wilmington, DE 19886-5153

**Visit Our Website:**
www.chase.com/creditcards

---

**Information About Your Account**

**Crediting of Payments:** For payments by regular U.S. mail, send at least your minimum payment due to our Payments address shown on this statement. Your payments by mail must comply with the instructions on this statement, and must be made by check or money order, payable in U.S. Dollars, and drawn on or payable through a U.S. financial institution or the U.S. branch of a foreign financial institution. Do not send cash. Write your account number on your check or money order. Payments must be accompanied by the payment coupon in the envelope provided with our address visible through the envelope window. If the envelope cannot contain more than one payment or coupon; and there can be no staples, paper clips, tape or correspondence included with your payment. If your payment is in accordance with our payment instructions and is made available to us on any day except December 25 by 1:00 p.m. local time at our Payments address on this statement, we will credit the payment to your account as of that day. If your payment is in accordance with our payment instructions, but is made available to us after 1:00 p.m. local time at our Payments address on this statement, we will credit it to your account as of the next day. If you do not follow our payment instructions or if your payment is not sent by regular U.S. mail to our Payments address, crediting of your payment may be delayed for up to 5 days. Payments made electronically through our automated telephone service, Customer Service advisors, or our web site will be subject to any processing times disclosed for those payments.

**Account Information Reported to Credit Bureaus:** We may report information about your account to credit bureaus. Late payments, missed payments or other defaults on your account may be reflected in your credit report. If you think we have reported inaccurate information to a credit bureau, you may write to us at the Inquiries address shown on this statement.

**Notice About Electronic Check Conversion:** When you pay by check, you authorize us either to use information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check transaction. When we use information from your check to make an electronic fund transfer, funds may be withdrawn from your account as soon as the same day we receive your payment, and you will not receive your check back from your financial institution. Call the Customer Service number on this statement if you have questions about electronic check collection or do not want your payments collected electronically.

**Conditional Payments:** Any payment check or other form of payment that you send us for less than the full balance due that is marked "paid in full" or contains a similar notation, or that you otherwise tender in full satisfaction of a disputed amount, must be sent to Card Services, P.O. Box 15049, Wilmington, DE 19850-5049. We reserve all our rights regarding these payments (e.g., if it is determined there is no valid dispute or if any such check is received at any other address, we may accept the check and you will still owe any remaining balance). We may refuse to accept any such payment by returning it to you, not cashing it or destroying it. All other payments that you make should be sent to the regular Payments address shown on this statement.

**Annual Renewal Notice:** If your account has an annual fee, it will be billed each year or in monthly installments, whether or not you use your account, and you agree to pay it when billed. The annual fee is non-refundable unless you notify us that you wish to close your account within 30 days of the date we mail your statement on which the annual fee is charged and at the same time, you pay your outstanding balance in full. Your payment of the annual fee does not affect our rights to close your account and to limit your right to make transactions on your account. If your account is closed by you or us, we will continue to charge the annual fee until you pay your outstanding balance in full and terminate your account relationship.

**Explanation of Finance Charges:** We calculate periodic finance charges, using the applicable periodic rates shown on this statement, separately for each feature (e.g., balance transfer/convenience checks and cash advance checks ("check transaction"), purchases, balance transfers, cash advances, promotional balance advances). These calculations may combine different categories with the same daily periodic rates. If there is a "V" next to a periodic rate on this statement, that rate may vary, and the index and margin used to determine that rate and its corresponding APR are described in your Cardmember Agreement, as amended. There is a minimum finance charge in any billing cycle in which you owe any periodic finance charges, and a transaction finance charge for each balance transfer, cash advance, or check transaction, in the amounts stated in your Cardmember Agreement, as amended.

To get the daily balance for each day of the current billing cycle, we take the beginning balance for each feature, add any new transactions or other debits (including fees, unpaid finance charges and other charges), subtract any payments or credits, and make other adjustments. Transactions are added as of the transaction date, the beginning of the billing cycle in which they are posted to your account, or a later date of our choice (except that check transactions are added as of the date deposited by the payee or a later date of our choice). Fees are added either on the date of a related transaction, the date they are posted to your account, or the last day of the billing cycle. This gives us that day's daily balance. A credit balance is treated as a balance of zero. If a daily periodic rate applies to any feature, we multiply the daily balance by the daily periodic rate to get your periodic finance charges for that day. We then add these periodic finance charges to your daily balance to get the beginning balance for the next day. If more than one daily periodic rate could apply based on the average daily balance, we will use the daily periodic rate that applies for the average daily balance amount at the end of the billing cycle to calculate the daily periodic finance charge each day.)

To get your total periodic finance charge for a billing cycle when a daily periodic rate(s) applies, we add all of the daily periodic finance charges for all features. To determine an average daily balance, we add your daily balances and divide by the number of the days in the applicable billing cycle(s). If you multiply the average daily balance for each feature by the applicable daily periodic rate, and then multiply each of these results by the number of days in the applicable billing cycle(s), and then add all the results together, the total will also equal the periodic finance charges for the billing cycle, except for minor variations due to rounding. To get your total periodic finance charge for a billing cycle when a monthly periodic rate(s) applies, multiply the average daily balance for each feature by the applicable monthly periodic rate and add the results together. The total will equal the periodic finance charges for the billing cycle, except for minor variations due to rounding.

**Grace Period (at least 20 days):** We accrue periodic finance charges on a transaction, fee, or finance charge from the date it is added to your daily balance until payment in full is received on your account. However, we do not charge periodic finance charges on new purchases billed during a billing cycle if we receive both payment of your New Balance on your current statement by the date and time your payment is due and also payment of your New Balance on your previous statement by the date and time your payment was due. There is no grace period for balance transfers, cash advances, check transactions, or overdraft advances.

**BILLING RIGHTS SUMMARY**

**In Case of Errors or Questions About Your Bill:** If you think your bill is wrong, or if you need more information about a transaction on your bill, write Customer Service on a separate sheet at P.O. Box 15299 Wilmington, DE 19850-5299 as soon as possible. We must hear from you no later than 60 days after we sent you the first bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights. In your letter, give us the following information.
• Your name and account number
• The dollar amount of the suspected error
• Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take action to collect the amount you question. If you have authorized us to pay your credit card bill automatically from your savings or checking account, you can stop the payment on any amount you think is wrong. To stop the payment, your letter or call (using the Inquiries address or Customer Service telephone number shown on this statement) must reach us at least three business days before the automatic payment is scheduled to occur.

**Special Rule for Credit Card Purchases:** If you have a problem with the quality of goods or services that you purchased with a credit card (excluding purchases made with a check), and you have tried in good faith to correct the problem with the merchant, you may not have to pay the remaining amount due on the goods or services. You have this protection only when the purchase price was more than $50 and the purchase was made in your home state or within 100 miles of your mailing address. These limitations do not apply if we own or operate the merchant, or if we mailed you the advertisement for the property or services.

MA111408

S&S000047

| Payment Due Date | New Balance | Past Due Amount | Minimum Payment |
|---|---|---|---|
| 04/06/09 | $6,990.24 | $0.00 | $219.00 |

**Account number:** ████████3559

$ _____ - 

Make your check payable to:
**Chase Card Services.**
Please write amount enclosed.
New address or e-mail?  Print on back.

32899 BEX Z 07109 D
DAVID J AGOADO
1203 AUGUST RD
NORTH BABYLON NY  11703-1903

CARDMEMBER SERVICE
PO BOX 15153
WILMINGTON DE  19886-5153

⑈5000160 28⑈  22159539135599⑈

## CHASE ◆

Statement Date:
02/13/09 - 03/12/09

Minimum Payment: $219.00
Payment Due Date: 04/06/09

**Manage your account online:**
www.chase.com/creditcards

Additional contact information
conveniently located on reverse side

### ACCOUNT SUMMARY

VISA Account Number: ████████3559

| | | | |
|---|---|---|---|
| Previous Balance | $7,109.16 | Total Credit Line | $7,000 |
| Payment, Credits | -$352.11 | Available Credit | $9 |
| Purchases, Cash, Debits | +$83.58 | Cash Access Line | $1,400 |
| Finance Charges | +$149.61 | Available for Cash | $9 |
| New Balance | $6,990.24 | | |

### CHASE PERFECTCARD REWARDS SUMMARY

| | | |
|---|---|---|
| Previous balance | $2.11 | For questions about your account please call |
| Rebates earned from purchases | $0.84 | Cardmember Services at 1-800-945-2000. |
| Rebates Earned Year to Date | $48.68 | |
| Rebates redeemed this period | $2.11 | |
| Total remaining rebates | $0.84 | |

With PerfectCard, earn a 3% rebate on eligible gas purchases and a 1% rebate on all other purchases.  Rebates are automatically
credited to your account.  See Program terms for details.

### ACCOUNT ACTIVITY

| Date of Transaction | Merchant Name or Transaction Description | $ Amount |
|---|---|---|
| 03/09 | Payment - Thank You | -350.00 |
| 03/12 | PERFECTCARD REBATE CREDIT | -2.11 |
| 02/12 | ONSTAR SUBSCRIPTION 888-4ONSTAR MI | 20.58 |
| 03/10 | MELALEUCA, INC. 800-2823000 ID | 63.00 |

### FINANCE CHARGES

| Category | Daily Periodic Rate 28 days in cycle | Corresp. APR | Average Daily Balance | Finance Charge Due To Periodic Rate | Transaction Fee / Service Charge | Accumulated Fin Charge | FINANCE CHARGES |
|---|---|---|---|---|---|---|---|
| Purchases | V .07463% | 27.24% | $7,159.48 | $149.61 | $0.00 | $0.00 | $149.61 |
| Cash advances | V .07463% | 27.24% | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Total finance charges | | | | | | | $149.61 |

**Effective Annual Percentage Rate (APR):**      **27.24%**

Please see Information About Your Account section for balance computation method, grace period, and other important information.

The Corresponding APR is the rate of interest you pay when you carry a balance on any transaction category.
The Effective APR represents your total finance charges - including transaction fees
such as cash advance and balance transfer fees - expressed as a percentage.

### IMPORTANT NEWS

Worried your taxes weren't done correctly?  Get a Second
Look review from H&R Block for just $29.  In the past, we
found mistakes in 4 out 5 of the returns brought to us for
a Second Look Review. Call 877-695-LOOK. This
identifies you as a Chase customer.

**This Statement is a Facsimile - Not an original**

**S&S000048**

Address Change Request

Please provide information below only if the address information on front is incorrect.

Street Address: _____

City: _____

State: ____

Zip: _____ _____

Home Phone: _____ _____ _____

Work Phone: _____ _____ _____

E-mail Address: _____

---

## To contact us regarding your account:

**By Telephone:**
In U.S.       1-800-945-2000
Español      1-888-446-3308
TDD          1-800-955-8060
Pay by phone 1-800-436-7958
Outside U.S. call collect
             1-302-594-8200

**Send Inquiries to:**
P.O. Box 15298
Wilmington, DE 19850-5298

**Mail Payments to:**
P.O. Box 15153
Wilmington, DE 19886-5153

**Visit Our Website:**
www.chase.com/creditcards

---

**Information About Your Account**

**Crediting of Payments:** For payments by regular U.S. mail, send at least your minimum payment due to our Payments address shown on this statement. Your payments by mail must comply with the instructions on this statement, and must be made by check or money order, payable in U.S. Dollars, and drawn on or payable through a U.S. financial institution or the U.S. branch of a foreign financial institution. Do not send cash. Write your account number on your check or money order. Payments must be accompanied by the payment coupon in the envelope provided with our address visible through the envelope window. The envelope cannot contain more than one payment or coupon; and there can be no staples, paper clips, tape or correspondence included with your payment. If your payment is in accordance with our payment instructions and is made available to us on any day except December 25 by 1:00 p.m. local time at our Payments address on this statement, we will credit the payment to your account as of that day. If your payment is in accordance with our payment instructions, but is made available to us after 1:00 p.m. local time at our Payments address on this statement, we will credit it to your account as of the next day. If you do not follow our payment instructions or if your payment is not sent by regular U.S. mail to our Payments address, crediting of your payment may be delayed for up to 5 days. Payments made electronically through our automated telephone service, Customer Service advisors, or our web site will be subject to any processing times disclosed for those payments.

**Account Information Reported to Credit Bureaus:** We may report information about your account to credit bureaus. Late payments, missed payments or other defaults on your account may be reflected in your credit report. If you think we have reported inaccurate information to a credit bureau, you may write to us at the Inquiries address shown on this statement.

**Notice About Electronic Check Conversion:** When you pay by check, you authorize us either to use information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check transaction. When we use information from your check to make an electronic fund transfer, funds may be withdrawn from your account as soon as the same day we receive your payment, and you will not receive your check back from your financial institution. Call the Customer Service number on this statement if you have questions about electronic check collection or do not want your payments collected electronically.

**Conditional Payments:** Any payment check or other form of payment that you send us for less than the full balance due that is marked "paid in full" or contains a similar notation, or that you otherwise tender in full satisfaction of a disputed amount, must be sent to Card Services, P.O. Box 15049, Wilmington, DE 19850-5049. We reserve all our rights regarding these payments (e.g., if it is determined there is no valid dispute or if any such check is received at any other address, we may accept the check and you will still owe any remaining balance). We may refuse to accept any such payment by returning it to you, not cashing it or destroying it. All other payments that you make should be sent to the regular Payments address shown on this statement.

**Annual Renewal Notice:** If your account has an annual fee, it will be billed each year or in monthly installments, whether or not you use your account, and you agree to pay it when billed. The annual fee is non-refundable unless you notify us that you wish to close your account within 30 days of the date we mail your statement on which the annual fee is charged and at the same time, you pay your outstanding balance in full. Your payment of the annual fee does not affect our rights to close your account and to limit your right to make transactions on your account. If your account is closed by you or us, we will continue to charge the annual fee until you pay your outstanding balance in full and terminate your account relationship.

**Explanation of Finance Charges:** We calculate periodic finance charges, using the applicable periodic rates shown on this statement, separately for each feature (e.g., balance transfer/convenience checks and cash advance checks ("check transaction"), purchases, balance transfers, cash advances, promotional balances). These calculations may combine different categories with the same daily periodic rates. If there is a "V" next to a periodic rate on this statement, that rate may vary, and the index and margin used to determine that rate and its corresponding APR are described in your Cardmember Agreement, as amended. There is a minimum finance charge in any billing cycle in which you owe any periodic finance charges, and a transaction finance charge for each balance transfer, cash advance, or check transaction, in the amounts stated in your Cardmember Agreement, as amended.

To get the daily balance for each day of the current billing cycle, we take the beginning balance for each feature, add any new transactions or other debits (including fees, unpaid finance charges and other charges), subtract any payments or credits, and make other adjustments. Transactions are added as of the transaction date, the beginning of the billing cycle in which they are posted to your account, or a later date of our choice (except that check transactions are added as of the date deposited by the payee or a later date of our choice). Fees are added either on the date of a related transaction, the date they are posted to your account, or the last day of the billing cycle. This gives us that day's daily balance. A credit balance is treated as a balance of zero. If a daily periodic rate applies to any feature, we multiply the daily balance by the daily periodic rate to get your periodic finance charges for that day. We then add these periodic finance charges to your daily balance to get the beginning balance for the next day. (If more than one daily periodic rate could apply based on the average daily balance, we will use the daily periodic rate that applies for the average daily balance amount at the end of the billing cycle to calculate the daily periodic finance charge each day.)

To get your total periodic finance charge for a billing cycle when a daily periodic rate(s) applies, we add all of the daily periodic finance charges for all features. To determine an average daily balance, we add your daily balances and divide by the number of the days in the applicable billing cycle(s). If you multiply the average daily balance for each feature by the applicable daily periodic rate, and then multiply each of these results by the number of days in the applicable billing cycle(s), and then add all the results together, the total will also equal the periodic finance charges for the billing cycle, except for minor variations due to rounding. To get your total periodic finance charge for a billing cycle when a monthly periodic rate(s) applies, multiply the average daily balance for each feature by the applicable monthly periodic rate and add the results together. The total will equal the periodic finance charges for the billing cycle, except for minor variations due to rounding.

**Grace Period (at least 20 days):** We accrue periodic finance charges on a transaction, fee, or finance charge from the date it is added to your daily balance until payment in full is received on your account. However, we do not charge periodic finance charges on new purchases billed during a billing cycle if we receive both payment of your New Balance on your current statement by the date and time your payment is due and also payment of your New Balance on your previous statement by the date and time your payment was due. There is no grace period for balance transfers, cash advances, check transactions, or overdraft advances.

**BILLING RIGHTS SUMMARY**

**In Case of Errors or Questions About Your Bill:** If you think your bill is wrong, or if you need more information about a transaction on your bill, write Customer Service on a separate sheet at P.O. Box 15299, Wilmington, DE 19850-5299 as soon as possible. We must hear from you no later than 60 days after we sent you the first bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights. In your letter, give us the following information.
• Your name and account number
• The dollar amount of the suspected error
• Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.
You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take action to collect the amount you question. If you have authorized us to pay your credit card bill automatically from your savings or checking account, you can stop the payment on any amount you think is wrong. To stop the payment, your letter or call (using the Inquiries address or Customer Service telephone number shown on this statement) must reach us at least three business days before the automatic payment is scheduled to occur.

**Special Rule for Credit Card Purchases:** If you have a problem with the quality of goods or services that you purchased with a credit card (excluding purchases made with a check), and you have tried in good faith to correct the problem with the merchant, you may not have to pay the remaining amount due on the goods or services. You have this protection only when the purchase price was more than $50 and the purchase was made in your home state or within 100 miles of your mailing address. These limitations do not apply if we own or operate the merchant, or if we mailed you the advertisement for the property or services.

MA111408

S&S000049

| Payment Due Date | New Balance | Past Due Amount | Minimum Payment |
|---|---|---|---|
| 05/07/09 | $7,114.57 | $0.00 | $350.41 |

**Account number:** ▓▓▓▓▓3559

$ [                    ]   -

Make your check payable to:
**Chase Card Services.**
Please write amount enclosed.
New address or e-mail?  Print on back.

37786 BEX Z 10299 D
DAVID J AGOADO
1203 AUGUST RD
NORTH BABYLON NY  11703-1903

CARDMEMBER SERVICE
PO BOX 15153
WILMINGTON DE  19886-5153

⑆500016028⑆ 2215953913559⑈

# CHASE ◉

Statement Date:
03/13/09 - 04/12/09

Minimum Payment: $350.41
Payment Due Date: 05/07/09

**Manage your account online:**
www.chase.com/creditcards

**Additional contact information**
conveniently located on reverse side

## ACCOUNT SUMMARY

VISA Account Number: ▓▓▓▓3559

| | | | |
|---|---|---|---|
| Previous Balance | $6,990.24 | Total Credit Line | $7,000 |
| Payment, Credits | -$219.84 | Available Credit | $0 |
| Purchases, Debits | +$179.83 | Cash Access Line | $1,400 |
| Finance Charges | +$164.34 | Available for Cash | $0 |
| New Balance | $7,114.57 | | |

## CHASE PERFECTCARD REWARDS SUMMARY

| | | |
|---|---|---|
| Previous balance | $0.84 | For questions about your account please call |
| Rebates earned from gas purchases | $0.36 | Cardmember Services at 1-800-945-2000. |
| Rebates earned from purchases | $1.15 | |
| Rebates Earned Year to Date | $50.19 | |
| Rebates redeemed this period | $0.84 | |
| Total remaining rebates | $1.51 | |

With PerfectCard, earn a 3% rebate on eligible gas purchases and a 1% rebate on all other purchases.  Rebates are automatically
credited to your account.  See Program terms for details.

## ACCOUNT ACTIVITY

| Date of Transaction | Merchant Name or Transaction Description | $ Amount |
|---|---|---|
| 04/06 | Payment - Thank You | -219.00 |
| 04/12 | PERFECTCARD REBATE CREDIT | -.84 |
| 03/12 | ONSTAR SUBSCRIPTION 888-4ONSTAR MI | 20.58 |
| 03/13 | OVERLIMIT FEE | 39.00 |
| 04/06 | EPAY FEE | 14.95 |
| 04/08 | WAL-MART MASSAPEQUA (L NY | 20.65 |
| 04/07 | NEW CHINA BUFFET CITY NORTH BABYLON NY | 25.00 |
| 04/07 | HESS 32541 NORTH BABYLO NY | 12.00 |
| 04/07 | TOYS R US #6324 BAY SHORE NY | 47.65 |

## FINANCE CHARGES

| Category | Daily Periodic Rate 31 days in cycle | Corresp. APR | Average Daily Balance | Finance Charge Due To Periodic Rate | Transaction Fee / Service Charge | Accumulated Fin Charge | FINANCE CHARGES |
|---|---|---|---|---|---|---|---|
| Purchases | V .07463% | 27.24% | $7,103.57 | $164.34 | $0.00 | $0.00 | $164.34 |
| Cash advances | V .07463% | 27.24% | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Total finance charges | | | | | | | $164.34 |

**Effective Annual Percentage Rate (APR):**       27.24%

Please see Information About Your Account section for balance computation method, grace period, and other important information.

The Corresponding APR is the rate of interest you pay when you carry a balance on any transaction category.
The Effective APR represents your total finance charges - including transaction fees
such as cash advance and balance transfer fees - expressed as a percentage.

## This Statement is a Facsimile - Not an original

**S&S000050**

**Address Change Request**

Please provide information below only if the address information on front is incorrect.

Street Address: _____

City: _____

State: ___

Zip: _____ _____

Home Phone: _____ _____ _____

Work Phone: _____ _____ _____

E-mail Address: _____

---

## To contact us regarding your account:

**By Telephone:**
In U.S.    1-800-945-2000
Español    1-888-446-3308
TDD        1-800-955-8060
Pay by phone 1-800-436-7958
Outside U.S. call collect
           1-302-594-8200


**Send Inquiries to:**
P.O. Box 15298
Wilmington, DE 19850-5298


**Mail Payments to:**
P.O. Box 15153
Wilmington, DE 19886-5153

**Visit Our Website:**
www.chase.com/creditcards

---

### Information About Your Account

**Crediting of Payments:** For payments by regular U.S. mail, send at least your minimum payment due to our Payments address shown on this statement. Your payments by mail must comply with the instructions on this statement, and must be made by check or money order, payable in U.S. Dollars, and drawn on or payable through a U.S. financial institution or the U.S. branch of a foreign financial institution. Do not send cash. Write your account number on your check or money order. Payments must be accompanied by the payment coupon in the envelope provided with our address visible through the envelope window. The envelope cannot contain more than one payment or coupon; and there can be no staples, paper clips, tape or correspondence included with your payment. If your payment is in accordance with our payment instructions and is made available to us on any day except December 25 by 1:00 p.m. local time at our Payments address on this statement, we will credit the payment to your account as of that day. If your payment is in accordance with our payment instructions, but is made available to us after 1:00 p.m. local time at our Payments address on this statement, we will credit it to your account as of the next day. If you do not follow our payment instructions or if your payment is not sent by regular U.S. mail to our Payments address, crediting of your payment may be delayed for up to 5 days. Payments made electronically through our automated telephone service, Customer Service advisors, or our web site will be subject to any processing times disclosed for those payments.

**Account Information Reported to Credit Bureaus:** We may report information about your account to credit bureaus. Late payments, missed payments or other defaults on your account may be reflected in your credit report. If you think we have reported inaccurate information to a credit bureau, you may write to us at the Inquiries address shown on this statement.

**Notice About Electronic Check Conversion:** When you pay by check, you authorize us either to use information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check transaction. When we use information from your check to make an electronic fund transfer, funds may be withdrawn from your account as soon as the same day we receive your payment, and you will not receive your check back from your financial institution. Call the Customer Service number on this statement if you have questions about electronic check collection or do not want your payments collected electronically.

**Conditional Payments:** Any payment check or other form of payment that you send us for less than the full balance due that is marked "paid in full" or contains a similar notation, or that you otherwise tender in full satisfaction of a disputed amount, must be sent to Card Services, P.O. Box 15049, Wilmington, DE 19850-5049. We reserve all our rights regarding these payments (e.g., if it is determined there is no valid dispute or if your check is received at any other address, we may accept the check and you will still owe any remaining balance). We may refuse to accept any such payment by returning it to you, not cashing it or destroying it. All other payments that you make should be sent to the regular Payments address shown on this statement.

