Murphy-McNally Ex. A