# Murphy-McNally Ex. B

| Field | Field Data |
| --- | --- |
| C/O Account | 64151900279580 |
| Account | ▮▮▮▮▮▮▮▮4552 |
| Name1 Last | DEROSA |
| Name1 First | LEEANN I |
| SSN Name1 | *****3988 |
| HomePhone | 6319781230 |
| Work Phone | 6315892389 |
| Street | 151 HILARY ST |
| City | OAKDALE |
| State | NY |
| Zip | 11769 |
| C/O Date | 1/21/2010 |
| ContractDate | 8/1/2006 |
| DateLastPmt | 5/31/2009 |
| Sale Amount | $6,661.60 |
| Original Lender | BENEFICIAL |
| DateOfBirth | 9/12/1979 |
| CHoffamnt | $5,706.06 |
| AccrInt | $955.54 |
| LastPayAmt | $336.00 |

Data printed by Midland Credit Management, Inc. from electronic records provided by HSBC Consumer Lending (USA) Inc. pursuant to the Bill of Sale / Assignment of Accounts transferred on or about 10/13/2011 in connection with the sale of accounts from HSBC Consumer Lending (USA) Inc. to Midland Funding LLC.

MCM-0314