# Murphy-McNally Ex. D

*071000301*
08/01/2006
6416241193

This is a LEGAL COPY of
your check. You can use it
the same way you would
use the original check.

08/03/2006
4500621906
[0212040051]

**Beneficial**
Member HSBC CD Group

Account Opener 687604
6417060706000UPROS11769000u30000F24.9974198226876046

HSBC Bank USA, N.A.
Processed at 1301 East Tower Road
Schaumburg, IL 60173
Check Clearing Not Available at HSBC
HSBC Accountholders For Deposit Only

70-7001
2719

July 17, 2006

Pay to the order of  Leeann I. DeRosa                                          AMOUNT   **$5,000.00**

FIVE THOUSAND AND NO/100                                                        DOLLARS

Not valid after: August 16, 2006

6417061714146-114

8153      7-51      8149
TS         15 07.1    7701

Leeann I. DeRosa
151 Hilary St.
Oakdale, NY 11769-1807

PAYEE'S ENDORSEMENT AND ONE FORM OF
VALID PHOTOGRAPHIC ID NEEDED TO CASH
OR DEPOSIT. By endorsing the back of this check you accept our
offer, and agree to the terms of your loan agreement contained in Form
824997NY(07/06)419. If this offer is not accepted, please destroy this
check.

**Signing this check will result in a loan that
must be repaid with interest and fees.**

A. M......cohn.....
AUTHORIZED SIGNATURE

⑈0190044336⑈ ⑆271970011⑆ 6417066876041 9⑈ ⑇00005 00000⑇

⑈0190044336⑈      ⑆271970011⑆      6417066876041 9⑈      ⑇0000500000⑇

MCM-0318



↓Do not endorse or write below this line.↓

MCM-0319