# Murphy-Moore Ex. A (filed under seal)