# Murphy-Moore Ex. B

| Field | Field Data |
| --- | --- |
| ACCTNUM | ▮▮▮▮▮▮1387 |
| MKR_FN | CRAIG |
| MKR_LN | MOORE |
| MKR_TAXID | *****7940 |
| MKR_AD1 | 25 CRATER LAKE DR |
| MKR_CITY | CORAM |
| MKR_ST | NY |
| MKR_ZIP | 11727-2006 |
| MKR_HP | 6318285160 |
| OPENDATE | 20030803 |
| CHGOFF_DATE | 20100607 |
| RMSLASTPMT | 20091020 |
| LASTPMTAMT | 30 |
| LOSSAMT | 504.03 |
| SALE AMT | 504.03 |
| OFF_DESC | JC Penney Consumer |
| BCLE_DESC | GE Money Bank |

Data printed by Midland Credit Management, Inc. from electronic records provided by General Electric Capital Corporation; GE Money Bank; Retailer Credit Services Inc. pursuant to the Bill of Sale / Assignment of Accounts transferred on or about 6/30/2010 in connection with the sale of accounts from General Electric Capital Corporation; GE Money Bank; Retailer Credit Services Inc. to Midland Funding LLC.

MCM-0365