# Murphy-Moore Ex. C



Dept. 12421
PO Box 603
Oaks, PA 19456

**Say "Yes" to MCM!**

| | |
|---|---|
| Contact Information: | Tel (888) 327-7774 |
| Hours of Operation: | M-Th 6am - 7:30pm MST<br>Fri 6am - 5pm;<br>Sat 6am - 11am; |
| Current Owner: | Midland Funding LLC |
| Original Creditor: | GE MONEY BANK |
| MCM Account No.: | 8535261151 |
| Current Balance: | $509.00 |
| Payment Due Date: | 08-17-2010 |

07-03-2010

2345-3417

#BWNHLTH
#0000 0853 5261 1512#
CRAIG MOORE
25 CRATER LAKE DR
CORAM, NY 11727-2006

Dear CRAIG MOORE,

Midland Funding LLC recently purchased your GE MONEY BANK account and Midland Credit Management, Inc. ("MCM"), a debt collection company, is the servicer of this obligation.

Do you just want to be free of this debt? Well, now is your opportunity, and it is very easy. Just enclose $509.00 in the envelope provided, along with the detachable payment coupon below and this debt will be **PAID IN FULL!**

**What's In It For You?**
- An updated status submitted to the credit bureaus that the debt is "Paid in Full."*
- No further collection activity on this account.
- Free-of-charge, a letter sent to you that confirms that you have no further obligation on this account.

If you need more personal service or have questions, call to speak with one of our Account Managers today at (888) 327-7774.

**PLEASE SEE REVERSE SIDE FOR IMPORTANT INFORMATION**

Midland Credit Management, Inc.
(888) 327-7774

*Please tear off and return lower portion with payment in envelope provided*

| | |
|---|---|
| ### *Thank You!* | CRAIG MOORE<br>25 CRATER LAKE DR<br>CORAM, NY 11727-2006 |

MCM Account Number:   8535261151
**Amount Due:**   $509.00

Make Check Payable to:   Midland Credit
Management, Inc.

**Payment Due Date:**   **08-17-2010**

Midland Credit Management, Inc.
P.O. Box 60578
Los Angeles, CA 90060-0578

12 8535261151 2 0050900 081710 1

3417

LT1S

MCM-0361

**Important Disclosure Information**

> Please understand this is a communication from a debt collector. This is an attempt to collect a debt.
> Any information obtained will be used for that purpose.

The records associated with the account purchased from GE MONEY BANK reflect that you are obligated on this account, which is in default with a Current Balance of $509.00. As the owner of this account, but subject to the rights described below, Midland Funding LLC is entitled to payment of this account. All communication regarding this account should be addressed to MCM and not the previous owner.

Unless you notify MCM within thirty (30) days after receiving this notice that you dispute the validity of the debt, or any portion thereof, MCM will assume this debt to be valid.

If you notify MCM, in writing, within thirty (30) days after receiving this notice that the debt, or any portion thereof, is disputed, MCM will obtain verification of the debt or a copy of a judgment (if there is a judgment) and MCM will mail you a copy of such verification or judgment.

If you request, in writing, within thirty (30) days after receiving this notice, MCM will provide you with the name and address of the original creditor.

If an attorney represents you with regard to this debt, please refer this letter to your attorney. Likewise, if you are involved in an active bankruptcy case, or if this debt has been discharged in a bankruptcy case, please refer this letter to your bankruptcy attorney so that we may be notified.

Please remember, even if you make a payment within 30 days after receiving this notice, you still have the remainder of the 30 days to exercise the rights described above.

* We may report information about your account to credit bureaus. Late payments, missed payments or other defaults on your account may be reflected in your credit report. No credit reporting will occur if the federal reporting period has expired.

---------------------------
Please send any correspondence relating to any credit reporting* of this account to:
MCM CREDIT REPORTING DEPARTMENT, 8875 Aero Drive, Suite 200, San Diego, CA 92123.
PLEASE RETAIN THIS ADDRESS FOR ANY ISSUES RELATING SOLELY TO THE CREDIT REPORTING OF
YOUR ACCOUNT.

New York City Department of Consumer Affairs License Number 1140603, 1207829, 1207820, 1227728.

