# Murphy-Pierre Ex. A (filed under seal)