# Murphy-Pierre Ex. B

| Field | Field Data |
| --- | --- |
| Last Name | PIERRE |
| First Name | CHRIS |
| Account Number | ▮▮▮▮▮▮▮▮7220 |
| Sale Amount | 6980.53 |
| Contract Date | 20051030 |
| Address 1 | 25 AUDUBON AVE |
| City | HOLBROOK |
| State | NY |
| Zip Code | 117412307 |
| Home Phone | 6317381184 |
| Work Phone | 6318344933 |
| SSN | *****1720 |
| Charge Off Date | 20090130 |
| Last Payment Date | 20080702 |
| LPmt Amt | 300 |
| COBal | 6980.5298 |

Data printed by Midland Credit Management, Inc. from electronic records provided by CHASE BANK USA, NA pursuant to the Bill of Sale / Assignment of Accounts dated 9/21/2010 in connection with the sale of accounts from CHASE BANK USA, NA to Midland Funding LLC.

MCM-0004