Murphy-Sharkey Ex. A (filed under seal)