# Murphy-Sharkey Ex. B

| Field | Field Data |
| --- | --- |
| Charge Off Account Number | 4888937995610625 |
| Charge Off Date | 4/30/2009 |
| Original Account Number | ▊1898 |
| Primary Name - Title First Middle*Last$Suffix | .THOMAS J SHARKEY |
| Address Line 1 | 606 BIRCH HOLLOW DR |
| City | SHIRLEY |
| State or Country Code | NY |
| Zip or Postal Code | 11967 |
| Social Security Number | *****6563 |
| Phone 1 | 6317389136 |
| Phone 2 | 6319353850 |
| Sale Amount | 6959.54 |
| Charge Off Balance | 6959.54 |
| Last Pay Amount | 120 |
| Last Pay Date | 03/23/2009 |
| Open Date | 3/10/2006 |
| Birth Date | ▊1957 |
| Affinity | BANK OF AMERICA |
| Conversion Account Number | 4888603141256388 |
| Legacy | BAC |

Data printed by Midland Credit Management, Inc. from electronic records provided by FIA Card Services, N.A. pursuant to the Bill of Sale / Assignment of Accounts dated 3/28/2011 in connection with the sale of accounts from FIA Card Services, N.A. to Midland Funding LLC.

MCM-0667