# Murphy-Vazquez Ex. A (filed under seal)