# Murphy-Vazquez Ex. B

| Field | Field Data |
|---|---|
| pri_acctno | ████████3101 |
| originator | CHASE/WAMU |
| acctopen | 6/21/2000 |
| chargeoff | 5/31/2009 |
| sale amount | 10430 |
| pri_ssn | *****2336 |
| pri_last | VAZQUEZ |
| pri_first | DOREEN |
| pri_company | ████████ PROBATION DEPT |
| pri_add1 | ████████ |
| pri_city | NESCONSET |
| pri_state | NY |
| pri_zip | ████████ |
| pri_country | USA |
| pri_hphone | ████████9587 |
| coll_desc | |INDIVIDUAL |

Data printed by Midland Credit Management, Inc. from electronic records provided by SquareTwo Financial Corp, CACV of Colorado, LLC and CACH, LLC pursuant to the Bill of Sale / Assignment of Accounts transferred on or about 10/27/2010 in connection with the sale of accounts from SquareTwo Financial Corp, CACV of Colorado, LLC and CACH, LLC to Midland Funding LLC.

MCM-0068