Murphy-Vazquez Ex. F

District Court of the County of Suffolk
Fourth District: Hauppauge

State of NEW YORK

| | |
|---|---|
| MIDLAND FUNDING LLC DBA IN NEW YORK AS MIDLAND FUNDING OF DELAWARE LLC,<br>    Plaintiff | Index Number SMC-1333-11 |
| -vs- | File No. 921395 |
| DOREEN VAZQUEZ,<br>    Defendant(s). | AFFIDAVIT OF SUSAN RASMUSSEN |

Susan Rasmussen, whose business address is 16 McLeland Rd Suite101, St. Cloud, MN 56303, certifies and says:

1.  I am employed as a Legal Specialist and have access to pertinent account records for Midland Credit Management, Inc. ("MCM"), servicer of this account on behalf of plaintiff. I am a competent person over eighteen years of age, and make the statements herein based upon personal knowledge of those account records maintained on plaintiff's behalf. Plaintiff is the current owner of, and/or successor to, the obligation sued upon, and was assigned all the rights, title and interest to defendant's CHASE account XXXXXXXXXXXX3101 (MCM Number 8536660785) (hereinafter "the account"). I have access to and have reviewed the records pertaining to the account and am authorized to make this affidavit on plaintiff's behalf.

2.  I am familiar with the manner and method by which MCM creates and maintains its business records pertaining to this account. The records are kept in the regular course of business. It was in the regular course of business for a person with knowledge of the act or event recorded to make the record or data compilation, or for a person with knowledge to transmit information thereof to be included in such record. In the regular course of business, the record or compilation is made at or near the time of the act or event. The relevant financial information concerning the account includes the following:

921395

3.   The account shows that the defendant(s) owed a balance of $10430.00 as of 2011-01-02; and I am advised that interest is due at a rate of 9.0000% as an annual percentage rate.

4.   Upon information and belief, this action is based upon a revolving credit agreement entered into between defendant(s) and the original credit grantor. Upon information and belief, pursuant to the agreement, defendant(s) agreed to pay monthly installments to the original credit grantor for all goods and/or services and/or cash advances. Upon information and belief, defendant(s) used or authorized the use of the credit card account to obtain loans from the original credit grantor for the purpose of obtaining goods and/or services and/or cash advances but failed to make the payments due pursuant to the agreement.

921395

I certify under penalty of perjury that the foregoing statements are true and correct to the best of my knowledge.

MAY 19 2011
Date

*Susan Rasmussen*
Susan Rasmussen

STATE OF MINNESOTA  )
                    ) ss
COUNTY OF STEARNS   )

The foregoing instrument was acknowledged before me on this 19 day of May, 2011, by Susan Rasmussen, a Legal Specialist of Midland Credit Management, Inc., a corporation under the laws of the State of Minnesota on behalf of the corporation.

Subscribed and sworn to before me this 19 day of May, 2011.

*Sara B Christopherson*
Signature of Notary Public or Other Official

Notarial Stamp or Seal (or other Title or Rank):

SARA B CHRISTOPHERSON
Notary Public-Minnesota
My Commission Expires Jan. 31, 2012

NY57
RUBIN & ROTHMAN

AFFIDAVIT OF SUSAN RASMUSSEN - 3

921395

## CERTIFICATE OF CONFORMITY

I, Jill N Brown, an attorney-at-law of the State of Minnesota who resides in the State of Minnesota and is fully acquainted with the laws of the State of Minnesota pertaining to the acknowledgment or proof of deeds of real property to be recorded therein, do hereby certify that I am duly qualified to make this certificate of conformity pursuant to Section 299-a of the Real Property Law of the State of New York and hereby certify that the acknowledgment or proof upon the foregoing document was taken by Sara B Christopherson, a notary public in the State of Minnesota, in the manner prescribed by the laws of the State of Minnesota and conforms to the laws thereof in all respects.

IN WITNESS WHEREOF, I have hereunto set my signature, this 19 day of May, 2011.

Jill N Brown, Esq.

Attorney at Law, ID# 278117
State of Minnesota