MATTHEW B. JOHNSON
MBJOHNSON@GRSM.COM
DIRECT DIAL: 212.402.2298



ATTORNEYS AT LAW
ONE BATTERY PARK PLAZA, 28TH FL.
NEW YORK, NY 10004
WWW.GRSM.COM

January 14, 2022

Gregory A. Frank
FRANK LLP
305 Broadway, Suite 700
New York, NY 10007

Via email to: gfrank@frankllp.com

Re: *Agoado et al. v. Midland Funding LLC et al.*, 14-cv-18 (WFK)(ST)
Service of Midland Defendants' Memorandum of Law in Response to Plaintiffs' Motion for Summary Judgment

Dear Mr. Frank:

We represent Defendants Midland Funding, LLC, Midland Funding, LLC dba in New York as Midland Funding of Delaware, LLC and Midland Credit Management, Inc. (collectively, "Midland") in this matter. We write to serve Midland's Memorandum of Law in Response to Plaintiffs' Motion for Summary Judgment with supporting documents upon Plaintiffs.

Attached hereto as Exhibit A is a list of all documents provided in support of the motion. Also included in the list are the affidavits and exhibits provided in support of Midland's own Motion for Summary Judgment, some of which are cited in its Response.

Sincerely,

GORDON REES SCULLY MANSUKHANI, LLP

Matthew B. Johnson

cc (via e-mail): All counsel of record

1195301/64203774v.1