**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **DAVID AGOADO, LEEANN MCNALLY, CRAIG MOORE, CHRIS PIERRE, THOMAS SHARKEY AND DOREEN VAZQUEZ**, individually and on behalf of all others similarly situated,<br><br>                     Plaintiffs,<br><br>  - against -<br><br>**MIDLAND FUNDING, LLC, MIDLAND FUNDING, LLC DBA IN NEW YORK AS MIDLAND FUNDING OF DELAWARE, LLC, MIDLAND CREDIT MANAGEMENT, INC., RUBIN & ROTHMAN, LLC, FORSTER & GARBUS LLP, COHEN & SLAMOWITZ, LLP and PRESSLER AND PRESSLER LLP**<br><br>                     Defendants. | **Civil No. 2:14-cv-18-WFK-ST**<br><br>**SECOND ATTORNEY DECLARATION OF MATTHEW B. JOHNSON** |

I, Matthew B. Johnson, declare under penalty of perjury:

1. I am an attorney admitted to practice before this Court and am senior counsel with the firm of Gordon Rees Scully Mansukhani, LLP, attorneys for Defendants Midland Funding LLC, Midland Funding, LLC d/b/a in New York as Midland Funding of Delaware, LLC and Midland Credit Management, Inc. (collectively, "Midland"). I am familiar with this case and I submit this declaration in opposition to Plaintiffs' Motion for Summary Judgment pursuant to Fed. R. Civ. P. 56.

2. Attached is a true and accurate copy of an excerpt of the deposition of Plaintiff Leeann McNally. It is marked Exhibit M-R and consists of pages 221-228 of the deposition of Plaintiff Leann McNally, taken on June 26, 2015, in connection with the present action. This document is referenced in Midland's Response to Plaintiffs' Local Rule 56.1 Statement of Material

Facts and Midland's Memorandum of Law in Opposition to Plaintiffs' Motion for Summary Judgment.

Respectfully submitted,

Dated: Astoria, New York
January 7, 2022

**GORDON REES SCULLY MANSUKHANI**

Matthew B. Johnson
One Battery Park Plaza, 28th Floor
New York, New York 10004
Tel: 212.402.2298
Fax: 212.269.5505
MBJohnson@grsm.com