**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF NEW YORK**

DAVID AGOADO, LEEANN MCNALLY,  :
CRAIG MOORE, CHRIS PIERRE,   : Case No. 2:14-cv-00018-WFK-ST
THOMAS SHARKEY, and DOREEN   :
VAZQUEZ, individually and on behalf of all :
others similarly situated       :
              :
    Plaintiffs      :
              :
  v.           :
              :
MIDLAND FUNDING, LLC, MIDLAND  :
FUNDING, LLC DBA IN NEW YORK AS :
MIDLAND FUNDING OF DELAWARE,  : **CERTIFICATE OF SERVICE**
LLC, and MIDLAND CREDIT    :
MANAGEMENT, INC., RUBIN &   :
ROTHMAN, LLC, FORSTER & GARBUS :
LLP, COHEN & SLAMOWITZ, LLP, and :
PRESSLER AND PRESSLER, LLP   :
              :
    Defendants     :

   I hereby certify that on the 14th day of January, 2022, the undersigned served Defendant, Pressler & Pressler, LLP's Opposition to Plaintiffs' Motion for Partial Summary Judgment which includes: the Declaration of Michael J. Peters with Exhibits A through B, a Memorandum of Law, and a Responsive Statement of Material Facts on all counsel of record via email.

   Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

          Respectfully submitted,
          PRESSLER, FELT & WARSHAW, LLP

Dated: January 14, 2022   By:  _/s/ Michael J. Peters_____
          Michael J. Peters, Esq.
          7 Entin Road
          Parsippany, NJ 07054
          Telephone:  (973) 753-5100
          Facsimile:  (973) 753-5353
          mpeters@pfwattorneys.com
          Attorney for Defendant, Pressler and Pressler, LLP