UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x    14-cv-00018 (WFK)(ST)

DAVID AGOADO, LEEANN MCNALLY, CRAIG
MOORE, CHRIS PIERRE, THOMAS SHARAKEY,
MADGE SHIPMAN and DOREEN VAZQUEZ,
Individually and on behalf all others similarly situated,

                Plaintiff

    -against-


MIDLAND FUNDING LLC, MIDLAND FUNDING,
LLC DBA IN NEW YORK AS MIDLAND FUNDING
OF DELAWARE and RUBIN & ROTHMAN, LLC
*et al.*,

                Defendants

-------------------------------------------------------------------x


DEFENDANT RUBIN & ROTHMAN, LLC'S
RESPONSE TO PLAINTIFFS' LOCAL RULE
<u>56.1 STATEMENT OF ALLEGED FACTS</u>

                ROBERT L. ARLEO, ESQ.
                Attorney for the Defendant
                Rubin & Rothman, LLC
                1345 Avenue of the Americas
                33rd Floor
                New York, New York 10105
                (212) 551-1115

The Defendant Rubin & Rothman, LLC hereby respond to the Plaintiffs' Local Rule 56.1 statement of alleged facts. Reference is made to the response by the Midland Defendants to the Plaintiffs' Local Rule 56.1 statement. Said response is incorporated by reference herein, as if statement at length herein, especially in regard to those paragraphs which refer to the Plaintiffs Pierre and Vazquez.

                                              Respectfully submitted,

                                              */ s / Robert L. Arleo*