# Exhibit A

**Return Mail Only - No Correspondence**

**mcm** Dept. 12421
PO Box 603
Oaks, PA 19456

MCM Account Number
8542052447

Original Creditor
CHASE BANK USA, N.A.

CURRENT BALANCE
$7,991.75

PAYMENT DUE DATE
11-10-2011

09-26-2011

18824 - 1848

#BWNHLTH
#0000 0854 2052 4473#
DAVID J AGOADO
1203 AUGUST RD
NORTH BABYLON, NY 11703-1903

---

## NOTICE OF NEW OWNERSHIP *AND* PRE-LEGAL REVIEW

Dear DAVID J AGOADO,

Midland Funding LLC recently purchased your CHASE BANK USA, N.A. account and Midland Credit Management, Inc. ("MCM"), a debt collection company, is the servicer of this obligation.

Midland Credit Management, Inc. is considering forwarding this account to an attorney in your state for possible litigation. However, such forwarding will not occur until after the expiration of the time period described on the back of the letter. Upon receipt of this notice, please call to discuss your options.

If we don't hear from you or receive payment by 11-10-2011, we may proceed with forwarding this account to an attorney.

**What do you need to do to stop this process from continuing?**

    1) Mail in $750.00 and call to set up your remaining payments.
    2) Call us today to see how to qualify for discounts and payment plans.

**LET US HELP YOU!** If the account goes to an attorney, our flexible options may no longer be available to you. There still is an opportunity to make arrangements with us. We encourage you to call us today: **(800) 265-8825**.

Sincerely,

Recovery Department
Midland Credit Management, Inc.
**(800) 265-8825**
      **For ease and convenience, make payments online and view additional offers at: www.midlandcreditonline.com**

**NOTICE: PLEASE SEE REVERSE SIDE FOR IMPORTANT DISCLOSURE INFORMATION**

*Please tear off and return lower portion with payment in the envelope provided*

### BENEFITS OF PAYING!

➢ **This may be your last chance to work with us before the account goes to an attorney.**

➢ **No additional interest will be charged to your account.**

➢ **Get rid of this debt and get on with your life.**

*Once your account is paid,*

➢ All collection calls and letters on this account will stop!

➢ We will notify the credit bureaus the debt is PAID IN FULL.*

**CALL US TODAY!**
**(800) 265-8825**

Hours of Operation:
M-Th 6am - 7:30pm MST
Fri 6am - 5pm;
Sat 6am - 11am;

---

**PAYMENT COUPON**

MCM Account No.: 8542052447
Original Account No.: 3559
Current Balance: $7,991.75

**Payment Due Date: 11-10-2011**

Amount Enclosed: _____

Make check payable to:
Midland Credit Management, Inc.

**mcm** Midland Credit Management, Inc.
P.O. Box 60578
Los Angeles, CA 90060-0578

12 8542052447 3 0799175 111011 3

Important Disclosure Information

Please understand this is a communication from a debt collector. This is an attempt to collect a debt.
Any information obtained will be used for that purpose.

Calls to and/or from this company may be monitored or recorded.

The records associated with the purchase from **CHASE BANK USA, N.A.** reflect that you are obligated on this account, which is in default. As of the date of this letter, you owe $7,991.75. Because of interest, late charges, and other charges that may vary from day to day, the amount due on the day you pay may be greater. To obtain an exact payoff amount, or for further information, please call one of our Account Managers at (800) 265-8825. As the owner of this account, but subject to the rights described below, Midland Funding LLC is entitled to payment of this account. All communication regarding this account should be addressed to MCM and not the previous owner.

Unless you notify MCM within thirty (30) days after receiving this notice that you dispute the validity of the debt, or any portion thereof, MCM will assume this debt to be valid.

If you notify MCM, in writing, within thirty (30) days after receiving this notice that the debt, or any portion thereof, is disputed, MCM will obtain verification of the debt or a copy of a judgment (if there is a judgment) and MCM will mail you a copy of such verification or judgment.

If you request, in writing, within thirty (30) days after receiving this notice, MCM will provide you with the name and address of the original creditor.

If an attorney represents you with regard to this debt, please refer this letter to your attorney. Likewise, if you are involved in an active bankruptcy case, or if this debt has been discharged in a bankruptcy case, please refer this letter to your bankruptcy attorney so that we may be notified.

Please remember, even if you make a payment within 30 days after receiving this notice, you still have the remainder of the 30 days to exercise the rights described above.

*You are hereby notified that a negative credit report reflecting on your credit record may be submitted to a credit reporting agency if you fail to fulfill the terms of your credit obligations.

-----------------------------------

Please send any correspondence relating to any credit reporting* of this account to:
MCM CREDIT REPORTING DEPARTMENT, 8875 Aero Drive, Suite 200, San Diego, CA 92123.
PLEASE RETAIN THIS ADDRESS FOR ANY ISSUES RELATING SOLELY TO THE CREDIT REPORTING OF YOUR ACCOUNT.

New York City Department of Consumer Affairs License Number 1140603, 1207829, 1207820, 1227728.

**MAIL PAYMENTS TO**: P.O. Box 60578, Los Angeles, CA 90060-0578

**MAIL CORRESPONDENCE BUT NO PAYMENTS TO:** MCM's business address at
8875 Aero Drive, Suite 200, San Diego, CA 92123

S&S000039