# Exhibit D

Page 1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------x
DAVID AGOADO, LEEANN MCNALLY,
CRAIG MOORE, CHRIS PIERRE, THOMAS
SHARKEY, MADGE SHIPMAN, and DOREEN
VAZQUEZ, individually and on behalf
of all others similarly situated,

                    Plaintiffs, Index No.
                              14-cv-00018-LDW-ARL

          -against-

MIDLAND FUNDING, LLC, MIDLAND FUNDING,
LLC DBA IN NEW YORK AS MIDLAND FUNDING
OF DELAWARE, LLC, and MIDLAND CREDIT
MANAGEMENT, INC.,

                    Defendants.
------------------------------------------------x
          DEPOSITION of MIDLAND CREDIT MANAGEMENT, by

XENIA MURPHY, taken pursuant to Notice, held at the

offices of Marshall Dennehey Warner Coleman &

Goggin, 88 Pine Street, New York, New York on June

25, 2015, at 10:15 a.m., before Lori Carr, a

Shorthand Reporter and Notary Public for the State

of New York.

5617607d-8b26-48a6-82a7-5bf102bb5b08

## Page 2

```
 1
 2    A P P E A R A N C E S :
 3
 4    FRANK & BIANCO, LLP
      Attorneys for Plaintiffs
 5    275 Madison Avenue
      New York, New York  10016
 6    BY:  BENJAMIN D. BIANCO, ESQ.
                -and-
 7         GREGORY A. FRANK, ESQ.
 8
      BIANCO BYRNES & FINKEL, LLP
 9    Attorneys for Plaintiffs
      5036 Jericho Turnpike, Suite 2018
10    Commack, New York 11725
      BY:  ALAN L. FINKEL, ESQ.
11
12    ROBERT ARLEO, ESQ.
      Attorneys for Rubin & Rothman, LLC
13    380 Lexington Avenue, 17th Floor
      New York, New York 10168
14    BY:  ROBERT ARLEO, ESQ.
           (Via Telephone)
15
16    DAVIDSON FINK LLP
      Attorneys for Forster & Garbus LLP
17    28 East Main Street, Suite 1700
      Rochester, New York 14614
18    BY:  GLENN M. FJERMEDAL, ESQ.
19
20
21
22
23
24
25
```

## Page 3

```
 1
 2    A P P E A R A N C E S :  (Continued)
 3
 4    PRESSLER & PRESSLER LLP
      Attorneys for Pressler & Pressler LLP
 5    7 Entin Road
      Parsippany, New Jersey 07054
 6    BY:  MITCHELL L. WILLIAMSON, ESQ.
 7
      WILSON ELSER MOSKOWITZ EDELMAN &
 8    DICKER, LLP
      Attorneys for Cohen & Slamowitz, LLP
 9    150 East 42nd Street
      New York, New York 10017
10    BY:  GIULIA FERRO, ESQ.
                -and-
11         JOSEPH FRANCOEUR, ESQ.
12
      MARSHALL DENNEHEY WARNER COLEMAN & GOGGIN
13    Attorney for Midland Defendants
      2000 Market Street, Suite 2300
14    Philadelphia, Pennsylvania 19103
      BY:  ANDREW M. SCHWARTZ, ESQ.
                -and-
15    Attorneys for Midland Defendants
      88 Pine Street, 21st floor
16    New York, New York 10005
17    BY:  MATTHEW B. JOHNSON, ESQ.
18
19
20
21
22
23
24
25
```

## Page 4

```
 1
 2          S T I P U L A T I O N S
 3
 4      IT IS HEREBY STIPULATED AND AGREED by and
 5    between the attorneys for the respective parties
 6    herein, that filing, sealing and certification, and
 7    the same are, hereby waived.
 8
 9      IT IS FURTHER STIPULATED AND AGREED that all
10    objections except as to the form of the question,
11    shall be reserved to the time of the trial.
12
13      IT IS FURTHER STIPULATED AND AGREED that the
14    within deposition may be signed and sworn to by an
15    officer authorized to administer an oath, with the
16    same force and effect as if signed and sworn to
17    before the Court.
18
19
20
21
22
23
24
25
```

## Page 5

```
 1                    X. Murphy
 2    X E N I A   M U R P H Y ,
 3          Having been first duly sworn before a Notary
 4          Public of the State of New York, was Examined
 5          and testified as follows:
 6    BY THE REPORTER:
 7    Q      Would you please state your name for
 8    the record?
 9    A      Xenia Murphy.
10    Q      And what is your address?
11    A      8875 Arro Drive, San Diego, California
12    92123.
13    EXAMINATION BY
14    MR. BIANCO:
15    Q      We met off the record.  I am Ben
16    Bianco.  I am an attorney with the law firm
17    of Frank & Bianco, LLP.  I  represent the
18    plaintiffs in this matter.
19    A      Yes.
20    Q      I will ask you questions throughout
21    the day.  The first question is, have you
22    ever been deposed before?
23    A      I have.
24    Q      When was the last time you were
25    deposed?
```

2 (Pages 2 to 5)

5617607d-8b26-48a6-82a7-5bf102bb5b08

## Page 6

```
 1                    X. Murphy
 2      A     December or January of either 2014 or
 3   2015.
 4      Q     How many times have you been deposed?
 5      A     Probably about five.
 6      Q     Can you please state your full name
 7   again for the record?
 8      A     Xenia Murphy.
 9      Q     Can you spell that.
10      A     X-E-N-I-A.
11      Q     What is your home address?
12      A     It is 8 Landover Drive, East
13   Greenwich, Rhode Island 02818.
14      Q     Are you employed?
15      A     Yes.
16      Q     Whom are you employed by?
17      A     Midland Credit Management.
18      Q     I know there are several entities that
19   are involved with Midland.  Let's go one by
20   one, then we will discuss how we will refer
21   to those later.
22      A     Sure.
23      Q     How long have you been employed by
24   Midland Credit Management?
25      A     Eight years.
```
Page 6

## Page 7

```
 1                    X. Murphy
 2      Q     Can I refer to them as MCM; is that
 3   fair?
 4      A     Sure.
 5      Q     Eight years, 2007?
 6      A     Yes.
 7      Q     What is your title?
 8      A     It is director legal outsourcing.
 9      Q     Are you an attorney?
10      A     No.
11      Q     What is your highest level of
12   education?
13      A     Bachelor's degree.
14      Q     From what university?
15      A     James Madison University.
16      Q     When did you graduate?
17      A     In 1999.
18      Q     What was your degree in?
19      A     Bachelor's of business administration.
20      Q     Any other university education
21   post-high school?
22      A     No.
23      Q     As a director, what is your job
24   description?
25      A     Sure.  So I manage the team of people
```
Page 7

## Page 8

```
 1                    X. Murphy
 2   responsible for managing our relationships
 3   with third-party law firms.
 4      Q     By third-party law firms, the attorney
 5   defendants in this case would be an example
 6   of those?
 7      A     Yes, third-party legal collection law
 8   firms.
 9      Q     Those would be debt collection law
10   firms; is that fair to say?
11      A     Yes.
12      Q     About how many people are on your team
13   that manage third-party law firms?
14      A     My team is about 16 people, not all
15   directly manage the law firms.
16      Q     Are there other teams that manage
17   third-party law firms?
18      A     There is another team that does as
19   well.  They manage law firms that are no
20   longer getting new accounts in for other
21   subsidiaries, not third party law firms.
22      Q     Yours is the only team that would be
23   the third party, I guess, liaison for MCM?
24      A     Yes.
25      Q     What does MCM do as a business entity?
```
Page 8

## Page 9

```
 1                    X. Murphy
 2      A     MCM services the accounts, so it
 3   performs debt collection activities and
 4   services accounts that are owned by Midland
 5   Funding.
 6      Q     We will get to Midland Funding then.
 7   You don't work for Midland Funding?
 8      A     I do not.  Midland Funding has no
 9   employees.
10      Q     What is Midland Funding's relationship
11   to MCM?
12      A     It is a subsidiary.
13      Q     MCM is a subsidiary of Midland
14   Funding?
15      A     No, Midland Funding is a subsidiary of
16   MCM.  I think it is an indirect subsidiary.
17      Q     What is the business of Midland
18   Funding?
19      A     Midland Funding takes title to the
20   debt so it owns the debt, but it takes no
21   actions, it has no employees, it literally
22   just holds the debt.
23      Q     It purchases debt from I guess issuers
24   of credit, and then that's all it does?
25      A     It literally just takes title to the
```
Page 9

3 (Pages 6 to 9)

5617607d-8b26-48a6-82a7-5bf102bb5b08

**Page 10**

```
 1                X. Murphy
 2    debt, the activities that go along with
 3    purchasing are done by MCM employees.
 4    Midland Funding literally just kind of holds
 5    the debt or takes title to it.
 6    Q      In other words, MCM purchases debt on
 7    behalf of Midland Funding for the placement
 8    holding of that debt at Midland Funding?
 9    A      That's correct, MCM collects, does the
10    collection activities or services the
11    accounts that are owned by Midland Funding.
12    Q      Does MCM do its own collection
13    activity or is it outsourced to third-party
14    law firms or other third parties?
15    A      Both.
16    Q      We will go through the process in a
17    minute, I appreciate that.
18    A      Sure.
19    Q      Does Midland Funding have employees?
20    A      Midland Funding does not have
21    employees.  Just to get it on the record
22    before we forget, if I refer to Midland, I
23    mean MCM.
24    Q      If you don't, you will qualify it and
25    say --
```

**Page 11**

```
 1                X. Murphy
 2    A      If I mean Midland Funding, I will say
 3    Midland Funding.
 4    Q      When you say Midland, I will presume
 5    that you are referring to MCM, as opposed to
 6    Midland Funding or any other Midland entity?
 7    A      That's correct.
 8    Q      I will do the same.  And if I am
 9    referring to another entity, I will certainly
10    let you know, to make it clear.
11    A      Okay, thank you.
12    Q      In some of the documents that I have
13    that were produced by your counsel
14    Mr. Schwartz, I saw the name Encore.  Does
15    that make any sense to you?
16    A      Sure, Encore Capital Group is the
17    publicly-traded company.  It is the hundred
18    percent parent company of the other entities.
19    Q      What are those other entities, to the
20    extent you know?
21    A      MCM, Midland Funding.
22    Q      Are there any others?
23    A      There are, they are not related to MCM
24    or Midland Funding, Asset Acceptance, other
25    companies we have purchased, but they are not
```

**Page 12**

```
 1                X. Murphy
 2    related to Midland Funding or MCM.
 3    Q      Do those other entities perform debt
 4    collection or debt purchasing activities?
 5    A      They are companies that were purchased
 6    and basically they are other indirect
 7    subsidiaries of Encore.  For what we are
 8    talking about, we are talking about Midland
 9    Credit Management as servicing the accounts
10    and that Midland Funding owns.
11    Q      These other entities beyond MCM, do
12    they service accounts held by either Midland
13    Funding or Encore?
14    A      They would service accounts not held
15    by Midland Funding, but other indirect
16    subsidiaries of Asset, for example.
17    Q      There is no mixing of activities on
18    the same account between Midland, I mean
19    Midland Credit Management, and these other
20    entities that you are referring to that fall
21    under the corporate umbrella of Encore?
22    A      That's correct.
23    Q      You said Midland Credit Management
24    employees are the ones that actually purchase
25    the debt on behalf of Midland Funding?
```

**Page 13**

```
 1                X. Murphy
 2    A      That's correct.
 3    Q      Do you know the process by which those
 4    accounts are acquired?
 5    A      Yes.
 6    Q      Can you explain that for me, please.
 7    A      Sure.  So these activities just so you
 8    know are done by the business development
 9    department.  We have relationships with large
10    established creditors.  The business
11    development department is responsible for
12    understanding what responsibilities are out
13    there, evaluating those opportunities, and
14    going through all of the processes associated
15    with evaluations and then purchasing
16    accounts.
17    Q      Are there particular entities that MCM
18    targets when purchasing accounts meaning
19    Citibank, Bank of America, or others?
20    A      We have established relationships with
21    a lot of large issuers.
22    Q      Those relationships, are they
23    established pursuant to some sort of a
24    written agreement or is it just an ad hoc
25    type of relationship?
```

4 (Pages 10 to 13)

5617607d-8b26-48a6-82a7-5bf102bb5b08

```
 1              X. Murphy
 2         MR. SCHWARTZ:  Objection as to
 3    form.
 4         You can answer.
 5    A    Can you explain what you mean?
 6    Q    Do you have a written agreement?  When
 7    you say you have a relationship with certain
 8    issuers of credit, is that relationship
 9    through a written agreement of some sort?
10         MR. SCHWARTZ:  I will object as
11    to form.  I am not sure --
12    Q    Do you have written agreements with
13    issuers of credit that you purchased debt
14    from?
15    A    If we purchase accounts, there is an
16    agreement with that purchase.
17    Q    There is not I will call it a master
18    agreement between Midland Credit Management
19    and say Citibank?
20    A    Not that I am aware of.
21    Q    In other words, when there is a
22    purchase of accounts from a Citibank or a
23    Bank of America or some other issuer of
24    credit, it is memorialized in a single
25    agreement for the purpose of just that
                              Page 14
```

```
 1              X. Murphy
 2    purchase?
 3    A    That's correct.
 4    Q    Can you give me an understanding of
 5    approximately how large average an agreement
 6    with Citibank would be, like how many
 7    accounts are transferred in one transaction?
 8    A    A large number, I actually don't know.
 9    Q    Is it hundreds, thousands, tens of
10    thousands?
11    A    It depends on the size of the
12    purchase, but it is large.  It is more than
13    hundreds.
14    Q    Are the purchases limited to
15    particular jurisdictions, meaning New York
16    accounts, New Jersey accounts, California
17    accounts, or is it just a conglomerate of
18    debtor accounts that are purchased?
19    A    It is more national.
20    Q    Do MCM's collection activities cover
21    all 50 states?
22    A    Yes.
23    Q    Any government entities outside of the
24    United States, Canada, Mexico?
25    A    We have Puerto Rico and I don't think
                              Page 15
```

```
 1              X. Murphy
 2    MCM does anything internationally.  There are
 3    other activities internationally.
 4    Q    Primarily limited to the United States
 5    and its territories?
 6    A    Yes.
 7    Q    Once a purchase of a portfolio -- I
 8    guess if that's a fair term -- a portfolio of
 9    debtor accounts are purchased by MCM and then
10    I guess placed with Midland Funding, what
11    happens at that point?
12         MR. SCHWARTZ:  I'm sorry.
13    A    I am going to clarify.
14         MR. SCHWARTZ:  Go ahead,
15    clarify.
16    A    Midland Funding owns the debt, I don't
17    know what you meant by placed with Midland
18    Funding.
19    Q    I apologize, it is probably bad
20    terminology.  I mean that they hold the debt.
21    A    Okay.
22    Q    When MCM purchases debt on behalf of
23    Midland Funding, what are the next steps that
24    are taken with respect to those accounts?
25    A    Can you tell me a little bit more what
                              Page 16
```

```
 1              X. Murphy
 2    you are looking for?
 3    Q    Let's back up.
 4    A    Yes.
 5    Q    When a portfolio of debtor accounts
 6    are purchased by MCM and held by Midland
 7    Funding, what information is provided by the
 8    seller to Midland Credit Management?
 9    A    I should have mentioned before, when
10    we are evaluating a portfolio or when we are
11    deciding whether we want to participate in
12    buying a portfolio, we do a lot of due
13    diligence to understand that question, to
14    evaluate what data and documents are coming
15    over.  In terms of answering your question,
16    it's mer identifiers.  So it's information
17    associated with the consumer accounts, name,
18    address, Social, things like that.  Account
19    activity dates, so charge off date, open
20    date, things like that, payment histories,
21    things like that as well.  There is a lot of
22    information provided and then documents are
23    available as well.  So billing statements,
24    charge-off statements, terms and conditions,
25    chain of title information, account numbers,
                              Page 17
```

5 (Pages 14 to 17)

5617607d-8b26-48a6-82a7-5bf102bb5b08

## Page 18

```
 1              X. Murphy
 2   and things like that.
 3   Q      Certain information is provided to MCM
 4   and other information you said was available,
 5   I believe?
 6   A      Yes, there is information provided and
 7   data and documents provided.  And then there
 8   is also the ability to go back and ask for
 9   additional documents, for example.
10   Q      What is a charge-off statement?
11   A      If the consumer has stopped paying
12   their credit card debt, it charges off after
13   a certain period of time, and that's
14   essentially when the bank stops reporting it.
15   I could be a little bit wrong there, but it
16   reflects the activity at the time that the
17   bank really is essentially writing off that
18   debt for their X numbers past due, as number
19   of months.
20   Q      The information that you described
21   that Midland Credit Management actually
22   receives from the seller, in what form is
23   that?
24   A      Electronic.
25   Q      Those are electronic records that are
```

Page 18

## Page 19

```
 1              X. Murphy
 2   transmitted to MCM from the seller?
 3   A      Yes.
 4   Q      At closing or sometime shortly
 5   thereafter?
 6   A      Yes, there is -- during our evaluation
 7   process, we can evaluate it prior and then
 8   yes, once it is purchased, it is provided.
 9   Q      Are those records actually transmitted
10   electronically to MCM or are they available
11   on a FTP site or some other document hosting
12   site?
13   A      Transmitted electronically.  And then
14   as I mentioned, you can also ask for
15   additional documents and that can be made
16   available.
17   Q      You are aware of instances where
18   Midland Credit Management has in fact asked
19   for additional documents from the seller?
20   A      Yes.
21   Q      What type of documents would Midland
22   Credit Management ask for in that record?
23   A      Similar documents to what I already
24   said, charge-off statements, billing
25   statements, terms and conditions, affidavits,
```

Page 19

## Page 20

```
 1              X. Murphy
 2   things like that.
 3   Q      I believe you said that documents --
 4   maybe not documents, certain information
 5   would be available to MCM.  When you say
 6   available, what do you mean by that?
 7   A      For the availability it is really
 8   around documents, some documents were
 9   provided upfront and then some documents we
10   can ask for additionally.  If it is not
11   provided upfront, we can ask to receive them
12   from the seller and we receive them.
13   Q      How would you receive them?
14   A      Electronically, FTP site, it depends.
15   Q      There are instances I guess when the
16   seller would not electronically transmit them
17   directly to MCM.  You would have the
18   availability to log into a system, to pull
19   those down or review them in some way?
20   A      Honestly, I don't know if the seller
21   always gives them to us or if we can log in.
22   Q      Do you know if it varies by seller, by
23   bank, by issuer of credit?
24   A      I believe it does.
25   Q      Is the availability described in the
```

Page 20

## Page 21

```
 1              X. Murphy
 2   agreement between the seller and MCM?
 3   A      Yes.
 4   Q      The process by which those documents
 5   would be available or are available would be
 6   subject to a written agreement?
 7   A      Yes.
 8   Q      Every time MCM purchases debt from an
 9   issuer of credit, there would always be a
10   written agreement?
11   A      Yes.
12   Q      What team or I guess subdivision of
13   MCM would be responsible for purchasing the
14   debt on behalf of Midland Funding?
15   A      It is called business development.
16   Q      Do you know about how large that
17   business development is?
18   A      I don't know the number of employees
19   in that department.
20   Q      Do you have an approximation, is it
21   less than ten, more than ten, less than a
22   hundred?
23   A      More than ten, but I don't know how
24   many.
25   Q      Do you know if there is a supervisor
```

Page 21

6  (Pages 18 to 21)

5617607d-8b26-48a6-82a7-5bf102bbb5b08

X. Murphy

1      X. Murphy
2 or --
3 A   Yes.
4 Q   Do you know who the supervisor is of
5 business development?
6 A   Yes.
7 Q   Who is that?
8 A   Amy A-N-U-K.
9 Q   A-N-U-K?
10 A   Yes.
11 Q   She is an MCM employee?
12 A   Yes.
13 Q   Do you know what her title would be?
14 A   SVP.
15 Q   SVP of business development or
16 something like that?
17 A   Yes.
18      MR. BIANCO: I am going to mark
19      the first exhibit Plaintiffs' Amended
20      Rule 30(b)(6) Deposition Notice to the
21      Midland defendants, dated April 30th,
22      2015.
23      (Whereupon, Plaintiffs' Exhibit
24      1, document was hereby marked for
25      identification, as of this date.)

Page 22

1      X. Murphy
2 of MCM and the Midland defendants today?
3 A   Yes.
4 Q   Did you review this notice?
5 A   I did.
6 Q   I just want to draw your attention to
7 page 6, towards the middle it says "Schedule
8 of Topics."
9 A   Yes.
10 Q   You have reviewed these topics?
11 A   I have.
12 Q   Are you prepared to testify generally
13 about the topics herein?
14 A   Yes.
15 Q   You are under oath as you know. Is
16 there any reason that you can't give truthful
17 testimony today?
18 A   No.
19 Q   Illness or anything else?
20 A   No.
21 Q   The class herein within this case
22 involves lawsuits filed on behalf of Midland
23 in the State of New York. Do you understand
24 that?
25 A   Yes.

Page 24

1      X. Murphy
2 Q   Miss Murphy, what I have placed before
3 you is identified as plaintiffs' amended rule
4 30(b)(6) deposition notice to the Midland
5 defendants. It is dated April 30th. As I
6 said, it is electronically signed by myself.
7 I am going to give you a few minutes to
8 review it, if you need to. You don't have to
9 review it very closely, but if you could have
10 a familiarity with it, I would appreciate it.
11      (Witness reviews the document.)
12 A   Okay.
13 Q   Have you seen this document before?
14 A   I have.
15 Q   When was the first time that you saw
16 this document?
17 A   Within the past month, probably within
18 the past three weeks.
19 Q   This is a yes or no question, that was
20 provided to you by Mr. Schwartz --
21 A   Yes.
22 Q   -- or someone from Marshall Dennehey?
23 A   Yes.
24 Q   Do you understand that you are here
25 pursuant to this notice to testify on behalf

Page 23

1      X. Murphy
2 Q   Do you know approximately how many
3 debt collection actions are filed on behalf
4 of Midland in the State of New York in any
5 given year?
6      MR. SCHWARTZ: Objection as to
7      form.
8      You can answer, if you can.
9      It is the Midland issue, you
10      are referring to Midland Credit
11      Management then?
12      MR. BIANCO: Yes.
13 A   Can you ask the question again.
14 Q   Let's go back through the entities
15 again and make sure we are clear. Do you see
16 the caption on the top of the notice, Exhibit
17 1, Plaintiffs' Exhibit 1?
18 A   Yes.
19 Q   We discussed Midland Credit
20 Management, do you have an understanding of
21 what Midland Funding, LLC is versus Midland
22 Funding, LLC DBA in New York as Midland
23 Funding of Delaware, LLC?
24 A   Yes.
25 Q   Can you explain the difference between

Page 25

7 (Pages 22 to 25)

5617607d-8b26-48a6-82a7-5bf102bbb5b08

X. Murphy

1
2   those two entities.
3   A    The name Midland Funding, LLC we
4   thought was or it may have been taken for a
5   while, so we had a doing business as name in
6   New York.
7   Q    Midland Funding, LLC is the Midland
8   Funding that we have been discussing?
9   A    Yes.
10  Q    Midland Funding, LLC DBA in New York
11  as Midland Funding of Delaware, LLC is the
12  same entity?
13  A    To my understanding it was because the
14  name was taken, we needed a d/b/a name.
15  Q    They are not mutually exclusive
16  entities, the same entity under different
17  names; is that fair enough?
18  A    That's my understanding, yes.
19  Q    We will back up.  When any of the
20  Midland entities, and I mean Midland Funding,
21  Midland Funding DBA of New York or Midland
22  Credit Management, when there is an action, a
23  legal action, a lawsuit pursued on behalf of
24  any of the Midland entities in the State of
25  New York, who is the plaintiff in that case,

Page 26

X. Murphy

1   if you know?
2   A    It would be the debt owner,
3   essentially, so Midland Funding.
4   Q    Midland Funding would be the plaintiff
5   despite the fact that Midland Credit
6   Management, MCM, is the one that essentially
7   manages the debt?
8   A    Yes.
9   Q    Do you know approximately, let's use
10  the year say 2010, do you know approximately
11  how many cases Midland Funding filed against
12  debtors in the State of New York?
13  A    I don't know for 2010.
14  Q    Do you know basically how many would
15  be filed in any given year, approximately,
16  and let's say from 2008 to 2014?
17  A    I know approximately about 2000 a
18  month.
19  Q    2000 a month --
20  A    Yes.
21  Q    -- on behalf of Midland Funding?
22  A    Yes.
23  Q    25,000 a year approximately?
24  A    Yes.

Page 27

X. Murphy

1
2   Q    Do you have an understanding of how
3   many of those approximately 25,000, again, I
4   don't want to put words in your mouth, but do
5   you know approximately how many out of those
6   25,000 ended in a default judgment?
7   A    I don't know.
8   Q    Do you know what I mean by a default
9   judgment?
10  A    I do.
11  Q    What is your understanding, I am not
12  asking what Andrew or anyone else explained
13  to you, but when you use the term "default,"
14  what do you understand that to mean?
15  A    It has gone through the legal process
16  and a default judgment has been issued.
17  There has been no answer, it hasn't been
18  through a motion for summary judgment, there
19  hasn't been a dismissal, things like that.
20  Q    Is it fair to say for both of our
21  understandings a default judgment is where
22  the debtor, in these cases, it would be the
23  defendant, has failed to show up?
24  A    I don't know if there are cases where
25  a consumer shows up and it ends in a default

Page 28

X. Murphy

1   judgment, I am not sure.
2   Q    Basically, they don't map the defenses
3   is what I mean?
4   A    Yes.
5   Q    I don't want to pin you to a legal
6   definition of what a default is.  I want to
7   have a general understanding between the two
8   of us.
9   A    Okay.
10  Q    You don't know approximately how many
11  of these 25,000 a year end in default
12  judgments?
13  A    I don't know.
14  Q    Is there someone at MCM that would
15  know that?
16  A    We receive a judgment code from the
17  law firms, but to understand default judgment
18  versus another type of judgment, we would
19  have to ask the law firms.
20  Q    To your knowledge, there is no
21  difference or to your knowledge there is not
22  a separate judgment code for a default versus
23  a trial verdict versus a summary judgment
24  verdict?
25  A    Yes.

Page 29

8 (Pages 26 to 29)

5617607d-8b26-48a6-82a7-5bf102bbb5b08

X. Murphy

```
 1              X. Murphy
 2   A     That's correct.
 3   Q     It is just --
 4   A     A judgment.
 5   Q     Is there a reporting requirement that
 6   Midland Credit Management has with its
 7   third-party law firms, is there a process by
 8   which they provide information to you on a
 9   daily, weekly, monthly basis about the 25,000
10   cases approximately that are filed every
11   year?
12   A     Yes.
13   Q     Can you describe that process for me,
14   please.
15   A     Sure.  We communicate with our law
16   firms using a system called YGC, it is a
17   commercially available system.  It is
18   basically an electronic data interchange
19   system, and so we send the information to our
20   law firms via YGC, and they send status codes
21   and information back to us.
22   Q     Do you know, what does YGC stand for?
23   A     You got claims.
24   Q     I'm sorry, you may have mentioned it,
25   how often is there a reporting requirement
```

Page 30

```
 1              X. Murphy
 2   through YGC?
 3   A     They are required to exchange
 4   information on a daily basis.
 5   Q     That would be for all the collection
 6   accounts that are placed with that particular
 7   firm?
 8   A     Yes, that's correct.
 9   Q     What type of things are reported, just
10   generally?
11   A     Payment information, cost information,
12   if a law firm sends a letter, if they make a
13   phone call, if they talk to the consumer, if
14   actually get the correct consumer on the
15   phone, if they are filing a lawsuit, if they
16   served the consumer to obtain the judgment.
17   Q     Is your department responsible for
18   reviewing those reports?
19   A     What do you mean?
20   Q     Those reports are sent to MCM, I am
21   wondering who is responsible for keeping and
22   reviewing those reports?
23   A     Yes, my department.
24   Q     It would be people, you or people
25   under your direction that would review those
```

Page 31

```
 1              X. Murphy
 2   reports?
 3   A     We also have an operational team that
 4   is not -- it is in my department, but they
 5   don't report to me.
 6   Q     Are those reports reviewed on a daily
 7   basis as well, by either your team or the
 8   department within your team?
 9   A     Yes.  Making sure that all of the data
10   goes back and forth correctly is the
11   responsibility of our operations team.
12   Q     Does Midland Credit Management need to
13   approve lawsuits before they are filed on
14   behalf of Midland Funding?
15   A     No.  The account level's decision is
16   absolutely at the discretion of our law
17   firms.
18   Q     Moving to the law firms quickly, there
19   are four law firm defendants in this case.  I
20   don't know if you are aware?
21   A     Yes.
22   Q     Beyond those four, Midland Credit
23   Management in the State of New York, do you
24   know if there are other law firms used for
25   debt collection activities?
```

Page 32

```
 1              X. Murphy
 2   A     There are no other MCM third-party law
 3   firms in New York.
 4   Q     It is just the four that are
 5   defendants herein?
 6   A     I am trying to remember if we have
 7   ever used anyone else, but I don't believe
 8   so.
 9   Q     I mean currently, obviously, if you
10   can remember one in the past, that would be
11   fine, but I mean currently.
12   A     No, there is the four.
13   Q     MCM is still using those four law
14   firms today?
15   A     Those four law firms have opened MCM
16   accounts, so we may not necessarily be
17   placing new accounts, but they still have MCM
18   accounts.
19   Q     I appreciate that, let me ask it in a
20   little bit different way.  Have any of the
21   four law firms, as we have sit here today,
22   been terminated from receiving future MCM
23   accounts?
24   A     We are not placing future accounts to
25   some of those four, but when law firms have
```

Page 33

9  (Pages 30 to 33)

5617607d-8b26-48a6-82a7-5bf102bb5b08

X. Murphy

1  open accounts, we still have an ongoing
2  relationship with them.
3
4  Q     You are not placing future accounts
5  with any of the four or you are not placing
6  future accounts with just a subset of the
7  four?
8  A     A subset.
9  Q     When I say you, I apologize, I mean
10 MCM.  I will do my best with that.  Which of
11 the four law firms is MCM not placing future
12 accounts with?
13 A     With Rubin & Rothman and in New York
14 with Pressler & Pressler.
15 Q     When you say in New York, MCM could
16 place future accounts with them in New
17 Jersey?
18 A     Yes.
19 Q     Is there a reason why MCM is not
20 placing future accounts with Rubin & Rothman?
21 A     We don't need to have four law firms
22 in the State of New York.
23 Q     When was the decision made to no
24 longer place future accounts from MCM to
25 Rubin & Rothman?

Page 34

X. Murphy

1  A     I don't remember.  It has been
2  definitely over a year, but I don't remember.
3  Q     Is it a volume issue strictly or is
4  there some other issue why Rubin & Rothman
5  was selected to not receive MCM accounts into
6  the future?
7  A     When we have volume questions, we make
8  determinations on which accounts we are going
9  to or which law firms we are going to place
10 new accounts.  We consider a variety of
11 factors, but we don't need to have four law
12 firms in New York.
13 Q     With respect to Pressler & Pressler in
14 New York, is it the same reason?
15 A     Yes.
16 Q     What are the factors that you use to
17 determine which law firms to exclude and
18 include when you are either adding law firms
19 or reducing law firms within?  We will use
20 New York, that's most relevant.
21 A     Sure.  So we are looking at
22 performance and then, obviously, we always
23 need to make sure that our law firms are
24 meeting all of our compliance expectations,

Page 35

X. Murphy

1  things like that.  If we have a volume
2  decision and all of the law firms are meeting
3  all of those other considerations, it really
4  looks up performance.
5  Q     When you say performance, can you
6  explain what performance means?
7  A     Sure.  Collections performance, so
8  dollars collected basically.
9  Q     Not volume, it would be percentage, I
10 imagine?
11 A     I don't understand.
12 Q     What I mean is, there may be some
13 differences.  You place maybe a million
14 dollars of collections with this firm and
15 only 500,000 here; is it on a percentage
16 basis or pure volume?
17 A     It is a percentage of dollars
18 recovered essentially.
19 Q     When you analyze percentage, is it
20 just purely how much I guess the total
21 accumulation of consumer debt that is placed
22 with that firm is versus how much was
23 collected or are there other factors that you
24 consider?