**Annual Renewal Notice:** If your account has an annual fee, it will be billed each year or in monthly installments, whether or not you use your account, and you agree to pay it when billed. The annual fee is non-refundable unless you notify us that you wish to close your account within 30 days of the date we mail your statement on which the annual fee is charged and at the same time, you pay your outstanding balance in full. Your payment of the annual fee does not affect our rights to close your account and to limit your right to make transactions on your account. If your account is closed by you or us, we will continue to charge the annual fee until you pay your outstanding balance in full and terminate your account relationship.

**Explanation of Finance Charges:** We calculate periodic finance charges, using the applicable periodic rates shown on this statement, separately for each feature (e.g., balance transfer/convenience checks and cash advance checks ("check transaction"), purchases, balance transfers, cash advances, promotional balances). These calculations may combine different categories with the same daily periodic rates. If there is a "V" next to a periodic rate on this statement, that rate may vary, and the index and margin used to determine that rate and its corresponding APR are described in your Cardmember Agreement, as amended. There is a minimum finance charge in any billing cycle in which you owe any periodic finance charges, and a transaction finance charge for each balance transfer, cash advance, or check transaction, in the amounts stated in your Cardmember Agreement, as amended.

To get the daily balance for each day of the current billing cycle, we take the beginning balance for each feature, add any new transactions or other debits (including fees, unpaid finance charges and other charges), subtract any payments or credits, and make other adjustments. Transactions are added as of the transaction date, the beginning of the billing cycle in which they are posted to your account, or a later date of our choice (except that check transactions are added as of the date deposited by the payee or a later date of our choice). Fees are added either on the date of a related transaction, the date they are posted to your account, or the last day of the billing cycle. This gives us that day's daily balance. A credit balance is treated as a balance of zero. If a daily periodic rate applies to any feature, we multiply the daily balance by the daily periodic rate to get your periodic finance charges for that day. We then add these periodic finance charges to your daily balance to get the beginning balance for the next day. (If more than one daily periodic rate could apply based on the average daily balance, we will use the daily periodic rate that applies for the average daily balance amount at the end of the billing cycle to calculate the daily periodic finance charge each day.)

To get your total periodic finance charge for a billing cycle when a daily periodic rate(s) applies, we add all of the daily periodic finance charges for all features. To determine an average daily balance and your daily balances and divide by the number of the days in the applicable billing cycle(s). If you multiply the average daily balance for each feature by the applicable daily periodic rate, and then multiply each of these results by the number of days in the applicable billing cycle(s), and then add all the results together, the total will also equal the periodic finance charges for the billing cycle, except for minor variations due to rounding. To get your total periodic finance charge for a billing cycle when a monthly periodic rate(s) applies, multiply the average daily balance for each feature by the applicable monthly periodic rate and add the results together. The total will equal the periodic finance charges for the billing cycle, except for minor variations due to rounding.

**Grace Period (at least 20 days):** We accrue periodic finance charges on a transaction, fee, or finance charge from the date it is added to your daily balance until payment in full is received on your account. However, we do not charge periodic finance charges on new purchases billed during a billing cycle if we receive both payment of your New Balance on your current statement by the date and time your payment is due and also payment of your New Balance on your previous statement by the date and time your payment was due. There is no grace period for balance transfers, cash advances, check transactions, or overdraft advances.

### BILLING RIGHTS SUMMARY

**In Case of Errors or Questions About Your Bill:** If you think your bill is wrong, or if you need more information about a transaction on your bill, write Customer Service on a separate sheet at P.O. Box 15299 Wilmington, DE 19850-5299 as soon as possible. We must hear from you no later than 60 days after we sent you the first bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights. In your letter, give us the following information.
• Your name and account number
• The dollar amount of the suspected error
• Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take action to collect the amount you question. If you have authorized us to pay your credit card bill automatically from your savings or checking account, you can stop the payment on any amount you think is wrong. To stop the payment, your letter or call (using the Inquiries address or Customer Service telephone number shown on this statement) must reach us at least three business days before the automatic payment is scheduled to occur.

**Special Rule for Credit Card Purchases:** If you have a problem with the quality of goods or services that you purchased with a credit card (excluding purchases made with a check), and you have tried in good faith to correct the problem with the merchant, you may not have to pay the remaining amount due on the goods or services. You have this protection only when the purchase price was more than $50 and the purchase was made in your home state or within 100 miles of your mailing address. These limitations do not apply if we own or operate the merchant, or if we mailed you the advertisement for the property or services.

MA111406

S&S000051

| Payment Due Date | New Balance | Past Due Amount | Minimum Payment |
|---|---|---|---|
| 06/06/09 | $7,390.80 | $235.00 | $919.31 |

**Account number:** ▮▮▮▮3559

$ [                    ] -

Make your check payable to:
Chase Card Services.
Please write account enclosed.
New address or e-mail?  Print on back.

39251 BEX Z 13259 D
DAVID J AGOADO
1203 AUGUST RD
NORTH BABYLON NY  11703-1903

CARDMEMBER SERVICE
PO BOX 15153
WILMINGTON DE  19886-5153

⑆500016028⑆ 2215953913S599⑆

**CHASE** ◉

Statement Date:
04/13/09 - 05/12/09

Minimum Payment: $919.31
Payment Due Date: 06/06/09

Manage your account online:
www.chase.com/creditcards

Additional contact information
conveniently located on reverse side

## ACCOUNT SUMMARY

VISA Account Number: ▮▮▮▮3559

| | | | |
|---|---|---|---|
| Previous Balance | $7,114.57 | Total Credit Line | $7,000 |
| Payment, Credits | -$1.51 | Available Credit | $0 |
| Purchases, Debits | +$98.58 | Cash Access Line | $1,400 |
| Finance Charges | +$179.16 | Available for Cash | $0 |
| New Balance | $7,390.80 | | |

The new APR and promotional rate expiration reflected on this statement is a result of a late payment on your account.  For your convenience, you can always pay online by accessing our website displayed on this statement.

## CHASE PERFECTCARD REWARDS SUMMARY

| | | |
|---|---|---|
| Previous balance | $1.51 | For questions about your account please call |
| Rebates earned from purchases | $0.21 | Cardmember Services at 1-800-945-2000. |
| Rebates Earned Year to Date | $50.40 | |
| Rebates redeemed this period | $1.51 | |
| Total remaining rebates | $0.21 | |

With PerfectCard, earn a 3% rebate on eligible gas purchases and a 1% rebate on all other purchases.  Rebates are automatically credited to your account.  See Program terms for details.

## ACCOUNT ACTIVITY

| Date of Transaction | Merchant Name or Transaction Description | $ Amount |
|---|---|---|
| 05/12 | PERFECTCARD REBATE CREDIT | -1.51 |
| 04/12 | ONSTAR SUBSCRIPTION 888-4ONSTAR MI | 20.58 |
| 05/07 | LATE FEE | 39.00 |
| 04/13 | OVERLIMIT FEE | 39.00 |

## FINANCE CHARGES

| Category | Daily Periodic Rate 30 days in cycle | Corresp. APR | Average Daily Balance | Finance Charge Due To Periodic Rate | Transaction Fee / Service Charge | Accumulated Fin Charge | FINANCE CHARGES |
|---|---|---|---|---|---|---|---|
| Purchases | V .08216% | 29.99% | $7,268.79 | $179.16 | $0.00 | $0.00 | $179.16 |
| Cash advances | V .08216% | 29.99% | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Total finance charges | | | | | | | $179.16 |

**Effective Annual Percentage Rate (APR):**          **29.99%**

Please see Information About Your Account section for balance computation method, grace period, and other important information.

The Corresponding APR is the rate of interest you pay when you carry a balance on any transaction category.
The Effective APR represents your total finance charges - including transaction fees
such as cash advance and balance transfer fees - expressed as a percentage.

**This Statement is a Facsimile - Not an original**

**S&S000052**

**Address Change Request**

Please provide information below only if the address information on front is incorrect.

Street Address: _____

City: _____

State: ____

Zip: _____  _____

Home Phone: _____  _____  _____

Work Phone: _____  _____  _____

E-mail Address: _____

---

## To contact us regarding your account:

| By Telephone: | | | |
|---|---|---|---|
| In U.S. | 1-800-945-2000 | **?**  |  |
| Español | 1-888-446-3308 | | |
| TDD | 1-800-955-8060 | Send inquiries to: | Mail Payments to: | Visit Our Website: |
| Pay by phone1-800-436-7958 | | P.O. Box 15298 | P.O. Box 15153 | www.chase.com/creditcards |
| Outside U.S. call collect | | Wilmington, DE 19850-5298 | Wilmington, DE 19886-5153 | |
| | 1-302-594-8200 | | | |

**Information About Your Account**

**Crediting of Payments:** For payments by regular U.S. mail, send at least your minimum payment due to our Payments address shown on this statement. Your payments by mail must comply with the instructions on this statement, and must be made by check or money order, payable in U.S. Dollars, and drawn on or payable through a U.S. financial institution or the U.S. branch of a foreign financial institution. Do not send cash. Write your account number on your check or money order. Payments must be accompanied by the payment coupon in the envelope provided with our address visible through the envelope window. the envelope cannot contain more than one payment or coupon; and there can be no staples, paper clips, tape or correspondence included with your payment. If your payment is in accordance with our payment instructions and is made available to us on any day except December 25 by 1:00 p.m. local time at our Payments address on this statement, we will credit the payment to your account as of that day. If your payment is in accordance with our payment instructions, but is made available to us after 1:00 p.m. local time at our Payments address on this statement, we will credit it to your account as of the next day. If you do not follow our payment instructions or if your payment is not sent by regular U.S. mail to our Payments address, crediting of your payment may be delayed for up to 5 days. Payments made electronically through our automated telephone service, Customer Service advisors, or our web site will be subject to any processing times disclosed for those payments.

**Account Information Reported to Credit Bureaus:** We may report information about your account to credit bureaus. Late payments, missed payments or other defaults on your account may be reflected in your credit report. If you think we have reported inaccurate information to a credit bureau, you may write to us at the Inquiries address shown on this statement.

**Notice About Electronic Check Conversion:** When you pay by check, you authorize us either to use information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check transaction. When we use information from your check to make an electronic fund transfer, funds may be withdrawn from your account as soon as the same day we receive your payment, and you will not receive your check back from your financial institution. Call the Customer Service number on this statement if you have questions about electronic check collection or do not want your payments collected electronically.

**Conditional Payments:** Any payment check or other form of payment that you send us for less than the full balance due that is marked "paid in full" or contains a similar notation, or that you otherwise tender in full satisfaction of a disputed amount, must be sent to Card Services, P.O. Box 15049, Wilmington, DE 19850-5049. We reserve all our rights regarding these payments (e.g., if it is determined there is no valid dispute or if your check is received at any other address, we may accept the check and you will still owe any remaining balance). We may refuse to accept any such payment by returning it to you, not cashing it or destroying it. All other payments that you make should be sent to the regular Payments address shown on this statement.

**Annual Renewal Notice:** If your account has an annual fee, it will be billed each year or in monthly installments, whether or not you use your account, and you agree to pay it when billed. The annual fee is non-refundable unless you notify us that you wish to close your account within 30 days of the date we mail your statement on which the annual fee is charged and at the same time, you pay your outstanding balance in full. Your payment of the annual fee does not affect our rights to close your account and to limit your right to make transactions on your account. If your account is closed by you or us, we will continue to charge the annual fee until you pay your outstanding balance in full and terminate your account relationship.

**Explanation of Finance Charges:** We calculate periodic finance charges, using the applicable periodic rates shown on this statement, separately for each feature (e.g. balance transfer/convenience checks and cash advance checks ("check transaction"), purchases, balance transfers, cash advances, promotional balance transfers). These calculations may combine different categories with the same daily periodic rates. If there is a "V" next to a periodic rate on this statement, that rate may vary, and the index and margin used to determine that rate and its corresponding APR are described in your Cardmember Agreement, as amended. There is a minimum finance charge in any billing cycle in which you owe any periodic finance charges, and a transaction finance charge for each balance transfer, cash advance, or check transaction, in the amounts stated in your Cardmember Agreement, as amended.

To get the daily balance for each day of the current billing cycle, we take the beginning balance for each feature, add any new transactions or other debits (including fees, unpaid finance charges and other charges), subtract any payments or credits, and make other adjustments. Transactions are added as of the transaction date, the beginning of the billing cycle in which they are posted to your account, or a later date of our choice (except that check transactions are added as of the date deposited by the payee or a later date of our choice). Fees are added either on the date of a related transaction, the date they are posted to your account, or the last day of the billing cycle. This gives us that day's daily balance. A credit balance is treated as a balance of zero. If a daily periodic rate applies to any feature, we multiply the daily balance by the daily periodic rate to get your periodic finance charges for that day. We then add these periodic finance charges to your daily balance to get the beginning balance for the next day. (If more than one daily periodic rate could apply based on the average daily balance, we will use the daily periodic rate that applies for the average daily balance amount at the end of the billing cycle to calculate the daily periodic finance charge each day.)

To get your total periodic finance charge for a billing cycle when a daily periodic rate(s) applies, we add all of the daily periodic finance charges for all features. To determine an average daily balance, add your daily balances and divide by the number of the days in the applicable billing cycle(s). If you multiply the average daily balance for each feature by the applicable daily periodic rate, and then multiply each of these results by the number of days in the applicable billing cycle(s), and then add all the results together, the total will also equal the periodic finance charges for the billing cycle, except for minor variations due to rounding. To get your total periodic finance charge for a billing cycle when a monthly periodic rate(s) applies, multiply the average daily balance for each feature by the applicable monthly periodic rate and add the results together. The total will equal the periodic finance charges for the billing cycle, except for minor variations due to rounding.

**Grace Period (at least 20 days):** We accrue periodic finance charges on a transaction, fee, or finance charge from the date it is added to your daily balance until payment in full is received on your account. However, we do not charge periodic finance charges on new purchases billed during a billing cycle if we receive both payment of your New Balance on your current statement by the date and time payment is due and also payment of your New Balance on your previous statement by the date and time payment was due. There is no grace period for balance transfers, cash advances, check transactions, or overdraft advances.

**BILLING RIGHTS SUMMARY**

**In Case of Errors or Questions About Your Bill:** If you think your bill is wrong, or if you need more information about a transaction on your bill, write Customer Service on a separate sheet at P.O. Box 15299 Wilmington, DE 19850-5299 as soon as possible. We must hear from you no later than 60 days after we sent you the first bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights. In your letter, give us the following information.
• Your name and account number
• The dollar amount of the suspected error
• Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take action to collect the amount you question. If you have authorized us to pay your credit card bill automatically from your savings or checking account, you can stop the payment on any amount you think is wrong. To stop the payment, your letter or call (using the Inquiries address or Customer Service telephone number shown on this statement) must reach us at least three business days before the automatic payment is scheduled to occur.

**Special Rule for Credit Card Purchases:** If you have a problem with the quality of goods or services that you purchased with a credit card (excluding purchases made with a check), and you have tried in good faith to correct the problem with the merchant, you may not have to pay the remaining amount due on the goods or services. You have this protection only when the purchase price was more than $50 and the purchase was made in your home state or within 100 miles of your mailing address. These limitations do not apply if we own or operate the merchant, or if we mailed you the advertisement for the property or services.

MA111406

**Statement** for account number: [REDACTED]3559

| New Balance | Payment Due Date | Past Due Amount | Minimum Payment |
|---|---|---|---|
| $7,078.40 | 11/06/08 | $0.00 | $337.96 |

**CHASE**

$ [_____]

Make your check payable to:
Chase Card Services.
Please write amount enclosed.
New address or e-mail? Print on back.

22432 BEX Z 28008 D
DAVID J AGOADO
1203 AUGUST RD
NORTH BABYLON NY 11703-1903

CARDMEMBER SERVICE
PO BOX 15153
WILMINGTON DE 19886-5153

⑆5000160 28⑆: 2215953913 5599⑈

---

**CHASE**

Opening/Closing Date: 09/13/08 - 10/12/08
Payment Due Date: 11/06/08
Minimum Payment Due: $337.96

**CUSTOMER SERVICE**
In U.S.                  1-800-945-2000
Español                1-888-446-3308
TDD                      1-800-955-8060
Pay by phone 1-800-436-7958
Outside U.S. call collect
                          1-302-594-8200

**VISA ACCOUNT SUMMARY**          Account Number: [REDACTED]3559

| | | | |
|---|---|---|---|
| Previous Balance | $6,747.24 | Total Credit Line | $7,000 |
| Payment, Credits | -$369.56 | Available Credit | $0 |
| Purchases, Cash, Debits | +$531.19 | Cash Access Line | $1,400 |
| Finance Charges | +$169.53 | Available for Cash | $0 |
| New Balance | $7,078.40 | | |

**ACCOUNT INQUIRIES**
P.O. Box 15298
Wilmington, DE 19850-5298

**PAYMENT ADDRESS**
P.O. Box 15153
Wilmington, DE 19886-5153

**VISIT US AT:**
www.chase.com/creditcards

---

**CHASE PERFECTCARD REWARDS SUMMARY**

| | |
|---|---|
| Previous balance | $19.56 |
| Rebates earned from gas purchases | $2.14 |
| Bonus rebates earned from gas purchases | $2.14 |
| Rebates earned from purchases | $4.26 |
| Rebates redeemed this period | $19.56 |
| Total remaining rebates | $8.54 |

For questions about your account please call Cardmember Services at 1-800-945-2000.

With PerfectCard, earn a 3% rebate on eligible gas purchases and a 1% rebate on all other purchases. Rebates are automatically credited to your account. See Program terms for details.

**TRANSACTIONS**

| Trans Date | Reference Number | Merchant Name or Transaction Description | Credit | Debit |
|---|---|---|---|---|
| 09/11 | 2442733825671003408317 | PATHMARK #615 NORTH BABYLON NY | | $41.06 |
| 09/12 | 2469216825600020777201 | ONSTAR SUBSCRIPTION 888-4ONSTAR MI | | 20.58 |
| 09/13 | 2416407825809100741666 | TARGET    00011486 BAY SHORE NY | | 157.23 |
| 09/14 | 2442733825971002541583 | PATHMARK #615 NORTH BABYLON NY | | 66.05 |
| 09/14 | 2416405825937800267345 | EXXONMOBIL   42144097 EAST ROCKAWAY NY | | 20.00 |
| 09/16 | | OVERLIMIT FEE | | 39.00 |
| 10/06 | 1280280020000155910215 | Payment Thank You Electronic Chk | 350.00 | |
| 10/06 | 2416407828006512054240 | MELALEUCA, INC. 800-2823000 ID | | 63.07 |
| 10/10 | 2444500828548852053593 0 | WENDYS #2462    Q25 N BABYLON NY | | 7.69 |
| 10/10 | 2442733828571003637070 | HESS 32343 DEER PARK NY | | 51.01 |
| 10/10 | 2442733828571003890327 3 | PATHMARK #615 NORTH BABYLON NY | | 65.47 |
| 10/12 | | PERFECTCARD REBATE CREDIT | 19.56 | |

**FINANCE CHARGES**

| Category | Daily Periodic Rate 30 days in cycle | Corresp. APR | Average Daily Balance | Finance Charge Due To Periodic Rate | Transaction Fee | Accumulated Fin Charge | FINANCE CHARGES |
|---|---|---|---|---|---|---|---|
| Purchases | V .07942% | 28.99% | $7,115.35 | $169.53 | $0.00 | $0.00 | $169.53 |
| Cash advances | V .07942% | 28.99% | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Total finance charges | | | | | | | $169.53 |

**Effective Annual Percentage Rate (APR):**          **28.99%**

Please see Information About Your Account section for balance computation method, grace period, and other important information.

The Corresponding APR is the rate of interest you pay when you carry a balance on any transaction category.
The Effective APR represents your total finance charges - including transaction fees
such as cash advance and balance transfer fees - expressed as a percentage.

**This Statement is a Facsimile - Not an original**

**S&S000054**

**Address Change Request**

Please provide information below only if the address information on front is incorrect.

Street Address: _____

City: _____

State: _____

Zip: _____  _____

Home Phone: _____  _____  _____

Work Phone: _____  _____  _____

E-mail Address: _____

---

## Information About Your Account



**Lost or Stolen Cards:** Please report your lost or stolen card immediately by calling the Customer Service number found on the front of your statement. Advisors are always available to assist you. You can reach an Advisor by pressing 0 after you enter your account number.

**Crediting of Payments:** For payments by regular U.S. mail, send at least your minimum payment due to our post office box designated for payments shown on this statement. Your payments by mail must comply with the instructions on this statement, and must be made by check or money order, payable in U.S. Dollars, and drawn on or payable through a U.S. financial institution or the U.S. branch of a foreign financial institution. Do not send cash. Write your account number on your check or money order. Payments must be accompanied by the payment coupon in the envelope provided with our address visible through the envelope window; the envelope cannot contain more than one payment or coupon and there can be no dividers, paper clips, tape or correspondence included with your payment. If your payment is in accordance with our payment instructions and is made available to us on any day except December 25 by 1:00 p.m. local time at our post office box designated for payments on this statement, we will credit the payment to your account as of that day. If your payment is in accordance with our payment instructions, but is made available to us after 1:00 p.m. local time at our post office box designated for payments on this statement, we will credit it to your account as of the next day. If you do not follow our payment instructions or if your payment is not sent by regular U.S. mail to our post office box designated for payments, crediting of your payment may be delayed for up to 6 days. Payments made electronically through our automated telephone service, Customer Service advisors, or our web site will be subject to any processing times disclosed for those payments.

**Account Information Reported to Credit Bureaus:** We may report information about your account to credit bureaus. Late payments, missed payments or other defaults on your account may be reflected in your credit report. If you think we have reported inaccurate information to a credit bureau, you may write to us at the Cardmember Service address listed on your billing statement. Notice About Electronic Check Conversion: When you provide a check as payment, you authorize us either to use information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check transaction. When we use information from your check to make an electronic fund transfer, funds may be withdrawn from your account as soon as the same day we receive your payment, and you will not receive your check back from your financial institution. Call the customer service number on this statement if you have questions about electronic check collection or do not want your payments collected electronically.

**Conditional Payments:** Any payment check or other form of payment that you send us for less than the full balance due that is marked "paid in full" or contains a similar notation, or that you otherwise tender in full satisfaction of a disputed amount, must be sent to Card Services, P.O. Box 15049, Wilmington, DE 19850-5049. We reserve all our rights regarding these payments (e.g., if it is determined there is no valid dispute or if any such check is received at any other address, we may accept the check and you will still owe any remaining balance). We may refuse to accept any such payment by returning it to you, not cashing it or destroying it. All other payments that you make should be sent to the appropriate payment address.

**Annual Renewal Notice:** If your account has an annual fee, it will be billed each year in monthly installments, whether or not you use your account, and you agree to pay it when billed. The annual fee is non-refundable unless you notify us that you wish to close your account within 30 days of the date we mail your statement on which the annual fee is charged and at the same time you pay your outstanding balance in full. Your payment of the annual fee does not affect our rights to close your account and to limit your right to make transactions on your account. If your account is closed by you or us, we will continue to charge the annual fee until you pay your outstanding balance in full and terminate your account relationship.

**Explanation of Finance Charges:** We calculate periodic finance charges, using the applicable periodic rates shown on this statement, separately for each feature (e.g., balance transfer/convenience checks and cash advance checks ("check transaction"), purchases, balance transfers, cash advances, promotional balances or overdraft advances). Please consult your Cardmember Agreement for the features that are applicable to your card. These calculations may combine different categories with the same daily periodic rates. If there is a "V" next to a periodic rate on this statement, that rate may vary, and the index and margin used to determine that rate and its corresponding APR are described in your Cardmember Agreement, as amended. There is a minimum finance charge in any billing cycle in which you owe any periodic finance charges, and a transaction finance charge for each balance transfer, cash advance, or check transaction, in the amounts stated in your Cardmember Agreement, as amended.

To get the daily balance for each day of the current billing cycle, we take the beginning balance for each feature, add any new transactions or other debits (including fees, unpaid finance charges and other charges), subtract any payments or credits, and make other adjustments. Transactions are added as of the transaction date, the beginning of the billing cycle in which they are posted to your account, or a later date of our choice (except that check transactions are added as of the date deposited by the payee or a later date of our choice). Fees are added either on the date of a related transaction, the date they are posted to your account, or the last day of the billing cycle. This gives us that day's daily balance. A credit balance is treated as a balance of zero. If a daily periodic rate applies to any feature, we multiply the daily balance by the daily periodic rate to get your periodic finance charges for that day. When we

add these periodic finance charges to your daily balance to get the beginning balance for the next day. (If more than one daily periodic rate could apply based on the average daily balance, we will use the daily periodic rate that applies for the average daily balance amount at the end of the billing cycle to calculate the daily periodic finance charge each day.)