MCM-0362

Return Mail Only - No Correspondence
Dept. 12421
PO Box 603
Oaks, PA 19456



**Midland Credit Management, Inc.**

| MCM Account Number | |
|---|---|
| | 8535261151 |
| Original Creditor | |
| | GE MONEY BANK |
| CURRENT BALANCE | |
| | $535.55 |
| | 12-09-2010 |

11-09-2010

#BWNHLTH
#0000 0853 5261 1512#       16321 - 1920
CRAIG MOORE
25 CRATER LAKE DR
CORAM, NY 11727-2006

## PRE-LEGAL NOTIFICATION

Dear CRAIG MOORE,

Midland Credit Management, Inc. has made several attempts to contact you regarding this account. This letter is to inform you that we are considering forwarding this account to an attorney in your state for possible litigation. Upon receipt of this notice, please call immediately to discuss your options.

If we don't hear from you or receive payment by 12-09-2010, we may proceed with forwarding this account to an attorney.

**What do you need to do to stop this process from continuing?**

1) Mail in $250 and call to set up your remaining payments, or
2) Call us today to see how to qualify for discounts and affordable payment plans.

**LET US HELP YOU!** If the account goes to an attorney, our flexible options may no longer be available to you. There is still an opportunity to make arrangements with us. We encourage you to call us today:
**(800) 939-2353**

Midland Credit Management
(800) 939-2353

PLEASE SEE REVERSE SIDE FOR IMPORTANT INFORMATION AND ADDITIONAL DETAILS ABOUT YOUR ACCOUNT.

\* Your credit report will not be updated if the federal reporting period has expired.

**WHY NOW?**

* This may be your last chance to work with us before the account goes to an attorney.

* Your credit report will be updated with the payments made!\*

* Once you make all of your agreed-upon payment(s) to settle your account, your credit report will be updated as 'Paid In Full'!\*

**CALL US TODAY!**
**(800) 939-2353**

Hours of Operation:
M-Th 6am - 7pm;
Fri 6am - 5pm;
Sat 6am - 2:30pm PST

*Please tear off and return lower portion with payment in the envelope provided*

**PAYMENT COUPON**

MCM Account No.:     8535261151
Original Account No.:  ████████ 387
Current Balance:      $535.55

**Payment Due Date: 12-09-2010**

Amount Enclosed: _____

Make check payable to:  Midland Credit Management, Inc.

**mcm** Midland Credit Management, Inc.
P.O. Box 60578
Los Angeles, CA 90060-0578

12 8535261151 2 0053555 120910 9

16321 - 3A69 -       1920

MCM-0357

**mcm**

Return Mail Only - No Correspondence
Dept. 12421
PO Box 603
Oaks, PA 19456

| STATEMENT | | | |
|---|---|---|---|
| MCM Account #:  8535261151 | | Previous Balance: $504.03 | |
| Original Account #: ▮▮▮▮1387 | | Interest Rate: 15.00% | |
| Statement Date:  11-09-2010 | Due Date:  12-09-2010 | Accrued Interest: $31.52 | |
| Current Owner: Midland Funding LLC | Original Creditor: GE MONEY BANK | Current Balance: $535.55 | |

| Due Date | Date Received | Transactions | Amount |
|---|---|---|---|
| 12-09-2010 | 11-09-2010 | The above-referenced account was purchased by Midland Funding LLC and is serviced by Midland Credit Management, Inc. ("MCM").  The balance of $535.55 is due now.<br><br>Please direct all correspondence to: Midland Credit Management, Inc. | $535.55 |
| | | | Current Balance: $535.55 |

Please understand this communication is from a debt collector.  This is an attempt to collect a debt.  Any information obtained will be used for that purpose.

New York City Department of Consumer Affairs License Number 1140603, 1207829, 1207820, 1227728.

**MAIL PAYMENTS TO:** P. O. Box 60578, Los Angeles, CA 90060-0578

**MAIL CORRESPONDENCE BUT NO PAYMENTS TO:** MCM's business address at 8875 Aero Drive, Suite 200, San Diego, CA 92123

MCM-0358