Page 36

X. Murphy

1  A     No, we are looking for -- basically,
2  we are looking for the percentage of dollars
3  collected over percentages of accounts placed
4  or balances placed.
5  Q     I ask that only because I am wondering
6  if there is a carve-out, say if there was a
7  mistake in name, for example.  If you placed
8  a $10,000 account with one of the firms and
9  the name just happened to be wrong, Citibank
10 gave it to you wrong or there is some
11 impediment to collection because it simply
12 was an erroneous account, do you take that
13 into account or we placed them with a million
14 dollars they collected 500,000, 50 percent,
15 that's it?
16 A     Sure.  We are looking at -- basically
17 we are able to understand historical
18 performance and obviously we don't expect a
19 hundred percent collection rate, so if there
20 is errors in account, we are not expecting a
21 hundred percent collection rate.  We are
22 doing our expectations based on past
23 historical performance, and also looking at
24 how one law firm performs against another

Page 37

10 (Pages 34 to 37)

5617607d-8b26-48a6-82a7-5bf102bbb5b08

X. Murphy

1   using kind of that baseline expectation of
2   past performance, but adjusted for what each
3   law firm receives.  No, on an account level,
4   we know that you are not going to collect on
5   a hundred percent of accounts.
6   Q    You hope to, I am sure?
7   A    That would be high.
8   Q    With respect to this situation again,
9   you probably answered, and I want to be
10  clear, the only consideration that was taken
11  selecting between the four law firms that
12  previously represented MCM and now currently
13  represent MCM was strictly based on
14  performance?
15  A    As I mentioned, we are looking at the
16  firm's ability to meet all of our
17  expectations, whether they be operational, et
18  cetera, partnership, things like that.  We
19  are considering performance and those
20  considerations.  And so as we looked at all
21  of those, we made the decision to work with
22  two of the law firms in New York.
23  Q    Whose decision was that to make?
24  A    Within my team, but ultimately I

Page 38

X. Murphy

1   A    MCM will evaluate basically an account
2   servicing strategy.  There will be some
3   accounts that we anticipate going into the
4   legal collections channel and some accounts
5   that we don't anticipate going into the legal
6   collections channel.  For accounts that we
7   don't think in the future will go into legal
8   collections, those accounts are lettered,
9   those accounts are called upon, et cetera.
10  For accounts that we think in the future will
11  go into the legal collections channel, they
12  are also called and lettered internally for a
13  minimum of two to three months, but really
14  we -- the legal collections channel is kind
15  of our last resort, right.  We would prefer
16  to collect on the account internally, for
17  business reasons, that makes sense and
18  obviously for consumer reasons that makes
19  sense, but some accounts we do say if we are
20  not able to collect internally, and if we
21  think they should go into the LC channel,
22  after two to three months of calling and
23  trying to obtain a payment arrangement, if we
24  are not successful it can go into legal

Page 40

X. Murphy

1   approve those decisions and my boss approves
2   those decisions.
3   Q    It is your team that makes the
4   ultimate decision on what law firms are to be
5   used going forward?
6   A    Yes.
7   Q    Again staying with the law firms, MCM
8   purchases a portfolio on behalf of Midland
9   Funding from, again let's just use Citibank,
10  what determinations are made or how is that
11  portfolio broken up among law firms say
12  within the State of New York?
13  A    One thing I should just mention is
14  when MCM is collecting on accounts, every
15  account is worked internally by MCM prior to
16  placing to a law firm, so I just want to make
17  sure that that's clear.  No account goes
18  straight to a law firm.
19  Q    We can start with that then.  Let's
20  start with that.  I think we kind of touched
21  on this and we didn't follow up.  When a
22  portfolio comes in, what does MCM do with any
23  particular debtor account, I mean one line
24  item within the portfolio?

Page 39

X. Murphy

1   collections.
2   Q    Once a portfolio is brought into MCM
3   and the analysis begins, what factors would
4   make MCM immediately decipher between an
5   account that it believed it could collect on
6   its own through MCM or an account that it
7   believed immediately would probably wind up
8   with one of the four law firms that are
9   sitting here today?
10  MR. SCHWARTZ:  Objection to
11  form.
12  A    We are looking at a variety of
13  factors.  Obviously there are different
14  accounts that are never going to go to legal
15  collections.  You need to make sure to get
16  rid of any compliance exclusions so, for
17  instance, if we estimate that a statute is
18  going to expire within a certain amount of
19  time, clearly we are not going to send that
20  to legal collections.  Accounts that are BK
21  deceased, dispute, hardship, things like
22  that.  Accounts that are paying, we obviously
23  will not send to legal and then balance
24  thresholds, if it is below a certain balance

Page 41

11 (Pages 38 to 41)

5617607d-8b26-48a6-82a7-5bf102bbb5b08

**Page 42**

X. Murphy

1             X. Murphy
2  it doesn't make sense to send to legal.
3  Things like that.
4     Q   The first thing you mentioned was when
5  the statute was about to expire, do you mean
6  the statute of limitations?
7     A   Yes, we have -- we will not place
8  accounts into legal collections if we
9  estimate that it has less than 210 days to
10  expire.  We want to make sure there is no
11  risk of a statute expiring.
12     Q   To give an example, say there is 200
13  days left on a statute of limitations for a
14  particular account, what would MCM do with
15  that account?  If not send it to legal, what
16  does MCM do?
17     A   They will call, send letters to try to
18  collect.
19     Q   MCM wouldn't itself file a lawsuit
20  through its internal legal department or some
21  other fashion?
22     A   No, for legal collections, when I am
23  talking about the decision for legal
24  collections, it is internal legal or a law
25  firm so no, we would not.

Page 42

**Page 43**

1             X. Murphy
2     Q   Is there a reason why MCM wouldn't
3  file a lawsuit or have a lawsuit filed on its
4  behalf or Midland Funding's behalf within the
5  200 day slot?
6     A   We want to maybe sure there is enough
7  time to go through the legal collections
8  process, we think it is important to have a
9  buffer.  Ultimately when we place accounts to
10  a law firm, obviously, they are doing their
11  own statute of limitations review, but it is
12  just an extra buffer.
13     Q   What would happen to an account that
14  expired under the statute of limitations that
15  MCM still held?
16     A   What do you mean?
17     Q   What would MCM do with an account that
18  was clearly without the statute of
19  limitations?
20     A   I don't actually understand your
21  question.
22     Q   We were discussing the statute of
23  limitations, and certain accounts only arrive
24  at MCM within a relatively short time period
25  of the end of the statute of limitations, six

Page 43

**Page 44**

1             X. Murphy
2  months or whatever, whatever MCM's standards
3  are.  If MCM conducted its own collection
4  activity, which I believe you said they would
5  do, and wouldn't pass it to an outside law
6  firm and then that statute of limitations
7  then expired, what would happen with that
8  account?
9     A   It depends on, obviously, if we are
10  allowed to collect on that account, because
11  in some states you are allowed to collect
12  once the statute has expired.  We make sure
13  it has all the right disclosures, things like
14  that, in certain states you can't collect so
15  we wouldn't.
16     Q   In states where you couldn't collect,
17  what would happen to that account?
18     A   It goes into a place where we can't
19  collect on it.
20     Q   It is charged-off?
21     A   It sits in a protected place where no
22  one is going to touch it.
23     Q   Before MCM purchases a portfolio on
24  behalf of Midland Funding, is it aware of a
25  statute of limitations; is there a line item

Page 44

**Page 45**

1             X. Murphy
2  for statute of limitations on each particular
3  account?
4         MR. SCHWARTZ:  Objection as to
5     form.  I'm sorry.  Go ahead.
6     A   I don't know if that comes over as
7  part of a file.
8     Q   What I mean by that, just to be clear,
9  when MCM purchases a portfolio on behalf of
10  Midland Funding, is it clear when there was a
11  default or when the beginning of a statute of
12  limitations would begin to run?
13     A   As I mentioned earlier, we receive key
14  dates, so we are receiving charge-off, open
15  date, things like that.
16         MR. SCHWARTZ:  Do you want to
17     take a break?
18         THE WITNESS:  I am fine.
19     Q   When a portfolio is purchased by MCM
20  on behalf of Midland Funding, I believe you
21  mentioned that there are accounts that cover
22  many different states within that portfolio
23  or there could be at least?
24     A   That's correct.
25     Q   How does Midland Credit Management

Page 45

12 (Pages 42 to 45)

5617607d-8b26-48a6-82a7-5bf102bb5b08

X. Murphy

1    decide which law firms to send say the
2    accounts that are within the State of New
3    York to its one of four New York law firms?
4    A    It is a random distribution.
5    Q    It is just back and forth, one here,
6    one there?
7    A    Yes.
8    Q    It is totally random?
9    A    Yes, it is random.
10   Q    There is no analysis of the
11   collectability or anything like that before
12   an account is transferred or placed with a
13   law firm?
14       MR. SCHWARTZ:  Objection as to
15       form.
16   A    We talked about if the account is
17   going to enter the legal collections channel,
18   it is randomly distributed to the law firms
19   that are receiving placements in that state.
20   Q    I meant a second analysis to determine
21   which law firm it should go to as opposed to
22   it should just go to the law firms or stay
23   with MCM?
24   A    No, it is randomly distributed to the

Page 46

X. Murphy

1    law firms that are receiving accounts in that
2    state.
3    Q    What is the process by which an
4    account is placed with a law firm?  What I
5    mean by that, how is it transmitted, what
6    information is transmitted?  I am trying to
7    get an understanding of how it goes from MCM
8    to say Rubin & Rothman?
9    A    All of the information is transferred
10   via YGC, so all of the account level
11   information that we talked about already, all
12   of the consumer identifying information, all
13   of the key dates, payment amounts, there is a
14   variety of factors and it is all transmitted
15   via YGC.
16   Q    All the information essentially that
17   MCM has is transmitted to the law firm
18   electronically?
19   A    Yes.
20   Q    We previously discussed information
21   that may not be within MCM's possession, but
22   it has the ability to log onto Citibank's FTP
23   site or some sort of a hosting site held by
24   the credit issuer; is that right?

Page 47

X. Murphy

1    A    Yes.
2    Q    With respect to information that's
3    held by the credit issuer, is the law firm
4    provided with access to that information?
5    A    I should clarify.  The data is
6    transmitted via YGC, documents.  The law
7    firms have the ability to log in to something
8    that we call our media portal and access
9    documents that way.
10   Q    What types of documents would be held
11   on the media portal as opposed to the
12   information transmitted electronically?
13   A    The information is really the data
14   that accompanies the media portal is
15   documents.  It would be the charge-off
16   statements, billing statements, card holder
17   agreements, things like that.  YGC is just
18   the data elements, so YGC will say a document
19   is available, but you have to log into the
20   media portal to get that document.
21   Q    In other words, just so I am clear,
22   those documents that we are talking about,
23   the charge-off statements and the like are
24   not directly transmitted to the law firms,

Page 48

X. Murphy

1    but they are available on your media portal
2    site?
3    A    That's correct.
4    Q    Do you know if the media portal site
5    records log in and log off information or
6    collects information about which attorneys
7    have logged on into which documents?
8    A    I don't know.
9    Q    I understand, it is an IT question.  I
10   am wondering if Midland has records of whom
11   logged on, when, what they looked at, for how
12   long?
13   A    I don't know.
14   Q    You said it is a media portal.  Can
15   you just describe how a law firm logs on, do
16   they have an access key or a user name?
17   A    They have a user name and password.
18   Each individual at the law firm that has
19   access or is given access has a user name and
20   password.
21   Q    You answered my next question, thank
22   you.  Just to clarify, the law firm doesn't
23   have, say Rubin & Rothman then a log-in.  It
24   is each individual attorney or employee of

Page 49

13 (Pages 46 to 49)

5617607d-8b26-48a6-82a7-5bf102bbb5b08

X. Murphy

1
2    Rubin & Rothman that would have their own
3    log-in?
4        A    That's correct.
5        Q    I guess the same question I asked
6    before, do you know if Midland Credit
7    Management collects any information with
8    respect to log-in/log-off?
9        A    I don't know if we have the ability to
10   do that.
11       Q    Do you know whom I would speak to to
12   find that out?
13       A    I could ask the question, I have never
14   asked that question.  I just don't know if we
15   can do it or not.
16       Q    What department would -- I will not do
17   that, I will do it through Andrew.  I am
18   wondering if there is a person or a group?
19       A    Someone in our operations department.
20       Q    Is there a head of operations?
21       A    The operations department I am talking
22   about is legal collections operations, and
23   there is a head.
24       Q    Who is that?
25       A    His name is Darren, I would probably

Page 50

X. Murphy

1
2    ask my peer.
3        Q    I'm sorry?
4        A    The VP of LC operations is named
5    Darren Herring.
6        Q    What was the last name?
7        A    H-E-R-R-I-N-G.
8        Q    I'm sorry, you personally might ask
9    someone else?
10       A    I might ask my peer, director in that
11   organization.
12       Q    Who would you go to to ask that
13   question?
14       A    I would ask Rich Penrod.
15       Q    R-I-C-H, what was the last name?
16       A    P-E-N-R-O-D.
17       Q    His title was what, I'm sorry?
18       A    Director.
19       Q    Is he a director of anything in
20   particular, is he a director of legal
21   collection operations?
22       A    Yes.
23       Q    We previously discussed there is
24   approximately 25,000 cases on behalf of
25   Midland Funding in the State of New York each

Page 51

X. Murphy

1
2    year.  I understand it is an estimate, let's
3    use 25,000.  Would those be evenly
4    distributed?  Let's go back to when all four
5    were working with MCM.  I know that some are
6    not getting new cases, let's go back to 2009,
7    let's say.  Of the 25,000 would those be
8    equally distributed?
9        A    No.
10       Q    Do you recall what the rough
11   distribution would be?
12       A    I don't.
13       Q    What would be the reason why they
14   wouldn't be evenly distributed?
15       A    It could be a variety of factors, firm
16   capacity and the performance that we talked
17   about.
18       Q    When you say firm performance, on an
19   ongoing basis, the performance of each
20   particular firm, is it analyzed, and then a
21   determination is made of how many more cases
22   you will get in the future?
23       A    That's correct.
24       Q    Does Midland Credit Management provide
25   any sort of protocols or any kind of

Page 52

X. Murphy

1
2    protocols to the law firms about how to
3    collect the debt or do they leave that at the
4    discretion of each law firm?
5        A    Can you clarify what you are asking.
6        Q    Probably after the break, I will show
7    you an engagement letter, at least one
8    engagement letter between Midland and the law
9    firms and there is some discussion of that.
10   I am wondering if there is any sort of a
11   protocol or document or collection of
12   documents that's given to the law firm about
13   the procedures with which to collect debt in
14   any way?
15       A    Yes, we have something called "MCM
16   firm manual."
17       Q    MCM firm manual?
18       A    Yes.
19       Q    That's given to each law firm that
20   holds or attempts to collect accounts on
21   behalf of MCM and Midland Funding?
22       A    That's correct.
23       Q    Does that firm manual differ from
24   state to state?
25       A    It does not.

Page 53

14  (Pages 50 to 53)

5617607d-8b26-48a6-82a7-5bf102bbb5b08

Page 54

```
1              X. Murphy
2         MR. BIANCO:  Did you produce
3    that firm manual?
4         MR. SCHWARTZ:  No, I don't
5    believe we did.
6         MR. BIANCO:  I don't believe I
7    have seen it.
8         MR. SCHWARTZ:  We have not
9    produced the MCM firm manual.
10        MR. BIANCO:  I believe that
11   would fall under at least one of the
12   requests.
13        MR. SCHWARTZ:  I believe we
14   have objected, we will get it in
15   writing, we will see.
16        MR. BIANCO:  We can talk about
17   it off the record.  I wanted to see if
18   it was produced.
19        MR. SCHWARTZ:  I understand.
20   Q    Is this firm manual updated from time
21   to time?
22   A    It is.
23   Q    About how often is it updated?
24   A    Two to three times a year.
25   Q    Each time it is updated, it's provided
```

Page 55

```
1              X. Murphy
2    to all of the law firms across the country
3    that represent MCM or Midland Funding?
4    A    Yes.
5    Q    How is that transmitted to those
6    particular funds?  We can stick within the
7    State of New York to these four firms here.
8    You don't have to describe how it works in
9    all 50 states.
10   A    Via e-mail.
11   Q    With respect to the four law firms
12   involved in this case, do you personally
13   communicate with the law firms?
14   A    Periodically.
15   Q    Would there be anyone else within your
16   group -- again, I am just talking about your
17   group not MCM all over -- that is responsible
18   for communications with the law firm?
19   A    Yes.
20   Q    Who would those people be?
21   A    His name is Shane.
22   Q    S-H-A-N-E?
23   A    Yes, T-E-U-S-C-H, I think.
24   Q    What is Mr. Teusch's title within your
25   group?
```

Page 56

```
1              X. Murphy
2    A    Manager.
3    Q    He is a manager within your group,
4    right?
5    A    Yes.
6    Q    About how often do you personally
7    communicate with the four law firms that are
8    defendants in this case?
9    A    A couple of times a year.
10   Q    You don't have to tell me exactly what
11   is said back and forth.  What is the general
12   subject of the conversation?
13   A    It depends.  We have conferences, and
14   so it depends on who I run into and if I am
15   actually participating in a meeting or just
16   having a hallway conversation.
17   Q    Is that the same for Mr. Teusch?
18   A    No.  He has more frequent
19   conversations.
20   Q    Approximately how many times a month,
21   a year, however you want to phrase it?
22   A    Multiple times a month.
23   Q    Again, without going into specifics at
24   the moment, what is the general function of
25   his communications with these law firms?
```

Page 57

```
1              X. Murphy
2    A    He is talking about legal collection
3    activities with them.  So, accounts placed,
4    the performance we talked about, different
5    things that they are working on, changes at
6    the firms.  Things like that.
7    Q    How do these communications take
8    place, e-mail, phone, both?
9    A    Both.
10   Q    Both e-mail and phone?
11   A    Yes.
12   Q    Is there a point of contact at each
13   particular firm?
14   A    Yes.
15   Q    Do you happen to know who those are,
16   off the top of your head?
17   A    There is a variety, depending on what
18   they are talking about.
19   Q    There are several people within a
20   particular firm that you would speak to
21   depending on the subject matter?
22   A    Yes.
23   Q    Do you remember any specific contact
24   persons within the four law firms that are
25   defendants in this action?
```

15 (Pages 54 to 57)

5617607d-8b26-48a6-82a7-5bf102bbb5b08

## Page 58

X. Murphy

2  A    In regards to what?
3  Q    In regards to anything.  I am just
4 wondering if you remember the people that you
5 have personally spoken with?
6  A    Yes.
7  Q    Who would those be?
8  A    At each firm?
9  Q    Yes, if you can recall.
10  A    Why don't you take me through the
11 firms.
12  Q    Rubin & Rothman first.
13  A    Rubin & Rothman I have the least
14 interaction with, Keith and Frank Rothman.
15  Q    Cohen & Slamowitz, which I think is
16 now a different name?
17  A    Mitchell S-E-L-I-P.
18  Q    It is Selip and --
19  A    Stylianou.
20  Q    Forster and Garbus, I guess?
21  A    Ron and Evan Forster and Mark Garbus.
22  Q    The last one is escaping me.
23        MR. SCHWARTZ:  Pressler.
24  Q    Pressler?
25  A    Mitch, Jerry Felt, I am really close

Page 58

## Page 59

X. Murphy

2 to a break.  Is that what you were going to
3 say?
4  Q    That's exactly what I was going to
5 say.  We have been going for a bit.
6        (Whereupon, a recess was taken
7        from 11:19 a.m. to 11:33 a.m.)
8        MR. BIANCO:  Back on the
9        record.
10  Q    I am going to go back to deal with the
11 accounts again that are placed with the law
12 firms.
13  A    Okay.
14  Q    Once an account, any particular
15 account, is placed with a law firm, are there
16 ever instances where that account is taken
17 back by Midland Credit Management and then
18 placed with another law firm?
19  A    Yes.
20  Q    Under what circumstances would that
21 occur?
22  A    It is very limited, if an account has
23 been placed with a law firm for a certain
24 amount of time and hasn't moved forward, it
25 is unsued, but it is still legally eligible,

Page 59

## Page 60

X. Murphy

2 if it still passes all of those compliance
3 things we talked about, it could be placed to
4 a secondary law firm, but a very small
5 percentage.
6  Q    Approximately what percentage would
7 that be?
8  A    I don't know, but 10 would be a guess.
9  Q    10 percent?
10  A    I don't actually know.
11  Q    Would there be discussions between
12 either yourself, I mean you personally or
13 someone in your group with the law firm
14 before it was taken away or would that just
15 happen?
16  A    Not me personally, it is through YGC.
17 Again, they receive notice that after a
18 certain period of time, the account would be
19 recalled.
20  Q    Is there an ability through YGC or
21 otherwise for a law firm to report that a
22 debt is uncollectible?
23  A    There is close codes, yes.
24  Q    Under what circumstances would a close
25 code be placed by a law firm on YGC?

Page 60

## Page 61

X. Murphy

2  A    The law firms can close the accounts,
3 they could close the account if it is
4 bankrupt, if the consumer is deceased, if
5 there is fraud, et cetera.  So there are a
6 variety of close codes the law firms can send
7 and they send the account back.
8  Q    There are individual close codes for
9 all of the circumstances you mentioned than I
10 guess others?
11  A    Yes.
12  Q    What about in a situation where a
13 debtor couldn't be located, is there a code
14 for that, is there a process?
15  A    Sure.  If they don't have the correct
16 address you mean?
17  Q    Sure.
18  A    They can continue to look for a new
19 address.  I don't remember if there was a
20 close code for that.
21  Q    If a close code was placed on a
22 particular account through YCG and --
23  A    YGC.
24  Q    And then I guess essentially sent back
25 to MCM, would MCM then send it on to another

Page 61

16 (Pages 58 to 61)

5617607d-8b26-48a6-82a7-5bf102bb5b08

```
 1              X. Murphy
 2   law firm or would it just accept the law
 3   firm's determination that it was
 4   uncollectible?
 5   A      It accepts the determination.
 6   Q      Then I guess -- I'm sorry, go ahead.
 7   A      Let me clarify that.  There is a close
 8   code, for instance, if a consumer moves out
 9   of the state.  So, for instance, if a
10   consumer was in New York and the consumer
11   moved to Pennsylvania, for instance, the law
12   firm could close that account back as
13   consumer out of area is our terminology.  And
14   that account could be considered for that
15   strategy that we talked about, that secondary
16   placement provided it passes all other
17   exclusions.
18   Q      MCM would likely place that I guess
19   with the law firm in that particular state
20   for collection, if it was within the statute
21   of limitations?
22   A      Sure.
23   Q      We previously discussed when a
24   portfolio was purchased by MCM on behalf of
25   Midland Funding, there was an analysis that
```

Page 62

```
 1              X. Murphy
 2   goes on and then it is placed with legal,
 3   outside, inside.  I believe you also
 4   mentioned that certain debts come to Midland
 5   that are being paid already?
 6   A   No, no.
 7   Q   Okay.
 8   A   I mentioned that all accounts are
 9   worked internally prior to going to legal.
10   Q   Right.
11   A   If an account is paying, internally it
12   is not going to go to legal.
13   Q   It wouldn't be paying prior to Midland
14   Credit Management taking over management of
15   that particular claim?
16   A   That's correct.
17   Q   It would be that through MCM's
18   efforts, the debtor began to pay?
19   A   That's correct.
20   Q   Obviously, that wouldn't be moved
21   outside of MCM, because there would be no
22   purpose, I guess?
23   A   That's correct.
24   Q   Unless that debtor stopped paying or
25   whatever?
```

Page 63

```
 1              X. Murphy
 2   A    That's correct.
 3   Q    Approximately what percent of a
 4   portfolio, again just a rough percentage of a
 5   portfolio that comes in, what percentage of
 6   debtors would begin paying directly Midland
 7   Credit Management?
 8   A    I don't know.  I don't know that
 9   number.  And I also know it varies a lot by
10   portfolio.
11   Q    How would I find out that information?
12   A    I don't know that we would have a
13   general number for a portfolio because there
14   can be such differences in portfolios.  I
15   don't know that we would provide one number.
16   Q    Approximately how many of all accounts
17   that are brought in are situations where the
18   debtor begins to pay directly MCM before it
19   is moved off to an outside law firm or in
20   some other fashion?
21   A    I actually don't know that number.
22   Q    Is there a way that I can find out
23   that number?
24   A    I mean, I could ask the question.  I
25   just don't know it.
```

Page 64

```
 1              X. Murphy
 2   Q    Who would you ask, you personally?
 3   A    I would probably ask my boss.
 4   Q    Who is your boss?
 5   A    Mike Merle.
 6   Q    M-E-R-L?
 7   A    M-E-R-L-E.
 8   Q    What is his title?
 9   A    VP of legal collections.
10   Q    Are there situations or is there a
11   process by which a law firm can come back to
12   MCM on any particular account and ask for
13   more documentation?
14   A    Yes.
15   Q    How does that process work?
16   A    They can send a code through YGC
17   saying that they need additional
18   documentation.  They can say what type of
19   documentation they need.  And then we go back
20   to the seller and request and receive that
21   information.  When we receive the document, I
22   should say, we place it on the media portal
23   as I mentioned.  I should have clarified
24   earlier, all the documents that we get when
25   we purchase an account are placed on that
```

Page 65

17 (Pages 62 to 65)

5617607d-8b26-48a6-82a7-5bf102bb5b08

X. Murphy

1  media portal.  So everything that we get is
2  placed on that media portal.  When we receive
3  the new document that we have requested, we
4  place it on the media portal and we send
5  another YGC code to the firm, telling them
6  that they can go access that document on the
7  media portal.
8  Q     Do you have an understanding of
9  approximately how many times that happens
10  with any given law firm, meaning half the
11  cases, 10 percent of the cases?
12        MR. SCHWARTZ:  I'm sorry,
13        objection as to form.  What happens?
14        MR. BIANCO:  Fair enough.
15  Q     Any one law firm will have a certain
16  amount of cases.  Let's call it a hundred
17  cases, at any particular time and by a case I
18  mean accounts, accounts that they are trying
19  to collect that ultimately result in
20  litigation, but they have those accounts in
21  their possession.  I am wondering if you have
22  an understanding of how often, you know, a
23  percentage that a law firm would come back to
24  MCM and request more documentation within any

Page 66

X. Murphy

1  particular account?
2  A     I don't know percentage, but I know
3  that it happens very frequently.  I know that
4  on a daily basis, we make available -- as I
5  mentioned, we make available through the
6  media portal all the documents that we
7  already have and our law firms can access
8  that.  If they need additional documentation,
9  as we just talked about, they can ask for
10  that as well and we get that documentation
11  and provide it to them.  I don't know
12  percentage of cases, but I know that on a
13  daily basis, they are asking for additional
14  media and we are receiving additional media
15  and put it on the media portal.
16  Q     That would be through YGC?
17  A     The request is made through YGC, then
18  we state that we have it through YGC.
19  Q     The request would be made through YGC.
20  MCM would go back to the issuer or whoever
21  sold the account to MCM, and then you would
22  either get the document or not.  If you did
23  get a document, you would then let the law
24  firm know through YGC that you have the

Page 67

X. Murphy

1  document, that it was available on the media
2  portal?
3  A     That's correct.
4  Q     Is there any other process by which a
5  law firm can request more documentation
6  through MCM?
7  A     There is a spreadsheet process as
8  well, they can request that, if they need it
9  faster.
10  Q     How would that process work?
11  A     I think it is an Excel spreadsheet.
12  Q     I don't understand the mechanics of
13  it.  Is there a spreadsheet that goes back
14  and forth on a daily basis?
15  A     On a regular basis, I am not sure of
16  the frequency of this, but YGC is the primary
17  way to do it.
18  Q     What is the spreadsheet process
19  meaning, what is on the spreadsheet?
20  A     I actually don't know all the fields
21  on it, but it is a request for additional
22  documentation that they may need faster.  And
23  so we just call it our rush request.
24  Q     Is there any way that a law firm could

Page 68

X. Murphy

1  go or has the ability to go directly to the
2  issuer or the seller of the credit of the
3  debt?
4  A     No.
5  Q     A law firm, again, when I say law firm
6  I am really referring to these four law
7  firms, I don't want to have to think about
8  all 50 states.  There is no process by which
9  one of these four law firms can go directly
10  to Citibank or Bank of America?
11  A     No.
12  Q     Is that a restriction that MCM places
13  on them or has that just never happened any
14  other way?
15  A     Our process is to go through us and
16  that's what we communicate to the firms.
17  Q     How about if a law firm needed a
18  witness from either MCM or the issuer, how
19  would that happen, how would that request be
20  made by the law firm?
21  A     We have a witness request process, so
22  they can ask for a witness.  That's
23  actually -- I don't remember if there is a
24  YGC code for that, but there is a process

Page 69

18  (Pages 66 to 69)

5617607d-8b26-48a6-82a7-5bf102bb5b08

X. Murphy

1                          X. Murphy
2 through a certain mailbox that they can ask
3 for a witness for.
4   Q    Are you not sure if that's through YGC
5 or through some other form?
6   A    I know that there is an e-mail in-box
7 that they ask for the witness.  I don't know
8 if they send a corresponding YGC code as
9 well.
10   Q    What do you mean by e-mail in-box?
11   A    We have a specific method where we say
12 if you need to ask for a witness, utilize
13 this process and there is a specific mailbox
14 that they ask for or that they ask for that
15 witness and they provide certain pieces of
16 information regarding the witness request.
17   Q    That would be an e-mail in-box, I
18 presume?
19   A    Yes.
20   Q    Do you know the URL for that in-box?
21   A    I know the name.
22   Q    What is that?
23   A    LO-legal review.
24   Q    That would be at Midland.com?
25   A    At MCMCG.com.

Page 70

X. Murphy

1                          X. Murphy
2   Q    Who manages that in-box, who monitors
3 it for incoming communications?
4   A    The team of paralegals.
5   Q    Is that a separate department from
6 yours?
7   A    They actually report up through me.
8   Q    They are within your team?
9   A    Yes.
10   Q    How many paralegals manage that
11 in-box?
12   A    We have five and a legal
13 administrative assistant.
14   Q    No lawyers?
15   A    While the team reports up through me,
16 that's from people in a process management
17 perspective, there are attorneys that provide
18 all of the legal direction to the team.
19   Q    There is a process by which these
20 paralegals could seek out legal counsel?
21   A    Absolutely.
22   Q    Either through you --
23   A    They go direct to the attorney, the
24 legal direction comes from an attorney.  In
25 terms of them being on my team, it is really

Page 71

X. Murphy

1                          X. Murphy
2 from a people management perspective.
3   Q    Not to use it in a negative way, they
4 can go around you, I guess?
5   A    Absolutely, and they should.
6   Q    I don't want to mischaracterize.  Do
7 you have an understanding of how often
8 witnesses are requested by law firms?
9   A    I don't know the line of request, no.
10   Q    Whom would I go to to find out?
11   A    I could find that out, I just don't
12 know.
13   Q    Who would you go to to find that out?
14   A    Someone on my team.
15   Q    One of the paralegals?
16   A    The paralegal manager.
17   Q    The paralegal manager's name?
18   A    Colleen D-I-A-Z.
19   Q    She manages the paralegals, is she a
20 paralegal herself?
21   A    She is.
22   Q    Is she in one of the five that you
23 mentioned?
24   A    She is, yes.
25   Q    Does a law firm -- and again I mean

Page 72

X. Murphy

1                          X. Murphy
2 the four law firms within the State of New
3 York here as defendants -- do the law firms
4 have the ability to request a Midland witness
5 or also an issuer witness?
6   A    A Midland, an MCM witness.
7   Q    The process that we were discussing,
8 this in-box LO-legal, that is for the request
9 of a Midland witness?
10   A    That's correct.
11   Q    By Midland I mean MCM.
12   A    Yes.
13   Q    Is there a process by which a law firm
14 can ask for an issuer of credit witness or
15 the seller of the debt witness?
16   A    No.
17   Q    Are you aware of any instance where a
18 law firm requested a witness from the issuer
19 of the credit or the seller of the credit to
20 MCM?
21   A    I am not aware.
22   Q    You are not aware of any process by
23 which that could happen?
24   A    I am not aware of one, no.
25   Q    You are not aware of a code within

Page 73

19 (Pages 70 to 73)

5617607d-8b26-48a6-82a7-5bf102bbb5b08

## Page 74

```
                    X. Murphy
 1
 2   YCG?
 3   A    No.
 4   Q    Or a separate in-box?
 5   A    No, I am not aware of one.
 6   Q    Are you aware of any witness where a
 7   witness of the issuer of credit or seller of
 8   the credit or debt to MCM has produced a
 9   witness?
10   A    That I don't know.
11   Q    How would I find that out, other than
12   through the law firms?  I appreciate that,
13   how would I find that out through MCM?
14   A    I probably would ask our business
15   development team.
16   Q    Do you have an understanding of
17   approximately how long it would take from
18   request to production of a witness from a law
19   firm requested in the in-box to when the
20   witness was actually available?
21   A    I know that we ask for a certain
22   amount of time in advance.  I don't remember
23   the exact time, but obviously we need to make
24   sure the witness is prepared, make travel
25   arrangements, things like that.  It can be --
```

Page 74

## Page 76

```
                    X. Murphy
 1
 2   the operations team?
 3   A    Yes.
 4   Q    Other than being a witness, what is
 5   the responsibilities of an affiant team
 6   member, to the extent you know?
 7   A    They are reviewing all of our
 8   affidavits and really performing the
 9   affidavit function that you said we will get
10   into.
11   Q    They are the ones that I guess review
12   Midland's files with respect to any
13   particular account and then sign an
14   affidavit?
15   A    Yes.
16   Q    Approximately how many people are on
17   the affiant team?
18   A    Slightly more than 35.
19   Q    Does that number change from time to
20   time?  By change I don't mean from 35 to four
21   or three, but does it change from 35 to ten?
22   A    No, it is pretty stable at that
23   number.
24   Q    Do you have an understanding of
25   approximately how many affidavits are
```

Page 76

## Page 75

```
                    X. Murphy
 1
 2   again, I don't remember that certain amount
 3   of time we ask for, but we could schedule
 4   months in advance.
 5   Q    Do you have an appreciation, I don't
 6   necessarily need names, but an appreciation
 7   for who the witness would be, what position
 8   they would hold within MCM?
 9   A    Yes.
10   Q    If you could tell me, I would
11   appreciate it.
12   A    Sure, they would be a member of our
13   affiant team.
14   Q    What is the affiant team?
15   A    They are actually a member of the
16   operational team that I talked about before,
17   and so I don't know their exact title.  I
18   believe it would be legal specialists.
19   Q    We will get to it, they are the ones
20   that would sign the affidavits of fact?
21   A    Yes.
22   Q    You have an understanding of what I
23   mean by that?
24   A    Yes.
25   Q    You said this affiant team is within
```

Page 75

## Page 77

```
                    X. Murphy
 1
 2   executed in any given day by the affiant
 3   team?
 4   A    No, I don't.
 5   Q    Who would you go to to find out
 6   approximately how many affidavits are signed
 7   by the affiant team on any given day?
 8   A    One thing I would mention for the
 9   affidavit process is we don't have any sort
10   of daily requirements, so there is not a
11   certain number of affidavits that an affiant
12   needs to sign on a daily basis.  To answer
13   your daily question, my assumption is that it
14   varies a lot.  I think that would be a
15   difficult question to answer.
16   Q    I appreciate the fact that there is
17   not a quota.  I don't imagine making up
18   affidavits for cases that don't exist, that's
19   not why we are here.  Do you have an
20   understanding of how many are signed per
21   month or per year?  I appreciate the fact
22   that it changes regularly.  Believe me, I am
23   trying to get an understanding of
24   approximately how many are signed in,
25   whatever temporal period you want to use.  If
```

Page 77

20  (Pages 74 to 77)

5617607d-8b26-48a6-82a7-5bf102bb5b08

X. Murphy

Page 78

1    you don't know that's fine, but then I would
2    want to know who to ask?
3    A    I don't remember the number of
4    affidavits that are signed on a monthly
5    basis.
6
7    Q    Again, who would you go to, you
8    personally would go to, to find out that
9    number or to investigate my question?
10   A    Rich, who I mentioned previously, the
11   operations director.
12   Q    Do you have an understanding of before
13   an affidavit is signed by any member of the
14   affiant team what is looked at, meaning what
15   information is available and then actually
16   looked at during that process?
17   A    I do.
18   Q    What would that be?
19   A    I will take a step back for the
20   affidavit process.  The affidavit request
21   comes from the law firms and it comes through
22   YGC, before any supporting information comes
23   from the law firms as well, so there's the
24   account characteristics that go into that
25   affidavit.  Before the affidavit even gets to

X. Murphy

Page 79

1    an affiant, we have a set of system checks to
2    make sure that information is there, that we
3    have all of the information necessary to
4    complete that affidavit and to make sure that
5    there is no weird things with the data.  For
6    instance, no numbers or letters should be --
7    things like that.  If an affidavit doesn't
8    pass any of those systemic checks, it is
9    returned to the law firms and we say, hey,
10   you need to fix this and we say do that
11   through YGC.  If it gets to the affiants,
12   then they are reviewing, they are reading the
13   entire affidavit, every word of it.  Then
14   they are looking at the data elements that
15   the law firms are populating.  So consumer
16   name, things like that against our business
17   records.  I should also mention if any media,
18   any documents are attached to that affidavit,
19   they are also reviewing, they are going to
20   our media portal, pulling down that document
21   and reviewing that whole document as well.
22   Q    You mentioned reviewing all
23   information that's necessary to create the
24   affidavit.  What information would that be,

X. Murphy

Page 80

1    as you used that term?
2
3    A    One thing I should have specified, we
4    have an affidavit management system and then
5    we also have for our affidavits there are
6    basically certain templates, so language that
7    could be used.  When we are creating an
8    affidavit, our lawyers are working with the
9    law firm lawyers to agree upon the language
10   that goes into the affidavit.  When the law
11   firms are actually requesting an affidavit,
12   it has already gone through that legal review
13   programming associated with it, et cetera.
14   So really there are only certain fields of
15   information that could be populated.  For
16   instance, I need an affidavit for consumer A.
17   You would put consumer A's name into that
18   field.  Or if there is balance information,
19   there would be a field and the firm provides
20   that field.  The affidavit template and the
21   language itself cannot be changed, it can't
22   be altered, you can just populate those
23   fields.  Does that make sense.
24   Q    I understand.  Those fields that are
25   capable of being populated by MCM are done by

X. Murphy

Page 81

1    the affiant?
2
3    A    The law firm sends us that
4    information, that populates that field,
5    that's where it goes through the system
6    checks that I mentioned.  To make sure all of
7    those fields are populated with systemic
8    checks.  And then if it passes that, that's
9    when it goes to the affiant.  The affiant is
10   reading the whole affidavit template, but
11   those fields they are matching up against our
12   business records.
13   Q    They are matching the numbers that the
14   law firm has provided against the numbers
15   that MCM had internally from the seller of
16   the credit or already had within its
17   possession?
18   A    Exactly, yes, that's correct.
19   Q    Is it fair to say that the affidavit
20   comes back to MCM or comes really to MCM,
21   essentially, fully drafted by the attorneys?
22   A    That first step, before an affidavit
23   is put into our system, the attorney, the
24   outside attorney works with an MCM attorney
25   to agree upon the language of the affidavit.