To get your total periodic finance charge for a billing cycle when a daily periodic rate(s) applies, we add all of the daily periodic finance charges for all features. To determine an average daily balance, we add your daily balances and divide by the number of the days in the applicable billing cycle(s). If you multiply the average daily balance for each feature by the applicable daily periodic rate, and then multiply each of these results by the number of days in the applicable billing cycle(s), and then add all of the results together, the total will also equal the periodic finance charge for the billing cycle, except for minor variations due to rounding. To get your total periodic finance charge for a billing cycle when a monthly periodic rate(s) applies, multiply the average daily balance for each feature by the applicable monthly periodic rate and add the results together. The total will equal the periodic finance charges for the billing cycle, except for minor variations due to rounding.

**Grace Period (at least 20 days):** We accrue periodic finance charges on a transaction, fee, or finance charge from the date it is added to your daily balance until payment in full is received on your account. However, we do not charge periodic finance charges on new purchases billed during a billing cycle if we receive both payment of your New Balance on your current statement by the date and time your payment is due and also payment of your New Balance on your previous statement by the date and time your payment was due. There is no grace period for balance transfers, cash advances, check transactions, or overdraft advances.

In addition, if there is a "Qualifying Promotional Financing" section on this statement, you will not incur periodic finance charges on any Remaining Balance that appears in that section if you pay that balance in full by the applicable Expiration Date. However, if you default under the terms of your Cardmember Agreement or any Qualifying Promotional Financing offer, the applicable periodic finance charges will accrue on any Remaining Balance as soon as the billing cycle in which the default occurs. To avoid finance charges on new purchases when your New Balance includes any Remaining Balance(s) in the Qualifying Promotional Financing section, pay your full New Balance minus the total of those Remaining Balance(s) by the date and time your payment is due. However, if your statement shows that a minimum payment is due, we must receive at least that minimum payment by the date and time specified on your statement, even if your New Balance consists only of Qualifying Promotional Financing balances.

For "deferred interest" Qualifying Promotional Financing, periodic finance charges accrue during the promotional period but are not added to your account balance. Instead, they accumulate from billing cycle to billing cycle. If a deferred interest Qualifying Promotional Financing balance is not paid in full by the applicable Expiration Date, the deferred finance charges will be added to your account as soon as the first day after the Expiration Date.

Further, if you default under the terms of your Cardmember Agreement, the deferred finance charges will be added to your account as soon as the date of default.

For "fixed payment" Qualifying Promotional Financing that permits you to pay for a purchase in a designated number of payments, you will not have a grace period for that balance as each payment includes a portion of the interest owed over the repayment term for that purchase. However, you will have a grace period on other new purchases as described above.

## BILLING RIGHTS SUMMARY

**In Case of Errors or Questions About Your Bill:** If you think your bill is wrong, or if you need more information about a transaction on your bill, write Cardmember Service on a separate sheet at P.O. Box 15299 Wilmington, DE 19850-5299 as soon as possible. We must hear from you no later than 60 days after we sent you the first bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights. In your letter, give us the following information:

• Your name and account number

• The dollar amount of the suspected error

• Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take action to collect the amount you question. If you have authorized us to pay your credit card bill automatically from your savings or checking account, you can stop the payment on any amount you think is wrong. To stop the payment, your letter or call (using the Cardmember Service address or telephone number shown on this statement) must reach us at least three business days before the automatic payment is scheduled to occur.

**Special Rule for Credit Card Purchases:** If you have a problem with the quality of goods or services that you purchased with a credit card (excluding purchases made with a check), and you have tried in good faith to correct the problem with the merchant, you may not have to pay the remaining amount due on the goods or services. You have this protection only when the purchase price was more than $50 and the purchase was made in your home state or within 100 miles of your mailing address. These limitations do not apply if we own or operate the merchant, or if we mailed you the advertisement for the property or services

MA030708

| Payment Due Date | New Balance | Past Due Amount | Minimum Payment |
|---|---|---|---|
| 08/06/09 | $7,328.21 | $292.00 | $766.21 |

**Account number:** ▮▮▮▮3559

$ [                    ] -

Make your check payable to:
**Chase Card Services.**
Please write amount enclosed.
New address or e-mail?  Print on back.

41139 BEX Z 19369 D
DAVID J AGOADO
1203 AUGUST RD
NORTH BABYLON NY 11703-1903

CARDMEMBER SERVICE
PO BOX 15153
WILMINGTON DE  19886-5153

⑆5000160 28⑆ 2215953913 5599⑈

## CHASE ◆

Statement Date:
06/13/09 - 07/12/09

Minimum Payment: $766.21
Payment Due Date: 08/06/09

Manage your account online:
www.chase.com/creditcards

Additional contact information
conveniently located on reverse side

### ACCOUNT SUMMARY          VISA Account Number: ▮▮▮▮3559

| | | | |
|---|---|---|---|
| Previous Balance | $7,515.63 | Total Credit Line | $7,000 |
| Payment, Credits | -$224.00 | Available Credit | $0 |
| Finance Charges | +$36.58 | Cash Access Line | $1,400 |
| New Balance | $7,328.21 | Available for Cash | $0 |

Your credit card account is past due.  Please send payment immediately.  Call 1-800-955-8030 (collect 1-302-594-8200) today.

Your account is closed.  Please continue to make monthly payments by the due date until your balance is paid in full.

### CHASE PERFECTCARD REWARDS SUMMARY

| | |
|---|---|
| Previous balance | $0.00 |
| Rebates earned from purchases | $0.00 |
| Other bonus points | $0.00 |
| Total remaining rebates | $0.00 |

Thank you for using the credit card that pays you back!  Remember, the rebates you earn have no limit!  Take advantage of the rewards you can earn by using your PerfectCard credit card on all your everyday purchases like gas, groceries, and drug store purchases.

Your Chase PerfectCard allows you to earn unlimited Cash Back Rewards.  You earn 1% on every $1 you spend on purchases, and 3% on eligible gas purchases at any gas station.  Earn additional rebates - as much as 10% Cash Back shopping online through www.chase.com/rewardsplus.  Add authorized users, and sign up to have your monthly bills charged to your card why not get rebates for all those purchases too?

### ACCOUNT ACTIVITY

| Date of Transaction | Merchant Name or Transaction Description | $ Amount |
|---|---|---|
| 05/13 | OVERLIMIT FEE REVERSAL | -39.00 |
| 06/07 | LATE FEE REVERSAL | -39.00 |
| 07/05 | Payment - Thank You | -146.00 |

### FINANCE CHARGES

| Category | Daily Periodic Rate 30 days in cycle | Corresp. APR | Average Daily Balance | Finance Charge Due To Periodic Rate | Transaction Fee / Service Charge | Accumulated Fin Charge | FINANCE CHARGES |
|---|---|---|---|---|---|---|---|
| Purchases | .01644% | 6.00% | $7,416.46 | $36.58 | $0.00 | $0.00 | $36.58 |
| Cash advances | .01644% | 6.00% | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Total finance charges | | | | | | | $36.58 |

**Effective Annual Percentage Rate (APR):**          6.00%

Please see Information About Your Account section for balance computation method, grace period, and other important information.

The Corresponding APR is the rate of interest you pay when you carry a balance on any transaction category.
The Effective APR represents your total finance charges - including transaction fees
such as cash advance and balance transfer fees - expressed as a percentage.

### IMPORTANT NEWS

Discover your favorite Starbucks Vivanno Smoothie!
They come in three fantastic flavors:
Orange Mango Banana, Banana Chocolate & Strawberry Banana.
Each contains 280 calories or less, has great
nutritional benefits and tastes sensational!

**This Statement is a Facsimile - Not an original**

0000001  FIS33338 D 7                    000  N  Z  12  09/07/12          Page 1 of 1          05686   MA MA  41139          I931000007000411390 1
X 0285

S&S000056

**Address Change Request**

Please provide information below only if the address information on front is incorrect.

Street Address: _____

City: _____

State: _____

Zip: _____  _____

Home Phone: _____  _____  _____

Work Phone: _____  _____  _____

E-mail Address: _____

---

## To contact us regarding your account:

**By Telephone:**
In U.S.     1-800-945-2000
Español     1-888-446-3308
TDD         1-800-955-8060
Pay by phone 1-800-436-7958
Outside U.S. call collect
            1-302-594-8200

**Send inquiries to:**
P.O. Box 15298
Wilmington, DE 19850-5298

**Mail Payments to:**
P.O. Box 15153
Wilmington, DE 19886-5153

**Visit Our Website:**
www.chase.com/creditcards

### Information About Your Account

**Crediting of Payments:** For payments by regular U.S. mail, send at least your minimum payment due to our Payments address shown on this statement. Your payments by mail must comply with the instructions on this statement, and must be made by check or money order, payable in U.S. Dollars, and drawn on or payable through a U.S. financial institution or the U.S. branch of a foreign financial institution. Do not send cash. Write your account number on your check or money order. Payments must be accompanied by the payment coupon in the envelope provided with our address visible through the envelope window. The envelope cannot contain more than one payment or coupon; and there can be no staples, paper clips, tape or correspondence included with your payment. If your payment is in accordance with our payment instructions and is made available to us on any day except December 25 by 1:00 p.m. local time at our Payments address on this statement, we will credit the payment to your account as of that day. If your payment is in accordance with our payment instructions, but is made available to us after 1:00 p.m. local time at our Payments address on this statement, we will credit it to your account as of the next day. If you do not follow our payment instructions or if your payment is not sent by regular U.S. mail to our Payments address, crediting of your payment may be delayed for up to 5 days. Payments made electronically through our automated telephone service, Customer Service advisors, or our web site will be subject to any processing times disclosed for those payments.

**Account Information Reported to Credit Bureaus:** We may report information about your account to credit bureaus. Late payments, missed payments or other defaults on your account may be reflected in your credit report. If you think we have reported inaccurate information to a credit bureau, you may write to us at the Inquiries address shown on this statement.

**Notice About Electronic Check Conversion:** When you pay by check, you authorize us either to use information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check transaction. When we use information from your check to make an electronic fund transfer, funds may be withdrawn from your account as soon as the same day we receive your payment, and you will not receive your check back from your financial institution. Call the Customer Service number on this statement if you have questions about electronic check collection or do not want your payments collected electronically.

**Conditional Payments:** Any payment check or other form of payment that you send us for less than the full balance due that is marked "paid in full" or contains a similar notation, or that you otherwise tender in full satisfaction of a disputed amount, must be sent to Card Services, P.O. Box 15049, Wilmington, DE 19850-5049. We reserve all our rights regarding these payments (e.g., if it is determined there is no valid dispute or if any such check is received at any other address, we may accept the check and you will still owe any remaining balance). We may refuse to accept any such payment by returning it to you, not cashing it or destroying it. All other payments that you make should be sent to the regular Payments address shown on this statement.

**Annual Renewal Notice:** If your account has an annual fee, it will be billed each year or in monthly installments, whether or not you use your account, and you agree to pay it when billed. The annual fee is non-refundable unless you notify us that you wish to close your account within 30 days of the date we mail your statement on which the annual fee is charged and at the same time, close your outstanding balance in full. Your payment of the annual fee does not affect our rights to close your account and to limit your right to make transactions on your account. If your account is closed by you or us, we will continue to charge the annual fee until you pay your outstanding balance in full and terminate your account relationship.

**Explanation of Finance Charges:** We calculate periodic finance charges, using the applicable periodic rates shown on this statement, separately for each feature (e.g., balance transfer/convenience checks and cash advance checks ("check transaction"), purchases, balance transfers, cash advances, promotional balances or other advances). These calculations may combine different categories with the same daily periodic rates. If there is a "V" next to a periodic rate on this statement, that rate may vary, and the index and margin used to determine that rate and its corresponding APR are described in your Cardmember Agreement, as amended. There is a minimum finance charge in any billing cycle in which you owe any periodic finance charges, and a transaction finance charge for each balance transfer, cash advance, or check transaction, in the amounts stated in your Cardmember Agreement, as amended.

To get the daily balance for each day of the current billing cycle, we take the beginning balance for each feature, add any new transactions or other debits (including fees, unpaid finance charges and other charges), subtract any payments or credits, and make other adjustments. Transactions are added as of the transaction date, the beginning of the billing cycle in which they are posted to your account, or a later date of our choice (except that check transactions are added as of the date deposited by the payee or a later date of our choice). Fees are added either on the date of a related transaction, the date they are posted to your account, or the last day of the billing cycle. This gives us that day's daily balance. A credit balance is treated as a balance of zero. If a daily periodic rate applies to any feature, we multiply the daily balance by the daily periodic rate to get your periodic finance charges for that day. We then add these periodic finance charges to your daily balance to get the beginning balance for the next day. (If more than one daily periodic rate could apply based on the average daily balance, we will use the daily periodic rate that applies for the average daily balance amount at the end of the billing cycle to calculate the daily periodic finance charge each day.)

To get your total periodic finance charge for a billing cycle when a daily periodic rate(s) applies, we add all of the daily periodic finance charges for all features. To determine an average daily balance, we add your daily balances and divide by the number of days in the applicable billing cycle(s). If you multiply the average daily balance for each feature by the applicable daily periodic rate, and then multiply each of these results by the number of days in the applicable billing cycle(s), and then add all the results together, the total will also equal the periodic finance charges for the billing cycle, except for minor variations due to rounding. To get your total periodic finance charge for a billing cycle when a monthly periodic rate(s) applies, multiply the average daily balance for each feature by the applicable monthly periodic rate and add the results together. The total will equal the periodic finance charges for the billing cycle, except for minor variations due to rounding.

**Grace Period (at least 20 days):** We accrue periodic finance charges on a transaction, fee, or finance charge from the date it is added to your daily balance until payment in full is received on your account. However, we do not charge periodic finance charges on new purchases billed during a billing cycle if we receive both payment of your New Balance on your current statement by the date and time your payment is due and also payment of your New Balance on your previous statement by the date and time your payment was due. There is no grace period for balance transfers, cash advances, check transactions, or overdraft advances.

### BILLING RIGHTS SUMMARY

**In Case of Errors or Questions About Your Bill:** If you think your bill is wrong, or if you need more information about a transaction on your bill, write Customer Service on a separate sheet at P.O. Box 15299, Wilmington, DE 19850-5299 as soon as possible. We must hear from you no later than 60 days after we sent you the first bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights. In your letter, give us the following information.

• Your name and account number
• The dollar amount of the suspected error
• Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take action to collect the amount you question. If you have authorized us to pay your credit card bill automatically from your savings or checking account, you can stop the payment on any amount you think is wrong. To stop the payment, your letter or call (using the Inquiries address or Customer Service telephone number shown on this statement) must reach us at least three business days before the automatic payment is scheduled to occur.

**Special Rule for Credit Card Purchases:** If you have a problem with the quality of goods or services that you purchased with a credit card (excluding purchases made with a check), and you have tried in good faith to correct the problem with the merchant, you may not have to pay the remaining amount due on the goods or services. You have this protection only when the purchase price was more than $50 and the purchase was made in your home state or within 100 miles of your mailing address. These limitations do not apply if we own or operate the merchant, or if we mailed you the advertisement for the property or services.

MA111408

S&S000057

**Statement** for account number [REDACTED]3559

| New Balance | Payment Due Date | Past Due Amount | Minimum Payment |
|---|---|---|---|
| $7,029.98 | 01/06/09 | $0.00 | $267.59 |



$ [            ] -

**Make your check payable to:**
Chase Card Services.
Please write amount enclosed.
New address or e-mail? Print on back.



56880 BEX Z 34769 D
DAVID J AGOADO
1203 AUGUST RD
NORTH BABYLON NY 11703-1903

CARDMEMBER SERVICE
PO BOX 15153
WILMINGTON DE 19886-5153

⑆5000160128⑆ 2215953913559⑆

---

**CHASE**

| | |
|---|---|
| Opening/Closing Date: | 11/13/08 - 12/12/08 |
| Payment Due Date: | 01/06/09 |
| Minimum Payment Due: | $267.59 |

**CUSTOMER SERVICE**
In U.S.     1-800-945-2000
Español    1-888-446-3308
TDD        1-800-955-8060
Pay by phone 1-800-436-7958
Outside U.S. call collect
1-302-594-8200

**ACCOUNT INQUIRIES**
P.O. Box 15298
Wilmington, DE 19850-5298

**PAYMENT ADDRESS**
P.O. Box 15153
Wilmington, DE 19886-5153

**VISIT US AT:**
www.chase.com/creditcards

### VISA ACCOUNT SUMMARY

Account Number: [REDACTED]3559

| | | | |
|---|---|---|---|
| Previous Balance | $7,197.08 | Total Credit Line | $7,000 |
| Payment, Credits | -$452.23 | Available Credit | $0 |
| Purchases, Cash, Debits | +$119.65 | Cash Access Line | $1,400 |
| Finance Charges | +$165.48 | Available for Cash | $0 |
| New Balance | $7,029.98 | | |

### CHASE PERFECTCARD REWARDS SUMMARY

| | |
|---|---|
| Previous balance | $2.61 |
| Rebates earned from purchases | $1.21 |
| Rebates Earned Year to Date | $43.03 |
| Rebates redeemed this period | $2.61 |
| Total remaining rebates | $1.21 |

For questions about your account please call
Cardmember Services at 1-800-945-2000.

With PerfectCard, earn a 3% rebate on eligible gas purchases and a 1% rebate on
all other purchases. Rebates are automatically credited to your account. See
Program terms for details.

### TRANSACTIONS

| Trans Date | Reference Number | Merchant Name or Transaction Description | Credit | Debit |
|---|---|---|---|---|
| 12/06 | 15423412800006287516597 | Payment - Thank You | $449.62 | |
| 12/07 | 24427338343710024837162 | PATHMARK #615 NORTH BABYLON NY | | 36.00 |
| 12/08 | 24164078343065950001476 | MELALEUCA, INC. 800-2823000 ID | | 63.07 |
| 12/08 | 24692168343000968539035 | ONSTAR SUBSCRIPTION 888-4ONSTAR MI | | 20.58 |
| 12/12 | | PERFECTCARD REBATE CREDIT | 2.61 | |

### FINANCE CHARGES

| Category | Daily Periodic Rate 30 days in cycle | Corresp. APR | Average Daily Balance | Finance Charge Due To Periodic Rate | Transaction Fee | Accumulated Fin Charge | FINANCE CHARGES |
|---|---|---|---|---|---|---|---|
| Purchases | V .07668% | 27.99% | $7,193.69 | $165.48 | $0.00 | $0.00 | $165.48 |
| Cash advances | V .07668% | 27.99% | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Total finance charges | | | | | | | $165.48 |

**Effective Annual Percentage Rate (APR):**     27.99%

Please see Information About Your Account section for balance computation method, grace period, and other important information.

The Corresponding APR is the rate of interest you pay when you carry a balance on any transaction category.
The Effective APR represents your total finance charges - including transaction fees
such as cash advance and balance transfer fees - expressed as a percentage.

### IMPORTANT NEWS

Shop in the comfort of your home this holiday season, and
earn bonus rebates!  Earn up to 10% cash back rebates at
your favorite merchants by shopping through
chase.com/rewardsplus. There are special offers available
everyday- including FREE shipping! Start shopping today!

**This Statement is a Facsimile - Not an original**

S&S000058

**Address Change Request**

Please provide information below only if the address information on front is incorrect.

Street Address: _____

City: _____

State: ____

Zip: _____  _____

Home Phone: _____  _____  _____

Work Phone: _____  _____  _____

E-mail Address: _____

## Information About Your Account

**Lost or Stolen Cards:** Please report your lost or stolen card immediately by calling the Customer Service number found on the front of your statement. Advisors are always available to assist you. You can reach an Advisor by pressing 0 after you enter your account number.

**Crediting of Payments:** For payments by regular U.S. mail, send at least your minimum payment due to our post office box designated for payments shown on this statement. Your payments by mail must comply with the instructions on this statement, and must be made by check or money order, payable in U.S. Dollars, and drawn on or payable through a U.S. financial institution or the U.S. branch of a foreign financial institution. Do not send cash. Write your account number on your check or money order. Payments must be accompanied by the payment coupon in the envelope provided with our address visible through the envelope window; the envelope cannot contain more than one payment or coupon and there can be no staples, paper clips, tape or correspondence included with your payment. If your payment is in accordance with our payment instructions and is made available to us on any day except December 25 by 1:00 p.m. local time at our post office box designated for payments on this statement, we will credit the payment to your account as of that day. If your payment is in accordance with our payment instructions, but is made available to us after 1:00 p.m. local time at our post office box designated for payments on this statement, we will credit it to your account as of the next day. If you do not follow our payment instructions or if your payment is not sent by regular U.S. mail to our post office box designated for payments, crediting of your payment may be delayed for up to 6 days. Payments made electronically through our automated telephone service, Customer Service advisors, or our web site will be subject to any processing times disclosed for those payments.

**Account Information Reported to Credit Bureaus:** We may report information about your account to credit bureaus. Late payments, missed payments or other defaults on your account may be reflected in your credit report. If you think we have reported inaccurate information to a credit bureau, you may write to us at the Cardmember Service address listed on your billing statement. Notice About Electronic Check Conversion: When you provide a check as payment, you authorize us either to use information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check transaction. When we use information from your check to make an electronic fund transfer, funds may be withdrawn from your account as soon as the same day we receive your payment, and you will not receive your check back from your financial institution. Call the customer service number on this statement if you have questions about electronic check collection or do not want your payments collected electronically.

**Conditional Payments:** Any payment check or other form of payment that you send us for less than the full balance due that is marked "paid in full" or contains a similar notation, or that you otherwise tender in full satisfaction of a disputed amount, must be sent to Card Services, P.O. Box 15049, Wilmington, DE 19850-5049. We reserve all our rights regarding these payments (e.g., if it is determined there is no valid dispute or if any such check is received at any other address, we may accept the check and you will still owe any remaining balance). We may refuse to accept any such payment by returning it to you, not cashing it or destroying it. All other payments that you make should be sent to the appropriate payment address.

**Annual Renewal Notice:** If your account has an annual fee, it will be billed each year or in monthly installments, whether or not you use your account, and you agree to pay it when billed. The annual fee is non-refundable unless you notify us that you wish to close your account within 30 days of the date we mail your statement on which the annual fee is charged and all the same time, you pay your outstanding balance in full. Your payment of the annual fee does not affect our rights to close your account and to limit your right to make transactions on your account. If your account is closed by you or us, we will continue to charge the annual fee until you pay your outstanding balance in full and terminate your account relationship.

**Explanation of Finance Charges:** We calculate periodic finance charges, using the applicable periodic rates shown on this statement, separately for each feature (e.g., balance transfer/convenience checks and cash advance checks ("check transaction"), purchases, balance transfers, cash advances, promotional balances or overdraft advances). Please consult your Cardmember Agreement for the features that are applicable to your card. These calculations may combine different categories with the same daily periodic rates. If there is a "V" next to a periodic rate on this statement, that rate may vary, and the index and margin used to determine that rate and its corresponding APR are described in your Cardmember Agreement, as amended. There is a minimum finance charge in any billing cycle in which you owe any periodic finance charges, and a transaction finance charge for each balance transfer, cash advance, or check transaction, in the amounts stated in your Cardmember Agreement, as amended.

To get the daily balance for each day of the current billing cycle, we take the beginning balance for each feature, add any new transactions or other debts (including fees, unpaid finance charges and other charges), subtract any payments or credits, and make other adjustments. Transactions are added as of the transaction date, the beginning of the billing cycle in which they are posted to your account, or a later date of our choice (except that check transactions are added as of the date deposited by the payee or a later date of our choice). Fees are added either on the date of a related transaction, the date they are posted to your account, or the last day of the billing cycle. This gives us that day's daily balance. A credit balance is treated as a balance of zero. If a daily periodic rate applies to any feature, we multiply the daily balance by the daily periodic rate to get your periodic finance charges for that day. When

add these periodic finance charges to your daily balance to get the beginning balance for the next day. (If more than one daily periodic rate could apply based on the average daily balance, we will use the daily periodic rate that applies for the average daily balance amount at the end of the billing cycle to calculate the daily periodic finance charge each day.)