21 (Pages 78 to 81)

5617607d-8b26-48a6-82a7-5bf102bb5b08

## Page 82

```
 1                    X. Murphy
 2      That is protected by our system.  So once the
 3      attorney has agreed upon the language, it is
 4      programmed in our system.  Nothing can be
 5      changed except for those fields, those
 6      variable fields, the consumer identified
 7      information and account information.
 8      Q       In every instance -- and by every
 9      instance I mean in each particular case that
10      an affidavit is necessary for any reason, for
11      default or otherwise -- language is agreed
12      upon between the attorney and someone, the
13      outside attorney and an attorney within MCM?
14      A       That is correct.
15      Q       On every case?
16      A       Yes.
17      Q       Do you know how long that process
18      takes approximately?
19      A       We do -- the negotiation?
20      Q       Let me strike all of that.  Let me be
21      clear.  I will make it a little bit more
22      clear.  Do you know how long it takes from
23      the attorney at the outside law firm
24      negotiating terms or negotiating language
25      with the MCM attorney, how long that process
```

Page 82

## Page 83

```
 1                    X. Murphy
 2      takes with respect to any particular
 3      affidavit?
 4      A       I can answer generally.
 5      Q       Generally is fine.
 6      A       For instance, if we have a new firm,
 7      we are working on setting up the affidavits
 8      with the attorneys.  It can take 30 days, 60
 9      days to get that agreement on the language.
10      I think that's generally accurate.
11      Q       My question was a little bit
12      different.  I asked in every instance do they
13      do this.  I believe you said yes.  Meaning
14      that in every single case, meaning every time
15      there is a lawsuit filed on behalf of Midland
16      Funding by an outside law firm where an
17      affidavit is necessary, is there an instance
18      where the law firm discusses with Midland the
19      specific language of that particular
20      affidavit?
21      A       Okay, let me clarify.
22      Q       Sure.
23      A       We set up certain types of affidavits.
24      So for instance, a law firm operates, we will
25      say we will make a new law firm up.  We have
```

Page 83

## Page 84

```
 1                    X. Murphy
 2      a new law firm in the State of New York.
 3      That law firm will say I need these various
 4      types of affidavits.  These are the various
 5      types of affidavits we need.  And so the
 6      attorney will work with our attorney and
 7      agree upon that language.  We call them
 8      templates.  That affidavit type and that
 9      affidavit state is programmed and agreed
10      upon, then that language is controlled.  It
11      is locked in our system.  It can't be
12      changed.  And then it is programmed.  The
13      firms can start using it and requesting the
14      affidavits.  That's where they input those
15      variable fields that we talked about, you
16      can't change language, it is just that.  That
17      affidavit process is kind of locked in.  If a
18      new affidavit is necessary, something changes
19      or there is some new type of affidavit or
20      whatever, then the attorneys will talk and go
21      through that process.  Does that make sense?
22      Q       It does.  Just so I am clear, once a
23      particular type of affidavit is created, a
24      template is created between MCM and any
25      particular law firm, that is used until it is
```

Page 84

## Page 85

```
 1                    X. Murphy
 2      necessary to be changed?
 3      A       That's correct.
 4      Q       Meaning, it is used for all cases
 5      within that time frame until for whatever
 6      reason it needs to be changed, a change of
 7      law or a change of whatever, that template is
 8      used for all cases within that law firm and
 9      that state?
10      A       And that type of activity necessary,
11      yes.
12      Q       In other words, I guess even within
13      the State of New York because Midland I guess
14      currently uses two law firms and previously
15      used four, the four defendants herein, each
16      of the four law firms would have different
17      affidavits for the same type?
18      A       They could, we obviously for
19      consistency sake try to have those be
20      consistent.  Each law firm, each attorney
21      within that law firm would work with our
22      attorney to agree on those templates.
23      Q       I guess that's my question.  Even
24      within the State of New York for very similar
25      cases on a same type of affidavit, there
```

Page 85

22  (Pages 82 to 85)

5617607d-8b26-48a6-82a7-5bf102bb5b08

X. Murphy

**Page 86**

1   could be differences between the law firms?
2   A    There could be, I don't know if there
3   are for New York. I'm not sure. Again, we
4   try to be consistent.
5   Q    I understand. Once that template is
6   set up with a particular law firm and in a
7   particular state for a particular type of
8   affidavit, that affidavit is used for all
9   similar cases going forward until there is a
10  need to change it for whatever reason?
11  A    That's correct, but as we talked
12  about, there are still all of those systemic
13  checks around the information that is
14  populating that affidavit. Then there is the
15  manual review by the affiant before,
16  obviously, the affiant does any signing and
17  anything like that.
18  Q    How is an affidavit requested? What
19  is the process of requesting an affidavit
20  from one of the four law firms to MCM and
21  specifically to the affiant group?
22  A    They send the request through a YGC
23  code.
24  Q    The information necessary to populate
25

X. Murphy

**Page 87**

1   that particular template so it can be signed
2   and sworn by the affiant, how is that
3   information transmitted?
4   A    Through YGC.
5   Q    YGC has the capability of the law firm
6   to provide the information, I guess back to
7   MCM for population of the affidavit?
8   A    Yes, that's correct.
9   Q    Is that same information already in
10  YGC, meaning that similar information, for
11  example, the debtor's name is already there
12  and they have the ability to change it or is
13  that something that they create themselves?
14  A    YGC can communicate both ways,
15  obviously. So we are sending consumer
16  information to the law firms through YGC, and
17  then law firms can actually send us
18  information as well. With affidavits they
19  say I need this type of affidavit and they
20  send us that particular code and they send us
21  the supporting information that goes along
22  with that. Does that answer your question.
23  Q    Sort of. I guess my question is, as
24  you said YGC goes both ways. So you have Joe
25

X. Murphy

**Page 88**

1   Smith and then all of the information that
2   follows Joe Smith along being transmitted to
3   the law firm. Then when that law firm needs
4   an affidavit, they don't then have to retype
5   in Joe Smith or do they?
6   A    They do. They have to send all of
7   that to us and again, that's where our system
8   is looking to do the systemic checks. Does
9   this match what we expect, if it doesn't it
10  gets sent back to them as a reject. If it
11  does, it comes through to us and that's where
12  the affiant would look up Joe Smith. Would
13  see Joe Smith on the affidavit requested by
14  the law firm, and would pull up Joe Smith in
15  our system and say do those names match
16  exactly. They are matching all of the data
17  elements that the law firm has requested to
18  the data elements in our system, and
19  obviously that's the information that came
20  from the seller.
21  Q    That, I guess, prereview before the
22  affiant actually receives the populated
23  affidavit, that's done electronically?
24  A    There is systemic checks for certain
25

X. Murphy

**Page 89**

1   things. And yes, that's done through our
2   system. Then if it passes that, then it goes
3   for the manual review by the affiant.
4   Q    That's what I mean, it is electronic
5   meaning that there is not a person that is
6   comparing names and numbers?
7   A    That's what I mean by the manual
8   review, yes, there is the system check first.
9   If it passes the system check, then it goes
10  to a person and the person is looking at, the
11  person is the one who is reading the
12  affidavit and is also -- I have seen them,
13  right, they have their dual screens. They
14  have the affidavit here, they have our
15  business records here, and they are matching
16  everything up. There is the systemic check
17  and then when I say manual, it is a person
18  doing the work.
19  Q    That would be the affiant?
20  A    Yes.
21  Q    I'm sorry. What I meant was, before
22  it gets to the affiant, the review, the
23  systemic review as you characterized it is
24  electronic?
25

23 (Pages 86 to 89)

5617607d-8b26-48a6-82a7-5bf102bbb5b08

X. Murphy

1                X. Murphy
2   A   Yes.
3   Q   I am sure my questions weren't
4  perfect.  Once the systemic electronic check
5  is done and I presume it passes, then it
6  moves to the affiant.  The affiant then goes
7  through what the affiant goes through before
8  signing and notarizing it?
9   A   That's correct and obviously if
10  everything passes all of the affiant's
11  review, then the affiant actually is sworn
12  in, notarized -- I'm sorry, sworn in and
13  signs the affidavit in the presence of a
14  notary.
15   Q   I believe you said a couple of times
16  that the affiant reads the entire affidavit
17  each time?
18   A   That's correct.
19   Q   Even though it is essentially a
20  template except for the few different pieces
21  of information that goes in, the affiant
22  reads the entire affidavit each time?
23   A   That's correct.
24   Q   Do you know how long it takes
25  approximately an affiant, once he or she

Page 90

X. Murphy

1  receives the information, and I believe you
2  said they have kind of a dual screen system
3  where they have the populated affidavit here
4  and then have the information on a separate
5  screen presumably right next to it, can you
6  approximate how long it takes to review the
7  information before signing off?
8   A   It varies, there are obviously
9  different types of affidavits, so we wouldn't
10  have an answer to that.
11        MR. BIANCO:  What I will mark
12    is a collection of court filings in a
13    case Midland Funding, LLC A/P/O
14    Citibank (South Dakota) N.A. Plaintiff
15    against Madge Shipman, M-A-D-G-E
16    S-H-I-P-M-A-N.  The index number is
17    BAC-12.  This was produced by Forster
18    and Garbus.
19        (Whereupon, Plaintiffs' Exhibit
20    2, collection of court filings in a
21    case Midland Funding, LLC A/P/O
22    Citibank (South Dakota) N.A. Plaintiff
23    against Madge Shipman was hereby
24    marked for identification, as of this

Page 91

X. Murphy

1    date.)
2   Q   Take a moment to briefly review it.  I
3  am only going to have questions about the
4  affidavit which appears on the third, fourth
5  and fifth page of this collection, feel free
6  to review anything that you wish.  Just let
7  me know when you are ready.
8        (Witness reviews the document.)
9   A   Okay.
10   Q   If you could turn to again the third
11  page, Affidavit of Facts is the title of the
12  document.  It is pursuant to the same lawsuit
13  that I mentioned on the record when I marked
14  the document.  We have been talking about
15  affidavits, is this an example of one of the
16  affidavits that you are referring to?
17   A   Yes.
18   Q   This is an affidavit of fact, it looks
19  like it is signed by Heidi Hennen; do you see
20  that?
21   A   I do.
22   Q   Do you know who that is?
23   A   I don't know Heidi.
24   Q   She represents that she is a legal

Page 92

X. Murphy

1  specialist.
2   A   Yes.
3   Q   Within Midland Credit Management,
4  Inc.?
5   A   Yes.
6   Q   The first line of the paragraph
7  identified as number 1, it says "I am a legal
8  specialist and have access to pertinent
9  account records."  Do you see that?
10   A   Yes.
11   Q   We briefly discussed the process, do
12  you have an understanding of what she means
13  here when she says access to pertinent
14  account records?
15   A   Yes, the process that we talked about.
16   Q   That would be what is available on the
17  computer screen?
18        MR. SCHWARTZ:  I'm sorry, I
19    will object.  Can you read that
20    sentence in its entirety?  I think you
21    are taking terms out of context.  It
22    refers to the pertinent account
23    records from Midland Credit
24    Management.  I don't want to confuse

Page 93

24  (Pages 90 to 93)

5617607d-8b26-48a6-82a7-5bf102bbb5b08

## Page 94

```
 1                    X. Murphy
 2         that with pertinent records that exist
 3     in the universe.
 4              MR. BIANCO:  That's fine.
 5     Q      With that qualification, I certainly
 6     mean as it says, access to pertinent account
 7     records for Midland Credit Management.  The
 8     question is, we discussed what the process is
 9     that a legal specialist goes through before
10     executing an affidavit?
11     A      Yes.
12     Q      Those are the same account records
13     that you have identified that are available
14     on the dual screen system?
15     A      Yes.
16     Q      Do you have an understanding of how
17     long those particular account records are
18     kept by Midland Credit Management?
19     A      Yes.
20     Q      How long is that?
21     A      Pretty much indefinitely.
22     Q      You don't know of any particular
23     deletion or destruction policy that has some
24     sort of a temporal limit, seven years, ten
25     years?
```

## Page 95

```
 1                    X. Murphy
 2     A      We have a retention policy, but in
 3     practicality we are keeping account records
 4     forever.
 5     Q      Even after a case is fully closed and
 6     paid or whatever the disposition is, Midland
 7     Credit Management still keeps those records?
 8     A      Yes.
 9     Q      In perpetuity?
10     A      Yes.
11     Q      When we talk about access to these
12     pertinent account records, as is stated here
13     or just in general, are those records that
14     are held by Midland Credit Management or are
15     those we previously discussed records that
16     can be accessed through the issuer of credit
17     or a third-party's FTP site?
18     A      Let me clarify that.  When we purchase
19     accounts, information is transferred to us
20     and data is transferred to us, documents are
21     transferred to us and we put it into our
22     system of record.  What we are talking about
23     here is the affiant accessing Midland's
24     account records that have come from the
25     issuer or from the seller.  We have this
```

## Page 96

```
 1                    X. Murphy
 2     available on our system of record.  It has
 3     been transferred to us.
 4     Q      This isn't a situation where the legal
 5     specialist would be accessing some other
 6     outside of MCM computer system, this would be
 7     documents or information that is possessed
 8     electronically but possessed within MCM?
 9     A      Yes.
10     Q      Let's go down to what is identified as
11     paragraph number 8.  I will read the whole
12     thing.  It says:
13             "This affidavit is executed for
14         the purpose of enabling plaintiff to
15         obtain a default judgment against
16         defendant herein for the defendant's
17         failure to answer or otherwise defend
18         as to plaintiffs' complaint."
19         Do you see that?
20     A      Yes.
21     Q      I know I have asked this question sort
22     of in a different way.  Do you have any idea
23     approximately how many affidavits are
24     produced by MCM for default judgments as a
25     percentage of total accounts held by MCM?
```

## Page 97

```
 1                    X. Murphy
 2     A      I don't, no.
 3     Q      Would that change within the State of
 4     New York?
 5     A      I don't know.
 6     Q      Across the country?
 7     A      I don't know the answer, no.
 8              MR. BIANCO:  Off the record.
 9              (Whereupon a discussion was
10         held off the record.)
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

25 (Pages 94 to 97)

5617607d-8b26-48a6-82a7-5bf102bb5b08

```
                          X. Murphy
 1              X. Murphy                    1    first of all, when the firm asks for a
 2       (Whereupon, a luncheon recess       2    witness, they have to tell us why they need
 3     was taken at 12:28 p.m.)              3    the witness.  We want to understand the
 4      A F T E R N O O N   S E S S I O N    4    reason for the witness and our paralegals,
 5       (Time noted: 1:21 p.m.)             5    our attorneys will review and what make a
 6   EXAMINATION (Cont'd.)                   6    decision based on does it make sense to send
 7   BY MR. BIANCO:                          7    a witness in that case.
 8   Q     You understand that you are still 8    Q     Do you personally have any involvement
 9   under oath?                             9    in the decision-making process for a witness?
10   A     Yes.                             10    A     I don't.
11   Q     Let's just go back to a few things 11   Q     I believe you said it would be the
12   that we covered, with a few follow-up  12    paralegals?
13   questions.  We discussed certain instances 13 A    And the attorney.
14   where MCM would produce a witness for one of 14 Q   I was going to get to that.  Are you
15   the four law firms or any law firm with 15    referring to the paralegals within your
16   respect to a lawsuit against a debtor. 16    department though?
17       I am wondering if there is a threshold 17 A    Yes.
18   monetary amount that MCM follows for which it 18 Q   Then attorneys that are outside of
19   would provide a witness in a particular case? 19 your department?
20       (Telephone interruption.)          20    A     They are within our department, they
21       THE WITNESS:  I'm sorry, I am      21    are not within my team.
22   going to turn my phone off.            22    Q     I'm sorry.  I will use team.  The five
23   A     I am not aware of one.           23    paralegals I believe you mentioned, those are
24   Q     There is no hard number where a  24    within your team?
25   witness either would or would not be   25
```

Page 98 / Page 100

```
 1              X. Murphy                    1              X. Murphy
 2   produced?                               2    A     Yes, they report up through me.
 3   A     No.                               3    Q     That's the paralegals we are
 4   Q     Is there a threshold amount for which 4  discussing when you said that's who would
 5   MCM would not place a certain account with 5   make a determination or be involved in the
 6   one of the four law firms here?         6    determination?
 7   A     Yes.                              7    A     Yes.
 8   Q     What is that threshold amount?    8    Q     The lawyers who would be involved in
 9   A     I don't remember for New York.    9    the determination would be part of what team
10   Q     Do you have an approximation, is it a 10 or department?
11   thousand, 500?                         11    A     They are within our legal
12   A     It would be between 500 and a    12    organization, so they are within our legal
13   thousand.                              13    department, but they support legal
14   Q     Let's just use 750, say it was a $750 14 collections.
15   account and there was a lawsuit filed.  Do 15  Q     They are not on your team?
16   you know whether MCM would be willing to 16    A     No.
17   produce a witness in a case for $750?  17    Q     These would be the same attorneys that
18   A     It depends on other factors associated 18 the paralegals would go, I guess as we
19   with the case, so balances are a component, 19 termed, around you if they needed to discuss
20   but there are others as well.          20    legal issues?
21   Q     What other factors other than balance 21 A    Yes.
22   would go into that determination on whether 22 Q    Again, there is no hard and fast
23   or not to provide a witness for a law firm 23   number for which Midland would or would not
24   upon request?                          24    provide a witness?
25   A     I think we are trying to understand -- 25 A    No.
```

Page 99 / Page 101

26 (Pages 98 to 101)

5617607d-8b26-48a6-82a7-5bf102bb5b08

```
 1                  X. Murphy
 2     Q    We discussed previously that when a
 3  portfolio account comes in as a preanalysis,
 4  who handles that analysis?
 5     A    Our business development team does the
 6  first analysis.  There are multiple analyses
 7  and there is another department that
 8  participates in the analysis process as well,
 9  named Decision Science.
10     Q    Decision Science?
11     A    Yes.
12     Q    What is the hierarchy then, what is
13  the difference between the analysis that the
14  business development team would go through
15  versus this other entity, Decision Science?
16     A    They are very similar, but basically
17  when we are evaluating a portfolio, we want
18  to make sure that we are getting all of the
19  information, both data and documents that we
20  need.  We want to make sure that it is
21  accurate, so we do multiple steps around
22  looking at that data documents, and we have
23  similar processes done multiple times,
24  basically.
25     Q    Who would get an account first?
```

```
 1                  X. Murphy
 2     A    The business development team does the
 3  first review.
 4     Q    The business development team would
 5  make a decision and put it in a particular
 6  category, either it would go to legal or stay
 7  in-house?
 8     A    No, you were talking about -- I
 9  thought you were talking about evaluating
10  portfolios for purchase.  Was I
11  misunderstanding?
12     Q    Actually no.  I meant once you have
13  the portfolio in-house.
14     A    Can you take a step back and reask
15  your question.
16     Q    Sure.  We can get back to that.  My
17  question was, when a portfolio has already
18  been purchased on behalf of Midland Funding
19  and now the responsibility for that portfolio
20  rests with MCM, the deal is closed,
21  information has been transferred, what
22  organization or team or group does the
23  analysis of where each account should go,
24  meaning it should go to outside counsel, it
25  should stay in-house, that type of
```

```
 1                  X. Murphy
 2  determination?
 3     A    Inventory management.
 4     Q    After I guess collection attempts are
 5  made on all accounts before they would go
 6  outside?
 7     A    Yes.
 8     Q    Who handles initial collection
 9  attempts, what group or organization handles
10  collection attempts within Midland Credit
11  Management before these accounts are placed
12  anywhere else?
13     A    Internal operations.
14     Q    What happens in internal operations,
15  is that letters, phone calls, what
16  exactly happens?  Again, I understand
17  different accounts are probably a little
18  different.  Generally what happens with a
19  particular account?
20     A    Well, obviously, accounts are
21  receiving their initial demand letter,
22  notification that Midland Credit Management
23  is servicing the account, meaning Midland
24  Funding owns it.  There is that letter, other
25  letters can be sent out, call attempts as
```

```
 1                  X. Murphy
 2  well.
 3     Q    Just to step back, we discussed
 4  previously that Midland Credit Management
 5  really keeps its records in perpetuity?
 6     A    Yes.
 7     Q    Would that include not only
 8  information received from the issuer of
 9  credit or the seller, but also letters that
10  are sent out on behalf of Midland Credit
11  Management or Midland Funding?
12     A    Yes, I don't know if there is a time
13  limit on there.  I don't believe there is,
14  but yes, we would retain that.
15     Q    The documents that are produced by MCM
16  may be subject to a different retention
17  policy; is that what you were saying?
18     A    I believe we keep them for the same
19  amount of time.  I am not sure though, but it
20  would be a very significant amount of time
21  and my understanding is that we keep those as
22  well.
23     Q    After initial collection attempts by
24  Midland Credit Management are made, and let's
25  take the instances where the debtor doesn't
```

5617607d-8b26-48a6-82a7-5bf102bbb5b08

## Page 106

X. Murphy

```
 1                 X. Murphy
 2   start paying, we discussed what happens when
 3   they do, where do the accounts go after that?
 4   A     Can you reask your question.
 5   Q     Let's give an example of an account
 6   that has been determined once it came in that
 7   it should go to outside counsel?
 8   A     Okay.
 9   Q     Midland made its attempts to collect,
10   it has complied with sending out its letters
11   and making its phone calls, does that go
12   directly to the lawyer's outside counsel or
13   does that go through another step in the
14   process?
15   A     Prior to the account going to the law
16   firms, it will be worked in a group called
17   Recovery, which basically we know that those
18   accounts will be sent to the law firms,
19   provided they pass all the exclusions, et
20   cetera.  That's a group that will inform the
21   consumer that that's the next step in the
22   process.
23   Q     Does Recovery take any steps to
24   collect the debt?
25   A     Yes.
```

Page 106

## Page 107

X. Murphy

```
 1                 X. Murphy
 2   Q     They do?
 3   A     Yes, they are calling and doing -- it
 4   is part of that internal operations group, so
 5   really it would be once the account has gone
 6   through that process, and we have done the
 7   calling, we have done the lettering, if the
 8   account is going to go to legal collections
 9   and it passes all of those exclusions, then
10   that's when it would be placed.
11   Q     By legal collections, you mean
12   third-party law firms, like the four
13   defendants here?
14   A     It could also be internal legal.
15   Q     That was my next question.  Let's take
16   an example, an account that doesn't meet the
17   monetary threshold which we discussed or is
18   close to the statute of limitations as we
19   previously discussed, what happens to that
20   account that's maintained or kept within
21   Midland and not sent out to a third party?
22   A     Legal collections could be through
23   third parties or it could be internal legal.
24   We are talking about pursuing legal
25   collections on the account, so those
```

Page 107

## Page 108

X. Murphy

```
 1                 X. Murphy
 2   exclusions that I talked about are for legal
 3   collections.  If an account is not going to
 4   pass those thresholds, it won't go to legal
 5   collections.  It can stay and continue to be
 6   worked internally through calls, letters, but
 7   there would be no talk of legal collections.
 8   Q     An account that didn't meet the
 9   threshold or was too close to the statute of
10   limitations wouldn't leave is that Recovery?
11   A     Internal operations.
12   Q     Which Recovery is a part of?
13   A     Yes, it is a subset.
14   Q     Those accounts would simply stay with
15   internal operations for continued collection
16   after?
17   A     Yes.
18   Q     We talked briefly about the ability of
19   MCM or the law firms through MCM to go back
20   to the issuer of credit or the seller to get
21   more documents.  Is there any type of a
22   charge for that from the seller or the issuer
23   of credit to collect more documents than you
24   were provided initially?
25   A     I will take a step back.  We did talk
```

Page 108

## Page 109

X. Murphy

```
 1                 X. Murphy
 2   about this, but when our business development
 3   team is purchasing portfolio or participating
 4   in that process, I think I mentioned that we
 5   understand the importance of media.  We call
 6   documents media, so this is something that we
 7   negotiate for very heavily.  We talk to our
 8   sellers about it, we try to get as much
 9   documents upfront as we can.  We follow those
10   documents as we talked about.  They are put
11   on our system, et cetera.  As part of the
12   negotiations, we are negotiating to get as
13   much as we can.  Sometimes we get media
14   without a cost, we, being Midland, and
15   sometimes we have to pay a cost.  The cost is
16   borne by Midland.  It is not -- the law firms
17   do not pay a cost to order additional media.
18   Q     Midland would have to pay that fee?
19   A     Yes.
20   Q     On behalf of the law firms or for that
21   documentation that would then be provided to
22   or at least accessible by the law firms?
23   A     I should also mention we talked about
24   the fact that when we place an account to a
25   law firm, that there is -- any media that we
```

Page 109

28  (Pages 106 to 109)

5617607d-8b26-48a6-82a7-5bf102bbb5b08

```
 1                  X. Murphy
 2    already have, we place to that law firm or it
 3    kind of goes along with the account.  They
 4    can access the media.  One thing I should
 5    have mentioned is that our law firms are
 6    experts in their jurisdictions, right, so we
 7    are talking about New York.  Our New York
 8    firms will tell us what media is required to
 9    file a lawsuit, to obtain a judgment, et
10    cetera.  We include that in our placement
11    strategy.  So what I mean by that is if a
12    certain piece media is required, we are going
13    to order that media regardless of cost.  You
14    are asking about cost, we order that media
15    prior to placing the account to the law firm
16    so that we make that media available to them.
17    Then as we talked about, if they don't have
18    what they need or if they need something
19    else, they can order that.
20    Q      Each law firm or all the law firms
21    collectively, how do they inform MCM what is
22    required in a jurisdiction, in what format do
23    they do that?  Do they provide a memo,
24    e-mail?
25    A      Conversations.
```

Page 110

```
 1                  X. Murphy
 2    Q     Conversations, it is all verbal
 3    conversations?
 4    A     Yes.
 5    Q     I don't necessarily need a particular
 6    name at the moment, but with whom would those
 7    conversations take place at MCM?
 8    A     Typically it would be one of my team
 9    members and an attorney.
10    Q     There would be someone from your team
11    that would be involved in the conversation?
12    A     Yes.
13    Q     Then there would be someone from
14    legal --
15    A     Attorneys we talked about before, yes.
16    Q     Let's just get back to the in-house
17    attorney group: do they have a particular
18    name?
19    A     Internal legal.
20    Q     That's their --
21    A     It is part of legal collections, but
22    yes, internal legal.
23    Q     Internal legal is the lawyers within
24    the collection efforts?
25    A     Yes.
```

Page 111

```
 1                  X. Murphy
 2    Q     Is there a supervising attorney?
 3    A     Yes.
 4    Q     Who would that be?
 5    A     April Lindauer, L-I-N-D-A-U-E-R.
 6    Q     Do you know her title?
 7    A     Director.
 8    Q     Director of internal legal?
 9    A     I think it is director, legal.
10    Q     Do you know about how many people, how
11    many attorneys are in the attorney legal
12    department?
13    A     I don't know the total number of
14    attorneys.
15    Q     Approximately?
16    A     I actually don't want to guess.
17    Q     More than ten, less than ten, more
18    than a hundred?
19    A     More than ten.
20    Q     More than ten, less than a hundred?
21    A     I think, yes.
22    Q     With respect to these conversations
23    about what law firms within a particular
24    state would need to prove their case or to be
25    able to file a lawsuit or whatever the case
```

Page 112

```
 1                  X. Murphy
 2    may be, how often do those conversations take
 3    place?
 4    A     Really, whenever is necessary, so the
 5    beginning of the relationship, whenever
 6    anything changes.
 7    Q     I know you said your team, have you
 8    ever been personally involved in these
 9    conversations?
10    A     Yes.
11    Q     Do you recall approximately how many,
12    in New York, if you remember?  I am talking
13    about the four law firms that are defendants
14    in this case.
15    A     It's pretty frequent.  New York has a
16    lot of activity, but my conversations more
17    are -- no, that's right.
18    Q     About how many?  Again, I am not
19    asking you for hard figures, I am trying to
20    understand approximately how many times you
21    have these types of conversations.
22          MR. SCHWARTZ:  I will object as
23       to form.  I think she has answered.
24          Go ahead, I'm sorry.
25    A     I don't know.
```

Page 113

29 (Pages 110 to 113)

5617607d-8b26-48a6-82a7-5bf102bbb5b08

## Page 114

X. Murphy

1

2  Q    Other than yourself, is there another
3  specific person within your group that's
4  responsible for these conversations?
5  A    For New York it would be Shane.
6  Q    The same person we discussed before?
7  A    Yes.
8  Q    No one else within your group?
9  A    Within my direct team?
10  Q    I'm sorry, team.
11  A    No.
12  Q    Discussing the affiant team again.  Do
13  you know if there are manuals that the
14  affiant team is required to follow or whether
15  there is a protocol within the affiant team
16  that they are required to follow with respect
17  to the process of creating an affidavit?
18  A    Yes.
19  Q    There is a manual or protocol?
20  A    Yes.
21  Q    Is there a title to that protocol?
22  A    I don't know the title.  I know they
23  have various procedures.
24  Q    Do you know how those procedures are
25  captured?  Is it in a book?  Is it an

Page 114

## Page 115

X. Murphy

1

2  electronic document?  Is it something that
3  sits on their desk?
4  A    An electronic document.
5  Q    Are there any manuals or protocols,
6  procedures that are written for your team,
7  your particular team?
8  A    Yes.
9  Q    What would those be?
10  A    We have a third-party management
11  policy.
12  Q    Is that something that everybody has a
13  copy of or is it accessible through an MCM
14  system?
15  A    Yes, it is accessible through a
16  system.
17  Q    Is that handed out to everyone when
18  they join the team?
19  A    It is made available to them through
20  that system.
21  Q    Back to the affidavits, I know we
22  asked you on several occasions the types of
23  affidavits.  Do you have an understanding of
24  the different types of affidavits?  When you
25  say types of affidavits, can you articulate

Page 115

## Page 116

X. Murphy

1

2  differences between one or more of them?
3  A    Not very well.
4  Q    Again, this is your understanding, I
5  understand you are not a lawyer.  I
6  understand you are not an affiant, for the
7  most part.
8  A    Affidavit of record, I know titles,
9  but I don't have really knowledge or
10  involvement.
11  Q    Of the substance?
12  A    No.
13  Q    With respect to the notaries, I
14  believe you said something -- I don't want to
15  put words in your mouth, so feel free to
16  correct me -- you said something along the
17  lines that each time the affiant signs an
18  affidavit, they are sworn by the notary.  Did
19  you say something like that?
20  A    That's correct, they are sworn in by
21  the notary, they are across the desk from the
22  notary, sworn in and they sign the affidavit
23  in the presence of the notary.
24  Q    That happens with every affidavit
25  that's signed?

Page 116

## Page 117

X. Murphy

1

2  A    Yes.
3  Q    It is not that they are sworn in in
4  the morning and they sign affidavits all day,
5  it is with each affidavit that's executed?
6  A    They may sign multiple affidavits at
7  one point in time, but every time they go
8  over to sign, they are sworn in.
9  Q    Every time there is a reasonable break
10  between signing affidavits, they are resworn?
11  A    Yes.
12  Q    I presume the affidavits are
13  maintained, copies of the affidavits are
14  maintained by MCM?
15  A    I don't actually know that.  I believe
16  that they are mailed to the law firms.
17  Q    Again, I don't want to put words in
18  your mouth, the original affidavit is mailed
19  or sent in some fashion to the law firm?
20  A    Yes.
21  Q    You don't believe that Midland Credit
22  Management maintains a copy?
23  A    I don't believe so.
24  Q    Do you know why that is?
25  A    No.

Page 117

30  (Pages 114 to 117)

5617607d-8b26-48a6-82a7-5bf102bb5b08

X. Murphy