To get your total periodic finance charge for a billing cycle when a daily periodic rate(s) applies, we add all of the daily periodic finance charges for all features. To determine an average daily balance, we add your daily balances and divide by the number of the days in the applicable billing cycle(s). If you multiply the average daily balance for each feature by the applicable daily periodic rate, and then multiply each of these results by the number of days in the applicable billing cycle(s), and then add all of the results together, the total will also equal the periodic finance charges for the billing cycle, except for minor variations due to rounding. To get your total periodic finance charge for a billing cycle when a monthly periodic rate(s) applies, multiply the average daily balance for each feature by the applicable monthly periodic rate and add the results together. The total will equal the periodic finance charges for the billing cycle, except for minor variations due to rounding.

**Grace Period (at least 20 days):** We accrue periodic finance charges on a transaction, fee, or finance charge from the date it is added to your daily balance until payment in full is received on your account. However, we do not charge periodic finance charges on new purchases billed during a billing cycle if we receive both payment of your New Balance on your current statement by the date and time your payment is due and also payment of your New Balance on your previous statement by the date and time your payment was due. There is no grace period for balance transfers, cash advances, check transactions, or overdraft advances.

In addition, if there is a "Qualifying Promotional Financing" section on this statement, you will not incur periodic finance charges on any Remaining Balance that appears in that section if you pay that balance in full by the applicable Expiration Date. However, if your default under the terms of your Cardmember Agreement or any Qualifying Promotional Financing offer, the applicable periodic finance charges will accrue on any Remaining Balance as soon as the billing cycle in which the default occurs. To avoid finance charges on purchases when your New Balance includes any Remaining Balance(s) in the Qualifying Promotional Financing section, pay your full New Balance minus the total of those Remaining Balance(s) by the date and time your payment is due. However, if your statement shows that a minimum payment is due, we must receive at least that minimum payment by the date and time specified on your statement, even if your New Balance consists only of Qualifying Promotional Financing balances.

For "deferred interest" Qualifying Promotional Financing, periodic finance charges accrue during the promotional period but are not added to your account balance. Instead, they accumulate from billing cycle to billing cycle. If a deferred interest Qualifying Promotional Financing balance is not paid in full by the applicable Expiration Date, the deferred finance charges will be added to your account as soon as the first day after the Expiration Date. Further, if you default under the terms of your Cardmember Agreement, the deferred finance charges will be added to your account as soon as the date of default.

For "fixed payment" Qualifying Promotional Financing that permits you to pay for a purchase in a designated number of payments, you will not have a grace period for that balance as each payment includes a portion of the interest owed over the repayment term for that purchase. However, you will have a grace period on other new purchases as described above.

## BILLING RIGHTS SUMMARY

**In Case of Errors or Questions About Your Bill:** If you think your bill is wrong, or if you need more information about a transaction on your bill, write Cardmember Service on a separate sheet at P.O. Box 15299 Wilmington, DE 19850-5299 as soon as possible. We must hear from you no later than 60 days after we sent you the first bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights. In your letter, give us the following information:

• Your name and account number

• The dollar amount of the suspected error

• Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take action to collect the amount you question. If you have authorized us to pay your credit card bill automatically from your savings or checking account, you can stop the payment on any amount you think is wrong. To stop the payment, your letter or call (using the Cardmember Service address or telephone number shown on this statement) must reach us at least three business days before the automatic payment is scheduled to occur.

**Special Rule for Credit Card Purchases:** If you have a problem with the quality of goods or services that you purchased with a credit card (excluding purchases made with a check), and you have tried in good faith to correct the problem with the merchant, you may not have to pay the remaining amount due on the goods or services. You have this protection only when the purchase price was more than $50 and the purchase was made in your home state or within 100 miles of your mailing address. These limitations do not apply if we own or operate the merchant, or if we mailed you the advertisement for the property or services

MA030708

S&S000059

**Statement** for account number: ▓▓▓▓▓3559

| New Balance | Payment Due Date | Past Due Amount | Minimum Payment |
|---|---|---|---|
| $7,125.03 | 02/06/09 | $0.00 | $360.24 |



$ [                    ] -

Make your check payable to:
Chase Card Services.
Please write amount enclosed.
New address or e-mail? Print on back.

35416 BEX Z 01209 D
DAVID J AGOADO
1203 AUGUST RD
NORTH BABYLON NY 11703-1903

CARDMEMBER SERVICE
PO BOX 15153
WILMINGTON DE 19886-5153

⑆5000160285⑆ 22159539135599⑈



Opening/Closing Date: 12/13/08 - 01/12/09
Payment Due Date: 02/06/09
Minimum Payment Due: $360.24

**CUSTOMER SERVICE**
In U.S.      1-800-945-2000
Español    1-888-446-3308
TDD         1-800-955-8060
Pay by phone 1-800-436-7958
Outside U.S. call collect
                1-302-594-8200

**VISA ACCOUNT SUMMARY**          Account Number: ▓▓▓▓▓3559

| | | | |
|---|---|---|---|
| Previous Balance | $7,029.98 | Total Credit Line | $7,000 |
| Payment, Credits | -$301.21 | Available Credit | $0 |
| Purchases, Cash, Debits | +$232.58 | Cash Access Line | $1,400 |
| Finance Charges | +$163.68 | Available for Cash | $0 |
| New Balance | $7,125.03 | | |

**ACCOUNT INQUIRIES**
P.O. Box 15298
Wilmington, DE 19850-5298

**PAYMENT ADDRESS**
P.O. Box 15153
Wilmington, DE 19886-5153

**VISIT US AT:**
www.chase.com/creditcards

**CHASE PERFECTCARD REWARDS SUMMARY**

| | |
|---|---|
| Previous balance | $1.21 |
| Rebates earned from gas purchases | $0.50 |
| Rebates earned from purchases | $2.20 |
| Rebates Earned Year to Date | $45.73 |
| Rebates redeemed this period | $1.21 |
| Total remaining rebates | $2.70 |

For questions about your account please call Cardmember Services at 1-800-945-2000.

With PerfectCard, earn a 3% rebate on eligible gas purchases and a 1% rebate on all other purchases.  Rebates are automatically credited to your account.  See Program terms for details.

**TRANSACTIONS**

| Trans Date | Reference Number | Merchant Name or Transaction Description | Amount Credit | Amount Debit |
|---|---|---|---|---|
| 12/12 | 24692168347000604381657 | ONSTAR SUBSCRIPTION 888-4ONSTAR MI | | $20.58 |
| 12/11 | 24427338347710032901675 | PATHMARK #615 NORTH BABYLON NY | | 20.30 |
| 12/12 | 24122698350034900501676 | US PETROLEUM DEER PARK NY | | 0.03 |
| 12/31 | 13663660200000132283359 | Payment Thank You Electronic Chk | 300.00 | |
| 01/02 | 24445050900359820743215 | WALGREENS #5439 DEER PARK NY | | 8.74 |
| 01/02 | 24341329003263002040949 | LUKOIL #57713 SOUTH AMBOY NJ | | 16.12 |
| 01/03 | 24164079004065130488773 | MELALEUCA, INC. 800-2823000 ID | | 63.07 |
| 01/06 | 24692169007000077560034 | THE VITAMIN SHOPPE#121 BAYSHORE NY | | 59.36 |
| 01/06 | 24254779007457135700588 | PIZZAIOLA NORTH BABYLON NY | | 23.80 |
| 01/06 | 24692169012000650217377 | ONSTAR SUBSCRIPTION 888-4ONSTAR MI | | 20.58 |
| 01/12 | | PERFECTCARD REBATE CREDIT | 1.21 | |

**FINANCE CHARGES**

| Category | Daily Periodic Rate 31 days in cycle | Corresp. APR | Average Daily Balance | Finance Charge Due To Periodic Rate | Transaction Fee | Accumulated Fin Charge | FINANCE CHARGES |
|---|---|---|---|---|---|---|---|
| Purchases | V .07463% | 27.24% | $7,075.03 | $163.68 | $0.00 | $0.00 | $163.68 |
| Cash advances | V .07463% | 27.24% | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Total finance charges | | | | | | | $163.68 |

**Effective Annual Percentage Rate (APR):**        27.24%

Please see Information About Your Account section for balance computation method, grace period, and other important information.

The Corresponding APR is the rate of interest you pay when you carry a balance on any transaction category.
The Effective APR represents your total finance charges - including transaction fees such as cash advance and balance transfer fees - expressed as a percentage.

**This Statement is a Facsimile - Not an original**

**S&S000060**

**Address Change Request**

Please provide information below only if the address information on front is incorrect.

Street Address: _____

City: _____

State: _____

Zip: _____ _____

Home Phone: _____ ____ ____

Work Phone: _____ ____ ____

E-mail Address: _____



### Information About Your Account

**Lost or Stolen Cards:** Please report your lost or stolen card immediately by calling the Customer Service number found on the front of your statement. Advisors are always available to assist you. You can reach an Advisor by pressing 0 after you enter your account number.

**Crediting of Payments:** For payments by regular U.S. mail, send at least your minimum payment due to our post office box designated for payments shown on this statement. Your payments by mail must comply with the instructions on this statement, and must be made by check or money order, payable in U.S. Dollars, and drawn on or payable through a U.S. financial institution or the U.S. branch of a foreign financial institution. Do not send cash. Write your account number on your check or money order. Payments must be accompanied by the payment coupon in the envelope provided with our address visible through the envelope window; the envelope cannot contain more than one payment or coupon; and there can be no staples, paper clips, tape or correspondence included with your payment. If your payment is in accordance with our payment instructions and is made available to us on any day except December 25 by 1:00 p.m. local time at our post office box designated for payments on this statement, we will credit the payment to your account as of that day. If your payment is in accordance with our payment instructions, but is made available to us after 1:00 p.m. local time at our post office box designated for payments on this statement, we will credit it to your account as of the next day. If you do not follow our payment instructions or if your payment is not sent by regular U.S. mail to our post office box designated for payments, crediting of your payment may be delayed for up to 6 days. Payments made electronically through our automated telephone service, Customer Service advisors, or our web site will be subject to any processing times disclosed for those payments.

**Account Information Reported to Credit Bureaus:** We may report information about your account to credit bureaus. Late payments, missed payments or other defaults on your account may be reflected in your credit report. If you think we have reported inaccurate information to a credit bureau, you may write to us at the Cardmember Service address listed on your billing statement. Notice About Electronic Check Conversion: When you provide a check as payment, you authorize us either to use information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check transaction. When we use information from your check to make an electronic fund transfer, funds may be withdrawn from your account as soon as the same day we receive your payment, and you will not receive your check back from your financial institution. Call the customer service number on this statement if you have questions about electronic check collection or do not want your payments collected electronically.

**Conditional Payments:** Any payment check or other form of payment that you send us for less than the full balance due that is marked "paid in full" or contains a similar notation, or that you otherwise tender in full satisfaction of a disputed amount, must be sent to Card Services, P.O. Box 15049, Wilmington, DE 19850-5049. We reserve all our rights regarding these payments (e.g., if the determined there is no valid dispute or if any such check is received at any other address, we may accept the check and you will still owe any remaining balance). We may refuse to accept any such payment by returning it to you, not cashing it or destroying it. All other payments that you make should be sent to the appropriate payment address.

**Annual Renewal Notice:** If your account has an annual fee, it will be billed each year in monthly installments, whether or not you use your account, and you agree to pay it when billed. The annual fee is non-refundable unless you notify us that you wish to close your account within 30 days of the date we mail your statement on which the annual fee is charged and all the same time you pay your outstanding balance in full. Your payment of the annual fee does not affect our rights to close your account and to limit your right to make transactions on your account. If your account is closed by you or us, we will continue to charge the annual fee until you pay your outstanding balance in full and terminate your account relationship.

**Explanation of Finance Charges:** We calculate periodic finance charges, using the applicable periodic rates shown on this statement, separately for each feature (e.g., balance transfer/convenience checks and cash advance checks ("check transaction"), purchases, balance transfers, cash advances, promotional balances or overdraft advances). Please consult your Cardmember Agreement for the features that are applicable to your card. These calculations may combine different categories with the same daily periodic rates. If there is a "V" next to a periodic rate on this statement, that rate may vary, and the index and margin used to determine that rate and its corresponding APR are described in your Cardmember Agreement, as amended. There is a minimum finance charge in any billing cycle in which you owe any periodic finance charges, and a transaction finance charge for each balance transfer, cash advance, or check transaction, in the amounts stated in your Cardmember Agreement, as amended.

To get the daily balance for each day of the current billing cycle, we take the beginning balance for each feature, add any new transactions or other debits (including fees, unpaid finance charges and other charges), subtract any payments or credits, and make other adjustments. Transactions are added as of the transaction date, the beginning of the billing cycle in which they are posted to your account, or a later date of our choice (except that check transactions are added as of the date deposited by the payee or a later date of our choice). Fees are added either on the date of a related transaction, the date they are posted to your account, or the last day of the billing cycle. This gives us that day's daily balance. A credit balance is treated as a balance of zero. If a daily periodic rate applies to any feature, we multiply the daily balance by the daily periodic rate to get your periodic finance charges for that day. When we

add these periodic finance charges to your daily balance to get the beginning balance for the next day. (If more than one daily periodic rate could apply based on the average daily balance, we will use the daily periodic rate that applies for the average daily balance amount at the end of the billing cycle to calculate the daily periodic finance charge each day.)

To get your total periodic finance charge for a billing cycle when a daily periodic rate(s) applies: we add all of the daily periodic finance charges for all features. To determine an average daily balance, we add your daily balances and divide by the number of the days in the applicable billing cycle(s). If you multiply the average daily balance for each feature by the applicable daily periodic rate, and then multiply each of these results by the number of days in the applicable billing cycle(s), and then add all of the results together, the total will also equal the periodic finance charges for the billing cycle, except for minor variations due to rounding. To get your total periodic finance charge for a billing cycle when a monthly periodic rate(s) applies, multiply the average daily balance for each feature by the applicable monthly periodic rate and add the results together. The total will equal the periodic finance charges for the billing cycle, except for minor variations due to rounding.

**Grace Period (at least 20 days):** We accrue periodic finance charges on a transaction, fee, or finance charge from the date it is added to your daily balance until payment in full is received on your account. However, we do not charge periodic finance charges on new purchases billed during a billing cycle if we receive both payment of your New Balance on your current statement by the date and time your payment is due and also payment of your New Balance on your previous statement by the date and time your payment was due. There is no grace period for balance transfers, cash advances, check transactions, or overdraft advances.

In addition, if there is a "Qualifying Promotional Financing" section on this statement, you will not incur periodic finance charges on any Remaining Balance that appears in that section if you pay that balance in full by the applicable Expiration Date. However, if your default under the terms of your Cardmember Agreement or any Qualifying Promotional Financing offer, the applicable periodic finance charges will accrue on any Remaining Balance as soon as the billing cycle in which the default occurs. To avoid finance charges on new purchases when your New Balance includes any Remaining Balance(s) in the Qualifying Promotional Financing section, pay your full New Balance minus the total of those Remaining Balance(s) by the date and time your payment is due. However, if your statement shows that a minimum payment is due, we must receive at least that minimum payment by the date and time specified on your statement, even if your New Balance consists only of Qualifying Promotional Financing balances.

For "deferred interest" Qualifying Promotional Financing, periodic finance charges accrue during the promotional period but are not added to your account balance. Instead, they accumulate from billing cycle to billing cycle. If a deferred interest Qualifying Promotional Financing balance is not paid in full by the applicable Expiration Date, the deferred finance charges will be added to your account as soon as the first day after the Expiration Date. Further, if you default under the terms of your Cardmember Agreement, the deferred finance charges will be added to your account as soon as the date of default.

For "fixed payment" Qualifying Promotional Financing that permits you to pay for a purchase in a designated number of payments, you will not have a grace period for that balance as each payment includes a portion of the interest owed over the repayment term for that purchase. However, you will have a grace period on other new purchases as described above.

### BILLING RIGHTS SUMMARY

**In Case of Errors or Questions About Your Bill:** If you think your bill is wrong, or if you need more information about a transaction on your bill, write Cardmember Service on a separate sheet at P.O. Box 15299 Wilmington, DE 19850-5299 as soon as possible. We must hear from you no later than 60 days after we sent you the first bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights. In your letter, give us the following information:

• Your name and account number

• The dollar amount of the suspected error

• Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take action to collect the amount you question. If you have authorized us to pay your credit card bill automatically from your savings or checking account, you can stop the payment on any amount you think is wrong. To stop the payment, your letter or call (using the Cardmember Service address or telephone number shown on this statement) must reach us at least three business days before the automatic payment is scheduled to occur.

**Special Rule for Credit Card Purchases:** If you have a problem with the quality of goods or services that you purchased with a credit card (excluding purchases made with a check), and you have tried in good faith to correct the problem with the merchant, you may not have to pay the remaining amount due on the goods or services. You have this protection only when the purchase price was more than $50 and the purchase was made in your home state or within 100 miles of your mailing address. These limitations do not apply if we own or operate the merchant, or if we mailed you the advertisement for the property or services

MA000708

| Payment Due Date | New Balance | Past Due Amount | Minimum Payment |
|---|---|---|---|
| 11/06/09 | $7,292.21 | $584.00 | $1,022.21 |

**Account number:** ███████3559

$ [                    ] -

Make your check payable to:
**Chase Card Services.**
Please write amount enclosed.
New address or e-mail?  Print on back.

35470 BEX Z 28569 D
DAVID J AGOADO
1203 AUGUST RD
NORTH BABYLON NY  11703-1903

CARDMEMBER SERVICE
PO BOX 15153
WILMINGTON DE  19886-5153

⠇500016028⠇ 22159539135599⠇

## CHASE ◆

Statement Date:
09/13/09 - 10/12/09

Minimum Payment:       $1,022.21
Payment Due Date:      11/06/09

Manage your account online:
www.chase.com/creditcards

Additional contact information
conveniently located on reverse side

### ACCOUNT SUMMARY                    Account Number: ███████3559

| | | | |
|---|---|---|---|
| Previous Balance | $7,256.34 | Total Credit Line | $7,000 |
| Finance Charges | +$35.87 | Available Credit | $0 |
| New Balance | $7,292.21 | Cash Access Line | $1,400 |
| | | Available for Cash | $0 |

You haven't made the required payments and your credit card account is 90 days past due.  As a result, your credit bureau may be updated with a negative rating. Please send your payment immediately or call us at 1-800-955-8030 (collect 1-302-594-8200) today.

Your account is closed.  Please continue to make monthly payments by the due date until your balance is paid in full.

### CHASE PERFECTCARD REWARDS SUMMARY

| | | |
|---|---|---|
| Previous balance | $0.00 | Thank you for using the credit card that pays you back!  Remember, the rebates you earn have no limit!  Take advantage of the rewards you can earn by using your PerfectCard credit card on all your everyday purchases like gas, groceries, and drug store purchases. |
| Rebates earned from purchases | $0.00 | |
| Courtesy adjustments | $0.00 | |
| Total remaining rebates | $0.00 | |

Your Chase PerfectCard allows you to earn unlimited Cash Back Rewards.  You earn 1% for every $1 you spend on purchases, and 3% on eligible gas purchases at any gas station.  Earn additional rebates - as much as 10% Cash Back shopping online through www.chase.com/rewardsplus.  Add authorized users, and sign up to have your monthly bills charged to your card why not get rebates for all those purchases too?

### FINANCE CHARGES

| Category | Daily Periodic Rate 30 days in cycle | Corresp. APR | Average Daily Balance | Finance Charge Due To Periodic Rate | Transaction Fee / Service Charge | Accumulated Fin Charge | FINANCE CHARGES |
|---|---|---|---|---|---|---|---|
| Purchases | .01644% | 6.00% | $7,273.70 | $35.87 | $0.00 | $0.00 | $35.87 |
| Cash advances | .01644% | 6.00% | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Total finance charges | | | | | | | $35.87 |

**Effective Annual Percentage Rate (APR):**       6.00%

Please see Information About Your Account section for balance computation method, grace period, and other important information.

The Corresponding APR is the rate of interest you pay when you carry a balance on any transaction category.
The Effective APR represents your total finance charges - including transaction fees
such as cash advance and balance transfer fees - expressed as a percentage.

**This Statement is a Facsimile - Not an original**

S&S000062

**Address Change Request**

Please provide information below only if the address information on front is incorrect.

Street Address: _____

City: _____

State: _____

Zip: _____ _____

Home Phone: _____ _____ _____

Work Phone: _____ _____ _____

E-mail Address: _____

---

## To contact us regarding your account:

**By Telephone:**
In U.S.        1-800-945-2000
Español        1-888-446-3308
TDD            1-800-955-8060
Pay by phone 1-800-436-7958
Outside U.S. call collect
               1-302-594-8200

**Send inquiries to:**
P.O. Box 15298
Wilmington, DE 19850-5298

**Mail Payments to:**
P.O. Box 15153
Wilmington, DE 19886-5153

**Visit Our Website:**
www.chase.com/creditcards

---

### Information About Your Account

**Crediting of Payments:** For payments by regular U.S. mail, send at least your minimum payment due to our Payments address shown on this statement. Your payments by mail must comply with the instructions on this statement, and must be made by check or money order, payable in U.S. Dollars, and drawn on or payable through a U.S. financial institution or the U.S. branch of a foreign financial institution. Do not send cash. Write your account number on your check or money order. Payments must be accompanied by the payment coupon in the envelope provided with our address visible through the envelope window, the envelope cannot contain more than one payment or coupon; and there can be no staples, paper clips, tape or correspondence included with your payment. If your payment is in accordance with our payment instructions and is made available to us on any day except December 25 by 1:00 p.m. local time at our Payments address on this statement, we will credit the payment to your account as of that day. If your payment is in accordance with our payment instructions, but is made available to us after 1:00 p.m. local time at our Payments address on this statement, we will credit it to your account as of the next day. If you do not follow our payment instructions or if your payment is not sent by regular U.S. mail to our Payments address, crediting of your payment may be delayed for up to 5 days. Payments made electronically through our automated telephone service, Customer Service advisors, or our web site will be subject to any processing times disclosed for those payments.

**Account Information Reported to Credit Bureaus:** We may report information about your account to credit bureaus. Late payments, missed payments or other defaults on your account may be reflected in your credit report. If you think we have reported inaccurate information to a credit bureau, you may write to us at the Inquiries address shown on this statement.

**Notice About Electronic Check Conversion:** When you pay by check, you authorize us either to use information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check transaction. When we use information from your check to make an electronic fund transfer, funds may be withdrawn from your account as soon as the same day we receive your payment, and you will not receive your check back from your financial institution. Call the Customer Service number on this statement if you have questions about electronic check collection or do not want your payments collected electronically.

**Conditional Payments:** Any payment check or other form of payment that you send us for less than the full balance due that is marked "paid in full" or contains a similar notation, or that you otherwise tender in full satisfaction of a disputed amount, must be sent to Card Services, P.O. Box 15049, Wilmington, DE 19850-5049. We reserve all our rights regarding these payments (e.g., if it is determined there is no valid dispute or if your check is received at any other address, we may accept the check and you will still owe any remaining balance). We may refuse to accept any such payment by returning it to you, not cashing it or destroying it. All other payments that you make should be sent to the regular Payments address shown on this statement.

**Annual Renewal Notice:** If your account has an annual fee, it will be billed each year or in monthly installments, whether or not you use your account, and you agree to pay it when billed. The annual fee is non-refundable unless you notify us that you wish to close your account within 30 days of the date we mail your statement on which the annual fee is charged and at the same time, you pay your outstanding balance in full. Your payment of the annual fee does not affect our rights to close your account and to limit your right to make transactions on your account. If your account is closed by you or us, we will continue to charge the annual fee until you pay your outstanding balance in full and terminate your account relationship.

**Explanation of Finance Charges:** We calculate periodic finance charges, using the applicable periodic rates shown on this statement, separately for each feature (e.g., balance transfer/convenience checks and cash advance checks ("check transaction"), purchases, balance transfers, cash advances, promotional balance transfers). These calculations may combine different categories with the same daily periodic rates. If there is a "V" next to a periodic rate on this statement, that rate may vary, and the index and margin used to determine that rate and its corresponding APR are described in your Cardmember Agreement, as amended. There is a minimum finance charge in any billing cycle in which you owe any periodic finance charges, and a transaction finance charge for each balance transfer, cash advance, or check transaction, in the amounts stated in your Cardmember Agreement, as amended.