```
 1                X. Murphy
 2          (Whereupon, Plaintiffs' Exhibit
 3      3, document entitled "Collection
 4      Agreement," between Midland Credit
 5      Management and Rubin & Rothman, dated
 6      April 27, 2006 was hereby marked for
 7      identification, as of this date.)
 8          MR. BIANCO:  For the record,
 9      what has been marked as Plaintiffs'
10      Exhibit 3 is a document entitled
11      "Collection Agreement."  It appears to
12      be a collection agreement between
13      Midland Credit Management and Rubin &
14      Rothman.  It is dated April 27, 2006.
15      It has been Bates stamped MC-0813
16      through 0837.
17  Q     I will give you a few minutes to
18  review this, Miss Murphy.  I will have some
19  specific questions, but I will direct you to
20  the information I am interested in.
21          (Witness reviews the document.)
22  A   I am fine.
23  Q     Have you seen this document before?
24  A   I may not have seen this exact
25  version.  It is 2006, I did not work here at
```

Page 118

X. Murphy

```
 1  this point.
 2  Q     Have you seen collection agreements of
 3  similar import?
 4  A   Yes.
 5  Q     In what context would you have seen
 6  them, through counsel, or is this just part
 7  of your regular job for MCM?
 8  A   Part of my regular job.
 9  Q     Do you have any input with the
10  creation of these documents or do you just
11  review them after the fact?
12  A   The documents are created by
13  attorneys.
14  Q   Right.
15  A   I can provide input, yes.
16  Q     Have you provided input on the
17  creation of collection agreements?
18  A   Yes, I have.
19  Q   What type of input would that be?
20  A   More around the exhibits.
21  Q     By exhibits, just so we are clear on
22  the record, you mean Exhibit A starting at
23  page 15, MCM-0827?
24  A   Yes.
```

Page 119

X. Murphy

```
 1                X. Murphy
 2  Q     Then the following exhibits, I believe
 3  it is only A and B?
 4  A   Yes.
 5  Q     There is a C but it is only one page
 6  and it is almost entirely redacted.  What
 7  type of input would you have with respect to
 8  the exhibits?
 9  A   The exhibits are really more business
10  processes rather than the collection
11  agreement in my terms are more legalese.  I
12  have input into the fact that these are more
13  business-related things.
14  Q     With respect to the exhibits, are they
15  initially created by someone else or is this
16  something that your department would create?
17  I'm sorry, your team would create?
18  A   These are actually created by my team
19  and then approved by legal.
20  Q   The exhibits you are referring to?
21  A   Yes.
22  Q   We will get back to the exhibits,
23  let's start from the beginning.  I will take
24  you to the first "whereas" clause on the
25  first page.  I can read it for the record.
```

Page 120

X. Murphy

```
 1                X. Murphy
 2  Are you there?
 3  A   Yes.
 4  Q   It says:
 5          "Whereas, certain subsidiaries
 6      of MCM (the 'MCM Owners') own certain
 7      charged-off consumer and commercial
 8      receivables and intend to continue to
 9      acquire charged-off consumer and
10      commercial receivables in the future
11      (such receivables are more
12      particularly described below, the
13      'Accounts')."
14          It mentions here certain subsidiaries.
15  I believe the only subsidiary we discussed
16  that owns the accounts would be Midland
17  Funding; is that correct?
18  A   That's the only one we discussed, yes.
19  Q     When it says subsidiaries, there is no
20  other subsidiary other than Midland Funding
21  with respect to the MCM management?
22  A   At this point in time, there were some
23  other very small subsidiaries that were
24  similar to Midland Funding, LLC in that they
25  took title to the debt, but they are not used
```

Page 121

31 (Pages 118 to 121)

5617607d-8b26-48a6-82a7-5bf102bb5b08

X. Murphy

```
 1                X. Murphy
 2   anymore.
 3   Q     Do you remember the names of those
 4   subsidiaries?
 5   A     MRC Receivables and the other one has
 6   some initials that I don't remember.
 7   Q     MRC Receivables, and the other one you
 8   can't recall at the moment, were they in the
 9   same form and function of Midland Funding,
10   meaning no employees, literally just a
11   holding company, if you will?
12   A     Yes.
13   Q     You said those no longer exist?
14   A     We don't -- they don't take title to
15   any new debt.
16   Q     They may have some debt that hasn't
17   been fully closed off yet, but they don't
18   take any new business?
19   A     Yes.
20   Q     The second "whereas" clause I will
21   read it for the record.
22         "MCM acts on behalf of the MCM
23         Owners, as an independent contractor,
24         in connection with debt collection
25         activities, as well as general
```

Page 122

```
 1                X. Murphy
 2   administrative and non-collection
 3   activities relating to the Accounts."
 4         Do you have an understanding of what
 5   general administrative and non-collection
 6   activities means as it is used therein?
 7   Again, I am asking for your understanding, I
 8   am not asking for anything else.
 9   A     I mean I could garnish a guess, around
10   HR, but I don't know.
11   Q     I don't want you to guess.  If you
12   have an understanding of what general
13   administrative and non-collection activities
14   mean, I appreciate it.  If not, I don't
15   expect you to speculate.
16   A     No.
17   Q     That's a no?
18   A     I don't know.
19   Q     If we jump to the second page all the
20   way down at the bottom, paragraph 2.2,
21   Collection of Placed Accounts.  Do you see
22   that?
23   A     Yes.
24   Q     Then 2.2.1, it says Manner of
25   Collection?
```

Page 123

X. Murphy

```
 1                X. Murphy
 2   A     Yes.
 3   Q     I am not going to read the whole thing
 4   into the record, but generally this provides
 5   or requires that the law firms comply with
 6   applicable law.  Do you see that there?
 7   A     That's correct.
 8   Q     Does MCM have a system for monitoring
 9   the law firms' compliance with applicable
10   law?
11   A     What do you mean by a system?
12   Q     Let me read part of it into the
13   record.
14         "Manner of collection in
15         accepting the placement of Accounts
16         from MCM, the Firm, meaning Rubin &
17         Rothman in this instance, but other
18         firms in other instances shall abide
19         by, and conduct all of its activities
20         in the manner consistent with the then
21         current Procedures and all applicable
22         local, state, and federal laws, rules,
23         and regulations including, without
24         limitation," then it goes into some
25         specifics.
```

Page 124

```
 1                X. Murphy
 2         Does MCM take any steps to monitor its
 3   law firms' compliance with applicable local,
 4   state, and federal laws as described herein?
 5   A     Yes.
 6   Q     What is done?
 7   A     We have an audit program, essentially,
 8   to evaluate this.
 9   Q     Is that run by your team?
10   A     No.
11   Q     Who runs this audit of the law firms
12   for legal compliance?
13   A     A separate group, Enterprise Risk
14   Management.
15   Q     Is that the only thing that Enterprise
16   Risk Management does?
17   A     No, they do other stuff.
18   Q     Who is the head of Enterprise Risk
19   Management?
20   A     Doris Hector.
21   Q     How do you spell the last name?
22   A     H-E-C-T-O-R.
23   Q     Is Miss Hector an attorney?
24   A     I don't know.
25   Q     Do you know if there are attorneys
```

Page 125

32 (Pages 122 to 125)

5617607d-8b26-48a6-82a7-5bf102bbb5b08

```
 1              X. Murphy
 2   specifically assigned to the Enterprise Risk
 3   Management Group?
 4   A      Yes, there are.
 5   Q      Are those also attorneys that work in
 6   other areas or are they just specifically
 7   assigned to this group?
 8   A      There are specific attorneys assigned
 9   to this group.
10   Q      They would report to Miss Hector or
11   did they report up to legal, the higher-up
12   legal department?
13   A      I believe they report to Doris.  I'm
14   not sure if they report to Doris or through
15   legal, but there would be a dotted line
16   relationship, if necessary, if it is
17   attorneys reporting to attorneys.
18   Q      Moving to page 4 of the document and
19   specifically paragraph 2.3 subparagraph
20   2.3.1., the title of this particular
21   subparagraph is "Notice of Disputes and
22   Claims."  Do you see that?
23   A      Yes.
24   Q      The first sentence states:
25              "The parties to this agreement
```
Page 126

```
 1              X. Murphy
 2   Q      Whom would you go to personally to
 3   find out what percentage of accounts were
 4   subject to a dispute by a debtor based on
 5   fraud?
 6   A      As we said earlier, obviously, if
 7   there has been any dispute or fraudulent
 8   activity when Midland was working the
 9   account, it would not be placed to a legal
10   collections law firm.  We said that this is
11   about after placement, a consumer may dispute
12   the account or alleged fraud and so there is
13   a YGC code that the firms would send back to
14   us and close the account.  There is also the
15   close codes we talked about, there is a close
16   code for fraud dispute.
17   Q      Do you know whether the law firm that
18   would be reporting the dispute based on
19   fraud, or Midland Credit Management itself
20   would do any analysis of the dispute?
21   A      What do you mean by analysis?
22   Q      It is easy for a debtor to just say
23   this is not my account, it is fraud, right?
24   A      Yes.
25   Q      What I am asking, is that enough or is
```
Page 128

```
 1              X. Murphy
 2   recognize that from time to time, a
 3   debtor may dispute matters relating to
 4   an Account based on fraud."
 5   Do you see that?
 6   A    Yes.
 7   Q    Either within the State of New York or
 8   nationally, do you have an understanding of
 9   how many accounts placed with law firms are
10   subject to a defense of fraud?
11       MR. SCHWARTZ:  Objection as to
12   form.
13       Go ahead, you can answer it.
14   A    I don't know.
15   Q    You don't know?
16   A    I don't know.
17   Q    In other words, just to be clear, I
18   understand it was a little bit unartful.  It
19   says, "A debtor may dispute matters relating
20   to an Account based on fraud."  My question
21   is, do you have an understanding of how many
22   debtors by percentage either in New York or
23   nationally have, in fact, disputed matters
24   relating to an account based on fraud?
25   A    I don't know the percentage.
```
Page 127

```
 1              X. Murphy
 2   there an analysis done by any of these four
 3   law firms or Midland Credit Management to
 4   investigate whether there is a legitimate
 5   basis for the fraud claim, if you will, it is
 6   really defense, but a claim?
 7   A      Here we are talking about the MCM
 8   collection agreement with the law firms.  So
 9   yes, the law firms would be doing that
10   investigation, for lack of a better word,
11   into whether or not there is validity to the
12   claim.
13   Q      It wouldn't be a situation where a
14   debtor would just say this is a fraudulent
15   account and all of a sudden it would be
16   closed and shipped back to MCM, there would
17   be an analysis or at least there should be an
18   analysis by the law firms to substantiate the
19   basis of the claim?
20   A      Yes.
21   Q      In addition to a fraud dispute, it
22   also says continuing on in that same
23   sentence:
24              "Or file a complaint,
25   counterclaim or cross-complaint in
```
Page 129

33 (Pages 126 to 129)

5617607d-8b26-48a6-82a7-5bf102bbb5b08

## Page 130

```
 1              X. Murphy
 2       connection with an Account naming MCM,
 3       a MCM owner and/or the Firm as parties
 4       to the claim."
 5          Do you have an understanding, again,
 6       either in New York or nationally what
 7       percentage of lawsuits, collection lawsuits
 8       filed result in either, I will read it, "a
 9       counter-complaint, counterclaim or
10       cross-complaint" in connection with the
11       account?
12              MR. SCHWARTZ:  I'm sorry, the
13          first is a complaint?
14              MR. BIANCO:  Complaint,
15          counterclaim or cross-complaint.
16              MR. SCHWARTZ:  Either one.
17              THE WITNESS:  I don't know the
18          percentage was his question.
19    A     I don't know what percentage of
20       accounts, no.
21    Q     Again, if I asked you to find out,
22       whom would you go to to figure that out?
23    A     The LO legal mailbox that we talked
24       about receives information about this.  I
25       believe there is also a YGC code and our
```

Page 130

## Page 131

```
 1              X. Murphy
 2       attorneys are involved in these as well.
 3    Q     Let's go back to that LO legal in-box,
 4       the e-mail in-box we were discussing.  I
 5       believe you testified earlier when there is a
 6       request for a witness, it goes into that
 7       in-box?
 8    A     Yes.
 9    Q     Now, I believe you said that if there
10       is a complaint, counterclaim or
11       cross-complaint, the law firms would notify
12       MCM through that mailbox and possibly also
13       through YGC; is that correct?
14    A     That's correct.
15    Q     Is there anything else that goes into
16       that mailbox, meaning beyond the two items we
17       just discussed, does that mailbox collect any
18       other type of dispute, claim information,
19       notice, from the law firms?
20    A     Generally it is a legal support
21       mailbox, so it also would receive discovery
22       requests, settlement agreements, things like
23       that.
24    Q     When you say discovery requests, what
25       do you mean by that?
```

Page 131

## Page 132

```
 1              X. Murphy
 2    A     If there is a discovery request
 3       associated with an account, it will come
 4       through here, associated with a complaint or
 5       counterclaim or something like that.
 6    Q     Just so I am clear, if a debtor
 7       decides to defend a lawsuit, then issues a
 8       discovery demand upon one of the four law
 9       firms, they would transmit that through this
10       LO legal mailbox?
11    A     Yes.
12    Q     Moving to the next line in that same
13       paragraph it says, "Immediately upon receipt
14       of a Dispute or a Claim," again, dispute and
15       claim are defined as we just discussed in
16       that prior sentence.  "Immediately upon
17       receipt of a Dispute or a Claim the firm
18       shall (i) cease all collection efforts on
19       such Account."  Do you see that?
20    A     Yes.
21    Q     Do you know what the purpose is behind
22       the cessation of all collection efforts once
23       a complaint, counterclaim or cross-complaint
24       is filed?  Feel free to read the whole
25       paragraph, I am not trying to parse it out.
```

Page 132

## Page 133

```
 1              X. Murphy
 2    A     This contract is from 2006 which is
 3       quite old.  What I am trying to remember is
 4       if our current procedures have the same
 5       instructions.  I don't remember handling
 6       disputes.
 7    Q     Andrew can correct me if he believes I
 8       am misstating, I will represent to you that
 9       it was told to me that this is the current
10       and operative agreement between Rubin &
11       Rothman and MCM.  If you look, and we can go
12       to it, if you want.  The term of this
13       agreement states that it is a one-year term,
14       but then it would automatically continue.  I
15       believe this is the operative agreement.
16       Andrew can correct me if I am wrong.
17              MR. SCHWARTZ:  That's my
18          understanding.
19    A     I believe it is the operative
20       agreement.  I know that Exhibit B is out of
21       date, so this is not current.  And Exhibit B
22       contains general account handling procedures
23       and reference to the firm manual.  I know
24       that there are additional instructions in
25       there.  The contract is governed by those
```

Page 133

**34 (Pages 130 to 133)**

5617607d-8b26-48a6-82a7-5bf102bbb5b08

X. Murphy

1  instructions.  The collection agreement, I
2  don't know if there is a newer one.  I don't
3  think there is, but I don't know that for a
4  fact.
5  Q    With respect to lower case i there, it
6  says, "cease all collection efforts on such
7  account."  I am just wondering why, the
8  purpose of immediately ceasing all collection
9  efforts, why that would be necessary, when a
10  complaint, counterclaim, cross-complaint or a
11  defense of fraud is received by MCM?
12  A    Really, our intention is and goes back
13  to the evaluation in the analysis that you
14  talked about.  We want to make sure that if
15  someone is alleging a dispute, alleging
16  fraud, et cetera, that the law firms are
17  taking the appropriate actions to evaluate
18  whether there is merit to that.  This is
19  saying if you receive a dispute, you cease
20  your collection activities to do that
21  evaluation.
22  Q    We can go through the rest of it here.
23       "The Firm shall:
24       "(i), cease all collection

Page 134

X. Murphy

1  are to occur on the account and the account
2  is effectively returned to MCM; is that
3  correct?
4  A    That's what this says, but again, as I
5  mentioned with the updated exhibit being with
6  the instructions and the firm manual, this is
7  out of date essentially.
8  Q    What happens then?
9  A    With the dispute, obviously, we want
10  to make sure that law firms are conducting
11  their investigation.  If a dispute is
12  substantiated, we do have a dispute close
13  code.  And obviously, we want to make sure
14  that those accounts are closed back.  For the
15  claims, those go through the LO-legal review
16  mailbox that we talked about so that the
17  paralegals and attorneys can have further
18  interactions with the law firms around those
19  claims.
20  Q    You may have said, but again it is not
21  clear because this document I believe you
22  stated is no longer being followed as
23  written, who does the analysis on the
24  validity of a claim or a dispute?

Page 136

X. Murphy

1  efforts on such Accounts.
2       "(ii), in the case of a Dispute
3  only, add an appropriate Closing Code
4  to the Account, close the Account, and
5  return the Account (along with any and
6  all information related thereto,
7  including, without limitation, the
8  Debtor's last known address and
9  telephone number, and all information
10  and documentation in support of the
11  Closing Code to MCM.
12       "(iii), in the case of a claim
13  only, forward to the attention of the
14  general counsel of MCM, via facsimile
15  or regular United States first class
16  mail, a copy of the claim."
17       First off, who is the current
18  general counsel of MCM?
19  A    Greg Call.
20  Q    C-A-L-L?
21  A    Yes.
22  Q    Just to be clear, it appears here that
23  immediately upon the receipt of a dispute or
24  a claim, that no more collection activities

Page 135

X. Murphy

1  A    The law firms, the account is placed
2  with the law firms, so they are doing that
3  analysis.
4  Q    If a counterclaim, a cross-claim comes
5  in, the law firms will determine the validity
6  or lack thereof of such a claim?
7  A    I thought you asked about disputes.
8  They are two separate processes.
9  Q    You are right, they are separated out
10  here, although I understand that this might
11  not be exactly how it works now.  Let's go
12  with dispute.  If there is a dispute, which
13  is defined here as matters relating to an
14  account based on fraud, so essentially a
15  claim or a defense of fraud on behalf of the
16  debtor, who makes the analysis of whether
17  that dispute is valid?
18  A    The law firms.
19  Q    Before they analyze a dispute, is
20  there a way for them to let you know there is
21  a dispute or do they simply go through the
22  process?
23  A    Yes.  Again, I don't remember all the
24  coding details, but there are codes that they

Page 137

35 (Pages 134 to 137)

5617607d-8b26-48a6-82a7-5bf102bb5b08

X. Murphy

1 are required to send, both around
2 notification of a dispute and then there is a
3 code sent kind of at the end of that
4 analysis, we will say.
5     Q    Does MCM ever engage in its own
6 dispute review or analysis or do you just
7 rely on the law firms either closing it
8 because the dispute is valid or continuing
9 along because it believes it isn't?
10    A    For disputes, we are relying on the
11 law firms, if the account is placed with the
12 law firm.
13    Q    Let's move on then to claims which
14 again are defined here as complaint,
15 counterclaim or cross-complaint in connection
16 with an account naming MCM or an MCM owner.
17 What is the process by which a claim is
18 substantiated, once it is received by the law
19 firms?
20    A    We give our firms guidelines to follow
21 around how to handle claims, how to inform us
22 of claims, and then also instructions on this
23 is where our LO-legal team as I mentioned
24 will review this.  The paralegals will review

Page 138

X. Murphy

1     Q    How is that done?
2     A    The audit program.
3     Q    I'm sorry, the audit program is?
4     A    We audit our law firms and so this is
5 one of the things that we will audit for.
6     Q    Is that the same process by which MCM
7 determines whether the law firm is complying
8 with the law?
9     A    Yes.
10    Q    That would be the same team that would
11 analyze whether appropriate and proper
12 insurance is in place as per the agreement?
13    A    Yes.
14    Q    I believe you said that at least parts
15 of this agreement are out of date.  Do you
16 know if there is any difference in the
17 insurance requirement?
18    A    Yes, I believe it is $2 million in
19 aggregate now.
20    Q    To be clear, there still is an
21 insurance requirement?
22    A    Yes.
23    Q    You believe the number has changed
24 from I believe 1 million it says here to

Page 140

X. Murphy

1 this, and they are interacting with law firms
2 and with our attorneys on these claims.
3     Q    I guess it is done collectively?
4     A    Yes.
5     Q    Pardon the pun, between the law firm
6 and between MCM?
7     A    Yes.
8     Q    Move to page 5 which is MCM-817.
9 Specifically, looking at paragraph 2.4 and
10 subparagraph 2.4.1, "Insurance Coverage" is
11 the title of the subparagraph.  Do you see
12 that?
13    A    Yes.
14    Q    You can read the entire thing and I
15 can read it into the record, if you want me
16 to, but essentially what this paragraph
17 requires that the law firm carry certain
18 insurance coverage.  Do you agree with that?
19    A    That's true, yes.
20    Q    Is there a process by which MCM
21 monitors whether or not there is valid
22 enforceable insurance in place as required by
23 2.4.1?
24    A    Yes.

Page 139

X. Murphy

1 2 million?
2     A    Yes.
3     MR. SCHWARTZ:  In the
4 aggregate.
5     THE WITNESS:  I believe.
6     Q    1 million per occurrence and 2 million
7 in the aggregate annually?
8     MR. SCHWARTZ:  I don't know.
9     A    I believe so.
10    Q    My question is less about the numbers
11 and more about the fact that there is still
12 an insurance requirement and this 2.4 and
13 2.4.1 has not somehow been removed?
14    A    No.
15    Q    Moving to page 6 paragraph 2.4.5, it
16 is entitled "Recordkeeping"; do you see that?
17    A    Yes.
18    Q    I am not going to read the whole
19 thing, feel free to read it.  Essentially it
20 requires that the law firms maintain all
21 records for seven years.  Do you see that?
22    A    Yes.
23    Q    Does MCM have a process, it may be the
24 same process, does it have a process by which

Page 141

36  (Pages 138 to 141)

5617607d-8b26-48a6-82a7-5bf102bb5b08

X. Murphy

1  it verifies the maintenance of records for
2  these seven years, as required by the
3  agreement?
4  A    I believe it is an audit program as
5  well.
6  Q    It is part of the same audit program?
7  A    Yes.
8  Q    2.4.6 which is the next paragraph
9  "Credit Reporting," I will just go ahead and
10 read it.
11          "Firm shall not be permitted to
12     report the Account status to any
13     credit bureau reporting agencies,
14     unless and until it receives the prior
15     written approval of MCM, which
16     approval may be withheld by MCM in its
17     sole and absolute discretion."
18          Do you have an understanding of the
19 reason behind why a law firm is not permitted
20 by MCM to report to credit bureaus without
21 prior written consent?
22 A    I don't have a lot of understanding in
23 this area, no.
24 Q    I am only asking for your

Page 142

X. Murphy

1  understanding.  I don't want you to opine or
2  speculate in any way.  If you don't know, you
3  don't know.
4  A    MCM Credit reports.
5  Q    If a law firm wanted to report to a
6  credit bureau, do you have any understanding
7  of how that process would take place?
8  A    I don't.
9  Q    It certainly wouldn't be a request
10 through your team?
11 A    I don't think it is a relevant
12 request, but I could be wrong.
13 Q    What do you mean by relevant request?
14 A    No, I don't have an understanding of
15 how that would happen.
16 Q    That's fine.  It is in here, I promise
17 you I did not sneak this in here, it was
18 there when I got it from Andrew.  Just for
19 the record, we will go down to page 8,
20 Section 4.1, Term.  You can read it for
21 yourself.  I don't want to put words in your
22 mouth.  Essentially it says it is a one-year
23 period and it automatically renews.  Unless
24 there is some sort of documentation

Page 143

X. Murphy

1  terminating this agreement, I believe this is
2  the one that's still in effect?
3  A    That's true, with an updated Exhibit
4  B, and probably Exhibit A.
5  Q    I assume you don't have those exhibits
6  with you?
7  A    I do not.
8        MR. BIANCO:  Andrew, obviously
9     we would request those exhibits.
10 REQUEST NOTED
11        MR. SCHWARTZ:  You can put it
12     in writing.  Certainly I am sure I am
13     going to get something, I am sure you
14     can include that as one of your
15     requests.
16 Q    Moving down to section 5 on page 9
17 towards the top.  Once again, if you want to
18 read these two paragraphs, feel free.
19 Subparagraph 5.1 and 5.2 is what I am
20 referring to.  Do you see these are mutual
21 indemnification clauses, one for the firm and
22 one for MCM?
23 A    5.1 is indemnification by the firm and
24 5.2 is indemnification by MCM.

Page 144

X. Murphy

1  Q    I am not asking for a legal analysis
2  of what Andrew told you.  Do you have any
3  idea whether discussions have taken place,
4  yes or no, regarding indemnity with respect
5  to this case?
6  A    No, I don't know.
7  Q    Again, from your own personal
8  knowledge, do you know whether Midland Credit
9  Management or any of the Midland entities are
10 responsible for paying the law firms' legal
11 bills in this case?
12 A    I don't know.
13 Q    Your personal knowledge one more time,
14 do you know whether the law firms are
15 responsible for paying Midland Credit
16 Management's legal bills in this particular
17 case?
18 A    I don't know.
19 Q    I imagine it is the general counsel,
20 but do you have any idea who those
21 discussions would take place with?
22 A    With our legal group.
23 Q    Let's move back to page 14, the
24 signature page.  Are you there, page 14?

Page 145

37  (Pages 142 to 145)

5617607d-8b26-48a6-82a7-5bf102bbb5b08

X. Murphy

```
 1                  X. Murphy
 2   A    Yes.
 3   Q    Do you know who the signatory is for
 4   MCM?  It looks like it is Ron Eckhardt, I
 5   could be wrong.
 6   A    Yes, I don't know Ron.
 7   Q    You don't know if he still works for
 8   Midland?
 9   A    He doesn't, I believe he left either
10   around or before I started.
11   Q    Moving to Exhibit A which would be
12   page 15 on this particular document, if you
13   move down to gross collection target; do you
14   see that?
15   A    Yes.
16   Q    Do you have any idea what information
17   is contained underneath these boxes?
18   A    I do.
19   Q    Can you articulate what is underneath
20   these boxes?
21        MR. SCHWARTZ:  Without
22        revealing the specifics, you can
23        certainly describe what would be
24        included.
25   A    Again, this has been updated, so at
```

Page 146

```
 1                  X. Murphy
 2   the time there was collection targets and if
 3   those collection targets were -- there were
 4   various bonuses associated with collection
 5   targets, at this point in time.
 6        MR. BIANCO:  Is this redacted
 7        for privilege?
 8        MR. SCHWARTZ:  This is redacted
 9        because of proprietary and privilege.
10        MR. BIANCO:  Proprietary and
11        privilege?
12        MR. SCHWARTZ:  Both, but I can
13        provide a privilege log, if you want.
14        MR. BIANCO:  You are actually
15        required by EDNY local rules to
16        provide a privilege log with the
17        production, so I would request that
18        you do that?
19        MR. SCHWARTZ:  Sure.
20   REQUEST NOTED
21   Q    Without asking what is underneath
22   here, does MCM have a general collection
23   target for its law firms?
24   A    What do you mean?
25   Q    Is there a particular number?  Again,
```

Page 147

```
 1                  X. Murphy
 2   I am not asking for what is specifically
 3   under here, I am asking if MCM has a general
 4   collection target percentage for all of its
 5   law firms?
 6   A    There is -- for all of the law firms
 7   together?
 8   Q    Is there a difference in collection
 9   targets among states, meaning do they differ
10   from New York to New Jersey to California?
11   A    It goes back to the discussion we had
12   earlier around providing a collection target
13   to each firm.
14   Q    I am confused.
15   A    We talked about that percentage of
16   recoveries in the collection targets, that's
17   how we get collection targets.
18   Q    Each collection target is unique to
19   the particular law firm?
20   A    Yes.
21   Q    Even within the same state?
22   A    Yes.
23   Q    Even with respect to the fact that
24   they get very similar types of cases?
25   A    They get different numbers of
```

Page 148

```
 1                  X. Murphy
 2   accounts.
 3   Q    Right, I was looking at percentages,
 4   meaning, if you passed on a million dollars
 5   worth of accounts to a law firm, you will
 6   pick a hundred thousand dollars as a target.
 7   I am asking, for that would be 10 percent, I
 8   am asking if there is a difference between
 9   states when it comes to a percentage of
10   collection target versus --
11   A    Yes, there is.
12   Q    What would be an approximate
13   collection target in the State of New York?
14   A    I don't remember.  That percentage, I
15   don't remember, no.
16   Q    Would that different from law firm to
17   law firm?
18   A    No.
19   Q    Within the same state, being that it
20   is under the same law, in similar type cases
21   it would be the same essentially?
22   A    Yes, obviously adjusted by how many
23   accounts the firm receives.
24   Q    Again, I am purely looking at
25   percentage.  I understand they very well may
```

Page 149

38  (Pages 146 to 149)

5617607d-8b26-48a6-82a7-5bf102bb5b08

| | |
|---|---|
| **Page 150** | **Page 152** |

X. Murphy

```
 1                X. Murphy
 2   break it down because obviously there is a
 3   volume difference.
 4        A     Yes.
 5        Q     Back to that exhibit, it says "gross
 6   collection target."  As that term is used
 7   there, what does that mean gross collection
 8   target, gross what?
 9        A     As opposed to -- so gross dollars
10   collected, rather than if you pay a court
11   cost, that would be net, you would subtract
12   out.
13        Q     That's kind of what I am driving at.
14   When it says gross, I am trying to understand
15   what the net would be, what is taken out of
16   the gross.  Court costs you said, is there
17   anything else?
18        A     Court costs obviously, I think we
19   already talked about it, but I don't
20   remember, Midland pays all of the court
21   costs, so law firms aren't responsible for
22   paying those court costs.
23        Q     I will ask you this question.  We can
24   go back to that section of this, if you want.
25   It looks like from this agreement actually
```

Page 150

X. Murphy

```
 1                X. Murphy
 2        A     Midland reimburses a hundred percent
 3   of the court costs for every dollar
 4   collected.  Midland pays the law firm a
 5   percentage of that dollar collected.
 6        Q     Notwithstanding what the court costs
 7   were that Midland had already out-of-pocket?
 8        A     The court costs a hundred percent we
 9   are paying.  If you are collecting -- if you
10   are collecting a dollar, we need to -- let's
11   say you collect a hundred dollars and there
12   was a $20 court cost fee, we will pay that
13   court cost and then pay the percentage.
14        Q     The costs do come off the top
15   basically --
16        A     Yes.
17        Q     -- before the split, whatever it is
18   that's paid?
19        A     Yes.
20             MR. BIANCO:  Moving on to
21        Exhibit B, Andrew, I guess this is
22        another question for you.  It looks
23        like, I don't want to say a lot, there
24        are several redactions.
25        A     I want to think about that answer.  I
```

Page 152

X. Murphy

```
 1                X. Murphy
 2   that the law firms front the court costs and
 3   then within a prescribed time period, I
 4   believe it is two weeks, it is reimbursed by
 5   MCM?
 6        A     That's true, yes.
 7        Q     That's your understanding?
 8        A     Yes.
 9        Q     I understand that MCM reimburses the
10   court costs.  How are those court costs
11   factored into the ultimate recovery and how
12   the recovery is divided up among MCM and the
13   law firms?  Do you understand what I mean by
14   that?
15        A     Not really.
16        Q     Say a thousand dollars is collected in
17   a particular case, again I am using random
18   numbers.  I don't mean to make these numbers
19   part of the case.  Say there is a thousand
20   dollars collected and there is a 50/50 split
21   among the law firms and Midland Credit
22   Management, does that thousand dollars just
23   purely split and Midland has to bear the
24   court costs or do the court costs come off the
25   thousand dollars, then the split occurs?
```

Page 151

X. Murphy