To get the daily balance for each day of the current billing cycle, we take the beginning balance for each feature, add any new transactions or other debits (including fees, unpaid finance charges and other charges), subtract any payments or credits, and make other adjustments. Transactions are added as of the transaction date, the beginning of the billing cycle in which they are posted to your account, or a later date of our choice (except that check transactions are added as of the date deposited by the payee or a later date of our choice). Fees are added either on the date of a related transaction, the date they are posted to your account, or the last day of the billing cycle. This gives us that day's daily balance. A credit balance is treated as a balance of zero. If a daily periodic rate applies to any feature, we multiply the daily balance by the daily periodic rate to get your periodic finance charges for that day. We then add these periodic finance charges to your daily balance to get the beginning balance for the next day. (If more than one daily periodic rate could apply based on the average daily balance, we will use the daily periodic rate that applies for the average daily balance amount at the end of the billing cycle to calculate the daily periodic finance charge each day.)

To get your total periodic finance charge for a billing cycle when a daily periodic rate(s) applies, we add all of the daily periodic finance charges for all features. To determine an average daily balance and your daily balances and divide by the number of the days in the applicable billing cycle(s). If you multiply the average daily balance for each feature by the applicable daily periodic rate, and then multiply each of these results by the number of days in the applicable billing cycle(s), and then add all the results together, the total will also equal the periodic finance charges for the billing cycle, except for minor variations due to rounding. To get your total periodic finance charge for a billing cycle when a monthly periodic rate(s) applies, multiply the average daily balance for each feature by the applicable monthly periodic rate and add the results together. The total will equal the periodic finance charges for the billing cycle, except for minor variations due to rounding.

**Grace Period (at least 20 days):** We accrue periodic finance charges on a transaction, fee, or finance charge from the date it is added to your daily balance until payment in full is received on your account. However, we do not charge periodic finance charges on new purchases billed during a billing cycle if we receive both payment of your New Balance on your current statement by the date and time your payment is due and also payment of your New Balance on your previous statement by the date and time your payment was due. There is no grace period for balance transfers, cash advances, check transactions, or overdraft advances.

### BILLING RIGHTS SUMMARY

**In Case of Errors or Questions About Your Bill:** If you think your bill is wrong, or if you need more information about a transaction on your bill, write Customer Service on a separate sheet at P.O. Box 15299 Wilmington, DE 19850-5299 as soon as possible. We must hear from you no later than 60 days after we sent you the first bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights. In your letter, give us the following information.

• Your name and account number
• The dollar amount of the suspected error
• Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take action to collect the amount you question. If you have authorized us to pay your credit card bill automatically from your savings or checking account, you can stop the payment on any amount you think is wrong. To stop the payment, your letter or call (using the Inquiries address or Customer Service telephone number shown on this statement) must reach us at least three business days before the automatic payment is scheduled to occur.

**Special Rule for Credit Card Purchases:** If you have a problem with the quality of goods or services that you purchased with a credit card (excluding purchases made with a check), and you have tried in good faith to correct the problem with the merchant, you may not have to pay the remaining amount due on the goods or services. You have this protection only when the purchase price was more than $50 and the purchase was made in your home state or within 100 miles of your mailing address. These limitations do not apply if we own or operate the merchant, or if we mailed you the advertisement for the property or services.

MA111408

S&S000063

| Payment Due Date | New Balance | Past Due Amount | Minimum Payment |
|---|---|---|---|
| 12/07/09 | $7,519.47 | $730.00 | $1,032.00 |

**Account number:** ████3559

$ [                    -                    ]

Make your check payable to:
Chase Card Services.
Please write amount enclosed.
New address or e-mail?  Print on back.

36736 BEX Z 31669 D
DAVID J AGOADO
1203 AUGUST RD
NORTH BABYLON NY 11703-1903

CARDMEMBER SERVICE
PO BOX 15153
WILMINGTON DE  19886-5153

⑆5000160283⑆ 22159539135599⑆

**CHASE**

Statement Date:
10/13/09 - 11/12/09

Manage your account online:
www.chase.com/creditcards

Minimum Payment:     $1,032.00
Payment Due Date:     12/07/09

Additional contact information
conveniently located on reverse side

## ACCOUNT SUMMARY

**Account Number:** ████3559

| | | | |
|---|---|---|---|
| Previous Balance | $7,292.21 | Total Credit Line | $7,000 |
| Purchases, Cash, Debits | +$39.00 | Available Credit | $0 |
| Finance Charges | +$188.26 | Cash Access Line | $1,400 |
| New Balance | $7,519.47 | Available for Cash | $0 |

It's not too late to resolve the outstanding balance on your credit card account.  We have a variety of payment options that may be right for you. Call 1-888-792-7547 (collect 1-302-594-8200) today.

Your account is closed.  Please continue to make monthly payments by the due date until your balance is paid in full.

## CHASE PERFECTCARD REWARDS SUMMARY

| | | |
|---|---|---|
| Previous balance | $0.00 | Thank you for using the credit card that pays |
| Rebates earned from purchases | $0.00 | you back!  Remember, the |
| Courtesy adjustments | $0.00 | rebates you earn have no limit!  Take |
| Total remaining rebates | $0.00 | advantage of the rewards you can earn by |
| | | using your PerfectCard credit card on all your |
| | | everyday purchases like gas, groceries, and |
| | | drug store purchases. |

Your Chase PerfectCard allows you to earn unlimited Cash Back Rewards.  You earn 1% for every $1 you spend on purchases, and 3% on eligible gas purchases at any gas station.  Earn additional rebates - as much as 10% Cash Back shopping online through www.chase.com/rewardsplus.  Add authorized users, and sign up to have your monthly bills charged to your card why not get rebates for all those purchases too?

## ACCOUNT ACTIVITY

| Date of Transaction | Merchant Name or Transaction Description | $ Amount |
|---|---|---|
| 11/06 | LATE FEE | 39.00 |

## FINANCE CHARGES

| Category | Daily Periodic Rate 31 days in cycle | Corresp. APR | Average Daily Balance | Finance Charge Due To Periodic Rate | Transaction Fee / Service Charge | Accumulated Fin Charge | FINANCE CHARGES |
|---|---|---|---|---|---|---|---|
| Purchases | V .08216% | 29.99% | $7,391.62 | $188.26 | $0.00 | $0.00 | $188.26 |
| Cash advances | V .08216% | 29.99% | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Total finance charges | | | | | | | $188.26 |

**Effective Annual Percentage Rate (APR):**     29.99%

Please see Information About Your Account section for balance computation method, grace period, and other important information.

The Corresponding APR is the rate of interest you pay when you carry a balance on any transaction category.
The Effective APR represents your total finance charges - including transaction fees
such as cash advance and balance transfer fees - expressed as a percentage.

## IMPORTANT NEWS

Chase Gift Cards, The Perfect Gift!
Available in any amount from $25 to $500.
Accepted at millions of locations worldwide.
Order online at chase.com/GiftCardOrder
or stop by a Chase Branch today!

**This Statement is a Facsimile - Not an original**

**S&S000064**

**Address Change Request**

Please provide information below only if the address information on front is incorrect.

Street Address: _____

City: _____

State: _____

Zip: _____ _____

Home Phone: _____ _____ _____

Work Phone: _____ _____ _____

E-mail Address: _____

---

## To contact us regarding your account:

**By Telephone:**

| | |
|---|---|
| In U.S. | 1-800-945-2000 |
| Español | 1-888-446-3308 |
| TDD | 1-800-955-8060 |
| Pay by phone | 1-800-436-7958 |
| Outside U.S. call collect | 1-302-594-8200 |

**Send inquiries to:**
P.O. Box 15298
Wilmington, DE 19850-5298

**Mail Payments to:**
P.O. Box 15153
Wilmington, DE 19886-5153

**Visit Our Website:**
www.chase.com/creditcards

---

**Information About Your Account**

**Crediting of Payments:** For payments by regular U.S. mail, send at least your minimum payment due to our Payments address shown on this statement. Your payments by mail must comply with the instructions on this statement, and must be made by check or money order, payable in U.S. Dollars, and drawn on or payable through a U.S. financial institution or the U.S. branch of a foreign financial institution. Do not send cash. Write your account number on your check or money order. Payments must be accompanied by the payment coupon in the envelope provided with our address visible through the envelope window. the envelope cannot contain more than one payment or coupon; and there can be no staples, paper clips, tape or correspondence included with your payment. If your payment is in accordance with our payment instructions and is made available to us on any day except December 25 by 1:00 p.m. local time at our Payments address on this statement, we will credit the payment to your account as of that day. If your payment is in accordance with our payment instructions, but is made available to us after 1:00 p.m. local time at our Payments address on this statement, we will credit it to your account as of the next day. If you do not follow our payment instructions or if your payment is not sent by regular U.S. mail to our Payments address, crediting of your payment may be delayed for up to 5 days. Payments made electronically through our automated telephone service, Customer Service advisors, or our web site will be subject to any processing times disclosed for those payments.

**Account Information Reported to Credit Bureaus:** We may report information about your account to credit bureaus. Late payments, missed payments or other defaults on your account may be reflected in your credit report. If you think we have reported inaccurate information to a credit bureau, you may write to us at the Inquiries address shown on this statement.

**Notice About Electronic Check Conversion:** When you pay by check, you authorize us either to use information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check transaction. When we use information from your check to make an electronic fund transfer, funds may be withdrawn from your account as soon as the same day we receive your payment, and you will not receive your check back from your financial institution. Call the Customer Service number on this statement if you have questions about electronic check collection or do not want your payments collected electronically.

**Conditional Payments:** Any payment check or other form of payment that you send us for less than the full balance due that is marked "paid in full" or contains a similar notation, or that you otherwise tender in full satisfaction of a disputed amount, must be sent to Card Services, P.O. Box 15049, Wilmington, DE 19850-5049. We reserve all our rights regarding these payments (e.g., if it is determined there is no valid dispute or if your such check is received at any other address, we may accept the check and you will still owe any remaining balance). We may refuse to accept any such payment by returning it to you, not cashing it or destroying it. All other payments that you make should be sent to the regular Payments address shown on this statement.

**Annual Renewal Notice:** If your account has an annual fee, it will be billed each year or in monthly installments, whether or not you use your account, and you agree to pay it when billed. The annual fee is non-refundable unless you notify us that you wish to close your account within 30 days of the date we mail your statement on which the annual fee is charged and at the same time, you pay your outstanding balance in full. Your payment of the annual fee does not affect our rights to close your account and to limit your right to make transactions on your account. If your account is closed by you or us, we will continue to charge the annual fee until you pay your outstanding balance in full and terminate your account relationship.

**Explanation of Finance Charges:** We calculate periodic finance charges, using the applicable periodic rates shown on this statement, separately for each feature (e.g., balance transfer/convenience checks and cash advance checks ("check transaction"), purchases, balance transfers, cash advances, promotional balances). These calculations may combine different categories with the same daily periodic rates. If there is a "V" next to a periodic rate on this statement, that rate may vary, and the index and margin used to determine that rate and its corresponding APR are described in your Cardmember Agreement, as amended. There is a minimum finance charge in any billing cycle in which you owe any periodic finance charges, and a transaction finance charge for each balance transfer, cash advance, or check transaction, in the amounts stated in your Cardmember Agreement, as amended.

To get the daily balance for each day of the current billing cycle, we take the beginning balance for each feature, add any new transactions or other debits (including fees, unpaid finance charges and other charges), subtract any payments or credits, and make other adjustments. Transactions are added as of the transaction date, the beginning of the billing cycle in which they are posted to your account, or a later date of our choice (except that check transactions are added as of the date deposited by the payee or a later date of our choice). Fees are added either on the date of a related transaction, the date they are posted to your account, or the last day of the billing cycle. This gives us that day's daily balance. A credit balance is treated as a balance of zero. If a daily periodic rate applies to any feature, we multiply the daily balance by the daily periodic rate to get your periodic finance charges for that day. We then add these periodic finance charges to your daily balance to get the beginning balance for the next day. (If more than one daily periodic rate could apply based on the average daily balance, we will use the daily periodic rate that applies for the average daily balance amount at the end of the billing cycle to calculate the daily periodic finance charge each day.)

To get your total periodic finance charge for a billing cycle when a daily periodic rate(s) applies, we add all of the daily periodic finance charges for all features. To determine an average daily balance, we add your daily balances and divide by the number of days in the applicable billing cycle(s). If you multiply the average daily balance for each feature by the applicable daily periodic rate, and then multiply each of these results by the number of days in the applicable billing cycle(s), and then add all the results together, the total will also equal the periodic finance charges for the billing cycle, except for minor variations due to rounding. To get your total periodic finance charge for a billing cycle when a monthly periodic rate(s) applies, multiply the average daily balance for each feature by the applicable monthly periodic rate and add the results together. The total will equal the periodic finance charges for the billing cycle, except for minor variations due to rounding.

**Grace Period (at least 20 days):** We accrue periodic finance charges on a transaction, fee, or finance charge from the date it is added to your daily balance until payment in full is received on your account. However, we do not charge periodic finance charges on new purchases billed during a billing cycle if we receive both payment of your New Balance on your current statement by the date and time your payment is due and also payment of your New Balance on your previous statement by the date and time your payment was due. There is no grace period for balance transfers, cash advances, check transactions, or overdraft advances.

**BILLING RIGHTS SUMMARY**

**In Case of Errors or Questions About Your Bill:** If you think your bill is wrong, or if you need more information about a transaction on your bill, write Customer Service on a separate sheet at P.O. Box 15299, Wilmington, DE 19850-5299 as soon as possible. We must hear from you no later than 60 days after we sent you the first bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights. In your letter, give us the following information.
• Your name and account number
• The dollar amount of the suspected error
• Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take action to collect the amount you question. If you have authorized us to pay your credit card bill automatically from your savings or checking account, you can stop the payment on any amount you think is wrong. To stop the payment, your letter or call (using the Inquiries address or Customer Service telephone number shown on this statement) must reach us at least three business days before the automatic payment is scheduled to occur.

**Special Rule for Credit Card Purchases:** If you have a problem with the quality of goods or services that you purchased with a credit card (excluding purchases made with a check), and you have tried in good faith to correct the problem with the merchant, you may not have to pay the remaining amount due on the goods or services. You have this protection only when the purchase price was more than $50 and the purchase was made in your home state or within 100 miles of your mailing address. These limitations do not apply if we own or operate the merchant, or if we mailed you the advertisement for the property or services.

MA111408

S&S000065

| Payment Due Date | New Balance | Past Due Amount | Minimum Payment |
|---|---|---|---|
| 01/06/10 | $7,746.23 | $1,032.00 | $1,336.00 |

**Account number:** ████3559

$ [                    -    ]

Make your check payable to:
Chase Card Services.
Please write amount enclosed.
New address or e-mail?  Print on back.

50924 BEX Z 34669 D
DAVID J AGOADO
1203 AUGUST RD
NORTH BABYLON NY  11703-1903

CARDMEMBER SERVICE
PO BOX 15153
WILMINGTON DE  19886-5153

⑆5000160286⑆ 22159539135599⑈

## CHASE ◆

Statement Date:
11/13/09 - 12/12/09

Minimum Payment:     $1,336.00
Payment Due Date:    01/06/10

Manage your account online:
www.chase.com/creditcards

Additional contact information
conveniently located on reverse side

### ACCOUNT SUMMARY

| | | Account Number: ████3559 | |
|---|---|---|---|
| Previous Balance | $7,519.47 | Total Credit Line | $7,000 |
| Purchases, Cash, Debits | +$39.00 | Available Credit | $0 |
| Finance Charges | +$187.76 | Cash Access Line | $1,400 |
| New Balance | $7,746.23 | Available for Cash | $0 |

You haven't made the required payments and your credit card account is 150 days past due. You can still turn things around. Call us today at 1-888-792-7547 (collect 1-302-594-8200) so that we can find a solution for your situation.

Your account is closed.  Please continue to make monthly payments by the due date until your balance is paid in full.

### CHASE PERFECTCARD REWARDS SUMMARY

| | | |
|---|---|---|
| Previous balance | $0.00 | Thank you for using the credit card that pays you back!  Remember, the rebate you earn have no limit!  Take advantage of the rewards you can earn by using your PerfectCard credit card on all your everyday purchases like gas, groceries, and drug store purchases. |
| Rebates earned from purchases | $0.00 | |
| Courtesy adjustments | $0.00 | |
| Total remaining rebates | $0.00 | |

Your Chase PerfectCard allows you to earn unlimited Cash Back Rewards.  You earn 1% for every $1 you spend on purchases, and 3% on eligible gas purchases at any gas station.  Earn additional rebates - as much as 10% Cash Back shopping online through www.chase.com/rewardsplus.  Add authorized users, and sign up to have your monthly bills charged to your card why not get rebates for all those purchases too?

### ACCOUNT ACTIVITY

| Date of Transaction | Merchant Name or Transaction Description | $ Amount |
|---|---|---|
| 12/07 | LATE FEE | 39.00 |

### FINANCE CHARGES

| Category | Daily Periodic Rate 30 days in cycle | Corresp. APR | Average Daily Balance | Finance Charge Due To Periodic Rate | Transaction Fee / Service Charge | Accumulated Fin Charge | FINANCE CHARGES |
|---|---|---|---|---|---|---|---|
| Purchases | V .08216% | 29.99% | $7,617.55 | $187.76 | $0.00 | $0.00 | $187.76 |
| Cash advances | V .08216% | 29.99% | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Total finance charges | | | | | | | $187.76 |

**Effective Annual Percentage Rate (APR):     29.99%**

Please see Information About Your Account section for balance computation method, grace period, and other important information.

The Corresponding APR is the rate of interest you pay when you carry a balance on any transaction category.
The Effective APR represents your total finance charges - including transaction fees
such as cash advance and balance transfer fees - expressed as a percentage.

**This Statement is a Facsimile - Not an original**

**S&S000066**

**Address Change Request**

Please provide information below only if the address information on front is incorrect.

Street Address: _____

City: _____

State: ___

Zip: _____ _____

Home Phone: _____ ____ ____

Work Phone: _____ ____ ____

E-mail Address: _____

---

### To contact us regarding your account:

| By Telephone: | | | |
|---|---|---|---|
| In U.S. 1-800-945-2000 | **?** |  | ✓ |
| Español 1-888-446-3308 | | | |
| TDD 1-800-955-8060 | **Send Inquiries to:** | **Mail Payments to:** | **Visit Our Website:** |
| Pay by phone 1-800-436-7958 | P.O. Box 15298 | P.O. Box 15153 | www.chase.com/creditcards |
| Outside U.S. call collect | Wilmington, DE 19850-5298 | Wilmington, DE 19886-5153 | |
| 1-302-594-8200 | | | |

**Information About Your Account**

**Crediting of Payments:** For payments by regular U.S. mail, send at least your minimum payment due to our Payments address shown on this statement. Your payments by mail must comply with the instructions on this statement, and must be made by check or money order, payable in U.S. Dollars, and drawn on or payable through a U.S. financial institution or the U.S. branch of a foreign financial institution. Do not send cash. Write your account number on your check or money order. Payments must be accompanied by the payment coupon in the envelope provided with our address visible through the envelope window. The envelope cannot contain more than one payment or coupon; and there can be no staples, paper clips, tape or correspondence included with your payment. If your payment is in accordance with our payment instructions and is made available to us on any day except December 25 by 1:00 p.m. local time at our Payments address on this statement, we will credit the payment to your account as of that day. If your payment is in accordance with our payment instructions, but is made available to us after 1:00 p.m. local time at our Payments address on this statement, we will credit it to your account as of the next day. If you do not follow our payment instructions or if your payment is not sent by regular U.S. mail to our Payments address, crediting of your payment may be delayed for up to 5 days. Payments made electronically through our automated telephone service, Customer Service advisors, or our web site will be subject to any processing times disclosed for those payments.

**Account Information Reported to Credit Bureaus:** We may report information about your account to credit bureaus. Late payments, missed payments or other defaults on your account may be reflected in your credit report. If you think we have reported inaccurate information to a credit bureau, you may write to us at the Inquiries address shown on this statement.

**Notice About Electronic Check Conversion:** When you pay by check, you authorize us either to use information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check transaction. When we use information from your check to make an electronic fund transfer, funds may be withdrawn from your account as soon as the same day we receive your payment, and you will not receive your check back from your financial institution. Call the Customer Service number on this statement if you have questions about electronic check collection or do not want your payments collected electronically.

**Conditional Payments:** Any payment check or other form of payment that you send us for less than the full balance due that is marked "paid in full" or contains a similar notation, or that you otherwise tender in full satisfaction of a disputed amount, must be sent to Card Services, P.O. Box 15049, Wilmington, DE 19850-5049. We reserve all our rights regarding these payments (e.g., if it is determined there is no valid dispute or if your check is received at any other address, we may accept the check and you will still owe any remaining balance). We may refuse to accept any such payment by returning it to you, not cashing it or destroying it. All other payments that you make should be sent to the regular Payments address shown on this statement.

**Annual Renewal Notice:** If your account has an annual fee, it will be billed each year or in monthly installments, whether or not you use your account, and you agree to pay it when billed. The annual fee is non-refundable unless you notify us that you wish to close your account within 30 days of the date we mail your statement on which the annual fee is charged and at the same time, you pay your outstanding balance in full. Your payment of the annual fee does not affect our rights to close your account and to limit your right to make transactions on your account. If your account is closed by you or us, we will continue to charge the annual fee until you pay your outstanding balance in full and terminate your account relationship.

**Explanation of Finance Charges:** We calculate periodic finance charges, using the applicable periodic rates shown on this statement, separately for each feature (e.g., balance transfer/convenience checks and cash advance checks ("check transaction"), purchases, balance transfers, cash advances, promotional balance transfers. These calculations may combine different categories with the same daily periodic rates. If there is a "V" next to a periodic rate on this statement, that rate may vary, and the index and margin used to determine that rate and its corresponding APR are described in your Cardmember Agreement, as amended. There is a minimum finance charge in any billing cycle in which you owe any periodic finance charges, and a transaction finance charge for each balance transfer, cash advance, or check transaction, in the amounts stated in your Cardmember Agreement, as amended.

To get the daily balance for each day of the current billing cycle, we take the beginning balance for each feature, add any new transactions or other debits (including fees, unpaid finance charges and other charges), subtract any payments or credits, and make other adjustments. Transactions are added as of the transaction date, the beginning of the billing cycle in which they are posted to your account, or a later date of our choice (except that check transactions are added as of the date deposited by the payee or a later date of our choice). Fees are added either on the date of a related transaction, the date they are posted to your account, or the last day of the billing cycle. This gives us that day's daily balance. A credit balance is treated as a balance of zero. If a daily periodic rate applies to any feature, we multiply the daily balance by the daily periodic rate to get your periodic finance charges for that day. We then add these periodic finance charges to your daily balance to get the beginning balance for the next day. (If more than one daily periodic rate could apply based on the average daily balance, we will use the daily periodic rate that applies for the average daily balance amount at the end of the billing cycle to calculate the daily periodic finance charge each day.)

To get your total periodic finance charge for a billing cycle when a daily periodic rate(s) applies, we add all of the daily periodic finance charges for all features. To determine an average daily balance and your daily balances and divide by the number of the days in the applicable billing cycle(s). If you multiply the average daily balance for each feature by the applicable daily periodic rate, and then multiply each of these results by the number of days in the applicable billing cycle(s), and then add all of the results together, the total will also equal the periodic finance charges for the billing cycle, except for minor variations due to rounding. To get your total periodic finance charge for a billing cycle when a monthly periodic rate(s) applies, multiply the average daily balance for each feature by the applicable monthly periodic rate and add the results together. The total will equal the periodic finance charges for the billing cycle, except for minor variations due to rounding.

**Grace Period (at least 20 days):** We accrue periodic finance charges on a transaction, fee, or finance charge from the date it is added to your daily balance until payment in full is received on your account. However, we do not charge periodic finance charges on new purchases billed during a billing cycle if we receive both payment of your New Balance on your current statement by the date and time your payment is due and also payment of your New Balance on your previous statement by the date and time your payment was due. There is no grace period for balance transfers, cash advances, check transactions, or overdraft advances.

**BILLING RIGHTS SUMMARY**

**In Case of Errors or Questions About Your Bill:** If you think your bill is wrong, or if you need more information about a transaction on your bill, write Customer Service on a separate sheet at P.O. Box 15299 Wilmington, DE 19850-5299 as soon as possible. We must hear from you no later than 60 days after we sent you the first bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights. In your letter, give us the following information.
- Your name and account number.
- The dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take action to collect the amount you question. If you have authorized us to pay your credit card bill automatically from your savings or checking account, you can stop the payment on any amount you think is wrong. To stop the payment, your letter or call (using the Inquiries address or Customer Service telephone number shown on this statement) must reach us at least three business days before the automatic payment is scheduled to occur.