```
 1                X. Murphy
 2   need to go back and actual look at -- I need
 3   to see if the court costs, if it is paid on a
 4   hundred percent of dollars collected or if
 5   the court costs come out.  I would have to
 6   look at the math.  For what we just went
 7   through, I need to clarify that.
 8        Q     I understand, that's fine.  What
 9   department or what team deals with that?
10        A     I should know it, I just need to think
11   it through.
12        Q     Does your team deal with that, does
13   your team deal with disbursements, for lack
14   of a better term?
15        A     I mean it is all kind of done
16   systemically.
17        Q     Right?
18        A     Our operations team makes sure it is
19   all done correctly, but I just need to think
20   through that answer.
21             MR. BIANCO:  Again, Andrew, it
22        looks like --
23             MR. SCHWARTZ:  The same thing.
24             MR. BIANCO:  Is it redacted
25        for privilege?
```

Page 153

**39  (Pages 150 to 153)**

5617607d-8b26-48a6-82a7-5bf102bbb5b08

```
 1                  X. Murphy
 2          MR. SCHWARTZ:  Yes, the
 3      redactions are here for privilege.
 4          MR. BIANCO:  You said
 5      proprietary?
 6          MR. SCHWARTZ:  We have a
 7      confidentiality order, but also part
 8      of it, the counterclaims have legal
 9      opinion in it.  That was the concern
10      there, I am assuming the other two
11      were along the same lines, but I will
12      check.
13          MR. BIANCO:  That's fine, I
14      would appreciate a privilege log for
15      the redactions.
16   REQUEST NOTED
17          MR. BIANCO:  Let's just move to
18      Exhibit C, it looks like a law firm
19      name is redacted, that's a privilege
20      redaction?
21          MR. SCHWARTZ:  No, that one is
22      more of -- I'm sorry, the list of
23      prohibited third parties.
24          MR. BIANCO:  It is the very
25      last page.
```

Page 154

```
 1                  X. Murphy
 2      record.
 3   Q    I want to go back to a few things just
 4   to clarify.  We talked about a process by way
 5   the law firms communicate with your
 6   department and also with lawyers within
 7   Midland Credit Management about the
 8   requirements of any particular state in order
 9   to file cases or to collect default.  Do you
10   remember that conversation?
11   A    Yes.
12   Q    I believe I asked you how often you
13   joined in those conversations.  What I didn't
14   ask is, do you have an appreciation for how
15   often those types of conversations happened
16   with MCM?
17   A    I think generally, yes.
18   Q    About how often do those happen?
19   A    Across the whole network.
20   Q    For New York, again, I am talking
21   about the four particular law firms that are
22   here, all within the State of New York.  The
23   requirements for those four law firms would
24   be very similar, hopefully the same.  I am
25   wondering how often that type of conversation
```

Page 156

```
 1                  X. Murphy
 2          MR. SCHWARTZ:  The firm names.
 3          MR. BIANCO:  I presume it is a
 4      law firm.
 5          MR. SCHWARTZ:  There are a
 6      couple of attorneys in law firms that
 7      I believe are prohibited.  I can get
 8      you those names.
 9          THE WITNESS:  It is not
10      relevant.
11          MR. SCHWARTZ:  I know, that's
12      fine.
13          MR. BIANCO:  Like I said, I
14      want the basis.  If it is a mistake,
15      it is a mistake.  I am just asking,
16      that's all.
17          MR. SCHWARTZ:  I will take a
18      look.
19          THE WITNESS:  We no longer have
20      an Exhibit C.
21          MR. BIANCO:  Let's take a short
22      break.
23          (Whereupon, a recess was taken
24      from 2:27 p.m. to 2:48 p.m.)
25          MR. BIANCO:  Back on the
```

Page 155

```
 1                  X. Murphy
 2   happens with a change in the law or some sort
 3   of a case that comes down that redefines what
 4   is needed?
 5   A    New York has a lot of changes pretty
 6   often, so that's why I am struggling with the
 7   answer.  Minimum a couple of times, I mean a
 8   couple of times a year maybe.  Like I said,
 9   New York has a lot of activity and changes,
10   so really whenever there is something that we
11   need to discuss.
12   Q    That's why it is good to be a lawyer
13   in New York.  Again, I understand within your
14   group it is either yourself or Shane that are
15   typically on those conversations, is there a
16   particular lawyer within Midland Credit
17   Management that is assigned to these
18   particular law firms that would discuss
19   changes in New York law?
20   A    One of two.
21   Q    Can you give me the names of those
22   two, please.
23   A    Rita Melconian which is
24   M-E-L-C-O-N-I-A-N or Mike Bender.
25   Q    B-E-N-D-E-R?
```

Page 157

40  (Pages 154 to 157)

5617d07d-8b26-48a6-82a7-5bf102bbb5b08

X. Murphy

```
 1              X. Murphy
 2    A    Yes.
 3    Q    I know there are a couple of different
 4  groups of lawyers within MCM.  What group or
 5  what team would these two lawyers, Miss
 6  Melconian and Mr. Bender be a part of?
 7    A    They report up through the legal
 8  organization, but they support legal
 9  collections.
10    Q    I don't believe I asked about the
11  department heads within internal operations,
12  who is in charge of internal operations.  I
13  may have, I don't seem to have it in my
14  notes.
15    A    I don't remember.  I am trying to
16  remember who is the head of the department
17  right now.
18    Q    I guess that means I didn't ask you
19  then.
20    A    Yes, ultimately it would be Ashish
21  Masih, there is someone under him that is
22  more appropriate.  I can't remember who it
23  is.
24    Q    A-S-H-I-S-H?
25    A    Yes, M-A-S-I-H.
```

Page 158

X. Murphy

```
 1              X. Murphy
 2    A    No.
 3    Q    It is for documents?
 4    A    Yes.
 5    Q    If there is a rush request for
 6  documents through the spreadsheet process --
 7    A    Yes.
 8    Q    -- whom at MCM is responsible for
 9  putting those requests through or overseeing
10  those rush spreadsheet requests for discovery
11  of documents?
12    A    In what way, what do you mean?
13    Q    I know that the general requests come
14  in through that LO mailbox, right?
15    A    The LO-legal review is for kind of
16  legal support things.  The counterclaim, the
17  witnesses, things like that.  It is not
18  related to media requests.
19    Q    When we are talking about a rush
20  request, whom would that go to and by whom, I
21  mean a person or a department?
22    A    The law firms would send it to their
23  vendor specialist, a person in that
24  operations department.
25    Q    The operations department would handle
```

Page 160

X. Murphy

```
 1              X. Murphy
 2    Q    You don't remember the person directly
 3  reporting to him?
 4    A    Yes, I don't remember.
 5    Q    The head of Recovery, is there a head
 6  of Recovery that the team within internal
 7  operations -- I believe you used the term
 8  "recovery"?
 9    A    I don't think there is a specific head
10  of that.
11    Q    That would be ultimately Ashish Masih?
12    A    Ultimately, yes.
13    Q    There is an intermediary that you
14  don't recall right now?
15    A    I don't know if there is actually one
16  person in charge of Recovery.  I think it is
17  a broader job than that.
18    Q    We discussed a couple of hours ago
19  now, rush requests for witnesses.  I think
20  you said there was a spreadsheet process?
21    A    No, for documents.
22    Q    Was that for documents?
23    A    Yes.
24    Q    I thought you said it was for a
25  witness?
```

Page 159

X. Murphy

```
 1              X. Murphy
 2  these so-called rush requests?
 3    A    They would receive them from the law
 4  firms, yes.
 5    Q    Do you know where they would go after
 6  that?
 7    A    They would go to the person who
 8  interacts with the sellers.
 9    Q    To collect more documents or request
10  more documents from the seller?
11    A    Yes.
12    Q    Talking about the affiants again, I
13  believe you mentioned there was about 35 of
14  them, give or take at any particular moment.
15  Do they all sit in one location?
16    A    Yes.
17    Q    Where is that?
18    A    St. Cloud, Minnesota.
19    Q    Do you have any idea of what their
20  compensation structure is, meaning their
21  bonus structure, do you have any idea how
22  they are paid and what their bonus structure
23  would be?
24    A    I don't even know if they have a bonus
25  structure, no.
```

Page 161

41 (Pages 158 to 161)

5617607d-8b26-48a6-82a7-5bf102bbb5b08

X. Murphy

1   Q    You don't have any idea what their
2   compensation structure would be?
3   A    I believe they are just hourly
4   employees, but I don't know.
5   Q    You believe they are hourly?
6         MR. SCHWARTZ:  Speak up a
7   little bit.
8   A    Yes, I believe they are hourly.
9   Q    I presume that if I wanted to find
10  out, I would approach HR over that?
11  A    And operations would know, too.
12  Q    Operations is I guess responsible for
13  the affiant group or team as I believe you
14  characterized them?
15  A    Yes.
16        MR. BIANCO:  I don't believe I
17  have anymore questions.  If I could
18  have two or three minutes to confer,
19  then I think I am done.
20        Other counsel may have
21  questions for you, I think we are just
22  about done.  Give me two minutes.
23        MR. SCHWARTZ:  Sure.
24        (Whereupon, a short recess was

Page 162

X. Murphy

1   taken from 2:56 p.m. to 2:57 p.m.)
2         MR. BIANCO:  I have no more
3   questions.  I really appreciate your
4   time today, Miss Murphy.  And as I
5   promised you, you will catch your
6   train.
7         MR. SCHWARTZ:  I will not
8   prevent you from catching your train,
9   but I have a few follow-up questions.
10  EXAMINATION BY
11  MR. SCHWARTZ:
12  Q    This goes back, to give you background
13  on it, you testified earlier about the
14  purchase of debts from the seller to MCM
15  titled to Midland Funding.  You talked about
16  there was a distribution of electronic
17  information as well as documents.  I want to
18  go back to those particular things.
19  A    Yes.
20  Q    When Midland and Midland Credit
21  Management purchases, closes on the debt, on
22  the debt portfolio and documents are sent,
23  when do they receive the electronic data from
24  the seller?

Page 163

X. Murphy

1         MR. BIANCO:  Objection to form.
2   A    At the time of purchase or when the
3   deal is closed.
4   Q    Just to make sure, the electronic data
5   from the seller, when does Midland get that
6   information?
7   A    At the time of purchase or when the
8   deal closes.
9   Q    Then we also talked about the
10  documents that are put into the media portal,
11  is that what it is called?
12  A    Media portal.
13  Q    When does Midland Credit Management
14  get the actual physical documents into the
15  portal?  I am not talking about requests for
16  documents, front end, can you explain it a
17  little bit maybe.
18        MR. BIANCO:  Objection to form.
19  A    Sure.  I think we talked about it
20  earlier, when Midland purchases accounts, we
21  try to get as much media, what we call
22  upfront as possible.  That media is delivered
23  to us at the time of purchase and we put it
24  on the media portal, but we also have the

Page 164

X. Murphy

1   ability to order additional documents, so all
2   of those documents are available to us at the
3   time of purchase.  We can ask for it then, we
4   can ask for it six months from now, we can
5   ask for it whenever we want, but it is
6   available to us at the time of purchase.
7   Q    Why don't you explain the proactive
8   process of providing documents, why don't you
9   explain what that means.
10  A    I think we talked about this before.
11  If we already have a piece of documentation,
12  if it is on our media portal, then the law
13  firms obviously can go out and access that
14  documentation and that can be stuff that we
15  ordered or that we received at the time of
16  purchase.  We also what we call proactively
17  order required media, so we talked about how
18  do we understand what media is required to
19  file a lawsuit or obtain a judgment.  Based
20  on that, we will when we are placing accounts
21  into recovery which we talked about will
22  proactively order media so the charge-off
23  statement, bill of sale, change of title,
24  whatever is required, and so that media is

Page 165

42  (Pages 162 to 165)

5617607d-8b26-48a6-82a7-5bf102bb5b08

| | X. Murphy |
|---|---|
| 1 | X. Murphy |
| 2 | available and ordered prior to placement to |
| 3 | the law firm. |
| 4 | Q      Would that be prior to the filing of |
| 5 | the collection action by the law firm, if you |
| 6 | know? |
| 7 | A      We are ordering it -- basically, we |
| 8 | are ordering it around the time that the |
| 9 | account is going into recovery.  Before the |
| 10 | account is even placed to a law firm, and so |
| 11 | it will be available when we receive that |
| 12 | document. |
| 13 | Q      I think this is my last question. |
| 14 | When you have to go back to the seller to |
| 15 | request additional documents, let's say, I |
| 16 | will give you an example, you need additional |
| 17 | credit card statements and you make that |
| 18 | request, is there a percentage, do you get |
| 19 | the documents when you request it? |
| 20 | A      Yes. |
| 21 |       MR. BIANCO:  Objection to form. |
| 22 | A      Yes, absolutely, yes.  We have -- one |
| 23 | thing that didn't actually come up at all is |
| 24 | that when we are doing purchase with a |
| 25 | seller, we get reps and warranties as to |

Page 166

| | X. Murphy |
|---|---|
| 1 | X. Murphy |
| 2 | ordering it, essentially, we are asking the |
| 3 | seller for it and that can be in a variety of |
| 4 | ways, an FTP site, an Excel spreadsheet, |
| 5 | something like that. |
| 6 | Q      The order, then it would be after the |
| 7 | deal closes, you would make an additional |
| 8 | order?  I am trying to understand what you |
| 9 | mean by order. |
| 10 | A      The document is made available to us |
| 11 | which means we either have it where we can |
| 12 | ask for it, and when I use the term "order" |
| 13 | what I really mean is we are asking for that |
| 14 | document that was available to us at the time |
| 15 | of purchase. |
| 16 | Q      My question is, how is that order |
| 17 | transmitted to the issuer of credit or the |
| 18 | seller, whatever the case may be? |
| 19 | A      It depends on the seller, the seller's |
| 20 | process. |
| 21 | Q      What would the processes be? |
| 22 | A      An Excel spreadsheet request, an FTP |
| 23 | site. |
| 24 | Q      You mentioned MCM's requirements I |
| 25 | guess as articulated through the law firms. |

Page 168

| | X. Murphy |
|---|---|
| 1 | X. Murphy |
| 2 | accuracy of information, et cetera.  We also |
| 3 | basically, we know what media will be |
| 4 | available and we have a lot of experience |
| 5 | with our sellers.  Your actual question was |
| 6 | what percentage, I mean above 80 percent is |
| 7 | available, definitely.  It is a high |
| 8 | percentage. |
| 9 |       MR. SCHWARTZ:  I don't have any |
| 10 |    further questions. |
| 11 |       MR. BIANCO:  I have follow ups. |
| 12 | EXAMINATION BY |
| 13 | MR. BIANCO: |
| 14 | Q      When you say 80 percent, what do you |
| 15 | mean by that; 80 percent of what is |
| 16 | available? |
| 17 | A      The media that we order is provided. |
| 18 | Q      How are these orders for media |
| 19 | transmitted, is it a written request, is it |
| 20 | part of the contract of purchase, when you |
| 21 | say you are ordering media? |
| 22 | A      In terms -- so we talked about if we |
| 23 | receive it upfront we get it at the time of |
| 24 | purchase, so it is sent to us electronically, |
| 25 | we put it on our document system.  If we are |

Page 167

| | X. Murphy |
|---|---|
| 1 | X. Murphy |
| 2 | How does MCM articulate those requirements of |
| 3 | the documents it needs, when it is purchasing |
| 4 | a portfolio, to the seller? |
| 5 | A      It is through our business development |
| 6 | team.  It has a lot of conversations with our |
| 7 | issuers about that or our sellers about that. |
| 8 | As I mentioned, a lot of our sellers are |
| 9 | really big, well-established banks, |
| 10 | obviously, and so we have a history with |
| 11 | them.  We understand all of their media |
| 12 | availability, et cetera.  And if we were |
| 13 | assessing a new deal, then we look into |
| 14 | understanding the media availability because, |
| 15 | obviously, that's a super important component |
| 16 | of the purchase process. |
| 17 | Q      Is the media availability, meaning the |
| 18 | specific types of documents, ever reduced to |
| 19 | a writing?  Is it in the agreement itself? |
| 20 | A      I don't know.  I don't know what is |
| 21 | covered regarding that in the purchase |
| 22 | agreements. |
| 23 | Q      You are unaware of precisely how the |
| 24 | requirements that MCM has for any particular |
| 25 | media is articulated to the seller? |

Page 169

43  (Pages 166 to 169)

5617607d-8b26-48a6-82a7-5bf102bb5b08

X. Murphy

1   X. Murphy
2   A    I am unaware, yes.  I am unaware of
3   those details on a particular deal.
4   Q    Business development is the one that
5   handles that?
6   A    Yes.
7   Q    The reason you don't know is because
8   it is really not your job?
9   A    Yes.
10  Q    You mentioned something, I believe you
11  said the phrase "in all instances"?
12  A    I don't remember when I said that.
13  Q    We can read it back, if you don't know
14  where I am going with this.  I believe that
15  Andrew asked you about when you go back to
16  the seller or the issuer of credit with a
17  request, I believe you said something along
18  the lines of they give us the documentation
19  requested in all instances or something like
20  that?
21  A    I should have said a very high
22  percentage of instances.  There could be an
23  account level, for example, that they don't
24  have it.
25  Q    You mean one particular account?

Page 170

1   X. Murphy
2   A    Yes.  A very high percentage of
3   accounts, we are able to receive it.
4   Q    What would that be, 95 percent?
5   A    Definitely I would say well over 80
6   as -- it would depend on the particular
7   issuer, things like that.  It is a very high
8   percentage.
9   Q    Then you also mentioned that you
10  receive reps and warranties I guess with
11  respect to accuracy?
12  A    Yes.
13  Q    Where are those reps and warranties
14  articulated, is that in the agreement, is
15  that a master agreement?
16  A    In the purchase agreement for the
17  portfolio.
18      (continued next page for jurat)
19
20
21
22
23
24
25

Page 171

1   X. Murphy
2   Q    In the purchase agreement, using
3   Citibank as an example, there would be a reps
4   and warranties section?
5   A    Yes.
6       MR. BIANCO:  That's all I have.
7       MR. SCHWARTZ:  Thank you.
8       MR. FRANCOEUR:  No questions.
9       THE WITNESS:  Thank you.
10      (Time noted 3:07 p.m.)
11
12      _____
13          XENIA MURPHY
14
15  Subscribed and Sworn to before me
16  this     day of      , 20 .
17
18  ----------------------------------
19      Notary Public
20
21
22
23
24
25

Page 172

1
2   --------------- I N D E X -----------------
3   WITNESS        EXAMINATION BY         PAGE
4   XENIA MURPHY    Mr. Bianco    5, 167
5                   Mr. Schwartz    163
6   ----------------- EXHIBITS -----------------
7   PLAINTIFFS'
    FOR IDENTIFICATION   DESCRIPTION    PAGE
8
9   Exhibit 1,   document              22
10  Exhibit 2,   collection of court     91
                 filings in a case
11               Midland Funding, LLC
                 A/P/O Citibank
12               (South Dakota) N.A.
                 Plaintiff against
13               Madge Shipman
14  Exhibit 3,   document entitled      118
                 "Collection Agreement,"
15               between Midland Credit
                 Management and Rubin &
16               Rothman, dated
                 April 27, 2006
17
18
19
20
21
22
23
24
25

Page 173

44 (Pages 170 to 173)

5617607d-8b26-48a6-82a7-5bf102bb5b08

```
 1
 2        DOCUMENTS and INFORMATION REQUESTED
 3   DESCRIPTION                         PAGE
 4   Updated Exhibit B, and              144
     probably Exhibit A
 5
     Privilege log for the redactions    147
 6
     Privilege log for the redactions    154
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
                                   Page 174
```

```
 1
 2                  ERRATA SHEET
 3   PAGE/LINE        CORRECTION
 4   _____  _____
 5   _____  _____
 6   _____  _____
 7   _____  _____
 8   _____  _____
 9   _____  _____
10   _____  _____
11   _____  _____
12   _____  _____
13   _____  _____
14   _____  _____
15   _____  _____
16   _____  _____
17   _____  _____
18   _____  _____
19   _____  _____
20   _____  _____
21   _____  _____
22   _____  _____
23   _____  _____
24   _____  _____
25
                                   Page 176
```