**Special Rule for Credit Card Purchases:** If you have a problem with the quality of goods or services that you purchased with a credit card (excluding purchases made with a check), and you have tried in good faith to correct the problem with the merchant, you may not have to pay the remaining amount due on the goods or services. You have this protection only when the purchase price was more than $50 and the purchase was made in your home state or within 100 miles of your mailing address. These limitations do not apply if we own or operate the merchant, or if we mailed you the advertisement for the property or services.

MA111406

S&S000067

| Payment Due Date | New Balance | Past Due Amount | Minimum Payment |
|---|---|---|---|
| 02/06/10 | $7,985.20 | $1,336.00 | $1,654.00 |

**Account number:** ▮▮▮▮3559

$ [                -                ]

Make your check payable to:
Chase Card Services.
Please write amount enclosed.
New address or e-mail?  Print on back.

38716 BEX Z 01210 D
DAVID J AGOADO
1203 AUGUST RD
NORTH BABYLON NY  11703-1903

CARDMEMBER SERVICE
PO BOX 15153
WILMINGTON DE  19886-5153

⑆5000160281⑆ 221595391355991⑊

**CHASE**

Statement Date:
12/13/09 - 01/12/10

Minimum Payment:    $1,654.00
Payment Due Date:    02/06/10

Manage your account online:
www.chase.com/creditcards

Additional contact information
conveniently located on reverse side

## ACCOUNT SUMMARY

| | | Account Number: | ▮▮▮▮3559 |
|---|---|---|---|
| Previous Balance | $7,746.23 | Total Credit Line | $7,000 |
| Purchases, Cash, Debits | +$39.00 | Available Credit | $0 |
| Finance Charges | +$199.97 | Cash Access Line | $1,400 |
| New Balance | $7,985.20 | Available for Cash | $0 |

The outstanding balance on your credit card account is scheduled to be written off as a bad debt shortly.  As a result, your credit bureau will be updated with a negative rating that could last for up to seven years.  We can still help, but you need to call us now at 1-888-792-7547 (collect 1-302-594-8200).

Your account is closed.  Please continue to make monthly payments by the due date until your balance is paid in full.

## CHASE PERFECTCARD REWARDS SUMMARY

| | |
|---|---|
| Previous balance | $0.00 |
| Rebates earned from purchases | $0.00 |
| Courtesy adjustments | $0.00 |
| Total remaining rebates | $0.00 |

Thank you for using the credit card that pays you back!  Remember, the rebates you earn have no limit!  Take advantage of the rewards you can earn by using your PerfectCard credit card on all your everyday purchases like gas, groceries, and drug store purchases.

Your Chase PerfectCard allows you to earn unlimited Cash Back Rewards.  You earn 1% for every $1 you spend on purchases, and 3% on eligible gas purchases at any gas station.  Earn additional rebates - as much as 10% Cash Back shopping online through www.chase.com/rewardsplus.  Add authorized users, and sign up to have your monthly bills charged to your card why not get rebates for all those purchases too?

## ACCOUNT ACTIVITY

| Date of Transaction | Merchant Name or Transaction Description | $ Amount |
|---|---|---|
| 01/06 | LATE FEE | 39.00 |

## FINANCE CHARGES

| Category | Daily Periodic Rate 31 days in cycle | Corresp. APR | Average Daily Balance | Finance Charge Due To Periodic Rate | Transaction Fee / Service Charge | Accumulated Fin Charge | FINANCE CHARGES |
|---|---|---|---|---|---|---|---|
| Purchases | V .08216% | 29.99% | $7,851.28 | $199.97 | $0.00 | $0.00 | $199.97 |
| Cash advances | V .08216% | 29.99% | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Total finance charges | | | | | | | $199.97 |

**Effective Annual Percentage Rate (APR):**     29.99%

Please see Information About Your Account section for balance computation method, grace period, and other important information.

The Corresponding APR is the rate of interest you pay when you carry a balance on any transaction category.
The Effective APR represents your total finance charges - including transaction fees such as cash advance and balance transfer fees - expressed as a percentage.

## IMPORTANT NEWS

Try TurboTax Free Edition for your simple return
or Get a 35 percent Discount on
TurboTax Online Federal Products.
visit chase.com/taxes

**This Statement is a Facsimile - Not an original**

S&S000068

**Address Change Request**

Please provide information below only if the address information on front is incorrect.

Street Address: _____

City: _____

State: _____

Zip: _____  _____

Home Phone: _____  _____  _____

Work Phone: _____  _____  _____

E-mail Address: _____

---

## To contact us regarding your account:

**By Telephone:**
In U.S.        1-800-945-2000
Español      1-888-446-3308
TDD          1-800-955-8060
Pay by phone 1-800-436-7958
Outside U.S. call collect
1-302-594-8200

**Send inquiries to:**
P.O. Box 15298
Wilmington, DE 19850-5298

**Mail Payments to:**
P.O. Box 15153
Wilmington, DE 19886-5153

**Visit Our Website:**
www.chase.com/creditcards

---

### Information About Your Account

**Crediting of Payments:** For payments by regular U.S. mail, send at least your minimum payment due to our Payments address shown on this statement. Your payments by mail must comply with the instructions on this statement, and must be made by check or money order, payable in U.S. Dollars, and drawn on or payable through a U.S. financial institution or the U.S. branch of a foreign financial institution. Do not send cash. Write your account number on your check or money order. Payments must be accompanied by the payment coupon in the envelope provided with our address visible through the envelope window. The envelope cannot contain more than one payment or coupon; and there can be no staples, paper clips, tape or correspondence included with your payment. If your payment is in accordance with our payment instructions and is made available to us on any day except December 25 by 1:00 p.m. local time at our Payments address on this statement, we will credit the payment to your account as of that day. If your payment is in accordance with our payment instructions, but is made available to us after 1:00 p.m. local time at our Payments address on this statement, we will credit it to your account as of the next day. If you do not follow our payment instructions or if your payment is not sent by regular U.S. mail to our Payments address, crediting of your payment may be delayed for up to 5 days. Payments made electronically through our automated telephone service, Customer Service advisors, or our web site will be subject to any processing times disclosed for those payments.

**Account Information Reported to Credit Bureaus:** We may report information about your account to credit bureaus. Late payments, missed payments or other defaults on your account may be reflected in your credit report. If you think we have reported inaccurate information to a credit bureau, you may write to us at the Inquiries address shown on this statement.

**Notice About Electronic Check Conversion:** When you pay by check, you authorize us either to use information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check transaction. When we use information from your check to make an electronic fund transfer, funds may be withdrawn from your account as soon as the same day we receive your payment, and you will not receive your check back from your financial institution. Call the Customer Service number on this statement if you have questions about electronic check collection or do not want your payments collected electronically.

**Conditional Payments:** Any payment check or other form of payment that you send us for less than the full balance due that is marked "paid in full" or contains a similar notation, or that you otherwise tender in full satisfaction of a disputed amount, must be sent to Card Services, P.O. Box 15049, Wilmington, DE 19850-5049. We reserve all our rights regarding these payments (e.g., if it is determined there is no valid dispute or if your check is received at any other address, we may accept the check and you will still owe any remaining balance). We may refuse to accept any such payment by returning it to you, not cashing it or destroying it. All other payments that you make should be sent to the regular Payments address shown on this statement.

**Annual Renewal Notice:** If your account has an annual fee, it will be billed each year or in monthly installments, whether or not you use your account, and you agree to pay it when billed. The annual fee is non-refundable unless you notify us that you wish to close your account within 30 days of the date we mail your statement on which the annual fee is charged and at the same time, you pay your outstanding balance in full. Your payment of the annual fee does not affect our rights to close your account and to limit your right to make transactions on your account. If your account is closed by you or us, we will continue to charge the annual fee until you pay your outstanding balance in full and terminate your account relationship.

**Explanation of Finance Charges:** We calculate periodic finance charges, using the applicable periodic rates shown on this statement, separately for each feature (e.g., balance transfer/convenience checks and cash advance checks ("check transaction"), purchases, balance transfers, cash advances, promotional balances or overdraft advances). These calculations may combine different categories with the same daily periodic rates. If there is a "V" next to a periodic rate on this statement, that rate may vary, and the index and margin used to determine that rate and its corresponding APR are described in your Cardmember Agreement, as amended. There is a minimum finance charge in any billing cycle in which you owe any periodic finance charges, and a transaction finance charge for each balance transfer, cash advance, or check transaction, in the amounts stated in your Cardmember Agreement, as amended.

To get the daily balance for each day of the current billing cycle, we take the beginning balance for each feature, add any new transactions or other debits (including fees, unpaid finance charges and other charges), subtract any payments or credits, and make other adjustments. Transactions are added as of the transaction date, the beginning of the billing cycle in which they are posted to your account, or a later date of our choice (except that check transactions are added as of the date deposited by the payee or a later date of our choice). Fees are added either on the date of a related transaction, the date they are posted to your account, or the last day of the billing cycle. This gives us that day's daily balance. A credit balance is treated as a balance of zero. If a daily periodic rate applies to any feature, we multiply the daily balance by the daily periodic rate to get your periodic finance charges for that day. We then add these periodic finance charges to your daily balance to get the beginning balance for the next day. (If more than one daily periodic rate could apply based on the average daily balance, we will use the daily periodic rate that applies for the average daily balance amount at the end of the billing cycle to calculate the daily periodic finance charge each day.)

To get your total periodic finance charge for a billing cycle when a daily periodic rate(s) applies, we add all of the daily periodic finance charges for all features. To determine an average daily balance, we add your daily balances and divide by the number of days in the applicable billing cycle(s). If you multiply the average daily balance for each feature by the applicable daily periodic rate, and then multiply each of these results by the number of days in the applicable billing cycle(s), and then add all the results together, the total will equal the periodic finance charges for the billing cycle, except for minor variations due to rounding. To get your total periodic finance charge for a billing cycle when a monthly periodic rate(s) applies, multiply the average daily balance for each feature by the applicable monthly periodic rate and add the results together. The total will equal the periodic finance charges for the billing cycle, except for minor variations due to rounding.

**Grace Period (at least 20 days):** We accrue periodic finance charges on a transaction, fee, or finance charge from the date it is added to your daily balance until payment in full is received on your account. However, we do not charge periodic finance charges on new purchases billed during a billing cycle if we receive both payment of your New Balance on your current statement by the date and time your payment is due and also payment of your New Balance on your previous statement by the date and time your payment was due. There is no grace period for balance transfers, cash advances, check transactions, or overdraft advances.

### BILLING RIGHTS SUMMARY

**In Case of Errors or Questions About Your Bill:** If you think your bill is wrong, or if you need more information about a transaction on your bill, write Customer Service on a separate sheet at P.O. Box 15299, Wilmington, DE 19850-5299 as soon as possible. We must hear from you no later than 60 days after we sent you the first bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights. In your letter, give us the following information.
• Your name and account number
• The dollar amount of the suspected error
• Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take action to collect the amount you question. If you have authorized us to pay your credit card bill automatically from your savings or checking account, you can stop the payment on any amount you think is wrong. To stop the payment, your letter or call (using the Inquiries address or Customer Service telephone number shown on this statement) must reach us at least three business days before the automatic payment is scheduled to occur.

**Special Rule for Credit Card Purchases:** If you have a problem with the quality of goods or services that you purchased with a credit card (excluding purchases made with a check), and you have tried in good faith to correct the problem with the merchant, you may not have to pay the remaining amount due on the goods or services. You have this protection only when the purchase price was more than $50 and the purchase was made in your home state or within 100 miles of your mailing address. These limitations do not apply if we own or operate the merchant, or if we mailed you the advertisement for the property or services.

MA111406

S&S000069

**Statement** for account number: ▮▮▮▮3559

| New Balance | Payment Due Date | Past Due Amount | Minimum Payment |
|---|---|---|---|
| $7,197.08 | 12/07/08 | $0.00 | $449.62 |

**CHASE** ⬤

$ [_____] -

Make your check payable to:
Chase Card Services.
Please write amount enclosed.
New address or e-mail?  Print on back.

23160 BEX Z 31708 D
DAVID J AGOADO
1203 AUGUST RD
NORTH BABYLON NY  11703-1903

CARDMEMBER SERVICE
PO BOX 15153
WILMINGTON DE  19886-5153

⑊500016028⑊ 22159539135599⑊

**CHASE** ⬤

| | |
|---|---|
| Opening/Closing Date: | 10/13/08 - 11/12/08 |
| Payment Due Date: | 12/07/08 |
| Minimum Payment Due: | $449.62 |

**CUSTOMER SERVICE**
In U.S.            1-800-945-2000
Español        1-888-446-3308
TDD             1-800-955-8060
Pay by phone 1-800-436-7958
Outside U.S. call collect
                    1-302-594-8200

**ACCOUNT INQUIRIES**
P.O. Box 15298
Wilmington, DE 19850-5298

**PAYMENT ADDRESS**
P.O. Box 15153
Wilmington, DE  19886-5153

**VISIT US AT:**
www.chase.com/creditcards

### VISA ACCOUNT SUMMARY          Account Number: ▮▮▮▮3559

| | | | |
|---|---|---|---|
| Previous Balance | $7,078.40 | Total Credit Line | $7,000 |
| Payment, Credits | -$358.54 | Available Credit | $0 |
| Purchases, Cash, Debits | +$304.89 | Cash Access Line | $1,400 |
| Finance Charges | +$172.33 | Available for Cash | $0 |
| New Balance | $7,197.08 | | |

### CHASE PERFECTCARD REWARDS SUMMARY

For questions about your account please call
Cardmember Services at 1-800-945-2000.

| | |
|---|---|
| Previous balance | $8.54 |
| Rebates earned from purchases | $2.61 |
| Rebates Earned Year to Date | $41.82 |
| Rebates redeemed this period | $8.54 |
| Total remaining rebates | $2.61 |

With PerfectCard, earn a 3% rebate on eligible gas purchases and a 1% rebate on
all other purchases.  Rebates are automatically credited to your account.  See
Program terms for details.

### TRANSACTIONS

| Trans Date | Reference Number | Merchant Name or Transaction Description | Credit | Debit |
|---|---|---|---|---|
| 10/12 | 2469216828600761016317 | ONSTAR SUBSCRIPTION 888-4ONSTAR MI | | $20.58 |
| 10/11 | 2461043826004027306712 | GAMESTOP #5929 NORTH BABYLON NY | | 13.02 |
| 10/11 | 2425477828457135700442 | PIZZAIOLA NORTH BABYLON NY | | 20.65 |
| 10/14 | 2476197828807424910343 | KID CITY #23 NORTH BABYLON NY | | 18.54 |
| 10/13 | | OVERLIMIT FEE | | 39.00 |
| 10/14 | 2479262628969193794106 | RITE AID STORE #10623 NORTH BABYLON NY | | 29.26 |
| 11/05 | 1310310290000613174804 | Payment - Thank You | 350.00 | |
| 11/05 | 7426685310346713174804 | EPAY FEE | | 9.95 |
| 11/06 | 2444500831252076093757 | WALGREENS #5439 DEER PARK NY | | 47.05 |
| 11/06 | 2416407631106501001339 | MELALEUCA, INC. 800-2823000 ID | | 63.07 |
| 11/07 | 2469216831300006799019 | THE VITAMIN SHOPPE#121 BAYSHORE NY | | 43.77 |
| 11/12 | | PERFECTCARD REBATE CREDIT | 8.54 | |

### FINANCE CHARGES

| Category | Daily Periodic Rate 31 days in cycle | Corresp. APR | Average Daily Balance | Finance Charge Due To Periodic Rate | Transaction Fee | Accumulated Fin Charge | FINANCE CHARGES |
|---|---|---|---|---|---|---|---|
| Purchases | V .07668% | 27.99% | $7,249.84 | $172.33 | $0.00 | $0.00 | $172.33 |
| Cash advances | V .07668% | 27.99% | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Total finance charges | | | | | | | $172.33 |

**Effective Annual Percentage Rate (APR):**      27.99%

Please see Information About Your Account section for balance computation method, grace period, and other important information.

The Corresponding APR is the rate of interest you pay when you carry a balance on any transaction category.
The Effective APR represents your total finance charges - including transaction fees
such as cash advance and balance transfer fees - expressed as a percentage.

## This Statement is a Facsimile - Not an original

**S&S000070**

**Address Change Request**

Please provide information below only if the address information on front is incorrect.

Street Address: _____

City: _____

State: ____

Zip: _____ _____

Home Phone: _____ ____ ____

Work Phone: _____ ____ ____

E-mail Address: _____



### Information About Your Account

**Lost or Stolen Cards:** Please report your lost or stolen card immediately by calling the Customer Service number found on the front of your statement. Advisors are always available to assist you. You can reach an Advisor by pressing 0 after you enter your account number.

**Crediting of Payments:** For payments by regular U.S. mail, send at least your minimum payment due to our post office box designated for payments shown on this statement. Your payments by mail must comply with the instructions on this statement, and must be made by check or money order, payable in U.S. Dollars, and drawn on or payable through a U.S. financial institution or the U.S. branch of a foreign financial institution. Do not send cash. Write your account number on your check or money order. Payments must be accompanied by the payment coupon in the envelope provided with our address visible through the envelope window; the envelope cannot contain more than one payment or coupon, and there can be no staples, paper clips, tape or correspondence included with your payment. If your payment is in accordance with our payment instructions and is made available to us on any day except December 25 by 1:00 p.m. local time at our post office box designated for payments on this statement, we will credit the payment to your account as of that day. If your payment is in accordance with our payment instructions, but is made available to us after 1:00 p.m. local time at our post office box designated for payments on this statement, we will credit it to your account as of the next day. If you do not follow our payment instructions or if your payment is not sent by regular U.S. mail to our post office box designated for payments, crediting of your payment may be delayed for up to 5 days. Payments made electronically through our automated telephone service, Customer Service advisors, or our web site will be subject to any processing times disclosed for these payments.

**Account Information Reported to Credit Bureaus:** We may report information about your account to credit bureaus. Late payments, missed payments or other defaults on your account may be reflected in your credit report. If you think we have reported inaccurate information to a credit bureau, you may write to us at the Cardmember Service address listed on your billing statement. Notice About Electronic Check Conversion: When you provide a check as payment, you authorize us either to use information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check transaction. When we use information from your check to make an electronic fund transfer, funds may be withdrawn from your account as soon as the same day we receive your payment, and you will not receive your check back from your financial institution. Call the customer service number on this statement if you have questions about electronic check collection or do not want your payments collected electronically.

**Conditional Payments:** Any payment check or other form of payment that you send us for less than the full balance due that is marked "paid in full" or contains a similar notation, or that you otherwise tender in full satisfaction of a disputed amount, must be sent to Card Services, P.O. Box 15049, Wilmington, DE 19850-5049. We reserve all our rights regarding these payments (e.g., if this determined there is no valid dispute or if any such check is received at any other address, we may accept the check and you will still owe any remaining balance). We may refuse to accept any such payment by returning it to you, not cashing it or destroying it. All other payments that you make should be sent to the appropriate payment address.

**Annual Renewal Notice:** If your account has an annual fee, it will be billed each year in monthly installments, whether or not you use your account, and you agree to pay it when billed. The annual fee is non-refundable unless you notify us that you wish to close your account within 30 days of the date we mail your statement on which the annual fee is charged and at the same time, you pay your outstanding balance in full. Your payment of the annual fee does not affect our rights to close your account and to limit your right to make transactions on your account. If your account is closed by you or us, we will continue to charge the annual fee until you pay your outstanding balance in full and terminate your account relationship.

**Explanation of Finance Charges:** We calculate periodic finance charges, using the applicable periodic rates shown on this statement, separately for each feature (e.g., balance transfer/convenience checks and cash advance checks ("check transaction"), purchases, balance transfers, cash advances, promotional balances or overdraft advances). Please consult your Cardmember Agreement for the features that are applicable to your card. These calculations may combine different categories with the same daily periodic rates. If there is a "V" next to a periodic rate on this statement, that rate may vary, and the index and margin used to determine that rate and its corresponding APR are described in your Cardmember Agreement, as amended. There is a minimum finance charge in any billing cycle in which you owe any periodic finance charges, and a transaction finance charge for each balance transfer, cash advance, or check transaction, in the amounts stated in your Cardmember Agreement, as amended.

To get the daily balance for each day of the current billing cycle, we take the beginning balance for each feature, add any new transactions or other debits (including fees, unpaid finance charges and other charges), subtract any payments or credits, and make other adjustments. Transactions are added as of the transaction date, the beginning of the billing cycle in which they are posted to your account, or a later date of our choice (except that check transactions are added as of the date deposited by the payee or a later date of our choice). Fees are added either on the date of a related transaction, the date they are posted to your account, or the last day of the billing cycle. This gives us that day's daily balance. A credit balance is treated as a balance of zero. If a daily periodic rate applies to any feature, we multiply this daily balance by the daily periodic rate to get your periodic finance charges for that day. When we

add these periodic finance charges to your daily balance to get the beginning balance for the next day. (If more than one daily periodic rate could apply based on the average daily balance, we will use the daily periodic rate that applies for the average daily balance amount at the end of the billing cycle to calculate the daily periodic finance charge each day.)

To get your total periodic finance charge for a billing cycle when a daily periodic rate(s) applies, we add all of the daily periodic finance charges for all features. To determine an average daily balance, we add your daily balances and divide by the number of the days in the applicable billing cycle(s). If you multiply the average daily balance for each feature by the applicable daily periodic rate, and then multiply each of these results by the number of days in the applicable billing cycle(s), and then add all of the results together, the total will also equal the periodic finance charge for the billing cycle, except for minor variations due to rounding. To get your total periodic finance charge for a billing cycle when a monthly periodic rate(s) applies, multiply the average daily balance for each feature by the applicable monthly periodic rate and add the results together. The total will equal the periodic finance charges for the billing cycle, except for minor variations due to rounding.

**Grace Period (at least 20 days):** We accrue periodic finance charges on a transaction, fee, or finance charge from the date it is added to your daily balance until payment in full is received on your account. However, we do not charge periodic finance charges on new purchases billed during a billing cycle if we receive both payment of your New Balance on your current statement by the date and time your payment is due and also payment of your New Balance on your previous statement by the date and time your payment was due. There is no grace period for balance transfers, cash advances, check transactions, or overdraft advances.

In addition, if there is a "Qualifying Promotional Financing" section on this statement, you will not incur periodic finance charges on any Remaining Balance that appears in that section if you pay that balance in full by the applicable Expiration Date. However, if you default under the terms of your Cardmember Agreement or any Qualifying Promotional Financing offer, the applicable periodic finance charges will accrue on any Remaining Balance as soon as the billing cycle in which the default occurs. To avoid finance charges on new purchases when your New Balance includes any Remaining Balance(s) in the Qualifying Promotional Financing section, pay your full New Balance minus the total of those Remaining Balance(s) by the date and time your payment is due. However, if your statement shows that a minimum payment is due, we must receive at least that minimum payment by the date and time specified on your statement, even if your New Balance consists only of Qualifying Promotional Financing balances.

For "deferred interest" Qualifying Promotional Financing, periodic finance charges accrue during the promotional period but are not added to your account balance. Instead, they accumulate from billing cycle to billing cycle. If a deferred interest Qualifying Promotional Financing balance is not paid in full by the applicable Expiration Date, the deferred finance charges will be added to your account as soon as the first day after the Expiration Date.

Further, if you default under the terms of your Cardmember Agreement, the deferred finance charges will be added to your account as soon as the date of default.

For "fixed payment" Qualifying Promotional Financing that permits you to pay for a purchase in a designated number of payments, you will not have a grace period for that balance as each payment includes a portion of the interest owed over the repayment term for that purchase. However, you will have a grace period on other new purchases as described above.

### BILLING RIGHTS SUMMARY

**In Case of Errors or Questions About Your Bill:** If you think your bill is wrong, or if you need more information about a transaction on your bill, write Cardmember Service on a separate sheet at P.O. Box 15293 Wilmington, DE 19850-5293 as soon as possible. We must hear from you no later than 60 days after we sent you the first bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights. In your letter, give us the following information:

• Your name and account number

• The dollar amount of the suspected error

• Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take action to collect the amount you question. If you have authorized us to pay your credit card bill automatically from your savings or checking account, you can stop the payment on any amount you think is wrong. To stop the payment, your letter or call (using the Cardmember Service address or telephone number shown on this statement) must reach us at least three business days before the automatic payment is scheduled to occur.