```
 1
 2              C E R T I F I C A T E
 3        I, LORI CARR, hereby certify that the
 4   Examination of said witness named in the foregoing
 5   transcript was held before me at the time and place
 6   herein named; that said witness was duly sworn
 7   before the commencement of the testimony; that the
 8   testimony was taken stenographically by myself and
 9   then transcribed under my direction; that the party
10   was represented by counsel as appears herein:
11        That the within transcript is a true record
12   of the Examination of said witness;
13        That I am not connected by blood or marriage
14   with any of the parties; that I am not interested
15   directly or indirectly in the outcome of this
16   matter; that I am not in the employ of any of the
17   counsel.
18        IN WITNESS WHEREOF, I have hereunto set my
19   hand this 25th day of June, 2015.
20
21        Lori Carr
     - - - - - - - - - - - - -
22        LORI CARR
23
24
25
                                   Page 175
```

45  (Pages 174 to 176)

5617607d-8b26-48a6-82a7-5bf102bbb5b08

| A | | | | |
|---|---|---|---|---|
| **A's** 80:17 | 42:15 43:13,17 | 41:21,23 42:8 | 164:15 167:5 | 79:25 80:4,8 |
| **A-N-U-K** 22:8,9 | 44:8,10,17 | 43:9,23 45:21 | **ad** 13:24 | 80:10,11,16,20 |
| **A-S-H-I-S-H** | 45:3 46:13,17 | 46:3 47:2 | **add** 135:4 | 81:10,19,22,25 |
| 158:24 | 47:5,11 59:14 | 53:20 57:3 | **adding** 35:19 | 82:10 83:3,17 |
| **a.m** 1:16 59:7,7 | 59:15,16,22 | 59:11 61:2 | **addition** 129:21 | 83:20 84:8,9 |
| **A/P/O** 91:14,22 | 60:18 61:3,7 | 63:8 64:16 | **additional** 18:9 | 84:17,18,19,23 |
| 173:11 | 61:22 62:12,14 | 66:19,19,21 | 19:15,19 65:17 | 85:25 86:9,9 |
| **abide** 124:18 | 63:11 65:12,25 | 95:19 96:25 | 67:9,14,15 | 86:15,19,20 |
| **ability** 18:8 | 67:2,22 76:13 | 104:5,11,17,20 | 68:22 109:17 | 87:8,20 88:5 |
| 38:17 47:23 | 78:24 82:7 | 106:3,18 | 133:24 165:2 | 88:14,24 89:13 |
| 48:8 50:9 | 93:10,15,23 | 108:14 121:16 | 166:15,16 | 89:15 90:13,16 |
| 60:20 69:2 | 94:6,12,17 | 123:3,21 | 168:7 | 90:22 91:4 |
| 73:4 87:13 | 95:3,12,24 | 124:15 127:9 | **additionally** | 92:5,12,19 |
| 108:18 165:2 | 99:5,15 102:3 | 128:3 130:20 | 20:10 | 94:10 96:13 |
| **able** 37:18 40:21 | 102:25 103:23 | 135:2 136:15 | **address** 5:10 | 114:17 116:8 |
| 112:25 171:3 | 104:19,23 | 149:2,5,23 | 6:11 17:18 | 116:18,22,24 |
| **absolute** 142:18 | 106:5,15 107:5 | 164:21 165:21 | 61:16,19 135:9 | 117:5,18 |
| **absolutely** 32:16 | 107:8,16,20,25 | 171:3 | **adjusted** 38:3 | **affidavits** 19:25 |
| 71:21 72:5 | 108:3,8 109:24 | **Accounts'** | 149:22 | 75:20 76:8,25 |
| 166:22 | 110:3,15 127:4 | 121:13 | **administer** 4:15 | 77:6,11,18 |
| **accept** 62:2 | 127:20,24 | **accumulation** | **administration** | 78:5 80:5 83:7 |
| **Acceptance** | 128:9,12,14,23 | 36:22 | 7:19 | 83:23 84:4,5 |
| 11:24 | 129:15 130:2 | **accuracy** 167:2 | **administrative** | 84:14 85:17 |
| **accepting** | 130:11 132:3 | 171:11 | 71:13 123:2,5 | 87:19 91:10 |
| 124:15 | 132:19 133:22 | **accurate** 83:10 | 123:13 | 92:16,17 96:23 |
| **accepts** 62:5 | 134:8 135:5,5 | 102:21 | **advance** 74:22 | 115:21,23,24 |
| **access** 48:5,9 | 135:6 136:2,2 | **acquire** 121:9 | 75:4 | 115:25 117:4,6 |
| 49:17,20,20 | 137:2,15 | **acquired** 13:4 | **affiant** 75:13,14 | 117:10,12,13 |
| 66:7 67:8 93:9 | 138:12,17 | **action** 26:22,23 | 75:25 76:5,17 | **against-** 1:7 |
| 93:14 94:6 | 142:13 166:9 | 57:25 166:5 | 77:2,7,11 | **agencies** 142:14 |
| 95:11 110:4 | 166:10 170:23 | **actions** 9:21 | 78:14 79:2 | **aggregate** |
| 165:14 | 170:25 | 25:3 134:18 | 81:2,9,9 86:16 | 140:20 141:5,8 |
| **accessed** 95:16 | **accounts** 8:20 | **activities** 9:3 | 86:17,22 87:3 | **ago** 159:18 |
| **accessible** | 9:2,4 10:11 | 10:2,10 12:4 | 88:13,23 89:4 | **AGOADO** 1:3 |
| 109:22 115:13 | 12:9,12,14 | 12:17 13:7 | 89:20,23 90:6 | **agree** 80:9 81:25 |
| 115:15 | 13:4,16,18 | 15:20 16:3 | 90:6,7,11,16 | 84:7 85:22 |
| **accessing** 95:23 | 14:15,22 15:7 | 32:25 57:3 | 90:21,25 95:23 | 139:19 |
| 96:5 | 15:16,16,17,18 | 122:25 123:3,6 | 114:12,14,15 | **agreed** 4:4,9,13 |
| **accompanies** | 16:9,24 17:5 | 123:13 124:19 | 116:6,17 | 82:3,11 84:9 |
| 48:15 | 17:17 31:6 | 134:21 135:25 | 162:14 | **agreement** 13:24 |
| **account** 12:18 | 33:16,17,18,23 | **activity** 10:13 | **affiant's** 90:10 | 14:6,9,16,18 |
| 17:18,25 32:15 | 33:24 34:2,4,6 | 17:19 18:16 | **affiants** 79:12 | 14:25 15:5 |
| 37:9,13,14,21 | 34:12,16,20,24 | 44:4 85:10 | 161:12 | 21:2,6,10 83:9 |
| 38:4 39:16,18 | 35:6,9,11 37:4 | 113:16 128:8 | **affidavit** 76:9,14 | 118:4,11,12 |
| 39:24 40:2,17 | 38:6 39:15 | 157:9 | 77:9 78:13,20 | 120:11 126:25 |
| 41:6,7 42:14 | 40:4,5,7,9,10 | **acts** 122:22 | 78:20,25,25 | 129:8 133:10 |
| | 40:11,20 41:15 | **actual** 153:2 | 79:5,8,14,19 | 133:13,15,20 |

134:2 140:13
140:16 142:4
144:2 150:25
169:19 171:14
171:15,16
172:2 173:14
**agreements**
14:12 48:18
119:3,18
131:22 169:22
**ahead** 16:14
45:5 62:6
113:24 127:13
142:10
**ALAN** 2:10
**alleged** 128:12
**alleging** 134:16
134:16
**allowed** 44:10
44:11
**altered** 80:22
**amended** 22:19
23:3
**America** 13:19
14:23 69:11
**amount** 41:19
59:24 66:17
74:22 75:2
98:18 99:4,8
105:19,20
**amounts** 47:14
**Amy** 22:8
**analyses** 102:6
**analysis** 41:4
46:11,21 62:25
102:4,6,8,13
103:23 128:20
128:21 129:2
129:17,18
134:14 136:24
137:4,17 138:5
138:7 145:2
**analyze** 36:20
137:20 140:12
**analyzed** 52:20
**and-** 2:6 3:10,15
**and/or** 130:3

**Andrew** 3:14
28:12 50:17
133:7,16
143:19 144:9
145:3 152:21
153:21 170:15
**annually** 141:8
**answer** 14:4
25:8 28:17
77:12,15 83:4
87:23 91:11
96:17 97:7
127:13 152:25
153:20 157:7
**answered** 38:10
49:22 113:23
**answering** 17:15
**anticipate** 40:4
40:6
**anymore** 122:2
162:18
**apologize** 16:19
34:9
**appears** 92:5
118:11 135:23
175:10
**applicable** 124:6
124:9,21 125:3
**appreciate**
10:17 23:10
33:19 74:12
75:11 77:16,21
123:14 154:14
163:4
**appreciation**
75:5,6 156:14
**approach**
162:11
**appropriate**
134:18 135:4
140:12 158:22
**approval** 142:16
142:17
**approve** 32:13
39:2
**approved**
120:19

**approves** 39:2
**approximate**
91:7 149:12
**approximately**
15:5 25:2
27:10,11,16,18
27:24 28:3,5
29:11 30:10
51:24 56:20
60:6 64:3,16
66:10 74:17
76:16,25 77:6
77:24 82:18
90:25 96:23
112:15 113:11
113:20
**approximation**
21:20 99:10
**April** 22:21 23:5
112:5 118:6,14
173:16
**area** 62:13
142:24
**areas** 126:6
**ARLEO** 2:12,14
**arrangement**
40:24
**arrangements**
74:25
**arrive** 43:23
**Arro** 5:11
**articulate**
115:25 146:19
169:2
**articulated**
168:25 169:25
171:14
**Ashish** 158:20
159:11
**asked** 19:18 50:5
50:14 83:12
96:21 115:22
130:21 137:8
156:12 158:10
170:15
**asking** 28:12
53:5 67:14

110:14 113:19
123:7,8 128:25
142:25 145:2
147:21 148:2,3
149:7,8 155:15
168:2,13
**asks** 100:2
**assessing** 169:13
**Asset** 11:24
12:16
**assigned** 126:2,7
126:8 157:17
**assistant** 71:13
**associated** 13:14
17:17 80:13
99:18 132:3,4
147:4
**assume** 144:6
**assuming**
154:10
**assumption**
77:13
**attached** 79:19
**attempts** 53:20
104:4,9,10,25
105:23 106:9
**attention** 24:6
135:14
**attorney** 3:13
5:16 7:9 8:4
49:25 71:23,24
81:23,24,24
82:3,12,13,13
82:23,25 84:6
84:6 85:20,22
100:14 111:9
111:17 112:2
112:11 125:23
**attorneys** 2:4,9
2:12,16 3:4,8
3:15 4:5 49:7
71:17 81:21
83:8 84:20
100:6,19
101:17 111:15
112:11,14
119:14 125:25

126:5,8,17,17
131:2 136:18
139:3 155:6
**audit** 125:7,11
140:3,4,5,6
142:5,7
**authorized** 4:15
**automatically**
133:14 143:24
**availability** 20:7
20:18,25
169:12,14,17
**available** 17:23
18:4 19:10,16
20:5,6 21:5,5
30:17 48:20
49:2 67:5,6
68:2 74:20
78:15 93:17
94:13 96:2
110:16 115:19
165:3,7 166:2
166:11 167:4,7
167:16 168:10
168:14
**Avenue** 2:5,13
**average** 15:5
**aware** 14:20
19:17 32:20
44:24 73:17,21
73:22,24,25
74:5,6 98:23

---

### B

**B** 3:17 120:3
133:20,21
144:5 152:21
174:4
**B-E-N-D-E-R**
157:25
**BAC-12** 91:18
**Bachelor's** 7:13
7:19
**back** 17:3 18:8
25:14 26:19
30:21 32:10
46:6 52:4,6
56:11 59:8,10

59:17 61:7,24
62:12 65:11,19
66:24 67:21
68:14 78:19
81:20 87:7
88:11 98:11
103:14,16
105:3 108:19
108:25 111:16
115:21 120:22
128:13 129:16
131:3 134:13
136:15 145:24
148:11 150:5
150:24 153:2
155:25 156:3
163:13,19
166:14 170:13
170:15
**background**
163:13
**bad** 16:19
**balance** 41:24
41:25 80:18
99:21
**balances** 37:5
99:19
**bank** 13:19
14:23 18:14,17
20:23 69:11
**bankrupt** 61:4
**banks** 169:9
**based** 37:23
38:14 100:7
127:4,20,24
128:4,18
137:15 165:20
**baseline** 38:2
**basically** 12:6
27:15 29:3
30:18 36:9
37:2,17 40:2
80:6 102:16,24
106:17 152:15
166:7 167:3
**basis** 30:9 31:4
32:7 36:17

52:19 67:5,14
68:15,16 77:12
78:6 129:5,19
155:14
**Bates** 118:15
**bear** 151:23
**began** 63:18
**beginning** 45:11
113:5 120:23
**begins** 41:4
64:18
**behalf** 1:5 10:7
12:25 16:22
21:14 23:25
24:22 25:3
26:23 27:22
32:14 39:9
43:4,4 44:24
45:9,20 51:24
53:21 62:24
83:15 103:18
105:10 109:20
122:22 137:16
**believe** 18:5 20:3
20:24 33:7
44:4 45:20
54:5,6,10,13
63:3 75:18
77:22 83:13
90:15 91:2
100:12,24
105:13,18
116:14 117:15
117:21,23
120:2 121:15
126:13 130:25
131:5,9 133:15
133:19 136:22
140:15,19,24
140:25 141:6
141:10 142:5
144:2 146:9
151:4 155:7
156:12 158:10
159:7 161:13
162:4,6,9,14
162:17 170:10

170:14,17
**believed** 41:6,8
**believes** 133:7
138:10
**Ben** 5:15
**Bender** 157:24
158:6
**BENJAMIN** 2:6
**best** 34:10
**better** 129:10
153:14
**beyond** 12:11
32:22 131:16
**Bianco** 2:4,6,8
5:14,16,17
22:18 25:12
54:2,6,10,16
59:8 66:15
91:12 94:4
97:8 98:7
118:8 130:14
144:9 147:6,10
147:14 152:20
153:21,24
154:4,13,17,24
155:3,13,21,25
162:17 163:3
164:2,19
166:21 167:11
167:13 172:6
173:4
**big** 169:9
**bill** 165:24
**billing** 17:23
19:24 48:17
**bills** 145:12,17
**bit** 16:25 18:15
33:20 59:5
82:21 83:11
127:18 162:8
164:18
**BK** 41:21
**blood** 175:13
**bonus** 161:21,22
161:24
**bonuses** 147:4
**book** 114:25

**borne** 109:16
**boss** 39:2 65:3,4
**bottom** 123:20
**boxes** 146:17,20
**break** 45:17
53:6 59:2
117:9 150:2
155:22
**briefly** 92:3
93:12 108:18
**broader** 159:17
**broken** 39:12
**brought** 41:3
64:17
**buffer** 43:9,12
**bureau** 142:14
143:7
**bureaus** 142:21
**business** 7:19
8:25 9:17 13:8
13:10 21:15,17
22:5,15 26:5
40:18 74:14
79:17 81:12
89:16 102:5,14
103:2,4 109:2
120:9 122:18
169:5 170:4
**business-related**
120:13
**buying** 17:12
**BYRNES** 2:8

**C**
**C** 2:2 3:2 120:5
154:18 155:20
175:2,2
**C-A-L-L** 135:21
**California** 5:11
15:16 148:10
**call** 14:17 31:13
42:17 48:9
66:17 68:24
84:7 104:25
109:5 135:20
164:22 165:17
**called** 21:15
30:16 40:10,13

53:15 106:16
164:12
**calling** 40:23
107:3,7
**calls** 104:15
106:11 108:6
**Canada** 15:24
**capability** 87:6
**capable** 80:25
**capacity** 52:16
**Capital** 11:16
**caption** 25:16
**captured** 114:25
**card** 18:12 48:17
166:17
**Carr** 1:16 175:3
175:22
**carry** 139:18
**carve-out** 37:7
**case** 8:5 24:21
26:25 32:19
55:12 56:8
66:18 82:9,15
83:14 91:14,22
95:5 98:19
99:17,19 100:8
112:24,25
113:14 134:6
135:3,13 145:6
145:12,18
151:17,19
157:3 168:18
173:10
**cases** 27:12
28:22,24 30:10
51:24 52:6,21
66:12,12,17,18
67:13 77:18
85:4,8,25
86:10 148:24
149:20 156:9
**catch** 163:6
**catching** 163:9
**category** 103:6
**cease** 132:18
134:7,20,25
**ceasing** 134:9

certain 14:7
18:3,13 20:4
41:19,25 43:23
44:14 59:23
60:18 63:4
66:16 70:2,15
74:21 75:2
77:11 80:6,14
83:23 88:25
98:13 99:5
110:12 121:5,6
121:14 139:18
certainly 11:9
94:5 143:10
144:13 146:23
certification 4:6
certify 175:3
cessation 132:22
cetera 38:19
40:10 61:5
80:13 106:20
109:11 110:10
134:17 167:2
169:12
chain 17:25
change 76:19,20
76:21 84:16
85:6,7 86:11
87:13 97:3
157:2 165:24
changed 80:21
82:5 84:12
85:2,6 140:24
changes 57:5
77:22 84:18
113:6 157:5,9
157:19
channel 40:5,7
40:12,15,22
46:18
characteristics
78:24
characterized
89:24 162:15
charge 17:19
108:22 158:12
159:16

charge-off 17:24
18:10 19:24
45:14 48:16,24
165:23
charged-off
44:20 121:7,9
charges 18:12
check 89:9,10,17
90:4 154:12
checks 79:2,9
81:6,8 86:14
88:9,25
CHRIS 1:4
circumstances
59:20 60:24
61:9
Citibank 13:19
14:19,22 15:6
37:10 39:10
69:11 91:15,23
172:3 173:11
Citibank's 47:23
claim 63:15
129:5,6,12,19
130:4 131:18
132:14,15,17
135:13,17,25
136:25 137:7
137:16 138:18
claims 30:23
126:22 136:16
136:20 138:14
138:22,23
139:3
clarified 65:23
clarify 16:13,15
48:6 49:23
53:5 62:7
83:21 95:18
153:7 156:4
class 24:21
135:16
clause 120:24
122:20
clauses 144:22
clear 11:10
25:15 38:11

39:18 45:8,10
48:22 82:21,22
84:22 119:22
127:17 132:6
135:23 136:22
140:21
clearly 41:20
43:18
close 58:25
60:23,24 61:2
61:3,6,8,20,21
62:7,12 107:18
108:9 128:14
128:15,15
135:5 136:13
closed 95:5
103:20 122:17
129:16 136:15
164:4
closely 23:9
closes 163:22
164:9 168:7
closing 19:4
135:4,12 138:8
Cloud 161:18
code 29:17,23
60:25 61:13,20
61:21 62:8
65:16 66:6
69:25 70:8
73:25 86:24
87:21 128:13
128:16 130:25
135:4,12
136:14 138:4
codes 30:20
60:23 61:6,8
128:15 137:25
coding 137:25
Cohen 3:8 58:15
Coleman 1:14
3:12
collect 38:5
40:17,21 41:6
42:18 44:10,11
44:14,16,19
53:3,13,20

66:20 106:9,24
108:23 131:17
152:11 156:9
161:9
collectability
46:12
collected 36:9,24
37:4,15 150:10
151:16,20
152:4,5 153:4
collecting 39:15
152:9,10
collection 8:7,9
9:3 10:10,12
12:4 15:20
25:3 31:5
32:25 37:12,20
37:22 44:3
51:21 53:11
57:2 62:20
91:13,21 92:6
104:4,8,10
105:23 108:15
111:24 118:3
118:11,12
119:3,18
120:10 122:24
123:21,25
124:14 129:8
130:7 132:18
132:22 134:2,7
134:9,21,25
135:25 146:13
147:2,3,4,22
148:4,8,12,16
148:17,18
149:10,13
150:6,7 166:5
173:9,14
collections 36:8
36:15 40:5,7,9
40:12,15 41:2
41:16,21 42:8
42:22,24 43:7
46:18 50:22
65:9 101:14
107:8,11,22,25

108:3,5,7
111:21 128:10
158:9
collectively
110:21 139:4
collects 10:9
49:7 50:7
Colleen 72:18
come 63:4 65:11
66:24 95:24
132:3 151:24
152:14 153:5
160:13 166:23
comes 39:23
45:6 64:5
71:24 78:21,21
78:22 81:20,20
88:12 102:3
137:5 149:9
157:3
coming 17:14
Commack 2:10
commencement
175:7
commercial
121:7,10
commercially
30:17
communicate
30:15 55:13
56:7 69:17
87:15 156:5
communicatio...
55:18 56:25
57:7 71:3
companies
11:25 12:5
company 11:17
11:18 122:11
comparing 89:7
compensation
161:20 162:3
complaint 96:18
129:24 130:13
130:14 131:10
132:4,23
134:11 138:15

complete 79:5
compliance 35:25 41:17 60:2 124:9 125:3,12
complied 106:10
comply 124:5
complying 140:8
component 99:19 169:15
computer 93:18 96:6
concern 154:9
conditions 17:24 19:25
conduct 124:19
conducted 44:3
conducting 136:11
confer 162:19
conferences 56:13
confidentiality 154:7
confuse 93:25
confused 148:14
conglomerate 15:17
connected 175:13
connection 122:24 130:2 130:10 138:16
consent 142:22
consider 35:11 36:25
consideration 38:11
considerations 36:4 38:21
considered 62:14
considering 38:20
consistency 85:19
consistent 85:20

86:5 124:20
consumer 17:17 18:11 28:25 31:13,14,16 36:22 40:19 47:13 61:4 62:8,10,10,13 79:16 80:16,17 82:6 87:16 106:21 121:7,9 128:11
Cont'd 98:6
contact 57:12,23
contained 146:17
contains 133:22
context 93:22 119:6
continue 61:18 108:5 121:8 133:14
continued 3:2 108:15 171:18
continuing 129:22 138:9
contract 133:2 133:25 167:20
contractor 122:23
controlled 84:10
conversation 56:12,16 111:11 156:10 156:25
conversations 56:19 110:25 111:2,3,7 112:22 113:2,9 113:16,21 114:4 156:13 156:15 157:15 169:6
copies 117:13
copy 115:13 117:22 135:17
corporate 12:21
correct 10:9

11:7 12:22
13:2 15:3 30:2 31:8,14 45:24 49:4 50:4 52:23 53:22 61:15 63:16,19 63:23 64:2 68:4 73:10 81:18 82:14 85:3 86:12 87:9 90:9,18 90:23 116:16 116:20 121:17 124:7 131:13 131:14 133:7 133:16 136:4
CORRECTION 176:2
correctly 32:10 153:19
corresponding 70:8
cost 31:11 109:14,15,15 109:17 110:13 110:14 150:11 151:24 152:12 152:13
costs 150:16,18 150:21,22 151:2,10,10,24 152:3,6,8,14 153:3,5
counsel 11:13 71:20 103:24 106:7,12 119:7 135:15,19 145:20 162:21 175:10,17
counter-comp... 130:9
counterclaim 129:25 130:9 130:15 131:10 132:5,23 134:11 137:5 138:16 160:16

counterclaims 154:8
country 55:2 97:6
couple 56:9 90:15 155:6 157:7,8 158:3 159:18
court 1:2 4:17 91:13,21 150:10,16,18 150:20,22 151:2,10,10,24 151:24 152:3,6 152:8,12,13 153:3,5 173:9
cover 15:20 45:21
coverage 139:11 139:19
covered 98:12 169:21
CRAIG 1:4
create 79:24 87:14 120:16 120:17
created 84:23,24 119:13 120:15 120:18
creating 80:7 114:17
creation 119:11 119:18
credit 1:9,12 6:17,24 9:24 12:9,19,23 14:8,13,18,24 17:8 18:12,21 19:18,22 20:23 21:9 25:10,19 26:22 27:6 30:6 32:12,22 45:25 47:25 48:4 50:6 52:24 59:17 63:14 64:7 69:3 73:14,19

73:19 74:7,8 81:16 93:4,24 94:7,18 95:7 95:14,16 104:10,22 105:4,9,10,24 108:20,23 117:21 118:4 118:13 128:19 129:3 142:10 142:14,21 143:5,7 145:9 145:16 151:21 156:7 157:16 163:21 164:14 166:17 168:17 170:16 173:14
creditors 13:10
cross-claim 137:5
cross-complaint 129:25 130:10 130:15 131:11 132:23 134:11 138:16
current 124:21 133:4,9,21 135:18
currently 33:9 33:11 38:13 85:14

### D

D 2:6 173:2
D-I-A-Z 72:18
d/b/a 26:14
daily 30:9 31:4 32:6 67:5,14 68:15 77:10,12 77:13
Dakota 91:15,23 173:11
Darren 50:25 51:5
data 17:14 18:7 30:18 32:9 48:6,14,19 79:6,15 88:17

88:19 95:20
102:19,22
163:24 164:5
**date** 17:19,20
22:25 45:15
92:2 118:7
133:21 136:8
140:16
**dated** 22:21 23:5
118:5,14
173:15
**dates** 17:19
45:14 47:14
**DAVID** 1:3
**DAVIDSON**
2:16
**day** 5:21 43:5
77:2,7 117:4
172:16 175:19
**days** 42:9,13
83:8,9
**DBA** 1:9 25:22
26:10,21
**deal** 59:10
103:20 153:12
153:13 164:4,9
168:7 169:13
170:3
**deals** 153:9
**debt** 8:9 9:3,20
9:20,22,23
10:2,5,6,8 12:3
12:4,25 14:13
16:16,20,22
18:12,18 21:8
21:14 25:3
27:3,8 32:25
36:22 53:3,13
60:22 69:4
73:15 74:8
106:24 121:25
122:15,16,24
163:22,23
**debtor** 15:18
16:9 17:5
28:22 39:24
61:13 63:18,24

64:18 98:16
105:25 127:3
127:19 128:4
128:22 129:14
132:6 137:17
**debtor's** 87:12
135:9
**debtors** 27:13
64:6 127:22
**debts** 63:4
163:15
**deceased** 41:22
61:4
**December** 6:2
**decide** 46:2
**decides** 132:7
**deciding** 17:11
**decipher** 41:5
**decision** 32:15
34:23 36:3
38:22,24 39:5
42:23 100:7
102:9,10,15
103:5
**decision-maki...**
100:10
**decisions** 39:2,3
**default** 28:6,8
28:13,16,21,25
29:7,12,18,23
45:11 82:11
96:15,24 156:9
**defend** 96:17
132:7
**defendant** 28:23
96:16
**defendant's**
96:16
**defendants** 1:11
3:13,15 8:5
22:21 23:5
24:2 32:19
33:5 56:8
57:25 73:3
85:15 107:13
113:13
**defense** 127:10

129:6 134:12
137:16
**defenses** 29:3
**defined** 132:15
137:14 138:15
**definitely** 35:3
167:7 171:5
**definition** 29:7
**degree** 7:13,18
**Delaware** 1:9
25:23 26:11
**deletion** 94:23
**delivered** 164:23
**demand** 104:21
132:8
**Dennehey** 1:14
3:12 23:22
**department**
13:9,11 21:19
31:17,23 32:4
32:8 42:20
50:16,19,21
71:5 100:17,20
100:21 101:10
101:13 102:7
112:12 120:16
126:12 153:9
156:6 158:11
158:16 160:21
160:24,25
**depend** 171:6
**depending** 57:17
57:21
**depends** 15:11
20:14 44:9
56:13,14 99:18
168:19
**deposed** 5:22,25
6:4
**deposition** 1:12
4:14 22:20
23:4
**describe** 30:13
49:16 55:8
146:23
**described** 18:20
20:25 121:12

125:4
**description** 7:24
173:7 174:3
**desk** 115:3
116:21
**despite** 27:6
**destruction**
94:23
**details** 137:25
170:3
**determination**
52:21 62:3,5
99:22 101:5,6
101:9 104:2
**determinations**
35:9 39:11
**determine** 35:18
46:21 137:6
**determined**
106:6
**determines**
140:8
**development**
13:8,11 21:15
21:17 22:5,15
74:15 102:5,14
103:2,4 109:2
169:5 170:4
**DICKER** 3:8
Diego 5:11
**differ** 53:23
148:9
**difference** 25:25
29:22 102:13
140:17 148:8
149:8 150:3
**differences**
36:14 64:14
86:2 116:2
**different** 26:16
33:20 41:14
45:22 57:4
58:16 83:12
85:16 90:20
91:10 96:22
104:17,18
105:16 115:24

148:25 149:16
158:3
**difficult** 77:15
**diligence** 17:13
**direct** 71:23
114:9 118:19
**direction** 31:25
71:18,24 175:9
**directly** 8:15
20:17 48:25
64:6,18 69:2
69:10 106:12
159:2 175:15
**director** 7:8,23
51:10,18,19,20
78:11 112:7,8
112:9
**disbursements**
153:13
**disclosures**
44:13
**discovery**
131:21,24
132:2,8 160:10
**discretion** 32:16
53:4 142:18
**discuss** 6:20
101:19 157:11
157:18
**discussed** 25:19
47:21 51:23
62:23 93:12
94:8 95:15
98:13 102:2
105:3 106:2
107:17,19
114:6 121:15
121:18 131:17
132:15 159:18
**discusses** 83:18
**discussing** 26:8
43:22 73:7
101:4 114:12
131:4
**discussion** 53:9
97:9 148:11
**discussions**

60:11 145:4,22
**dismissal** 28:19
**disposition** 95:6
**dispute** 41:22
  127:3,19 128:4
  128:7,11,16,18
  128:20 129:21
  131:18 132:14
  132:14,17
  134:16,20
  135:3,24
  136:10,12,13
  136:25 137:13
  137:13,18,20
  137:22 138:3,7
  138:9
**disputed** 127:23
**disputes** 126:21
  133:6 137:8
  138:11
**distributed**
  46:19,25 52:4
  52:8,14
**distribution**
  46:5 52:11
  163:17
**DISTRICT** 1:2
  1:2
**divided** 151:12
**document** 19:11
  22:24 23:11,13
  23:16 48:19,21
  53:11 65:21
  66:4,7 67:23
  67:24 68:2
  79:21,22 92:9
  92:13,15 115:2
  115:4 118:3,10
  118:21,23
  126:18 136:22
  146:12 166:12
  167:25 168:10
  168:14 173:8
  173:13
**documentation**
  65:13,18,19
  66:25 67:9,11

68:6,23 109:21
  135:11 143:25
  165:12,15
  170:18
**documents**
  11:12 17:14,22
  18:7,9 19:15
  19:19,21,23
  20:3,4,8,8,9
  21:4 48:7,10
  48:11,16,23
  49:8 53:12
  65:24 67:7
  79:19 95:20
  96:7 102:19,22
  105:15 108:21
  108:23 109:6,9
  109:10 119:11
  119:13 159:21
  159:22 160:3,6
  160:11 161:9
  161:10 163:18
  163:23 164:11
  164:15,17
  165:2,3,9
  166:15,19
  169:3,18 174:2
**doing** 26:5 37:23
  43:10 89:19
  107:3 129:9
  137:3 166:24
**dollar** 152:3,5
  152:10
**dollars** 36:9,15
  36:18 37:3,15
  149:4,6 150:9
  151:16,20,22
  151:25 152:11
  153:4
**DOREEN** 1:4
**Doris** 125:20
  126:13,14
**dotted** 126:15
**drafted** 81:21
**draw** 24:6
**Drive** 5:11 6:12
**driving** 150:13

**dual** 89:14 91:3
  94:14
**due** 17:12 18:18
**duly** 5:3 175:6

___

**E**

**E** 2:2,2 3:2,2 5:2
  98:4,4 173:2
  175:2,2
**e-mail** 55:10
  57:8,10 70:6
  70:10,17
  110:24 131:4
**earlier** 45:13
  65:24 128:6
  131:5 148:12
  163:14 164:21
**East** 2:17 3:9
  6:12
**EASTERN** 1:2
**easy** 128:22
**Eckhardt** 146:4
**EDELMAN** 3:7
**EDNY** 147:15
**education** 7:12
  7:20
**effect** 4:16 144:3
**effectively** 136:3
**efforts** 63:18
  111:24 132:18
  132:22 134:7
  134:10 135:2
**Eight** 6:25 7:5
**either** 6:2 12:12
  32:7 35:19
  60:12 67:23
  69:19 71:22
  98:25 103:6
  127:7,22 130:6
  130:8,16 138:8
  146:9 157:14
  168:11
**electronic** 18:24
  18:25 30:18
  89:5,25 90:4
  115:2,4 163:17
  163:24 164:5
**electronically**

19:10,13 20:14
  20:16 23:6
  47:19 48:13
  88:24 96:8
  167:24
**elements** 48:19
  79:15 88:18,19
**eligible** 59:25
**ELSER** 3:7
**employ** 175:16
**employed** 6:14
  6:16,23
**employee** 22:11
  49:25
**employees** 9:9
  9:21 10:3,19
  10:21 12:24
  21:18 122:10
  162:5
**enabling** 96:14
**Encore** 11:14,16
  12:7,13,21
**ended** 28:6
**ends** 28:25
**enforceable**
  139:23
**engage** 138:6
**engagement**
  53:7,8
**enter** 46:18
**Enterprise**
  125:13,15,18
  126:2
**Entin** 3:5
**entire** 79:14
  90:16,22
  139:15
**entirely** 120:6
**entirety** 93:21
**entities** 6:18
  11:18,19 12:3
  12:11,20 13:17
  15:23 25:14
  26:2,16,20,24
  145:10
**entitled** 118:3
  118:10 141:17

173:13
**entity** 8:25 11:6
  11:9 26:12,16
  102:15
**equally** 52:8
**ERRATA** 176:2
**erroneous** 37:13
**errors** 37:21
**escaping** 58:22
**ESQ** 2:6,7,10,12
  2:14,18 3:6,10
  3:11,14,17
**essentially** 18:14
  18:17 27:4,7
  36:19 47:17
  61:24 81:21
  90:19 125:7
  136:8 137:15
  139:17 141:20
  143:23 149:21
  168:2
**established**
  13:10,20,23
**estimate** 41:18
  42:9 52:2
**et** 38:18 40:10
  61:5 80:13
  106:19 109:11
  110:9 134:17
  167:2 169:12
**evaluate** 17:14
  19:7 40:2
  125:8 134:18
**evaluating** 13:13
  17:10 102:17
  103:9
**evaluation** 19:6
  134:14,22
**evaluations**
  13:15
**Evan** 58:21
**evenly** 52:3,14
**everybody**
  115:12
**exact** 74:23
  75:17 118:24
**exactly** 56:10

59:4 81:18
88:17 104:16
137:12
**Examination**
5:13 98:6
163:11 167:12
173:3 175:4,12
**Examined** 5:4
**example** 8:5
12:16 18:9
37:8 42:12
87:12 92:16
106:5 107:16
166:16 170:23
172:3
**Excel** 68:12
168:4,22
**exchange** 31:3
**exclude** 35:18
**exclusions** 41:17
62:17 106:19
107:9 108:2
**exclusive** 26:15
**executed** 77:2
96:13 117:5
**executing** 94:10
**exhibit** 22:19,23
25:16,17 91:20
118:2,10
119:23 133:20
133:21 136:6
144:4,5 146:11
150:5 152:21
154:18 155:20
173:8,9,13
174:4,4
**exhibits** 119:21
119:22 120:2,8
120:9,14,20,22
144:6,10 173:6
**exist** 77:18 94:2
122:13
**expect** 37:19
88:10 123:15
**expectation** 38:2
**expectations**
35:25 37:23

38:18
**expecting** 37:21
**experience**
167:4
**experts** 110:6
**expire** 41:19
42:5,10
**expired** 43:14
44:7,12
**expiring** 42:11
**explain** 13:6
14:5 25:25
36:7 164:17
165:8,10
**explained** 28:12
**extent** 11:20
76:6
**extra** 43:12

**F**
**F** 98:4 175:2
**facsimile** 135:15
**fact** 19:18 27:6
75:20 77:16,21
92:19 109:24
119:12 120:12
127:23 134:5
141:12 148:23
**factored** 151:11
**factors** 35:12,17
36:24 41:4,14
47:15 52:15
99:18,21
**Facts** 92:12
**failed** 28:23
**failure** 96:17
**fair** 7:3 8:10
16:8 26:17
28:20 66:15
81:19
**fall** 12:20 54:11
**familiarity**
23:10
**fashion** 42:21
64:20 117:19
**fast** 101:22
**faster** 68:10,23
**federal** 124:22

125:4
**fee** 109:18
152:12
**feel** 92:6 116:15
132:24 141:20
144:19
**Felt** 58:25
**FERRO** 3:10
**field** 80:18,19,20
81:4
**fields** 68:21
80:14,23,24
81:7,11 82:5,6
84:15
**fifth** 92:6
**figure** 130:22
**figures** 113:19
**file** 42:19 43:3
45:7 110:9
112:25 129:24
156:9 165:20
**filed** 24:22 25:3
27:12,16 30:10
32:13 43:3
83:15 99:15
130:8 132:24
**files** 76:12
**filing** 4:6 31:15
166:4
**filings** 91:13,21
173:10
**find** 50:12 64:11
64:22 72:10,11
72:13 74:11,13
77:5 78:8
128:3 130:21
162:10
**fine** 33:11 45:18
78:2 83:5 94:4
118:22 143:17
153:8 154:13
155:12