**Special Rule for Credit Card Purchases:** If you have a problem with the quality of goods or services that you purchased with a credit card (excluding purchases made with a check), and you have tried in good faith to correct the problem with the merchant, you may not have to pay the remaining amount due on the goods or services. You have this protection only when the purchase price was more than $50 and the purchase was made in your home state or within 100 miles of your mailing address. These limitations do not apply if we own or operate the merchant, or if we mailed you the advertisement for the property or services

MA030708

**Statement** for account number: ████████3559

| New Balance | Payment Due Date | Past Due Amount | Minimum Payment |
|---|---|---|---|
| $6,747.24 | 10/07/08 | $0.00 | $230.00 |

**CHASE** ◉

Make your check payable to:
Chase Card Services.
Please write amount enclosed.
New address or e-mail?  Print on back.

$ [                    -                    ]

I want to purchase optional
Chase Payment Protector
Plan. I've read the Benefits &
Disclosures on back of insert.

Initials          Date

10659 BEX Z 25668 D
DAVID J AGOADO
1203 AUGUST RD
NORTH BABYLON NY 11703-1903

CARDMEMBER SERVICE
PO BOX 15153
WILMINGTON DE 19886-5153

⑆5000160 28⑆: 2215953913 5599⑆

**CHASE** ◉

| | |
|---|---|
| Opening/Closing Date: | 08/13/08 - 09/12/08 |
| Payment Due Date: | 10/07/08 |
| Minimum Payment Due: | $230.00 |

**CUSTOMER SERVICE**
In U.S.              1-800-945-2000
Español           1-888-446-3308
TDD               1-800-955-8060
Pay by phone 1-800-436-7958
Outside U.S. call collect
                      1-302-594-8200

### VISA ACCOUNT SUMMARY          Account Number: ████████3559

| | | | |
|---|---|---|---|
| Previous Balance | $5,876.25 | Total Credit Line | $7,000 |
| Payment, Credits | -$1,276.11 | Available Credit | $252 |
| Purchases, Cash, Debits | +$1,984.46 | Cash Access Line | $1,400 |
| Finance Charges | +$162.64 | Available for Cash | $252 |
| New Balance | $6,747.24 | | |

**ACCOUNT INQUIRIES**
P.O. Box 15298
Wilmington, DE 19850-5298

**PAYMENT ADDRESS**
P.O. Box 15153
Wilmington, DE  19888-5153

**VISIT US AT:**
www.chase.com/creditcards

### CHASE PERFECTCARD REWARDS SUMMARY

| | |
|---|---|
| Previous balance | $11.11 |
| Rebates earned from gas purchases | $5.28 |
| Bonus rebates earned from gas purchases | $5.28 |
| Rebates earned from purchases | $9.00 |
| Rebates redeemed this period | $11.11 |
| Total remaining rebates | $19.56 |

For questions about your account please call
Cardmember Services at 1-800-945-2000.

With PerfectCard, earn a 3% rebate on eligible gas purchases and a 1% rebate on
all other purchases.  Rebates are automatically credited to your account.  See
Program terms for details.

### TRANSACTIONS

| Trans Date | Reference Number | Merchant Name or Transaction Description | Credit | Debit |
|---|---|---|---|---|
| 08/12 | 2469216822500058463114 | ONSTAR SUBSCRIPTION 888-4ONSTAR MI | | $20.56 |
| 08/12 | 2444500822641671570156 | WENDYS #2462     Q25 N.BABYLON NY | | 6.81 |
| 08/13 | 2442733822671003136852 | PATHMARK #615 NORTH BABYLON NY | | 60.12 |
| 08/12 | 2461043822700402649692 | GAMESTOP #5929 NORTH BABYLON NY | | 9.77 |
| 08/14 | 2444500822841975010945 | WENDYS #2462     Q25 N.BABYLON NY | | 8.66 |
| 08/14 | 2442733822871003412375 | PATHMARK #615 NORTH BABYLON NY | | 22.23 |
| 08/16 | 2434132823055822802059 | GETTY 73159004 EAST FARMINGD NY | | 9.96 |
| 08/17 | 2442733823171002674406 | PATHMARK #615 NORTH BABYLON NY | | 103.40 |
| 08/20 | 2407105823315817206219 | DAIRY BARN STORES - 16 EAST ROCKAWAY NY | | 10.48 |
| 08/19 | 2416405823337800238073 | EXXONMOBIL   42144097 EAST ROCKAWAY NY | | 30.00 |
| 08/20 | 2469216823370568203705 | STOP & SHOP #557 DEER PARK NY | | 99.22 |
| 08/21 | 2444500823542788507202 | CVS PHARMACY #0541 Q03 ROCKVILLE CEN NY | | 14.17 |
| 08/21 | 2444500823542788507210 | CVS PHARMACY #0541 Q03 ROCKVILLE CEN NY | | 9.49 |
| 08/23 | 2469216823600090330631 | Amazon.com AMZN.COM/BILL WA | | 434.49 |
| 08/23 | 2469216823600089687166 | Amazon.com AMZN.COM/BILL WA | | 9.75 |
| 08/21 | 2442733823571002517522 | HESS 32541 NORTH BABYLON NY | | 46.50 |
| 08/21 | 2442733825710033615543 | PATHMARK #615 NORTH BABYLON NY | | 31.66 |
| 08/19 | 2444500823542788507194 | WENDYS #2471     Q25 E.ROCKAWAY NY | | 4.10 |
| 08/26 | 2469216823900016377052 | Amazon.com AMZN.COM/BILL WA | | 12.47 |
| 08/25 | 2469216823800006671759 | Amazon.com AMZN.COM/BILL WA | | 439.91 |
| 08/26 | | OVERLIMIT FEE | | 39.00 |
| 08/27 | 2469216824000027159092 | Amazon.com AMZN.COM/BILL WA | | 10.85 |
| 08/27 | 7469216824000034135624 | Amazon.com AMZN.COM/BILL WA | 439.91 | |
| 08/30 | 2442733824272001285306 | A&P #70908 ORTLEY BEACH NJ | | 12.76 |
| 08/30 | 2444500824343811571611 | WENDY'S #0327     Q25 TOMS RIVER NJ | | 3.93 |
| 08/30 | 2442733824372000539783 | MCDONALD'S F22642 ORTLEY BEACH NJ | | 3.43 |
| 08/30 | 2442733824372001323350 | A&P #70908 ORTLEY BEACH NJ | | 15.77 |
| 08/30 | 7444500824343811571629 | WENDY'S #0327     Q25 TOMS RIVER NJ | 1.60 | |
| 08/30 | 7426685244331000000001 | Overlimit Fee Reversal | 39.00 | |
| 08/30 | 2416407824483525315571 | PIZZA HUT #7318050731 2 TOMS RIVER NJ | | 15.88 |
| 08/30 | 2455930824440002889228 | ANTONINOS PIZZERIA SEASIDE HEIGH NJ | | 18.99 |
| 08/31 | 7469216824400079945206 | Amazon.com AMZN.COM/BILL WA | 434.49 | |
| 08/29 | 2461043824040400306765 | KMART      3071 TOMS RIVER NJ | | 31.04 |
| 08/30 | 2461043824407200500643 | DUNKIN #339458     Q35 TOMS RIVER NJ | | 8.07 |
| 08/31 | 2461043824407200500736 | DUNKIN #339458     Q35 TOMS RIVER NJ | | 5.24 |

### This Statement is a Facsimile - Not an original

X | 0000001  FIS33035 D 10 | 000  N Z  12  09/03/12 | Page 1 of 2 | 05686  MA MA 10659 | 2561000010000106590 |
| 0285 INS13377 INS12685 | | | | |

**S&S000072**

## Address Change Request

Please provide information below only if the address information on front is incorrect.

Street Address: _____

City: _____

State: \_\_\_\_

Zip: _____ _____

Home Phone: \_\_\_\_ \_\_\_\_ \_\_\_\_\_

Work Phone: \_\_\_\_ \_\_\_\_ \_\_\_\_\_

E-mail Address: _____



### Information About Your Account

**Lost or Stolen Cards:** Please report your lost or stolen card immediately by calling the Customer Service number found on the front of your statement. Advisors are always available to assist you. You can reach an Advisor by pressing 0 after you enter your account number.

**Crediting of Payments:** For payments by regular U.S. mail, send at least your minimum payment due to our post office box designated for payments shown on this statement. Your payments by mail must comply with the instructions on this statement, and must be made by check or money order, payable in U.S. Dollars, and drawn on or payable through a U.S. financial institution or the U.S. branch of a foreign financial institution. Do not send cash. Write your account number on your check or money order. Payments must be accompanied by the payment coupon in the envelope provided with our address visible through the envelope window; the envelope cannot contain more than one payment or coupon and there can be no staples, paper clips, tape or correspondence included with your payment. If your payment is in accordance with our payment instructions and is made available to us on any day except December 25 by 1:00 p.m. local time at our post office box designated for payments on this statement, we will credit the payment to your account as of that day. If your payment is in accordance with our payment instructions, but is made available to us after 1:00 p.m. local time at our post office box designated for payments on this statement, we will credit it to your account as of the next day. If you do not follow our payment instructions or if your payment is not sent by regular U.S. mail to our post office box designated for payments, crediting of your payment may be delayed for up to 5 days. Payments made electronically through our automated telephone service, Customer Service advisors, or our web site will be subject to any processing times disclosed for those payments.

**Account Information Reported to Credit Bureaus:** We may report information about your account to credit bureaus. Late payments, missed payments or other defaults on your account may be reflected in your credit report. If you think we have reported inaccurate information to a credit bureau, you may write to us at the Cardmember Service address listed on your billing statement. Notice About Electronic Check Conversion: When you provide a check as payment, you authorize us either to use information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check transaction. When we use information from your check to make an electronic fund transfer, funds may be withdrawn from your account as soon as the same day we receive your payment, and you will not receive your check back from your financial institution. Call the customer service number on this statement if you have questions about electronic check collection or do not want your payments collected electronically.

**Conditional Payments:** Any payment check or other form of payment that you send us for less than the full balance due that is marked "paid in full" or contains a similar notation, or that you otherwise tender in full satisfaction of a disputed amount, must be sent to Card Services, P.O. Box 15049, Wilmington, DE 19850-5049. We reserve all our rights regarding these payments (e.g., if it is determined there is no valid dispute or if any such check is received at any other address, we may accept the check and you will still owe any remaining balance). We may refuse to accept any such payment by returning it to you, not cashing it or destroying it. All other payments that you make should be sent to the appropriate payment address.

**Annual Renewal Notice:** If your account has an annual fee, it will be billed each year on a monthly installments, whether or not you use your account, and you agree to pay it when billed. The annual fee is non-refundable unless you notify us that you wish to close your account within 30 days of the date we mail your statement on which the annual fee is charged and at the same time you pay your outstanding balance in full. Your payment of the annual fee does not affect our rights to close your account and to limit your right to make transactions on your account. If your account is closed by you or us, we will continue to charge the annual fee until you pay your outstanding balance in full and terminate your account relationship.

**Explanation of Finance Charges:** We calculate periodic finance charges, using the applicable periodic rates shown on this statement, separately for each feature (e.g., balance transfer/convenience checks and cash advance checks ("check transaction"), purchases, balance transfers, cash advances, promotional balances or overdraft advances). Please consult your Cardmember Agreement for the features that are applicable to your card. These calculations may combine different categories with the same daily periodic rates. If there is a "V" next to a periodic rate on this statement, that rate may vary, and the index and margin used to determine that rate and its corresponding APR are described in your Cardmember Agreement, as amended. There is a minimum finance charge in any billing cycle in which you owe any periodic finance charges, and a transaction finance charge for each balance transfer, cash advance, or check transaction, in the amounts stated in your Cardmember Agreement, as amended.

To get the daily balance for each day of the current billing cycle, we take the beginning balance for each feature, add any new transactions or other debits (including fees, unpaid finance charges and other charges), subtract any payments or credits, and make other adjustments. Transactions are added as of the transaction date, the beginning of the billing cycle in which they are posted to your account, or a later date of our choice (except that check transactions are added as of the date deposited by the payee or a later date of our choice). Fees are added either on the date of a related transaction, the date they are posted to your account, or the last day of the billing cycle. This gives us that day's daily balance. A credit balance is treated as a balance of zero. If a daily periodic rate applies to any feature, we multiply the daily balance by the daily periodic rate to get your periodic finance charges for that day. When

add these periodic finance charges to your daily balance to get the beginning balance for the next day. (If more than one daily periodic rate could apply based on the average daily balance, we will use the daily periodic rate that applies for the average daily balance amount at the end of the billing cycle to calculate the daily periodic finance charge each day.)

To get your total periodic finance charge for a billing cycle when a daily periodic rate(s) applies: we add all of the daily periodic finance charges for all features. To determine an average daily balance, we add your daily balances and divide by the number of the days in the applicable billing cycle(s). If you multiply the average daily balance for each feature by the applicable daily periodic rate, and then multiply each of these results by the number of days in the applicable billing cycle(s), and then add all of the results together, the total will also equal the periodic finance charges for the billing cycle, except for minor variations due to rounding. To get your total periodic finance charge for a billing cycle when a monthly periodic rate(s) applies, multiply the average daily balance for each feature by the applicable monthly periodic rate and add the results together. The total will equal the periodic finance charges for the billing cycle, except for minor variations due to rounding.

**Grace Period (at least 20 days):** We accrue periodic finance charges on a transaction, fee, or finance charge from the date it is added to your daily balance until payment in full is received on your account. However, we do not charge periodic finance charges on new purchases billed during a billing cycle if we receive both payment of your New Balance on your current statement by the date and time your payment is due and also payment of your New Balance on your previous statement by the date and time your payment was due. There is no grace period for balance transfers, cash advances, check transactions, or overdraft advances.

In addition, if there is a "Qualifying Promotional Financing" section on this statement, you will not incur periodic finance charges on any Remaining Balance that appears in that section if you pay that balance in full by the applicable Expiration Date. However, if you default under the terms of your Cardmember Agreement or any Qualifying Promotional Financing offer, the applicable periodic finance charges will accrue on any Remaining Balance as soon as the billing cycle in which the default occurs. To avoid finance charges on new purchases when your New Balance includes any Remaining Balance(s) in the Qualifying Promotional Financing section, pay your full New Balance minus the total of those Remaining Balance(s) by the date and time your payment is due. However, if your statement shows that a minimum payment is due, we must receive at least that minimum payment by the date and time specified on your statement, even if your New Balance consists only of Qualifying Promotional Financing balances.

For "deferred interest" Qualifying Promotional Financing, periodic finance charges accrue during the promotional period but are not added to your account balance. Instead, they accumulate from billing cycle to billing cycle. If a deferred interest Qualifying Promotional Financing balance is not paid in full by the applicable Expiration Date, the deferred finance charges will be added to your account as soon as the first day after the Expiration Date.

Further, if you default under the terms of your Cardmember Agreement, the deferred finance charges will be added to your account as soon as the date of default.

For "fixed payment" Qualifying Promotional Financing that permits you to pay for a purchase in a designated number of payments, you will not have a grace period for that balance as each payment includes a portion of the interest owed over the repayment term for that purchase. However, you will have a grace period on other new purchases as described above.

### BILLING RIGHTS SUMMARY

**In Case of Errors or Questions About Your Bill:** If you think your bill is wrong, or if you need more information about a transaction on your bill, write Cardmember Service on a separate sheet at P.O. Box 15299 Wilmington, DE 19850-5299 as soon as possible. We must hear from you no later than 60 days after we sent you the first bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights. In your letter, give us the following information:

• Your name and account number
• The dollar amount of the suspected error
• Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take action to collect the amount you question. If you have authorized us to pay your credit card bill automatically from your savings or checking account, you can stop the payment on any amount you think is wrong. To stop the payment, your letter or call (using the Cardmember Service address or telephone number shown on this statement) must reach us at least three business days before the automatic payment is scheduled to occur.

**Special Rule for Credit Card Purchases:** If you have a problem with the quality of goods or services that you purchased with a credit card (excluding purchases made with a check), and you have tried in good faith to correct the problem with the merchant, you may not have to pay the remaining amount due on the goods or services. You have this protection only when the purchase price was more than $50 and the purchase was made in your home state or within 100 miles of your mailing address. These limitations do not apply if we own or operate the merchant, or if we mailed you the advertisement for the property or services

MA000708

S&S000073

Opening/Closing Date: 08/13/08 - 09/12/08
Account Number: ███████3559

Page 2 of 2

## TRANSACTIONS

| Trans Date | Reference Number | Merchant Name or Transaction Description | Amount Credit | Amount Debit |
|---|---|---|---|---|
| 09/02 | 24427338247710029956196 | PATHMARK #615 NORTH BABYLON NY | | 72.07 |
| 09/05 | 24055248249200242500078 | DOREEN'S FLOWERS W.BABYLON NY | | 34.18 |
| 09/04 | 24427338249710002490526 | HESS 32541 NORTH BABYLO NY | | 30.20 |
| 09/06 | 12512502900058673571148 | Payment - Thank You | 350.00 | |
| 09/04 | 24164078249065160027792 | MELALEUCA, INC. 800-2823000 ID | | 62.88 |
| 09/06 | 74266852513467867357146 | EPAY FEE | | 9.85 |
| 09/07 | 24323008252542221010985 | VALBROOK DINER VALLEY STREAM NY | | 41.20 |
| 09/08 | 24427338253710002352034 | HESS 32541 NORTH BABYLO NY | | 48.02 |
| 09/08 | 24427338253710029438667 | PATHMARK #615 NORTH BABYLON NY | | 93.09 |
| 09/10 | 24445008255452298265860 | GAMESTOP WEST BABYLON NY | | 9.77 |
| 09/10 | 24427338255710031722700 | PATHMARK #815 NORTH BABYLON NY | | 34.34 |
| 09/12 | | PERFECTCARD REBATE CREDIT | 11.11 | |

## FINANCE CHARGES

| Category | Daily Periodic Rate 31 days in cycle | Corresp. APR | Average Daily Balance | Finance Charge Due To Periodic Rate | Transaction Fee | Accumulated Fin Charge | FINANCE CHARGES |
|---|---|---|---|---|---|---|---|
| Purchases | V .07942% | 28.99% | $6,606.01 | $162.64 | $0.00 | $0.00 | $162.64 |
| Cash advances | V .07942% | 28.99% | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Total finance charges | | | | | | | $162.64 |

**Effective Annual Percentage Rate (APR):**    **28.99%**

Please see Information About Your Account section for balance computation method, grace period, and other important information.

The Corresponding APR is the rate of interest you pay when you carry a balance on any transaction category.
The Effective APR represents your total finance charges - including transaction fees
such as cash advance and balance transfer fees - expressed as a percentage.

## IMPORTANT NEWS

Guard against identity theft and manage your credit
information with Chase Identity Protection.  Get access
to 3-in-1 credit reports and scores, daily monitoring of
your credit files, timely alerts and more. To purchase, call
1-800-217-0291 or visit www.chaseidprotection.com.

Save on nearly everything for your home:  repairs,
renovation, shopping & more.  Learn more at
www.completehome.com/Chase, and you'll be identified as a
Chase cardmember entitled to this great Trilegiant
offer-which includes $20.00 Lowes Gift Card!

Did you know you can use your credit card to access
cash whenever you need it? All you need is your PIN
(Personal Identification Number) and an ATM.
Just call 1-800-297-4970 to create your PIN today.

**This Statement is a Facsimile - Not an original**

S&S000074



S&S000075

**Statement** for account number_____3559

| New Balance | Payment Due Date | Past Due Amount | Minimum Payment |
|---|---|---|---|
| $5,876.25 | 09/06/08 | $0.00 | $193.00 |

**CHASE ◻**

$ [          -          ]

Make your check payable to:
Chase Card Services.
Please write amount enclosed.
New address or e-mail?  Print on back.

15027 BEX Z 22569 D
DAVID J AGOADO
1203 AUGUST RD
NORTH BABYLON NY  11703-1903

CARDMEMBER SERVICE
PO BOX 15153
WILMINGTON DE  19886-5153

⑈500016028⑈ 22159539135599⑈

**CHASE ◻**

| | |
|---|---|
| Opening/Closing Date: | 07/13/08 - 08/12/08 |
| Payment Due Date: | 09/06/08 |
| Minimum Payment Due: | $193.00 |

**CUSTOMER SERVICE**
In U.S.  1-800-945-2000
Español  1-888-446-3308
TDD  1-800-955-8060
Pay by phone 1-800-436-7958
Outside U.S. call collect
1-302-594-8200

**ACCOUNT INQUIRIES**
P.O. Box 15298
Wilmington, DE 19850-5298

**PAYMENT ADDRESS**
P.O. Box 15153
Wilmington, DE  19886-5153

**VISIT US AT:**
www.chase.com/creditcards

### VISA ACCOUNT SUMMARY          Account Number: _____3559

| | | | |
|---|---|---|---|
| Previous Balance | $4,353.61 | Total Credit Line | $7,000 |
| Payment, Credits | –$445.00 | Available Credit | $1,123 |
| Purchases, Cash, Debits | +$1,832.69 | Cash Access Line | $1,400 |
| Finance Charges | +$134.95 | Available for Cash | $1,123 |
| New Balance | $5,876.25 | | |

### CHASE PERFECTCARD REWARDS SUMMARY

| | |
|---|---|
| Previous balance | $0.00 |
| Rebates earned from gas purchases | $0.77 |
| Bonus rebates earned from gas purchases | $0.77 |
| Rebates earned from purchases | $9.57 |
| Total remaining rebates | $11.11 |

For questions about your account please call Cardmember Services at 1-800-945-2000.

With PerfectCard, earn a 3% rebate on eligible gas purchases and a 1% rebate on all other purchases.  Rebates are automatically credited to your account.  See Program terms for details.

### TRANSACTIONS

| Trans Date | Reference Number | Merchant Name or Transaction Description | Credit | Debit |
|---|---|---|---|---|
| 07/10 | 24761978193511099010681 | OLYMPIC DINER DEER PARK NY | | $24.80 |
| 07/10 | 24445008193374764190171 | WALGREENS #5439 DEER PARK NY | | 74.18 |
| 07/12 | 24692168194000940503455 | ONSTAR SUBSCRIPTION 888-4ONSTAR MI | | 20.58 |
| 07/12 | 24427338194710038586847 | PATHMARK #615 NORTH BABYLON NY | | 42.55 |
| 07/11 | 24210738193200844403315 | DVD EXPRESS NEW YORK NY | | 1.09 |
| 07/14 | 24387756193004020204645 | ISLAND RECREATIONAL DEER PARK NY | | 59.16 |
| 07/14 | 24210738196200844491356 7 | DVD EXPRESS NEW YORK NY | | 4.34 |
| 07/13 | 24071058196109129889288 | DEER PARK CAR WASH DEER PARK NY | | 11.90 |
| 07/13 | 24254778194454154500160 | ADVENTURELAND E. FARMINGDAL NY | | 84.97 |
| 07/14 | 24351788197208392986912 | WEBVITAMINS 800-9199122 CT | | 43.89 |
| 07/14 | 24427338197710003007727 | HESS 32541 NORTH BABYLO NY | | 21.80 |
| 07/15 | 24427338197110032789666 | PATHMARK #615 NORTH BABYLON NY | | 112.04 |
| 07/16 | 24164078199091008206383 | TARGET      00011478 COPIAGUE NY | | 160.76 |
| 07/17 | 24445008200383271624268 | WALGREENS #5439 DEER PARK NY | | 20.54 |
| 07/20 | 24246518202208058206958 | SONYSTYLE DIRECT 800-571-7689 CA | | 13.02 |
| 07/17 | 24427338200710003187953 | HESS 32541 NORTH BABYLO NY | | 21.59 |
| 07/20 | 24445008202386439411724 | HMSHOST-GS-PKWY #6025 POMONA NJ | | 6.41 |
| 07/18 | 24431868202980013913999 | ZEYTINIA ATLANTIC CITY NJ | | 7.47 |
| 07/20 | 24445008202388439411641 | BURGER KING GS-PKWY POMONA NJ | | 8.76 |
| 07/20 | 24341328203558202010810 | LUKOIL #57713 SOUTH AMBOY NJ | | 53.30 |
| 07/20 | 24427338203710026720787 | PATHMARK #615 NORTH BABYLON NY | | 61.28 |
| 07/20 | 24427338203710022001471 | MCDONALDS  F19823 N BABYLON NY | | 3.80 |
| 07/25 | 24610438209072005310794 | DUNKIN #339090    Q35 NORTH BABYLON NY | | 3.50 |
| 07/25 | 24254778209457135700974 | PIZZAIOLA NORTH BABYLON NY | | 13.00 |
| 07/26 | 24254778209457135700917 | PIZZAIOLA NORTH BABYLON NY | | 26.15 |
| 07/26 | 24610438209004029652612 | GAMESTOP #5929 NORTH BABYLON NY | | 59.99 |
| 07/27 | 24445008210396206540449 | WALGREENS #5439 DEER PARK NY | | 64.52 |
| 07/28 | 24164078210065950053899 | MELALEUCA, INC. 800-2823000 ID | | 98.35 |
| 07/27 | 24427338210710026425115 | PATHMARK #615 NORTH BABYLON NY | | 90.01 |
| 07/29 | 24445008211397678818193 | WENDYS #2462    Q25 N BABYLON NY | | 3.79 |
| 07/29 | 24427338212710032273523 | PATHMARK #615 NORTH BABYLON NY | | 35.39 |
| 07/30 | 24761978213509701010174 | AMF BABYLON LANES WEST BABYLON NY | | 50.00 |
| 08/01 | 24445008212384662560031 | WALGREENS #5439 DEER PARK NY | | 50.44 |
| 08/02 | 24164058216378000347898 | EXXONMOBIL    11324080 NORTH BABYLON NY | | 25.56 |
| 08/04 | 21721702000001112640715 | Payment Thank You Electronic Chk | 145.00 | |
| 08/03 | 24164078217091007716737 | TARGET      00011486 BAY SHORE NY | | 81.76 |

**This Statement is a Facsimile - Not an original**

**S&S000076**

**Address Change Request**

Please provide information below only if the address information on front is incorrect.