**FINK** 2:16
**FINKEL** 2:8,10
**firm** 5:16 31:7
31:12 32:19
36:15,23 37:25

38:4 39:17,19
42:25 43:10
44:6 46:14,22
47:5,18 48:4
49:16,19,23
52:15,18,20
53:4,12,16,17
53:19,23 54:3
54:9,20 55:18
57:13,20 58:8
59:15,18,23
60:4,13,21,25
62:2,12,19
64:19 65:11
66:6,11,16,24
67:25 68:6,25
69:6,6,18,21
72:25 73:13,18
74:19 80:9,19
81:3,14 82:23
83:6,16,18,24
83:25 84:2,3
84:25 85:8,20
85:21 86:7
87:6 88:4,4,15
88:18 98:15
99:23 100:2
109:25 110:2
110:15,20
117:19 124:16
128:10,17
130:3 132:17
133:23 134:24
136:7 138:13
139:6,18 140:8
142:12,20
143:6 144:22
144:24 148:13
148:19 149:5
149:16,17,23
152:4 154:18
155:2,4 166:3
166:5,10
**firm's** 38:17
62:3
**firms** 8:3,4,8,10
8:13,15,17,19

8:21 10:14
29:18,20 30:7
30:16,20 32:17
32:18,24 33:3
33:14,15,21,25
34:11,21 35:10
35:13,18,19,20
35:24 36:3
37:9 38:12,23
39:5,8,12 41:9
46:2,4,19,23
47:2 48:8,25
53:2,9 55:2,7
55:11,13 56:7
56:25 57:6,24
58:11 59:12
61:2,6 67:8
69:8,10,17
72:8 73:2,3
74:12 78:21,23
79:10,16 80:11
84:13 85:14,16
86:2,21 87:17
87:18 98:15
99:6 106:16,18
107:12 108:19
109:16,20,22
110:5,8,20
112:23 113:13
117:16 124:5
124:18 125:11
127:9 128:13
129:3,8,9,18
131:11,19
132:9 134:17
136:11,19
137:2,3,6,19
138:8,12,20,21
139:2 140:5
141:21 145:15
147:23 148:5,6
150:21 151:2
151:13,21
155:6 156:5,21
156:23 157:18
160:22 161:4
165:14 168:25

**firms'** 124:9 125:3 145:11
**first** 5:3,21 22:19 23:15 42:4 58:12 81:22 89:9 93:7 100:2 102:6,25 103:3 120:24,25 126:24 130:13 135:16,18
**five** 6:5 71:12 72:22 100:23
**fix** 79:11
**FJERMEDAL** 2:18
**floor** 2:13 3:16
**follow** 39:22 109:9 114:14 114:16 138:21 167:11
**follow-up** 98:12 163:10
**followed** 136:23
**following** 120:2
**follows** 5:5 88:3 98:18
**force** 4:16
**foregoing** 175:4
**forever** 95:4
**forget** 10:22
**form** 4:10 14:3 14:11 18:22 25:7 41:12 45:5 46:16 66:14 70:5 113:23 122:9 127:12 164:2 164:19 166:21
**format** 110:22
**Forster** 2:16 58:20,21 91:18
**forth** 32:10 46:6 56:11 68:15
**forward** 39:6 59:24 86:10 135:14
**four** 32:19,22 33:4,12,13,15 33:21,25 34:5 34:7,11,21 35:12 38:12 41:9 46:4 52:4 55:7,11 56:7 57:24 69:7,10 73:2 76:20 85:15,15,16 86:21 98:15 99:6 107:12 113:13 129:2 132:8 156:21 156:23
**fourth** 92:5
**frame** 85:5
**FRANCOEUR** 3:11 172:8
**Frank** 2:4,7 5:17 58:14
**fraud** 61:5 127:4 127:10,20,24 128:5,12,16,19 128:23 129:5 129:21 134:12 134:17 137:15 137:16
**fraudulent** 128:7 129:14
**free** 92:6 116:15 132:24 141:20 144:19
**frequency** 68:17
**frequent** 56:18 113:15
**frequently** 67:4
**front** 151:2 164:17
**FTP** 19:11 20:14 47:23 95:17 168:4,22
**full** 6:6
**fully** 81:21 95:5 122:17
**function** 56:24 76:9 122:9
**Funding** 1:8,8,9 9:5,6,7,8,14,15 9:18,19 10:4,7 10:8,11,19,20 11:2,3,6,21,24 12:2,10,13,15 12:25 16:10,16 16:18,23 17:7 21:14 25:21,22 25:23 26:3,7,8 26:10,11,20,21 27:4,5,12,22 32:14 39:10 44:24 45:10,20 51:25 53:21 55:3 62:25 83:16 91:14,22 103:18 104:24 105:11 121:17 121:20,24 122:9 163:16 173:10
**Funding's** 9:10 43:4
**funds** 55:6
**further** 4:9,13 136:18 167:10
**future** 33:22,24 34:4,6,11,16 34:20,24 35:7 40:8,11 52:22 121:10

**G**

**Garbus** 2:16 58:20,21 91:19
**garnish** 123:9
**general** 29:8 56:11,24 64:13 95:13 122:25 123:5,12 133:22 135:15 135:19 145:20 147:22 148:3 160:13
**generally** 24:12 31:10 83:4,5 83:10 104:18 124:4 131:20 156:17
**getting** 8:20 52:6 102:18
**GIULIA** 3:10
**give** 15:4 23:7 24:16 42:12 106:5 118:17 138:21 157:21 161:14 162:23 163:13 166:16 170:18
**given** 25:5 27:16 49:20 53:12,19 66:11 77:2,7
**gives** 20:21
**GLENN** 2:18
**go** 6:19 10:2,16 16:14 18:8 25:14 40:8,12 40:22,25 41:15 43:7 45:5 46:22,23 51:12 52:4,6 59:10 62:6 63:12 65:19 66:7 67:21 69:2,2 69:10,16 71:23 72:4,10,13 77:5 78:7,8,24 84:20 96:10 98:11 99:22 101:18 102:14 103:6,23,24 104:5 106:3,7 106:11,13 107:8 108:4,19 113:24 117:7 127:13 128:2 130:22 131:3 133:11 134:23 136:16 137:12 137:22 142:10 143:20 150:24 153:2 156:3 160:20 161:5,7 163:19 165:14 166:14 170:15
**goes** 32:10 39:18 44:18 47:8 63:2 68:14 80:10 81:5,9 87:22,25 89:3 89:10 90:6,7 90:21 94:9 110:3 124:24 131:6,15 134:13 148:11 163:13
**Goggin** 1:15 3:12
**going** 13:14 16:13 22:18 23:7 35:9,10 38:5 39:6 40:4 40:6 41:15,19 41:20 44:22 46:18 56:23 59:2,4,5,10 63:9,12 79:20 86:10 92:4 98:22 100:15 106:15 107:8 108:3 110:12 124:3 141:19 144:14 166:9 170:14
**good** 157:12
**governed** 133:25
**government** 15:23
**graduate** 7:16
**Greenwich** 6:13
**Greg** 135:20
**GREGORY** 2:7
**gross** 146:13 150:5,7,8,9,14 150:16
**group** 11:16 50:18 55:16,17 55:25 56:3 60:13 86:22 103:22 104:9 106:16,20

107:4 111:17
114:3,8 125:13
126:3,7,9
145:23 157:14
158:4 162:14
**groups** 158:4
**guess** 8:23 9:23
16:8,10 20:15
21:12 36:21
50:5 58:20
60:8 61:10,24
62:6,18 63:22
72:4 76:11
85:12,13,23
87:7,24 88:22
101:18 104:4
112:16 123:9
123:11 139:4
152:21 158:18
162:13 168:25
171:10
**guidelines**
138:21

**H**

**H** 5:2
**H-E-C-T-O-R**
125:22
**H-E-R-R-I-N-G**
51:7
**half** 66:11
**hallway** 56:16
**hand** 175:19
**handed** 115:17
**handle** 138:22
160:25
**handles** 102:4
104:8,9 170:5
**handling** 133:5
133:22
**happen** 43:13
44:7,17 57:15
60:15 69:20
73:23 143:16
156:18
**happened** 37:10
69:14 156:15
**happens** 16:11

66:10,14 67:4
104:14,16,18
106:2 107:19
116:24 136:9
157:2
**hard** 98:24
101:22 113:19
**hardship** 41:22
**head** 50:20,23
57:16 125:18
158:16 159:5,5
159:9
**heads** 158:11
**heavily** 109:7
**Hector** 125:20
125:23 126:10
**Heidi** 92:20,24
**held** 1:13 12:12
12:14 17:6
43:15 47:24
48:4,11 95:14
96:25 97:10
175:5
**Hennen** 92:20
**hereunto** 175:18
**Herring** 51:5
**hey** 79:10
**hierarchy**
102:12
**high** 38:8 167:7
170:21 171:2,7
**higher-up**
126:11
**highest** 7:11
**historical** 37:18
37:24
**histories** 17:20
**history** 169:10
**hoc** 13:24
**hold** 16:20 75:8
**holder** 48:17
**holding** 10:8
122:11
**holds** 9:22 10:4
53:20
**home** 6:11
**Honestly** 20:20

**hope** 38:7
**hopefully** 156:24
**hosting** 19:11
47:24
**hourly** 162:4,6,9
**hours** 159:18
**HR** 123:10
162:11
**hundred** 11:17
21:22 37:20,22
38:6 66:17
112:18,20
149:6 152:2,8
152:11 153:4
**hundreds** 15:9
15:13

**I**

**idea** 96:22 145:4
145:21 146:16
161:19,21
162:2
**identification**
22:25 91:25
118:7 173:7
**identified** 23:3
82:6 93:8
94:13 96:10
**identifiers** 17:16
**identifying**
47:13
**ii** 135:3
**iii** 135:13
**Illness** 24:19
**imagine** 36:11
77:17 145:20
**immediately**
41:5,8 132:13
132:16 134:9
135:24
**impediment**
37:12
**import** 119:4
**importance**
109:5
**important** 43:8
169:15
**in-box** 70:6,10

70:17,20 71:2
71:11 73:8
74:4,19 131:3
131:4,7
**in-house** 103:7
103:13,25
111:16
**include** 35:19
105:7 110:10
144:15
**included** 146:24
**including**
124:23 135:8
**incoming** 71:3
**indefinitely**
94:21
**indemnification**
144:22,24,25
**indemnity** 145:5
**independent**
122:23
**index** 1:6 91:17
**indirect** 9:16
12:6,15
**indirectly**
175:15
**individual** 49:19
49:25 61:8
**individually** 1:5
**inform** 106:20
110:21 138:22
**information**
17:7,16,22,25
18:3,4,6,20
20:4 30:8,19
30:21 31:4,11
31:11 47:7,10
47:12,13,17,21
48:3,5,13,14
49:6,7 50:7
64:11 65:21
70:16 78:15,22
79:3,4,24,25
80:15,18 81:4
82:7,7 86:14
86:25 87:4,7
87:10,11,17,19

87:22 88:2,20
90:21 91:2,5,8
95:19 96:7
102:19 103:21
105:8 118:20
130:24 131:18
135:7,10
146:16 163:18
164:7 167:2
174:2
**initial** 104:8,21
105:23
**initially** 108:24
120:15
**initials** 122:6
**input** 84:14
119:10,16,17
119:20 120:7
120:12
**inside** 63:3
**instance** 41:18
62:8,9,11
73:17 79:7
80:16 82:8,9
83:6,12,17,24
124:17
**instances** 19:17
20:15 59:16
98:13 105:25
124:18 170:11
170:19,22
**instructions**
133:5,24 134:2
136:7 138:23
**insurance**
139:11,19,23
140:13,18,22
141:13
**intend** 121:8
**intention** 134:13
**interacting**
139:2
**interaction**
58:14
**interactions**
136:19
**interacts** 161:8

interchange 30:18
interested 118:20 175:14
intermediary 159:13
internal 42:20 42:24 104:13 104:14 107:4 107:14,23 108:11,15 111:19,22,23 112:8 158:11 158:12 159:6
internally 39:16 40:13,17,21 63:9,11 81:15 108:6
internationally 16:2,3
interruption 98:20
Inventory 104:3
investigate 78:9 129:4
investigation 129:10 136:12
involved 6:19 55:12 101:5,8 111:11 113:8 131:2
involvement 100:9 116:10
involves 24:22
Island 6:13
issue 25:9 35:4,5
issued 28:16
issuer 14:23 20:23 21:9 47:25 48:4 67:21 69:3,19 73:5,14,18 74:7 95:16,25 105:8 108:20 108:22 168:17 170:16 171:7
issuers 9:23

13:21 14:8,13 169:7
issues 101:20 132:7
item 39:25 44:25
items 131:16

**J**

James 7:15
January 6:2
Jericho 2:9
Jerry 58:25
Jersey 3:5 15:16 34:17 148:10
job 7:23 119:8,9 159:17 170:8
Joe 87:25 88:3,6 88:13,14,15
JOHNSON 3:17
join 115:18
joined 156:13
JOSEPH 3:11
judgment 28:6,9 28:16,18,21 29:2,17,18,19 29:23,24 30:4 31:16 96:15 110:9 165:20
judgments 29:13 96:24
jump 123:19
June 1:15 175:19
jurat 171:18
jurisdiction 110:22
jurisdictions 15:15 110:6

**K**

keep 105:18,21
keeping 31:21 95:3
keeps 95:7 105:5
Keith 58:14
kept 94:18 107:20
key 45:13 47:14

49:17
kind 10:4 38:2 39:21 40:15 52:25 84:17 91:3 110:3 138:4 150:13 153:15 160:15
know 6:18 11:10 11:20 13:3,8 15:8 16:17 20:20,22 21:16 21:18,23,25 22:4,13 24:15 25:2 27:2,10 27:11,14,15,18 28:5,7,8,24 29:11,14,16 30:22 32:20,24 38:5 45:6 49:5 49:9,14 50:6,9 50:11,14 52:5 57:15 60:8,10 64:8,8,9,12,15 64:21,25 66:23 67:3,3,4,12,13 67:25 68:21 70:6,7,20,21 72:9,12 74:10 74:21 75:17 76:6 78:2,3 82:17,22 86:3 90:24 92:8,23 92:24 94:22 96:21 97:5,7 99:16 105:12 106:17 112:6 112:10,13 113:7,25 114:13,22,22 114:24 115:21 116:8 117:15 117:24 123:10 123:18 125:24 125:25 127:14 127:15,16,25 128:17 130:17 130:19 132:21

133:20,23 134:3,4 137:21 140:17 141:9 143:3,4 145:7 145:9,13,15,19 146:3,6,7 153:10 155:11 158:3 159:15 160:13 161:5 161:24 162:5 162:12 166:6 167:3 169:20 169:20 170:7 170:13
knowledge 29:21,22 116:9 145:9,14
known 135:9

**L**

L 2:10 3:6 4:2
L-I-N-D-A-U-... 112:5
lack 129:10 137:7 153:13
Landover 6:12
language 80:6,9 80:21 81:25 82:3,11,24 83:9,19 84:7 84:10,16
large 13:9,21 15:5,8,12 21:16
law 5:16 8:3,4,7 8:9,13,15,17 8:19,21 10:14 29:18,20 30:7 30:15,20 31:12 32:16,18,19,24 33:2,13,15,21 33:25 34:11,21 35:10,12,18,19 35:20,24 36:3 37:25 38:4,12 38:23 39:5,8 39:12,17,19 41:9 42:24

43:10 44:5
46:2,4,14,19 46:22,23 47:2 47:5,18 48:4,7 48:25 49:16,19 49:23 53:2,4,8 53:12,19 55:2 55:11,13,18 56:7,25 57:24 59:11,15,18,23 60:4,13,21,25 61:2,6 62:2,2 62:11,19 64:19 65:11 66:11,16 66:24 67:8,24 68:6,25 69:6,6 69:7,10,18,21 72:8,25 73:2,3 73:13,18 74:12 74:18 78:21,23 79:10,16 80:9 80:10 81:3,14 82:23 83:16,18 83:24,25 84:2 84:3,25 85:7,8 85:14,16,20,21 86:2,7,21 87:6 87:17,18 88:4 88:4,15,18 98:15,15 99:6 99:23 106:15 106:18 107:12 108:19 109:16 109:20,22,25 110:2,5,15,20 110:20 112:23 113:13 117:16 117:19 124:5,6 124:9,10 125:3 125:11 127:9 128:10,17 129:3,8,9,18 131:11,19 132:8 134:17 136:11,19 137:2,3,6,19 138:8,12,13,19

139:2,6,18
140:5,8,9
141:21 142:20
143:6 145:11
145:15 147:23
148:5,6,19
149:5,16,17,20
150:21 151:2
151:13,21
152:4 154:18
155:4,6 156:5
156:21,23
157:2,18,19
160:22 161:3
165:13 166:3,5
166:10 168:25
**laws** 124:22
125:4
**lawsuit** 26:23
31:15 42:19
43:3,3 83:15
92:13 98:16
99:15 110:9
112:25 132:7
165:20
**lawsuits** 24:22
32:13 130:7,7
**lawyer** 116:5
157:12,16
**lawyer's** 106:12
**lawyers** 71:14
80:8,9 101:8
111:23 156:6
158:4,5
**LC** 40:22 51:4
**leave** 53:3
108:10
**LEEANN** 1:3
**left** 42:13 146:9
**legal** 7:8 8:7
26:23 28:15
29:6 40:5,6,8
40:12,15,25
41:15,21,24
42:2,8,15,20
42:22,23,24
43:7 46:18

50:22 51:20
57:2 63:2,9,12
65:9 71:12,18
71:20,24 75:18
80:12 92:25
93:8 94:9 96:4
101:11,12,13
101:20 103:6
107:8,11,14,22
107:23,24
108:2,4,7
111:14,19,21
111:22,23
112:8,9,11
120:19 125:12
126:11,12,15
128:9 130:23
131:3,20
132:10 145:2
145:11,17,23
154:8 158:7,8
160:16
**legalese** 120:11
**legally** 59:25
**legitimate** 129:4
**let's** 6:19 17:3
25:14 27:10,17
39:10,20 52:2
52:4,6,7 66:17
96:10 98:11
99:14 105:24
106:5 107:15
111:16 120:23
131:3 137:12
138:14 145:24
152:10 154:17
155:21 166:15
**letter** 31:12 53:7
53:8 104:21,24
**lettered** 40:9,13
**lettering** 107:7
**letters** 42:17
79:7 104:15,25
105:9 106:10
108:6
**level** 7:11 38:4
47:11 170:23

**level's** 32:15
**Lexington** 2:13
**liaison** 8:23
**limit** 94:24
105:13
**limitation**
124:24 135:8
**limitations** 42:6
42:13 43:11,14
43:19,23,25
44:6,25 45:2
45:12 62:21
107:18 108:10
**limited** 15:14
16:4 59:22
**Lindauer** 112:5
**line** 39:24 44:25
72:9 93:7
126:15 132:12
**lines** 116:17
154:11 170:18
**list** 154:22
**literally** 9:21,25
10:4 122:10
**litigation** 66:21
**little** 16:25 18:15
33:20 82:21
83:11 104:17
127:18 162:8
164:18
**LLC** 1:8,9,9
2:12 25:21,22
25:23 26:3,7
26:10,11 91:14
91:22 121:24
173:10
**LLP** 2:4,8,16,16
3:4,4,8,8 5:17
**LO** 130:23
131:3 132:10
160:14
**LO-legal** 70:23
73:8 136:16
138:24 160:15
**local** 124:22
125:3 147:15
**located** 61:13

**location** 161:15
**locked** 84:11,17
**log** 20:18,21
47:23 48:8,20
49:6,6 147:13
147:16 154:14
174:5,6
**log-in** 49:24
50:3
**log-in/log-off**
50:8
**logged** 49:8,12
**logs** 49:16
**long** 6:23 49:13
74:17 82:17,22
82:25 90:24
91:7 94:17,20
**longer** 8:20
34:24 122:13
136:23 155:19
**look** 61:18 88:13
133:11 153:2,6
155:18 169:13
**looked** 38:21
49:12 78:14,16
**looking** 17:2
35:22 37:2,3
37:17,24 38:16
41:13 79:15
88:9 89:11
102:22 139:10
149:3,24
**looks** 36:5 92:19
146:4 150:25
152:22 153:22
154:18
**Lori** 1:16 175:3
175:22
**lot** 13:21 17:12
17:21 64:9
77:14 113:16
142:23 152:23
157:5,9 167:4
169:6,8
**lower** 134:6
**luncheon** 98:2

**M** 2:18 3:14 5:2
**M-A-D-G-E**
91:16
**M-A-S-I-H**
158:25
**M-E-L-C-O-...**
157:24
**M-E-R-L** 65:6
**M-E-R-L-E**
65:7
**Madge** 1:4
91:16,24
173:12
**Madison** 2:5
7:15
**mail** 135:17
**mailbox** 70:2,13
130:23 131:12
131:16,17,21
132:10 136:17
160:14
**mailed** 117:16
117:18
**Main** 2:17
**maintain** 141:21
**maintained**
107:20 117:13
117:14
**maintains**
117:22
**maintenance**
142:2
**making** 32:9
77:17 106:11
**manage** 7:25
8:13,15,16,19
71:10
**management**
1:10,12 6:17
6:24 12:9,19
12:23 14:18
17:8 18:21
19:18,22 25:11
25:20 26:22
27:7 30:6
32:12,23 45:25
50:7 52:24

**M**

59:17 63:14,14
64:7 71:16
72:2 80:4 93:4
93:25 94:7,18
95:7,14 104:3
104:11,22
105:4,11,24
115:10 117:22
118:5,13
121:21 125:14
125:16,19
126:3 128:19
129:3 145:10
151:22 156:7
157:17 163:22
164:14 173:15
**Management's**
145:17
**manager** 56:2,3
72:16
**manager's** 72:17
**manages** 27:8
71:2 72:19
**managing** 8:2
**manner** 123:24
124:14,20
**manual** 53:16,17
53:23 54:3,9
54:20 86:16
89:4,8,18
114:19 133:23
136:7
**manuals** 114:13
115:5
**map** 29:3
**mark** 22:18
58:21 91:12
**marked** 22:24
91:25 92:14
118:6,9
**Market** 3:13
**marriage** 175:13
**Marshall** 1:14
3:12 23:22
**Masih** 158:21
159:11
**master** 14:17

171:15
**match** 88:10,16
**matching** 81:11
81:13 88:17
89:16
**math** 153:6
**matter** 5:18
57:21 175:16
**matters** 127:3
127:19,23
137:14
**MATTHEW**
3:17
**MC-0813**
118:15
**MCM** 7:2 8:21
8:23,25 9:2,11
9:13,16 10:3,6
10:9,12,23
11:5,21,23
12:2,11 13:17
16:2,9,22 17:6
18:3 19:2,10
20:5,17 21:2,8
21:13 22:11
24:2 27:7
29:15 31:20
33:2,13,15,17
33:22 34:10,11
34:15,19,24
35:6 38:13,14
39:8,15,16,23
40:2 41:3,5,7
42:14,16,19
43:2,15,17,24
44:3,23 45:9
45:19 46:24
47:8,18 52:5
53:15,17,21
54:9 55:3,17
61:25,25 62:18
62:24 63:21
64:18 65:12
66:25 67:21,22
68:7 69:13,19
73:6,11,20
74:8,13 75:8

80:25 81:15,20
81:20,24 82:13
82:25 84:24
86:21 87:8
96:6,8,24,25
98:14,18 99:5
99:16 103:20
105:15 108:19
108:19 110:21
111:7 115:13
117:14 119:8
121:6,6,21
122:22,22
124:8,16 125:2
129:7,16 130:2
130:3 131:12
133:11 134:12
135:12,15,19
136:3 138:6,17
138:17 139:7
139:21 140:7
141:24 142:16
142:17,21
143:5 144:23
144:25 146:4
147:22 148:3
151:5,9,12
156:16 158:4
160:8 163:15
169:2,24
**MCM's** 15:20
44:2 47:22
63:17 168:24
**MCM-0827**
119:24
**MCM-817**
139:9
**MCMCG.com**
70:25
**MCNALLY** 1:3
**mean** 10:23 11:2
12:18 14:5
16:20 20:6
26:20 28:8,14
29:4 31:19
33:9,11 34:9
36:13 39:24

42:5 43:16
45:8 47:6
60:12 61:16
64:24 66:19
70:10 72:25
73:11 75:23
76:20 82:9
89:5,8 94:6
107:11 110:11
119:23 123:9
123:14 124:11
128:21 131:25
143:14 147:24
150:7 151:13
151:18 153:15
157:7 160:12
160:21 167:6
167:15 168:9
168:13 170:25
**meaning** 13:18
15:15 66:11
68:20 78:14
83:13,14 85:4
87:11 89:6
103:24 104:23
122:10 124:16
131:16 148:9
149:4 161:20
169:17
**means** 36:7
93:13 123:6
158:18 165:10
168:11
**meant** 16:17
46:21 89:22
103:12
**mechanics** 68:13
**media** 48:9,12
48:15,21 49:2
49:5,15 65:22
66:2,3,5,8 67:7
67:15,15,16
68:2 79:18,21
109:5,6,13,17
109:25 110:4,8
110:12,13,14
110:16 160:18

164:11,13,22
164:23,25
165:13,18,19
165:23,25
167:3,17,18,21
169:11,14,17
169:25
**meet** 38:17
107:16 108:8
**meeting** 35:25
36:3 56:15
**Melconian**
157:23 158:6
**member** 75:12
75:15 76:6
78:13
**members** 111:9
**memo** 110:23
**memorialized**
14:24
**mention** 39:14
77:8 79:18
109:23
**mentioned** 17:9
19:14 30:24
38:16 42:4
45:13,21 61:9
63:4,8 65:23
67:6 72:23
78:10 79:23
81:6 92:14
100:24 109:4
110:5 136:6
138:24 161:13
168:24 169:8
170:10 171:9
**mentions** 121:14
**mer** 17:16
**merit** 134:19
**Merle** 65:5
**met** 5:15
**method** 70:11
**Mexico** 15:24
**middle** 24:7
**Midland** 1:8,8,9
1:9,12 3:13,15
6:17,19,24 9:4

9:6,7,8,10,13
9:15,17,19
10:4,7,8,11,19
10:20,22 11:2
11:3,4,6,6,21
11:24 12:2,8
12:10,12,15,18
12:19,23,25
14:18 16:10,16
16:17,23 17:6
17:8 18:21
19:18,21 21:14
22:21 23:4
24:2,22 25:4,9
25:10,19,21,21
25:22 26:3,7,7
26:10,11,20,20
26:21,21,24
27:4,5,6,12,22
30:6 32:12,14
32:22 39:9
43:4 44:24
45:10,20,25
49:11 50:6
51:25 52:24
53:8,21 55:3
59:17 62:25
63:4,13 64:6
73:4,6,9,11
83:15,18 85:13
91:14,22 93:4
93:24 94:7,18
95:6,14 101:23
103:18 104:10
104:22,23
105:4,10,11,24
106:9 107:21
109:14,16,18
117:21 118:4
118:13 121:16
121:20,24
122:9 128:8,19
129:3 145:9,10
145:16 146:8
150:20 151:21
151:23 152:2,4
152:7 156:7

157:16 163:16
163:21,21
164:6,14,21
173:10,14
**Midland's** 76:12
95:23
**Midland.com**
70:24
**Mike** 65:5
157:24
**million** 36:14
37:14 140:19
140:25 141:2,7
141:7 149:4
**minimum** 40:14
157:7
**Minnesota**
161:18
**minute** 10:17
**minutes** 23:7
118:17 162:19
162:23
**mischaracterize**
72:6
**misstating** 133:8
**mistake** 37:8
155:14,15
**misunderstan...**
103:11
**Mitch** 58:25
**Mitchell** 3:6
58:17
**mixing** 12:17
**moment** 56:24
92:3 111:6
122:8 161:14
**monetary** 98:18
107:17
**monitor** 125:2
**monitoring**
124:8
**monitors** 71:2
139:22
**month** 23:17
27:19,20 56:20
56:22 77:21
**monthly** 30:9

78:5
**months** 18:19
40:14,23 44:2
75:4 165:5
**MOORE** 1:4
**morning** 117:4
**MOSKOWITZ**
3:7
**motion** 28:18
**mouth** 28:4
116:15 117:18
143:23
**move** 138:14
139:9 145:24
146:13 154:17
**moved** 59:24
62:11 63:20
64:19
**moves** 62:8 90:6
**Moving** 32:18
126:18 132:12
141:16 144:17
146:11 152:20
**MRC** 122:5,7
**multiple** 56:22
102:6,21,23
117:6
**Murphy** 1:13
5:1,9 6:1,8 7:1
8:1 9:1 10:1
11:1 12:1 13:1
14:1 15:1 16:1
17:1 18:1 19:1
20:1 21:1 22:1
23:1,2 24:1
25:1 26:1 27:1
28:1 29:1 30:1
31:1 32:1 33:1
34:1 35:1 36:1
37:1 38:1 39:1
40:1 41:1 42:1
43:1 44:1 45:1
46:1 47:1 48:1
49:1 50:1 51:1
52:1 53:1 54:1
55:1 56:1 57:1
58:1 59:1 60:1

61:1 62:1 63:1
64:1 65:1 66:1
67:1 68:1 69:1
70:1 71:1 72:1
73:1 74:1 75:1
76:1 77:1 78:1
79:1 80:1 81:1
82:1 83:1 84:1
85:1 86:1 87:1
88:1 89:1 90:1
91:1 92:1 93:1
94:1 95:1 96:1
97:1 98:1 99:1
100:1 101:1
102:1 103:1
104:1 105:1
106:1 107:1
108:1 109:1
110:1 111:1
112:1 113:1
114:1 115:1
116:1 117:1
118:1,18 119:1
120:1 121:1
122:1 123:1
124:1 125:1
126:1 127:1
128:1 129:1
130:1 131:1
132:1 133:1
134:1 135:1
136:1 137:1
138:1 139:1
140:1 141:1
142:1 143:1
144:1 145:1
146:1 147:1
148:1 149:1
150:1 151:1
152:1 153:1
154:1 155:1
156:1 157:1
158:1 159:1
160:1 161:1
162:1 163:1,5
164:1 165:1
166:1 167:1

168:1 169:1
170:1 171:1
172:1,13 173:4
**mutual** 144:21
**mutually** 26:15

**N**
**N** 2:2 3:2 4:2 5:2
98:4,4,4 173:2
**N.A** 91:15,23
173:11
**name** 5:7 6:6
11:14 17:17
26:3,5,14,14
37:8,10 49:17
49:18,20 50:25
51:6,15 55:21
58:16 70:21
72:17 79:17
80:17 87:12
111:6,18
125:21 154:19
**named** 51:4
102:9 175:4,6
**names** 26:17
75:6 88:16
89:7 122:3
155:2,8 157:21
**naming** 130:2
138:17
**national** 15:19
**nationally** 127:8
127:23 130:6
**necessarily**
33:16 75:6
111:5
**necessary** 79:4
79:24 82:10
83:17 84:18
85:2,10 86:25
113:4 126:16
134:10
**need** 23:8 32:12
34:21 35:12,24
41:16 65:17,19
67:9 68:9,23
70:12 74:23
75:6 79:11

80:16 84:3,5
86:11 87:20
100:3 102:20
110:18,18
111:5 112:24
152:10 153:2,2
153:7,10,19
157:11 166:16
**needed** 26:14
69:18 101:19
157:4
**needs** 77:12 85:6
88:4 169:3
**negative** 72:3
**negotiate** 109:7
**negotiating**
82:24,24
109:12
**negotiation**
82:19
**negotiations**
109:12
**net** 150:11,15
**network** 156:19
**never** 41:15
50:13 69:14
**new** 1:2,9,15,15
1:18 2:5,5,10
2:13,13,17 3:5
3:9,9,16,16 5:4
8:20 15:15,16
24:23 25:4,22
26:6,10,21,25
27:13 32:23
33:3,17 34:13
34:15,16,22
35:11,13,15,21
38:23 39:13
46:3,4 51:25
52:6 55:7
61:18 62:10
66:4 73:2 83:6
83:25 84:2,2
84:18,19 85:13
85:24 86:4
97:4 99:9
110:7,7 113:12

113:15 114:5
122:15,18
127:7,22 130:6
148:10,10
149:13 156:20
156:22 157:5,9
157:13,19
169:13
**newer** 134:3
**non-collection**
123:2,5,13
**notaries** 116:13
**notarized** 90:12
**notarizing** 90:8
**notary** 1:17 5:3
90:14 116:18
116:21,22,23
172:19
**noted** 98:5
144:11 147:20
154:16 172:10
**notes** 158:14
**notice** 1:13
22:20 23:4,25
24:4 25:16
60:17 126:21
131:19
**notification**
104:22 138:3
**notify** 131:11
**Notwithstandi...**
152:6
**number** 15:8
18:18 21:18
64:9,13,15,21
64:23 76:19,23
77:11 78:4,9
91:17 93:8
96:11 98:24
101:23 112:13
135:10 140:24
147:25
**numbers** 17:25
18:18 79:7
81:13,14 89:7
141:11 148:25
151:18,18

## O

**O** 4:2 98:4,4,4
**oath** 4:15 24:15
98:9
**object** 14:10
93:20 113:22
**objected** 54:14
**objection** 14:2
25:6 41:11
45:4 46:15
66:14 127:11
164:2,19
166:21
**objections** 4:10
**obtain** 31:16
40:24 96:15
110:9 165:20
**obviously** 33:9
35:23 37:19
40:19 41:14,23
43:10 44:9
63:20 74:23
85:18 86:17
87:16 88:20
90:9 91:9
104:20 128:6
136:10,14
144:9 149:22
150:2,18
165:14 169:10
169:15
**occasions**
115:22
**occur** 59:21
136:2
**occurrence**
141:7
**occurs** 151:25
**officer** 4:15
**offices** 1:14
**Okay** 11:11
16:21 23:12
29:10 59:13
63:7 83:21
92:10 106:8
**old** 133:3
**once** 16:7 19:8

41:3 44:12
59:14 82:2
84:22 86:6
90:4,25 103:12
106:6 107:5
132:22 138:19
144:18
**one-year** 133:13
143:23
**ones** 12:24 75:19
76:11
**ongoing** 34:2
52:19
**open** 17:19 34:2
45:14
**opened** 33:15
**operates** 83:24
**operational** 32:3
38:18 75:16
**operations**
32:11 50:19,20
50:21,22 51:4
51:21 76:2
78:11 104:13
104:14 107:4
108:11,15
153:18 158:11
158:12 159:7
160:24,25
162:12,13
**operative**
133:10,15,19
**opine** 143:2
**opinion** 154:9
**opportunities**
13:13
**opposed** 11:5
46:22 48:12
150:9
**order** 109:17
110:13,14,19
154:7 156:8
165:2,18,23
167:17 168:6,8
168:9,12,16
**ordered** 165:16
166:2

**ordering** 166:7,8
167:21 168:2
**orders** 167:18
**organization**
51:11 101:12
103:22 104:9
158:8
**original** 117:18
**out-of-pocket**
152:7
**outcome** 175:15
**outside** 15:23
44:5 63:3,21
64:19 81:24
82:13,23 83:16
96:6 100:19
103:24 104:6
106:7,12
**outsourced**
10:13
**outsourcing** 7:8
**overseeing** 160:9
**owned** 9:4 10:11
**owner** 27:3
130:3 138:17
**Owners** 122:23
**Owners'** 121:6
**owns** 9:20 12:10
16:16 104:24
121:16

## P

**P** 2:2,2 3:2,2 4:2
5:2
**P-E-N-R-O-D**
51:16
**p.m** 98:3,5
155:24,24
163:2,2 172:10
**page** 24:7 92:6
92:12 119:24
120:5,25
123:19 126:18
139:9 141:16
143:20 144:17
145:24,25,25
146:12 154:25
171:18 173:3,7

174:3
**PAGE/LINE**
176:2
**paid** 63:5 95:6
  152:18 153:3
  161:22
**paragraph** 93:7
  96:11 123:20
  126:19 132:13
  132:25 139:10
  139:17 141:16
  142:9
**paragraphs**
  144:19
**paralegal** 72:16
  72:17,20
**paralegals** 71:4
  71:10,20 72:15
  72:19 100:5,13
  100:16,24
  101:3,18
  136:18 138:25
**Pardon** 139:6
**parent** 11:18
**parse** 132:25
**Parsippany** 3:5
**part** 45:7 101:9
  107:4 108:12
  109:11 111:21
  116:7 119:7,9
  124:12 142:7
  151:19 154:7
  158:6 167:20
**participate**
  17:11
**participates**
  102:8
**participating**
  56:15 109:3
**particular** 13:17
  15:15 31:6
  39:24 42:14
  45:2 51:20
  52:20 55:6
  57:13,20 59:14
  61:22 62:19
  63:15 65:12

66:18 67:2
  76:13 82:9
  83:2,19 84:23
  84:25 86:7,8,8
  87:2,21 94:17
  94:22 98:19
  103:5 104:19
  111:5,17
  112:23 115:7
  126:20 145:17
  146:12 147:25
  148:19 151:17
  156:8,21
  157:16,18
  161:14 163:19
  169:24 170:3
  170:25 171:6
**particularly**
  121:12
**parties** 4:5 10:14
  107:23 126:25
  130:3 154:23
  175:14
**partnership**
  38:19
**parts** 140:15
**party** 8:23
  107:21 175:9
**pass** 44:5 79:9
  106:19 108:4
**passed** 149:4
**passes** 60:2
  62:16 81:8
  89:3,10 90:5
  90:10 107:9
**password** 49:18
  49:21
**pay** 63:18 64:18
  109:15,17,18
  150:10 152:12
  152:13
**paying** 18:11
  41:23 63:11,13
  63:24 64:6
  106:2 145:11
  145:16 150:22
  152:9

**payment** 17:20
  31:11 40:24
  47:14
**pays** 150:20
  152:4
**peer** 51:2,10
**Pennsylvania**
  3:14 62:11
**Penrod** 51:14
**people** 7:25 8:12
  8:14 31:24,24
  55:20 57:19
  58:4 71:16
  72:2 76:16
  112:10
**percent** 11:18
  37:15,20,22
  38:6 60:9 64:3
  66:12 149:7
  152:2,8 153:4
  167:6,14,15
  171:4
**percentage**
  36:10,16,18,20
  37:3 60:5,6
  64:4,5 66:24
  67:3,13 96:25
  127:22,25
  128:3 130:7,18
  130:19 148:4
  148:15 149:9
  149:14,25
  152:5,13
  166:18 167:6,8
  170:22 171:2,8
**percentages**
  37:4 149:3
**perfect** 90:4
**perform** 12:3
**performance**
  35:23 36:5,6,7
  36:8 37:19,24
  38:3,15,20
  52:16,18,19
  57:4
**performing** 76:8
**performs** 9:3

37:25
**period** 18:13
  43:24 60:18
  77:25 143:24
  151:3
**Periodically**
  55:14
**permitted**
  142:12,20
**perpetuity** 95:9
  105:5
**person** 50:18
  89:6,11,11,12
  89:18 114:3,6
  159:2,16
  160:21,23
  161:7
**personal** 145:8
  145:14