Street Address: _____

City: _____

State: _____

Zip: _____  _____

Home Phone: _____  _____  _____

Work Phone: _____  _____  _____

E-mail Address: _____



### Information About Your Account

**Lost or Stolen Cards:** Please report your lost or stolen card immediately by calling the Customer Service number found on the front of your statement. Advisors are always available to assist you. You can reach an Advisor by pressing 0 after you enter your account number.

**Crediting of Payments:** For payments by regular U.S. mail, send at least your minimum payment due to our post office box designated for payments shown on this statement. Your payments by mail must comply with the instructions on this statement, and must be made by check or money order, payable in U.S. Dollars, and drawn on or payable through a U.S. financial institution or the U.S. branch of a foreign financial institution. Do not send cash. Write your account number on your check or money order. Payments must be accompanied by the payment coupon in the envelope provided with our address visible through the envelope window; the envelope cannot contain more than one payment or coupon and there can be no staples, paper clips, tape or correspondence included with your payment. If your payment is in accordance with our payment instructions and is made available to us on any day except December 25 by 1:00 p.m. local time at our post office box designated for payments on this statement, we will credit the payment to your account as of that day. If your payment is in accordance with our payment instructions, but is made available to us after 1:00 p.m. local time at our post office box designated for payments on this statement, we will credit it to your account as of the next day. If you do not follow our payment instructions or if your payment is not sent by regular U.S. mail to our post office box designated for payments, crediting of your payment may be delayed for up to 6 days. Payments made electronically through our automated telephone service, Customer Service advisors, or our web site will be subject to any processing times disclosed for those payments.

**Account Information Reported to Credit Bureaus:** We may report information about your account to credit bureaus. Late payments, missed payments or other defaults on your account may be reflected in your credit report. If you think we have reported inaccurate information to a credit bureau, you may write to us at the Cardmember Service address listed on your billing statement. Notice About Electronic Check Conversion: When you provide a check as payment, you authorize us either to use information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check transaction. When we use information from your check to make an electronic fund transfer, funds may be withdrawn from your account as soon as the same day we receive your payment, and you will not receive your check back from your financial institution. Call the customer service number on this statement if you have questions about electronic check collection or do not want your payments collected electronically.

**Conditional Payments:** Any payment check or other form of payment that you send us for less than the full balance due that is marked "paid in full" or contains a similar notation, or that you otherwise tender in full satisfaction of a disputed amount, must be sent to Card Services, P.O. Box 15049, Wilmington, DE 19850-5049. We reserve all our rights regarding these payments (e.g., if it is determined there is no valid dispute or if any such check is received at any other address, we may accept the check and you will still owe any remaining balance). We may refuse to accept any such payment by returning it to you, not cashing it or destroying it. All other payments that you make should be sent to the appropriate payment address.

**Annual Renewal Notice:** If your account has an annual fee, it will be billed each year in monthly installments, whether or not you use your account, and you agree to pay it when billed. The annual fee is non-refundable unless you notify us that you wish to close your account within 30 days of the date we mail your statement on which the annual fee is charged and at the same time, you pay your outstanding balance in full. Your payment of the annual fee does not affect our rights to close your account and to limit your right to make transactions on your account. If your account is closed by you or us, we will continue to charge the annual fee until you pay your outstanding balance in full and terminate your account relationship.

**Explanation of Finance Charges:** We calculate periodic finance charges, using the applicable periodic rates shown on this statement, separately for each feature (e.g., balance transfer/convenience checks and cash advance checks ("check transaction"), purchases, balance transfers, cash advances, promotional balances or overdraft advances). Please consult your Cardmember Agreement for the features that are applicable to your card. These calculations may combine different categories with the same daily periodic rates. If there is a "V" next to a periodic rate on this statement, that rate may vary, and the index and margin used to determine that rate and its corresponding APR are described in your Cardmember Agreement, as amended. There is a minimum finance charge in any billing cycle in which you owe any periodic finance charges, and a transaction finance charge for each balance transfer, cash advance, or check transaction, in the amounts stated in your Cardmember Agreement, as amended.

To get the daily balance for each day of the current billing cycle, we take the beginning balance for each feature, add any new transactions or other debits (including fees, unpaid finance charges and other charges), subtract any payments or credits, and make other adjustments. Transactions are added as of the transaction date, the beginning of the billing cycle in which they are posted to your account, or a later date of our choice (except that check transactions are added as of the date deposited by the payee or a later date of our choice). Fees are added either on the date of a related transaction, the date they are posted to your account, or the last day of the billing cycle. This gives us that day's daily balance. A credit balance is treated as a balance of zero. If a daily periodic rate applies to any feature, we multiply the daily balance by the daily periodic rate to get your periodic finance charges for that day. When

we add these periodic finance charges to your daily balance to get the beginning balance for the next day. (If more than one daily periodic rate could apply based on the average daily balance, we will use the daily periodic rate that applies for the average daily balance amount at the end of the billing cycle to calculate the daily periodic finance charge each day.)

To get your total periodic finance charge for a billing cycle when a daily periodic rate(s) applies, we add all of the daily periodic finance charges for all features. To determine an average daily balance, we add your daily balances and divide by the number of the days in the applicable billing cycle(s). If you multiply the average daily balance for each feature by the applicable daily periodic rate, and then multiply each of these results by the number of days in the applicable billing cycle(s), and then add all of the results together, the total will also equal the periodic finance charges for the billing cycle, except for minor variations due to rounding. To get your total periodic finance charge for a billing cycle when a monthly periodic rate(s) applies, multiply the average daily balance for each feature by the applicable monthly periodic rate and add the results together. The total will equal the periodic finance charges for the billing cycle, except for minor variations due to rounding.

**Grace Period (at least 20 days):** We accrue periodic finance charges on a transaction, fee, or finance charge from the date it is added to your daily balance until payment in full is received on your account. However, we do not charge periodic finance charges on new purchases billed during a billing cycle if we receive both payment of your New Balance on your current statement by the date and time your payment is due and also payment of your New Balance on your previous statement by the date and time your payment was due. There is no grace period for balance transfers, cash advances, check transactions, or overdraft advances.

In addition, if there is a "Qualifying Promotional Financing" section on this statement, you will not incur periodic finance charges on any Remaining Balance that appears in that section if you pay that balance in full by the applicable Expiration Date. However, if you default under the terms of your Cardmember Agreement or any Qualifying Promotional Financing offer, the applicable periodic finance charges will accrue on any Remaining Balance as soon as the billing cycle in which the default occurs. To avoid finance charges on new purchases when your New Balance includes any Remaining Balance in the Qualifying Promotional Financing section, pay your full New Balance minus the total of those Remaining Balance(s) by the date and time your payment is due. However, if your statement shows that a minimum payment is due, we must receive at least that minimum payment by the date and time specified on your statement, even if your New Balance consists only of Qualifying Promotional Financing balances.

For "deferred interest" Qualifying Promotional Financing, periodic finance charges accrue during the promotional period but are not added to your account balance. Instead, they accumulate from billing cycle to billing cycle. If a deferred interest Qualifying Promotional Financing balance is not paid in full by the applicable Expiration Date, the deferred finance charges will be added to your account as soon as the first day after the Expiration Date.

Further, if you default under the terms of your Cardmember Agreement, the deferred finance charges will be added to your account as soon as the date of default.

For "fixed payment" Qualifying Promotional Financing that permits you to pay for a purchase in a designated number of payments, you will not have a grace period for that balance as each payment includes a portion of the interest owed over the repayment term for that purchase. However, you will have a grace period on other new purchases as described above.

### BILLING RIGHTS SUMMARY

**In Case of Errors or Questions About Your Bill:** If you think your bill is wrong, or if you need more information about a transaction on your bill, write Cardmember Service on a separate sheet at P.O. Box 15299 Wilmington, DE 19850-5299 as soon as possible. We must hear from you no later than 60 days after we sent you the first bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights. In your letter, give us the following information.

• Your name and account number

• The dollar amount of the suspected error

• Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take action to collect the amount you question. If you have authorized us to pay your credit card bill automatically from your savings or checking account, you can stop the payment on any amount you think is wrong. To stop the payment, your letter or call (using the Cardmember Service address or telephone number shown on this statement) must reach us at least three business days before the automatic payment is scheduled to occur.

**Special Rule for Credit Card Purchases:** If you have a problem with the quality of goods or services that you purchased with a credit card (excluding purchases made with a check), and you have tried in good faith to correct the problem with the merchant, you may not have to pay the remaining amount due on the goods or services. You have this protection only when the purchase price was more than $50 and the purchase was made in your home state or within 100 miles of your mailing address. These limitations do not apply if we own or operate the merchant, or if we mailed you the advertisement for the property or services

MA000708

Opening/Closing Date:   07/13/08 - 08/12/08
Account Number:   ███████3559
Page 2 of 2

## TRANSACTIONS

| Trans Date | Reference Number | Merchant Name or Transaction Description | Amount Credit | Debit |
|---|---|---|---|---|
| 08/07 | 12202200400000285850320 | Payment - Thank You | 300.00 | |
| 08/06 | 24692168220000989823036 | THE VITAMIN SHOPPE#121 BAYSHORE NY | | 23.93 |
| 08/06 | 24445008220409684689163 | KING KULLEN #44 NORTH BABYLON NY | | 48.79 |
| 08/07 | 24761978221509634010127 | AMF BAY SHORE LANES BAY SHORE NY | | 33.75 |
| 08/06 | 24869488221261096140213 | ATLANTIC CHEVROLET BAYSHORE NY | | 141.16 |
| 08/10 | 24427338224710025592513 | PATHMARK #615 NORTH BABYLON NY | | 84.29 |
| 08/11 | 24792628224200717001578 | PETER PAN DINER BAY SHORE NY | | 47.77 |

## FINANCE CHARGES

| Category | Daily Periodic Rate 31 days in cycle | Corresp. APR | Average Daily Balance | Finance Charge Due To Periodic Rate | Transaction Fee | Accumulated Fin Charge | FINANCE CHARGES |
|---|---|---|---|---|---|---|---|
| Purchases | V .07942% | 28.99% | $5,481.16 | $134.95 | $0.00 | $0.00 | $134.95 |
| Cash advances | V .07942% | 28.99% | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Total finance charges | | | | | | | $134.95 |

**Effective Annual Percentage Rate (APR):**   **28.99%**

Please see Information About Your Account section for balance computation method, grace period, and other important information.

The Corresponding APR is the rate of interest you pay when you carry a balance on any transaction category.
The Effective APR represents your total finance charges - including transaction fees
such as cash advance and balance transfer fees - expressed as a percentage.

## IMPORTANT NEWS

Guard against identity theft and manage your credit
information with Chase ID Protection.  Get unlimited access
to 3-in-1 credit reports and scores, daily monitoring of
your credit files, timely alerts and more. To purchase, call
1-800-217-0291 or visit www.chaseidprotection.com.

Save on appliances, MP3 Players, toys, and more at Shoppers
Advantage. Earn cash-back rewards on eligible purchases in
addition to the low prices. Get the details at www.Shoppers
Advantage.com/Chase, where you'll be identified as a Chase
cardmember eligible for this special Trilegiant offer.

Did you know you can use your credit card to access
cash whenever you need it? All you need is your PIN
(Personal Identification Number) and an ATM
Just call 1-800-297-4970 to create your PIN today.

**This Statement is a Facsimile - Not an original**

**S&S000078**



S&S000079

| Payment Due Date | New Balance | Past Due Amount | Minimum Payment |
|---|---|---|---|
| 07/07/09 | $7,515.63 | $383.00 | $1,202.63 |

**Account number:** ████████3559

$ [                    ]   -

Make your check payable to:
Chase Card Services.
Please write amount enclosed.
New address or e-mail? Print on back.

70847 BEX Z 16369 D
DAVID J AGOADO
1203 AUGUST RD
NORTH BABYLON NY 11703-1903

CARDMEMBER SERVICE
PO BOX 15153
WILMINGTON DE 19886-5153

⑃5000160 28⑃ 2215953913559⑃⑃"

# CHASE ◆

Statement Date:
05/13/09 - 06/12/09

Minimum Payment: $1,202.63
Payment Due Date: 07/07/09

Manage your account online:
www.chase.com/creditcards

Additional contact information
conveniently located on reverse side

## ACCOUNT SUMMARY

VISA Account Number: ████████3559

| | | | |
|---|---|---|---|
| Previous Balance | $7,390.80 | Total Credit Line | $7,000 |
| Payment, Credits | -$144.00 | Available Credit | $0 |
| Purchases, Cash, Debits | +$78.00 | Cash Access Line | $1,400 |
| Finance Charges | +$190.83 | Available for Cash | $0 |
| New Balance | $7,515.63 | | |

Your credit card account is past due.  Please send payment immediately.  Call 1-800-955-8030 (collect 1-302-594-8200) today.

## CHASE PERFECTCARD REWARDS SUMMARY

| | | |
|---|---|---|
| Previous balance | $0.21 | Thank you for using the credit card that pays |
| Rebates earned from purchases | $0.00 | you back!  Remember, the |
| Other bonus points | $0.00 | rebates you earn have no limit!  Take |
| Total remaining rebates | $0.00 | advantage of the rewards you can earn by |
| | | using your PerfectCard credit card on all your |
| | | everyday purchases like gas, groceries, and |
| | | drug store purchases. |

Your Chase PerfectCard allows you to earn unlimited Cash Back Rewards.  You earn 1% for every $1 you spend on purchases, and 3% on eligible gas purchases at any gas station.  Earn additional rebates - as much as 10% Cash Back shopping online through www.chase.com/rewardsplus.  Add authorized users, and sign up to have your monthly bills charged to your card why not get rebates for all those purchases too?

## ACCOUNT ACTIVITY

| Date of Transaction | Merchant Name or Transaction Description | $ Amount |
|---|---|---|
| 06/05 | Payment - Thank You | -144.00 |
| 06/07 | LATE FEE | 39.00 |
| 05/13 | OVERLIMIT FEE | 39.00 |

## FINANCE CHARGES

| Category | Daily Periodic Rate 31 days in cycle | Corresp. APR | Average Daily Balance | Finance Charge Due To Periodic Rate | Transaction Fee / Service Charge | Accumulated Fin Charge | FINANCE CHARGES |
|---|---|---|---|---|---|---|---|
| Purchases | V .08216% | 29.99% | $7,492.39 | $190.83 | $0.00 | $0.00 | $190.83 |
| Cash advances | V .08216% | 29.99% | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Total finance charges | | | | | | | $190.83 |

**Effective Annual Percentage Rate (APR):**          29.99%

Please see Information About Your Account section for balance computation method, grace period, and other important information.

The Corresponding APR is the rate of interest you pay when you carry a balance on any transaction category.
The Effective APR represents your total finance charges - including transaction fees
such as cash advance and balance transfer fees - expressed as a percentage.

## IMPORTANT NEWS

Celebrate Our Biggest FREE Nights Offer!
Stay any 2 nights, then enjoy a FREE night at
participating hotels, including InterContinental,
Crowne Plaza, Holiday Inn and Holiday Inn Express.

**This Statement is a Facsimile - Not an original**

S&S000080

**Address Change Request**

Please provide information below only if the address information on front is incorrect.

Street Address: _____

City: _____

State: ____

Zip: _____  _____

Home Phone: _____  _____  _____

Work Phone: _____  _____  _____

E-mail Address: _____

---

## To contact us regarding your account:

**By Telephone:**
In U.S.      1-800-945-2000
Español     1-888-446-3308
TDD         1-800-955-8060
Pay by phone 1-800-436-7958
Outside U.S. call collect
      1-302-594-8200

**Send Inquiries to:**
P.O. Box 15298
Wilmington, DE 19850-5298

**Mail Payments to:**
P.O. Box 15153
Wilmington, DE 19886-5153

**Visit Our Website:**
www.chase.com/creditcards



**Information About Your Account**

**Crediting of Payments:** For payments by regular U.S. mail, send at least your minimum payment due to our Payments address shown on this statement. Your payments by mail must comply with the instructions on this statement, and must be made by check or money order, payable in U.S. Dollars, and drawn on or payable through a U.S. financial institution or the U.S. branch of a foreign financial institution. Do not send cash. Write your account number on your check or money order. Payments must be accompanied by the payment coupon in the envelope provided with our address visible through the envelope window. The envelope cannot contain more than one payment or coupon; and there can be no staples, paper clips, tape or correspondence included with your payment. If your payment is in accordance with our payment instructions and is made available to us on any day except December 25 by 1:00 p.m. local time at our Payments address on this statement, we will credit the payment to your account as of that day. If your payment is in accordance with our payment instructions, but is made available to us after 1:00 p.m. local time at our Payments address on this statement, we will credit it to your account as of the next day. If you do not follow our payment instructions or if your payment is not sent by regular U.S. mail to our Payments address, crediting of your payment may be delayed for up to 5 days. Payments made electronically through our automated telephone service, Customer Service advisors, or our web site will be subject to any processing times disclosed for those payments.

**Account Information Reported to Credit Bureaus:** We may report information about your account to credit bureaus. Late payments, missed payments or other defaults on your account may be reflected in your credit report. If you think we have reported inaccurate information to a credit bureau, you may write to us at the Inquiries address shown on this statement.

**Notice About Electronic Check Conversion:** When you pay by check, you authorize us either to use information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check transaction. When we use information from your check to make an electronic fund transfer, funds may be withdrawn from your account as soon as the same day we receive your payment, and you will not receive your check back from your financial institution. Call the Customer Service number on this statement if you have questions about electronic check collection or do not want your payments collected electronically.

**Conditional Payments:** Any payment check or other form of payment that you send us for less than the full balance due that is marked "paid in full" or contains a similar notation, or that you otherwise tender in full satisfaction of a disputed amount, must be sent to Card Services, P.O. Box 15049, Wilmington, DE 19850-5049. We reserve all our rights regarding these payments (e.g., if it is determined there is no valid dispute or if any such check is received at any other address, we may accept the check and you will still owe any remaining balance). We may refuse to accept any such payment by returning it to you, not cashing it or destroying it. All other payments that you make should be sent to the regular Payments address shown on this statement.

**Annual Renewal Notice:** If your account has an annual fee, it will be billed each year or in monthly installments, whether or not you use your account, and you agree to pay it when billed. The annual fee is non-refundable unless you notify us that you wish to close your account within 30 days of the date we mail your statement on which the annual fee is charged and at the same time, you pay your outstanding balance in full. Your payment of the annual fee does not affect our rights to close your account and to limit your right to make transactions on your account. If your account is closed by you or us, we will continue to charge the annual fee until you pay your outstanding balance in full and terminate your account relationship.

**Explanation of Finance Charges:** We calculate periodic finance charges, using the applicable periodic rates shown on this statement, separately for each feature (e.g., balance transfer/convenience checks and cash advance checks ("check transaction"), purchases, balance transfers, cash advances, promotional balances, etc.). These calculations may combine different categories with the same daily periodic rates. If there is a "V" next to a periodic rate on this statement, that rate may vary, and the index and margin used to determine that rate and its corresponding APR are disclosed in your Cardmember Agreement, as amended. There is a minimum finance charge in any billing cycle in which you owe any periodic finance charges, and a transaction finance charge for each balance transfer, cash advance, or check transaction, in the amounts stated in your Cardmember Agreement, as amended.

To get the daily balance for each day of the current billing cycle, we take the beginning balance for each feature, add any new transactions or other debits (including fees, unpaid finance charges and other charges), subtract any payments or credits, and make other adjustments. Transactions are added as of the transaction date, the beginning of the billing cycle in which they are posted to your account, or a later date of our choice (except that check transactions are added as of the date deposited by the payee or a later date of our choice). Fees are added either on the date of a related transaction, the date they are posted to your account, or the last day of the billing cycle. This gives us that day's daily balance. A credit balance is treated as a balance of zero. If a daily periodic rate applies to any feature, we multiply the daily balance by the daily periodic rate to get your periodic finance charges for that day. We then add these periodic finance charges to your daily balance to get the beginning balance for the next day. (If more than one daily periodic rate could apply based on the average daily balance, we will use the daily periodic rate that applies for the average daily balance amount at the end of the billing cycle to calculate the daily periodic finance charge each day.)

To get your total periodic finance charge for a billing cycle when a daily periodic rate(s) applies, we add all of the daily periodic finance charges for all features. To determine an average daily balance and add your daily balances and divide by the number of the days in the applicable billing cycle(s). If you multiply the average daily balance for each feature by the applicable daily periodic rate, and then multiply each of these results by the number of days in the applicable billing cycle(s), and then add all the results together, the total will also equal the periodic finance charges for the billing cycle, except for minor variations due to rounding. To get your total periodic finance charge for a billing cycle when a monthly periodic rate(s) applies, multiply the average daily balance for each feature by the applicable monthly periodic rate and add the results together. The total will equal the periodic finance charges for the billing cycle, except for minor variations due to rounding.

**Grace Period (at least 20 days):** We accrue periodic finance charges on a transaction, fee, or finance charge from the date it is added to your daily balance until payment in full is received on your account. However, we do not charge periodic finance charges on new purchases billed during a billing cycle if we receive both payment of your New Balance on your current statement by the date and time your payment is due and also payment of your New Balance on your previous statement by the date and time your payment was due. There is no grace period for balance transfers, cash advances, check transactions, or overdraft advances.

**BILLING RIGHTS SUMMARY**

**In Case of Errors or Questions About Your Bill:** If you think your bill is wrong, or if you need more information about a transaction on your bill, write Customer Service on a separate sheet at P.O. Box 15299, Wilmington, DE 19850-5299 as soon as possible. We must hear from you no later than 60 days after we sent you the first bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights. In your letter, give us the following information.
• Your name and account number
• The dollar amount of the suspected error
• Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.
You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take action to collect the amount you question. If you have authorized us to pay your credit card bill automatically from your savings or checking account, you can stop the payment on any amount you think is wrong. To stop the payment, your letter or call (using the Inquiries address or Customer Service telephone number shown on this statement) must reach us at least three business days before the automatic payment is scheduled to occur.

**Special Rule for Credit Card Purchases:** If you have a problem with the quality of goods or services that you purchased with a credit card (excluding purchases made with a check), and you have tried in good faith to correct the problem with the merchant, you may not have to pay the remaining amount due on the goods or services. You have this protection only when the purchase price was more than $50 and the purchase was made in your home state or within 100 miles of your mailing address. These limitations do not apply if we own or operate the merchant, or if we mailed you the advertisement for the property or services.

MA11406