**personally** 51:8
  55:12 56:6
  58:5 60:12,16
  65:2 78:8
  100:9 113:8
  128:2
**persons** 57:24
**perspective**
  71:17 72:2
**pertinent** 93:9
  93:14,23 94:2
  94:6 95:12
**Philadelphia**
  3:14
**phone** 31:13,15
  57:8,10 98:22
  104:15 106:11
**phrase** 56:21
  170:11
**physical** 164:15
**pick** 149:6
**piece** 110:12
  165:12
**pieces** 70:15
  90:20
**PIERRE** 1:4
**pin** 29:6
**Pine** 1:15 3:16

**place** 34:16,24
  35:10 36:14
  42:7 43:9
  44:18,21 57:8
  62:18 65:22
  66:5 99:5
  109:24 110:2
  111:7 113:3
  139:23 140:13
  143:8 145:4,22
  175:5
**placed** 16:10,17
  23:2 31:6
  36:22 37:4,5,8
  37:14 46:13
  47:5 57:3
  59:11,15,18,23
  60:3,25 61:21
  63:2 65:25
  66:3 104:11
  107:10 123:21
  127:9 128:9
  137:2 138:12
  166:10
**placement** 10:7
  62:16 110:10
  124:15 128:11
  166:2
**placements**
  46:20
**places** 69:13
**placing** 33:17,24
  34:4,5,11,20
  39:17 110:15
  165:21
**plaintiff** 26:25
  27:5 91:15,23
  96:14 173:12
**plaintiffs** 1:6 2:4
  2:9 5:18
**plaintiffs'** 22:19
  22:23 23:3
  25:17 91:20
  96:18 118:2,9
  173:7
**please** 5:7 6:6
  13:6 30:14

157:22
point 16:11
  57:12 117:7
  119:2 121:22
  147:5
policy 94:23
  95:2 105:17
  115:11
populate 80:22
  86:25
populated 80:15
  80:25 81:7
  88:23 91:4
populates 81:4
populating
  79:16 86:15
population 87:8
portal 48:9,12
  48:15,21 49:2
  49:5,15 65:22
  66:2,3,5,8 67:7
  67:16 68:3
  79:21 164:11
  164:13,16,25
  165:13
portfolio 16:7,8
  17:5,10,12
  39:9,12,23,25
  41:3 44:23
  45:9,19,22
  62:24 64:4,5
  64:10,13 102:3
  102:17 103:13
  103:17,19
  109:3 163:23
  169:4 171:17
portfolios 64:14
  103:10
position 75:7
possessed 96:7,8
possession 47:22
  66:22 81:17
possible 164:23
possibly 131:12
post-high 7:21
practicality 95:3
preanalysis

102:3
precisely 169:23
prefer 40:16
prepared 24:12
  74:24
prereview 88:22
prescribed
  151:3
presence 90:13
  116:23
Pressler 3:4,4,4
  3:4 34:14,14
  35:14,14 58:23
  58:24
presumably
  91:6
presume 11:4
  70:18 90:5
  117:12 155:3
  162:10
pretty 76:22
  94:21 113:15
  157:5
prevent 163:9
previously 38:13
  47:21 51:23
  62:23 78:10
  85:14 95:15
  102:2 105:4
  107:19
Primarily 16:4
primary 68:17
prior 19:7 39:16
  63:9,13 106:15
  110:15 132:16
  142:15,22
  166:2,4
privilege 147:7,9
  147:11,13,16
  153:25 154:3
  154:14,19
  174:5,6
proactive 165:8
proactively
  165:17,23
probably 6:5
  16:19 23:17

38:10 41:8
50:25 53:6
65:3 74:14
104:17 144:5
174:4
procedures
  53:13 114:23
  114:24 115:6
  124:21 133:4
  133:22
process 10:16
  13:3 19:7 21:4
  28:15 30:7,13
  43:8 47:4
  61:14 65:11,15
  68:5,8,11,19
  69:9,16,22,25
  70:13 71:16,19
  73:7,13,22
  77:9 78:16,20
  82:17,25 84:17
  84:21 86:20
  93:12,16 94:8
  100:10 102:8
  106:14,22
  107:6 109:4
  114:17 137:23
  138:18 139:21
  140:7 141:24
  141:25,25
  143:8 156:4
  159:20 160:6
  165:9 168:20
  169:16
processes 13:14
  102:23 120:10
  137:9 168:21
produce 54:2
  98:14 99:17
produced 11:13
  54:9,18 74:8
  91:18 96:24
  99:2 105:15
production
  74:18 147:17
program 125:7
  140:3,4 142:5

142:7
programmed
  82:4 84:9,12
programming
  80:13
prohibited
  154:23 155:7
promise 143:17
promised 163:6
proper 140:12
proprietary
  147:9,10 154:5
protected 44:21
  82:2
protocol 53:11
  114:15,19,21
protocols 52:25
  53:2 115:5
prove 112:24
provide 30:8
  52:24 64:15
  67:12 70:15
  71:17 87:7
  98:19 99:23
  101:24 110:23
  119:16 147:13
  147:16
provided 17:7
  17:22 18:3,6,7
  19:8 20:9,11
  23:20 48:5
  54:25 62:16
  81:14 106:19
  108:24 109:21
  119:17 167:17
provides 80:19
  124:4
providing
  148:12 165:9
Public 1:17 5:4
  172:19
publicly-traded
  11:17
Puerto 15:25
pull 20:18 88:15
pulling 79:21
pun 139:6

purchase 12:24
  14:15,16,22
  15:2,12 16:7
  65:25 95:18
  103:10 163:15
  164:3,8,24
  165:4,7,17
  166:24 167:20
  167:24 168:15
  169:16,21
  171:16 172:2
purchased 11:25
  12:5 14:13
  15:18 16:9
  17:6 19:8
  45:19 62:24
  103:18
purchases 9:23
  10:6 15:14
  16:22 21:8
  39:9 44:23
  45:9 163:22
  164:21
purchasing 10:3
  12:4 13:15,18
  21:13 109:3
  169:3
pure 36:17
purely 36:21
  149:24 151:23
purpose 14:25
  63:22 96:14
  132:21 134:9
pursuant 1:13
  13:23 23:25
  92:13
pursued 26:23
pursuing 107:24
put 28:4 67:16
  80:17 81:23
  95:21 103:5
  109:10 116:15
  117:17 143:22
  144:12 164:11
  164:24 167:25
putting 160:9

**Q**

qualification
94:5
qualify 10:24
question 4:10
5:21 17:13,15
23:19 25:13
43:21 49:10,22
50:5,13,14
51:13 64:24
77:13,15 78:9
83:11 85:23
87:23,24 94:8
96:21 103:15
103:17 106:4
107:15 127:20
130:18 141:11
150:23 152:22
166:13 167:5
168:16
questions 5:20
35:8 90:3 92:4
98:13 118:19
162:18,22
163:4,10
167:10 172:8
quickly 32:18
quite 133:3
quota 77:17

**R**

R 2:2 3:2 5:2
98:4 175:2
R-I-C-H 51:15
random 46:5,9
46:10 151:17
randomly 46:19
46:25
rate 37:20,22
read 93:20 96:11
120:25 122:21
124:3,12 130:8
132:24 139:15
139:16 141:19
141:20 142:11
143:21 144:19
170:13
reading 79:13
81:10 89:12

reads 90:16,22
ready 92:8
really 18:17 20:7
36:4 40:14
48:14 58:25
69:7 71:25
76:8 80:14
81:20 105:5
107:5 113:4
116:9 120:9
129:6 134:13
151:15 157:10
163:4 168:13
169:9 170:8
reask 103:14
106:4
reason 24:16
34:19 35:15
43:2 52:13
82:10 85:6
86:11 100:5
142:20 170:7
reasonable
117:9
reasons 40:18,19
recall 52:10 58:9
113:11 122:8
159:14
recalled 60:19
receipt 132:13
132:17 135:24
receivables
121:8,10,11
122:5,7
receive 20:11,12
20:13 29:17
35:6 45:13
60:17 65:20,21
66:3 131:21
134:20 161:3
163:24 166:11
167:23 171:3
171:10
received 105:8
134:12 138:19
165:16
receives 18:22

38:4 88:23
91:2 130:24
142:15 149:23
receiving 33:22
45:14 46:20
47:2 67:15
104:21
recess 59:6 98:2
155:23 162:25
recognize 127:2
record 5:8,15
6:7 10:21
19:22 54:17
59:9 92:14
95:22 96:2
97:8,10 116:8
118:8 119:23
120:25 122:21
124:4,13
139:16 143:20
156:2 175:11
Recordkeeping
141:17
records 18:25
19:9 49:6,11
79:18 81:12
89:16 93:10,15
93:24 94:2,7
94:12,17 95:3
95:7,12,13,15
95:24 105:5
141:22 142:2
recovered 36:19
recoveries
148:16
recovery 106:17
106:23 108:10
108:12 151:11
151:12 159:5,6
159:8,16
165:22 166:9
redacted 120:6
147:6,8 153:24
154:19
redaction
154:20
redactions

152:24 154:3
154:15 174:5,6
redefines 157:3
reduced 169:18
reducing 35:20
refer 6:20 7:2
10:22
reference 133:23
referring 11:5,9
12:20 25:10
69:7 92:17
100:16 120:20
144:21
refers 93:23
reflects 18:16
regarding 70:16
145:5 169:21
regardless
110:13
regards 58:2,3
regular 68:16
119:8,9 135:16
regularly 77:22
regulations
124:23
reimbursed
151:4
reimburses
151:9 152:2
reject 88:11
related 11:23
12:2 135:7
160:18
relating 123:3
127:3,19,24
137:14
relationship
9:10 13:25
14:7,8 34:3
113:5 126:16
relationships 8:2
13:9,20,22
relatively 43:24
relevant 35:21
143:12,14
155:10
rely 138:8

relying 138:11
remember 33:6
33:10 35:2,3
57:23 58:4
61:19 69:24
74:22 75:2
78:4 99:9
113:12 122:3,6
133:3,5 137:24
149:14,15
150:20 156:10
158:15,16,22
159:2,4 170:12
removed 141:14
renews 143:24
report 32:5
60:21 71:7
101:2 126:10
126:11,13,14
142:13,21
143:6 158:7
reported 31:9
Reporter 1:17
5:6
reporting 18:14
30:5,25 126:17
128:18 142:10
142:14 159:3
reports 31:18,20
31:22 32:2,6
71:15 143:5
represent 5:17
38:14 55:3
133:8
represented
38:13 175:10
represents 92:25
reps 166:25
171:10,13
172:3
request 65:20
66:25 67:18,20
68:6,9,22,24
69:20,22 70:16
72:9 73:4,8
74:18 78:20
86:23 99:24

131:6 132:2
143:10,13,14
144:10,11
147:17,20
154:16 160:5
160:20 161:9
166:15,18,19
167:19 168:22
170:17
**requested** 66:4
72:8 73:18
74:19 86:19
88:14,18
170:19 174:2
**requesting**
80:11 84:13
86:20
**requests** 54:12
131:22,24
144:16 159:19
160:9,10,13,18
161:2 164:16
**required** 31:3
110:8,12,22
114:14,16
138:2 139:23
142:3 147:15
165:18,19,25
**requirement**
30:5,25 140:18
140:22 141:13
**requirements**
77:10 156:8,23
168:24 169:2
169:24
**requires** 124:5
139:18 141:21
**reserved** 4:11
**resort** 40:16
**respect** 16:24
35:14 38:9
48:3 50:8
55:11 76:12
83:2 98:16
112:22 114:16
116:13 120:7
120:14 121:21

134:6 145:5
148:23 171:11
**respective** 4:5
**responsibilities**
13:12 76:5
**responsibility**
32:11 103:19
**responsible** 8:2
13:11 21:13
31:17,21 55:17
114:4 145:11
145:16 150:21
160:8 162:13
**rest** 134:23
**restriction** 69:13
**rests** 103:20
**result** 66:20
130:8
**resworn** 117:10
**retain** 105:14
**retention** 95:2
105:16
**return** 135:6
**returned** 79:10
136:3
**retype** 88:5
**revealing** 146:22
**review** 20:19
23:8,9 24:4
31:25 43:11
70:23 76:11
80:12 86:16
89:4,9,23,24
90:11 91:7
92:3,7 100:6
103:3 118:18
119:12 136:16
138:7,25,25
160:15
**reviewed** 24:10
32:6
**reviewing** 31:18
31:22 76:7
79:13,20,22,23
**reviews** 23:11
92:9 118:21
**Rhode** 6:13

**Rich** 51:14
78:10
**Rico** 15:25
**rid** 41:17
**right** 40:16
44:13 47:25
56:4 63:10
89:14 91:6
110:6 113:17
119:15 128:23
137:10 149:3
153:17 158:17
159:14 160:14
**risk** 42:11
125:13,16,18
126:2
**Rita** 157:23
**Road** 3:5
**ROBERT** 2:12
2:14
**Rochester** 2:17
**Ron** 58:21 146:4
146:6
**Rothman** 2:12
34:13,20,25
35:5 47:9
49:24 50:2
58:12,13,14
118:5,14
124:17 133:11
173:15
**rough** 52:10
64:4
**Rubin** 2:12
34:13,20,25
35:5 47:9
49:24 50:2
58:12,13 118:5
118:13 124:16
133:10 173:15
**rule** 22:20 23:3
**rules** 124:22
147:15
**run** 45:12 56:14
125:9
**runs** 125:11
**rush** 68:24

159:19 160:5
160:10,19
161:2

---

**S**

**S** 2:2 3:2 4:2,2
98:4,4,4
**S-E-L-I-P** 58:17
**S-H-A-N-E**
55:22
**S-H-I-P-M-A-N**
91:17
**sake** 85:19
**sale** 165:24
**San** 5:11
**saw** 11:14 23:15
**saying** 65:17
105:17 134:20
**says** 24:7 93:8
93:14 94:6
96:12 121:4,19
123:24 127:19
129:22 132:13
134:7 136:5
140:25 143:23
150:5,14
**schedule** 24:7
75:3
**school** 7:21
**Schwartz** 3:14
11:14 14:2,10
16:12,14 23:20
25:6 41:11
45:4,16 46:15
54:4,8,13,19
58:23 66:13
93:19 113:22
127:11 130:12
130:16 133:17
141:4,9 144:12
146:21 147:8
147:12,19
153:23 154:2,6
154:21 155:2,5
155:11,17
162:7,24 163:8
163:12 167:9
172:7 173:5

**Science** 102:9,10
102:15
**screen** 91:3,6
93:18 94:14
**screens** 89:14
**sealing** 4:6
**second** 46:21
122:20 123:19
**secondary** 60:4
62:15
**section** 143:21
144:17 150:24
172:4
**see** 25:15 54:15
54:17 88:14
92:20 93:10
96:19 123:21
124:6 126:22
127:5 132:19
139:12 141:17
141:22 144:21
146:14 153:3
**seek** 71:20
**seen** 23:13 54:7
89:13 118:23
118:24 119:3,6
**selected** 35:6
**selecting** 38:12
**Selip** 58:18
**seller** 17:8 18:22
19:2,19 20:12
20:16,20,22
21:2 65:20
69:3 73:15,19
74:7 81:15
88:21 95:25
105:9 108:20
108:22 161:10
163:15,25
164:6 166:14
166:25 168:3
168:18,19
169:4,25
170:16
**seller's** 168:19
**sellers** 109:8
161:8 167:5

169:7,8
**send** 30:19,20
41:20,24 42:2
42:15,17 46:2
61:6,7,25
65:16 66:5
70:8 86:23
87:18,21,21
88:7 100:7
128:13 138:2
160:22
**sending** 87:16
106:10
**sends** 31:12 81:3
**sense** 11:15
40:18,20 42:2
80:23 84:21
100:7
**sent** 31:20 61:24
88:11 104:25
105:10 106:18
107:21 117:19
138:4 163:23
167:24
**sentence** 93:21
126:24 129:23
132:16
**separate** 29:23
71:5 74:4 91:5
125:13 137:9
**separated**
137:10
**served** 31:16
**service** 12:12,14
**services** 9:2,4
10:10
**servicing** 12:9
40:3 104:23
**set** 79:2 83:23
86:7 175:18
**setting** 83:7
**settlement**
131:22
**seven** 94:24
141:22 142:3
**Shane** 55:21
114:5 157:14

**SHARKEY** 1:4
**SHEET** 176:2
**Shipman** 1:4
91:16,24
173:12
**shipped** 129:16
**short** 43:24
155:21 162:25
**Shorthand** 1:17
**shortly** 19:4
**show** 28:23 53:6
**shows** 28:25
**sign** 75:20 76:13
77:12 116:22
117:4,6,8
**signatory** 146:3
**signature**
145:25
**signed** 4:14,16
23:6 77:6,20
77:24 78:5,13
87:2 92:20
116:25
**significant**
105:20
**signing** 86:17
90:8 91:8
117:10
**signs** 90:13
116:17
**similar** 19:23
85:24 86:10
87:11 102:16
102:23 119:4
121:24 148:24
149:20 156:24
**similarly** 1:5
**simply** 37:12
108:14 137:22
**single** 14:24
83:14
**sit** 33:21 161:15
**site** 19:11,12
20:14 47:24,24
49:3,5 95:17
168:4,23
**sits** 44:21 115:3

**sitting** 41:10
**situated** 1:5
**situation** 38:9
61:12 96:4
129:13
**situations** 64:17
65:10
**six** 43:25 165:5
**size** 15:11
**Slamowitz** 3:8
58:15
**Slightly** 76:18
**slot** 43:5
**small** 60:4
121:23
**Smith** 88:2,3,6
88:13,14,15
**sneak** 143:18
**so-called** 161:2
**Social** 17:18
**sold** 67:22
**sole** 142:18
**sorry** 16:12
30:24 45:5
51:3,8,17 62:6
66:13 89:22
90:12 93:19
98:21 100:23
113:24 114:10
120:17 130:12
140:4 154:22
**sort** 13:23 14:9
47:24 52:25
53:10 77:9
87:24 94:24
96:21 143:25
157:2
**South** 91:15,23
173:11
**speak** 50:11
57:20 162:7
**specialist** 93:2,9
94:9 96:5
160:23
**specialists** 75:18
**specific** 57:23
70:11,13 83:19

114:3 118:19
126:8 159:9
169:18
**specifically**
86:22 126:2,6
126:19 139:10
148:2
**specifics** 56:23
124:25 146:22
**specified** 80:3
**speculate** 123:15
143:3
**spell** 6:9 125:21
**split** 151:20,23
151:25 152:17
**spoken** 58:5
**spreadsheet**
68:8,12,14,19
68:20 159:20
160:6,10 168:4
168:22
**St** 161:18
**stable** 76:22
**stamped** 118:15
**stand** 30:22
**standards** 44:2
**start** 39:20,21
84:13 106:2
120:23
**started** 146:10
**starting** 119:23
**state** 1:17 5:4,7
6:6 24:23 25:4
26:24 27:13
32:23 34:22
39:13 46:3,20
47:3 51:25
53:24,24 55:7
62:9,19 67:19
73:2 84:2,9
85:9,13,24
86:8 97:3
112:24 124:22
125:4 127:7
148:21 149:13
149:19 156:8
156:22

**stated** 95:12
136:23
**statement** 18:10
165:24
**statements**
17:23,24 19:24
19:25 48:17,17
48:24 166:17
**states** 1:2 15:21
15:24 16:4
44:11,14,16
45:22 55:9
69:9 126:24
133:13 135:16
148:9 149:9
**status** 30:20
142:13
**statute** 41:18
42:5,6,11,13
43:11,14,18,22
43:25 44:6,12
44:25 45:2,11
62:20 107:18
108:9
**stay** 46:23 103:6
103:25 108:5
108:14
**staying** 39:8
**stenographica...**
175:8
**step** 78:19 81:22
103:14 105:3
106:13,21
108:25
**steps** 16:23
102:21 106:23
125:2
**stick** 55:6
**STIPULATED**
4:4,9,13
**stopped** 18:11
63:24
**stops** 18:14
**straight** 39:19
**strategy** 40:3
62:15 110:11
**Street** 1:15 2:17

3:9,13,16
**strictly** 35:4
38:14
**strike** 82:20
**structure** 161:20
161:21,22,25
162:3
**struggling** 157:6
**stuff** 125:17
165:15
**Stylianou** 58:19
**subdivision**
21:12
**subject** 21:6
56:12 57:21
105:16 127:10
128:4
**subparagraph**
126:19,21
139:11,12
144:20
**Subscribed**
172:15
**subset** 34:6,8
108:13
**subsidiaries**
8:21 12:7,16
121:5,14,19,23
122:4
**subsidiary** 9:12
9:13,15,16
121:15,20
**substance**
116:11
**substantiate**
129:18
**substantiated**
136:13 138:19
**subtract** 150:11
**successful** 40:25
**sudden** 129:15
**Suite** 2:9,17
3:13
**summary** 28:18
29:24
**super** 169:15
**supervising**

112:2
**supervisor** 21:25
22:4
**support** 101:13
131:20 135:11
158:8 160:16
**supporting**
78:22 87:22
**sure** 6:22 7:4,25
10:18 11:16
13:7 14:11
25:15 29:2
30:15 32:9
35:22,24 36:8
37:17 38:7
39:18 41:16
42:10 43:6
44:12 61:15,17
62:22 68:16
70:4 74:24
75:12 79:3,5
81:6 83:22
86:4 90:3
102:18,20
103:16 105:19
126:14 134:15
136:11,14
144:13,14
147:19 153:18
162:24 164:5
164:20
**SVP** 22:14,15
**sworn** 4:14,16
5:3 87:3 90:11
90:12 116:18
116:20,22
117:3,8 172:15
175:6
**system** 20:18
30:16,17,19
79:2 80:4 81:5
81:23 82:2,4
84:11 88:8,16
88:19 89:3,9
89:10 91:3
94:14 95:22
96:2,6 109:11

115:14,16,20
124:8,11
167:25
**systemic** 79:9
81:7 86:13
88:9,25 89:17
89:24 90:4
**systemically**
153:16

---

**T**

**T** 4:2,2 98:4
175:2,2
**T-E-U-S-C-H**
55:23
**take** 37:13 45:17
57:7 58:10
74:17 78:19
83:8 92:3
103:14 105:25
106:23 107:15
108:25 111:7
113:2 120:23
122:14,18
125:2 143:8
145:22 155:17
155:21 161:14
**taken** 1:13 16:24
26:4,14 38:11
59:6,16 60:14
98:3 145:4
150:15 155:23
163:2 175:8
**takes** 9:19,20,25
10:5 82:18,22
83:2 90:24
91:7
**talk** 31:13 54:16
84:20 95:11
108:7,25 109:7
**talked** 46:17
47:12 52:16
57:4 60:3
62:15 67:10
75:16 84:15
86:12 93:16
108:2,18
109:10,23

110:17 111:15
128:15 130:23
134:15 136:17
148:15 150:19
156:4 163:16
164:10,20
165:11,18,22
167:22
**talking** 12:8,8
42:23 48:23
50:21 55:16
57:2,18 92:15
95:22 103:8,9
107:24 110:7
113:12 129:7
156:20 160:19
161:12 164:16
**target** 146:13
147:23 148:4
148:12,18
149:6,10,13
150:6,8
**targets** 13:18
147:2,3,5
148:9,16,17
**team** 7:25 8:12
8:14,18,22
21:12 32:3,7,8
32:11 38:25
39:4 71:4,8,15
71:18,25 72:14
74:15 75:13,14
75:16,25 76:2
76:5,17 77:3,7
78:14 100:22
100:23,25
101:9,15 102:5
102:14 103:2,4
103:22 109:3
111:8,10 113:7
114:9,10,12,14
114:15 115:6,7
115:18 120:17
120:18 125:9
138:24 140:11
143:11 153:9
153:12,13,18

158:5 159:6
162:14 169:6
**teams** 8:16
**telephone** 2:14
98:20 135:10
**tell** 16:25 56:10
75:10 100:3
110:8
**telling** 66:6
**template** 80:20
81:10 84:24
85:7 86:6 87:2
90:20
**templates** 80:6
84:8 85:22
**temporal** 77:25
94:24
**ten** 21:21,21,23
76:21 94:24
112:17,17,19
112:20
**tens** 15:9
**term** 16:8 28:13
80:2 133:12,13
143:21 150:6
153:14 159:7
168:12
**termed** 101:19
**terminated**
33:22
**terminating**
144:2
**terminology**
16:20 62:13
**terms** 17:15,24
19:25 71:25
82:24 93:22
120:11 167:22
**territories** 16:5
**testified** 5:5
131:5 163:14
**testify** 23:25
24:12
**testimony** 24:17
175:7,8
**Teusch** 56:17
**Teusch's** 55:24

thank 11:11
49:22 172:7,9
thereof 137:7
thereto 135:7
thing 39:14 42:4
77:8 80:3
96:12 110:4
124:3 125:15
139:15 141:20
153:23 166:23
things 17:18,20
17:21 18:2
20:2 28:19
31:9 36:2
38:19 41:22
42:3 44:13
45:15 48:18
57:5,6 60:3
74:25 79:6,8
79:17 89:2
98:11 120:13
131:22 140:6
156:3 160:16
160:17 163:19
171:7
think 9:16 15:25
39:21 40:8,11
40:22 43:8
55:23 58:15
68:12 69:8
77:14 83:10
93:21 99:25
109:4 112:9,21
113:23 134:4
143:12 150:18
152:25 153:10
153:19 156:17
159:9,16,19
162:20,22
164:20 165:11
166:13
third 8:23 10:14
92:5,11 107:21
107:23 154:23
third-party 8:3
8:4,7,13,17
10:13 30:7

33:2 107:12
115:10
third-party's
95:17
THOMAS 1:4
thought 26:4
103:9 137:8
159:24
thousand 99:11
99:13 149:6
151:16,19,22
151:25
thousands 15:9
15:10
three 23:18
40:14,23 54:24
76:21 162:19
threshold 98:17
99:4,8 107:17
108:9
thresholds 41:25
108:4
time 4:11 5:24
18:13,16 21:8
23:15 41:20
43:7,24 54:20
54:21,25 59:24
60:18 66:18
74:22,23 75:3
76:19,20 83:14
85:5 90:17,22
98:5 105:12,19
105:20 116:17
117:7,7,9
121:22 127:2,2
145:14 147:2,5
151:3 163:5
164:3,8,24
165:4,7,16
166:8 167:23
168:14 172:10
175:5
times 6:4 54:24
56:9,20,22
66:10 90:15
102:23 113:20
157:7,8

title 7:7 9:19,25
10:5 17:25
22:13 51:17
55:24 65:8
75:17 92:12
112:6 114:21
114:22 121:25
122:14 126:20
139:12 165:24
titled 163:16
titles 116:8
today 24:2,17
33:14,21 41:10
163:5
told 133:9 145:3
top 25:16 57:16
144:18 152:14
topics 24:8,10
24:13
total 36:21
96:25 112:13
totally 46:9
touch 44:22
touched 39:21
train 163:7,9
transaction 15:7
transcribed
175:9
transcript 175:5
175:11
transferred 15:7
46:13 47:10
95:19,20,21
96:3 103:21
transmit 20:16
132:9
transmitted
19:2,9,13 47:6
47:7,15,18
48:7,13,25
55:5 87:4 88:3
167:19 168:17
travel 74:24
trial 4:11 29:24
true 139:20
144:4 151:6
175:11

truthful 24:16
try 42:17 85:19
86:5 109:8
164:22
trying 33:6
40:24 47:7
66:19 77:23
99:25 113:19
132:25 133:3
150:14 158:15
168:8
turn 92:11 98:22
Turnpike 2:9
two 26:2 29:8
38:23 40:14,23
54:24 85:14
131:16 137:9
144:19 151:4
154:10 157:20
157:22 158:5
162:19,23
type 13:25 19:21
29:19 31:9
65:18 84:8,19
84:23 85:10,17
85:25 86:8
87:20 103:25
108:21 119:20
120:7 131:18
149:20 156:25
types 48:11
83:23 84:4,5
91:10 113:21
115:22,24,25
148:24 156:15
169:18
typically 111:8
157:15

_____

**U**

U 4:2 5:2
ultimate 39:5
151:11
ultimately 38:25
43:9 66:20
158:20 159:11
159:12
umbrella 12:21

unartful 127:18
unaware 169:23
170:2,2
uncollectible
60:22 62:4
underneath
146:17,19
147:21
understand
17:13 23:24
24:23 28:14
29:18 36:12
37:18 43:20
49:10 52:2
54:19 68:13
80:24 86:6
98:8 99:25
100:4 104:16
109:5 113:20
116:5,6 127:18
137:11 149:25
150:14 151:9
151:13 153:8
157:13 165:19
168:8 169:11
understanding
13:12 15:4
25:20 26:13,18
28:2,11 29:8
47:8 66:9,23
72:7 74:16
75:22 76:24
77:20,23 78:12
93:13 94:16
105:21 115:23
116:4 123:4,7
123:12 127:8
127:21 130:5
133:18 142:19
142:23 143:2,7
143:15 151:7
169:14
understandings
28:21
unique 148:18
United 1:2 15:24
16:4 135:16

universe 94:3
university 7:14
  7:15,20
unsued 59:25
updated 54:20
  54:23,25 136:6
  144:4 146:25
  174:4
upfront 20:9,11
  109:9 164:23
  167:23
ups 167:11
URL 70:20
use 27:10 28:13
  35:17,20 39:10
  52:3 72:3
  77:25 99:14
  100:23 168:12
user 49:17,18,20
uses 85:14
utilize 70:12

**V**

valid 137:18
  138:9 139:22
validity 129:11
  136:25 137:6
variable 82:6
  84:15
varies 20:22
  64:9 77:14
  91:9
variety 35:11
  41:13 47:15
  52:15 57:17
  61:6 168:3
various 84:3,4
  114:23 147:4
VAZQUEZ 1:5
vendor 160:23
verbal 111:2
verdict 29:24,25
verifies 142:2
version 118:25
versus 25:21
  29:19,23,24
  36:23 102:15
  149:10

volume 35:4,8
  36:2,10,17
  150:3
VP 51:4 65:9

**W**

waived 4:7
want 17:11 24:6
  28:4 29:6,7
  38:10 39:17
  42:10 43:6
  45:16 56:21
  69:8 72:6
  77:25 78:3
  93:25 100:4
  102:17,20
  112:16 116:14
  117:17 123:11
  133:12 134:15
  136:10,14
  139:16 143:2
  143:22 144:18
  147:13 150:24
  152:23,25
  155:14 156:3
  163:18 165:6
wanted 54:17
  143:6 162:10
Warner 1:14
  3:12
warranties
  166:25 171:10
  171:13 172:4
way 20:19 33:20
  48:10 53:14
  64:22 68:18,25
  69:15 72:3
  96:22 123:20
  137:21 143:3
  156:4 160:12
ways 87:15,25
  168:4
weekly 30:9
weeks 23:18
  151:4
weird 79:6
well-established
  169:9

went 153:6
weren't 90:3
WHEREOF
  175:18
WILLIAMSON
  3:6
willing 99:16
WILSON 3:7
wind 41:8
wish 92:7
withheld 142:17
witness 23:11
  45:18 69:19,22
  69:23 70:3,7
  70:12,15,16
  73:4,5,6,9,14
  73:15,18 74:6
  74:7,9,18,20
  74:24 75:7
  76:4 92:9
  98:14,19,21,25
  99:17,23 100:3
  100:4,5,8,10
  101:24 118:21
  130:17 131:6
  141:6 155:9,19
  159:25 172:9
  173:3 175:4,6
  175:12,18
witnesses 72:8
  159:19 160:17
wondering
  31:21 37:6
  49:11 50:18
  53:10 58:4
  66:22 98:17
  134:8 156:25
word 79:14
  129:10
words 10:6
  14:21 28:4
  48:22 85:12
  116:15 117:17
  127:17 143:22
work 9:7 38:22
  65:15 68:11
  84:6 85:21

89:19 118:25
  126:5
worked 39:16
  63:9 106:16
  108:6
working 52:5
  57:5 80:8 83:7
  128:8
works 55:8
  81:24 137:12
  146:7
worth 149:5
wouldn't 42:19
  43:2 44:5,15
  52:14 63:13,20
  91:10 108:10
  129:13 143:10
writing 18:17
  54:15 144:13
  169:19
written 13:24
  14:6,9,12 21:6
  21:10 115:6
  136:24 142:16
  142:22 167:19
wrong 18:15
  37:10,11
  133:16 143:13
  146:5

**X**

x 1:3,11 5:1,2
  6:1 7:1 8:1 9:1
  10:1 11:1 12:1
  13:1 14:1 15:1
  16:1 17:1 18:1
  18:18 19:1
  20:1 21:1 22:1
  23:1 24:1 25:1
  26:1 27:1 28:1
  29:1 30:1 31:1
  32:1 33:1 34:1
  35:1 36:1 37:1
  38:1 39:1 40:1
  41:1 42:1 43:1
  44:1 45:1 46:1
  47:1 48:1 49:1
  50:1 51:1 52:1

53:1 54:1 55:1
  56:1 57:1 58:1
  59:1 60:1 61:1
  62:1 63:1 64:1
  65:1 66:1 67:1
  68:1 69:1 70:1
  71:1 72:1 73:1
  74:1 75:1 76:1
  77:1 78:1 79:1
  80:1 81:1 82:1
  83:1 84:1 85:1
  86:1 87:1 88:1
  89:1 90:1 91:1
  92:1 93:1 94:1
  95:1 96:1 97:1
  98:1 99:1
  100:1 101:1
  102:1 103:1
  104:1 105:1
  106:1 107:1
  108:1 109:1
  110:1 111:1
  112:1 113:1
  114:1 115:1
  116:1 117:1
  118:1 119:1
  120:1 121:1
  122:1 123:1
  124:1 125:1
  126:1 127:1
  128:1 129:1
  130:1 131:1
  132:1 133:1
  134:1 135:1
  136:1 137:1
  138:1 139:1
  140:1 141:1
  142:1 143:1
  144:1 145:1
  146:1 147:1
  148:1 149:1
  150:1 151:1
  152:1 153:1
  154:1 155:1
  156:1 157:1
  158:1 159:1
  160:1 161:1

162:1 163:1
164:1 165:1
166:1 167:1
168:1 169:1
170:1 171:1
172:1 173:2
**X-E-N-I-A** 6:10
**Xenia** 1:13 5:9
  6:8 172:13
  173:4

**Y**

**Y** 5:2
**YCG** 61:22 74:2
**year** 25:5 27:11
  27:16,24 29:12
  30:11 35:3
  52:2 54:24
  56:9,21 77:21
  157:8
**years** 6:25 7:5
  94:24,25
  141:22 142:3
**YGC** 30:16,20
  30:22 31:2
  47:11,16 48:7
  48:18,19 60:16
  60:20,25 61:23
  65:16 66:6
  67:17,18,19,20
  67:25 68:17
  69:25 70:4,8
  78:22 79:12
  86:23 87:5,6
  87:11,15,17,25
  128:13 130:25
  131:13
**York** 1:2,9,15,15
  1:18 2:5,5,10
  2:13,13,17 3:9
  3:9,16,16 5:4
  15:15 24:23
  25:4,22 26:6
  26:10,21,25
  27:13 32:23
  33:3 34:13,15
  34:22 35:13,15
  35:21 38:23

39:13 46:4,4
51:25 55:7
62:10 73:3
84:2 85:13,24
86:4 97:4 99:9
110:7,7 113:12
113:15 114:5
127:7,22 130:6
148:10 149:13
156:20,22
157:5,9,13,19

**Z**

**0**

**02818** 6:13
**07054** 3:5
**0837** 118:16

**1**

**1** 22:24 25:17,17
  93:8 140:25
  141:7 173:8
**1:21** 98:5
**10** 60:8,9 66:12
  149:7
**10,000** 37:9
**10:15** 1:16
**10005** 3:16
**10016** 2:5
**10017** 3:9
**10168** 2:13
**11:19** 59:7
**11:33** 59:7
**11725** 2:10
**118** 173:13
**12:28** 98:3
**14** 145:24,25
**14-cv-00018-L...**
  1:7
**144** 174:4
**14614** 2:17
**147** 174:5
**15** 119:24
  146:12
**150** 3:9
**154** 174:6
**16** 8:14

**163** 173:5
**167** 173:4
**1700** 2:17
**17th** 2:13
**19103** 3:14
**1999** 7:17

**2**

**2** 91:21 140:19
  141:2,7 173:9
**2.2** 123:20
**2.2.1** 123:24
**2.3** 126:19
**2.3.1** 126:20
**2.4** 139:10
  141:13
**2.4.1** 139:11,24
  141:14
**2.4.5** 141:16
**2.4.6** 142:9
**2:27** 155:24
**2:48** 155:24
**2:56** 163:2
**2:57** 163:2
**20** 152:12
  172:16
**200** 42:12 43:5
**2000** 3:13 27:18
  27:20
**2006** 118:6,14
  118:25 133:2
  173:16
**2007** 7:5
**2008** 27:17
**2009** 52:6
**2010** 27:11,14
**2014** 6:2 27:17
**2015** 1:16 6:3
  22:22 175:19
**2018** 2:9
**210** 42:9
**21st** 3:16
**22** 173:8
**2300** 3:13
**25** 1:16
**25,000** 27:24
  28:3,6 29:12
  30:9 51:24

52:3,7
**25th** 175:19
**27** 118:6,14
  173:16
**275** 2:5
**28** 2:17

**3**

**3** 118:3,10
  173:13
**3:07** 172:10
**30** 83:8
**30(b)(6)** 22:20
  23:4
**30th** 22:21 23:5
**35** 76:18,20,21
  161:13
**380** 2:13

**4**

**4** 126:18
**4.1** 143:21
**42nd** 3:9

**5**

**5** 139:9 144:17
  173:4
**5.1** 144:20,24
**5.2** 144:20,25
**50** 15:21 37:15
  55:9 69:9
**50/50** 151:20
**500** 99:11,12
**500,000** 36:16
  37:15
**5036** 2:9

**6**

**6** 24:7 141:16
**60** 83:8

**7**

**7** 3:5
**750** 99:14,14,17

**8**

**8** 6:12 96:11
  143:20
**80** 167:6,14,15

171:5
**88** 1:15 3:16
**8875** 5:11

**9**

**9** 144:17
**91** 173:9
**92123** 5:12
**95** 171:4