# Exhibit H



BILL OF SALE

Closing Date: 09/20/2011

Chase Bank USA, N.A. ("Seller"), for value received and pursuant to the terms and conditions of Credit Card Account Purchase Agreement dated 11/30/2010 between Chase Bank USA, N.A. and Midland Funding, LLC ("Purchaser"), its successors and assigns ("Credit Card Account Purchase Agreement"), hereby assigns effective as of the File Creation Date of 09/14/2011 all rights, title and interest of Seller in and to those certain receivables, judgments or evidences of debt described in the Final Data File, entitled (Account's Primary File Name) attached hereto and made part hereof for all purposes.



Amounts due to Seller by Purchaser in hereunder shall be paid U.S. Dollars by a wire transfer to be received by Seller on (the "Closing Date") 09/20/2011 by 2:00 p.m. Seller's time, as follows:



This Bill of Sale is executed without recourse except as stated in the Credit Card Account Purchase Agreement to which this is an Exhibit. No other representation of or warranty of title or enforceability is expressed or implied.

With respect to account information for the Accounts listed in the Final Data File, Seller represents and warrants to Purchaser that (i) the Account information is complete and accurate; (ii) the Account information constitutes Seller's own business records and accurately reflects in all material respects the information in Seller's database; (iii) the Account information was kept in the regular course of business; (iv) the Account information was made at or near the time by, or from information transmitted by, a person with knowledge of the data entered into and maintained in the Seller's database; and (v) it is the regular practice of Seller's business to maintain and compile such data.

Chase Bank USA, N.A.

By: _____
Teresia Buxton

Date: 09/15/2011

Title: Operations Manager Sr.

Midland Funding, LLC

By: _____

Date: 9-19-2011

Title  **J. Brandon Black**
       **President**

# CHASE

## CLOSING STATEMENT

| | |
|---|---|
| AGREEMENT DATE: | 11/30/2010 |
| SELLER: | CHASE BANK USA, NATIONAL ASSOCIATION |
| PURCHASER: | MIDLAND FUNDING, LLC |
| FILE NUMBER: | Redacted |
| NUMBER OF ACCOUNTS: | |
| TOTAL UNPAID BALANCE: | |
| PURCHASE PRICE PERCENTAGE: | |
| PURCHASE PRICE: | |
| FILE CREATION DATE: | 09/14/2011 |
| CLOSING DATE: | 09/20/2011 |
| WIRING INSTRUCTIONS: | Redacted |

S&S000003

AFFIDAVIT OF SALE
OF ACCOUNT
BY ORIGINAL CREDITOR

State of New York, County of Nassau.

Martin Lavergne being duly sworn, deposes and says:

I am over 18 and not a party to this action. I am an officer of JPMorgan Chase Bank, N.A. and am authorized by Chase Bank USA, N.A. to execute this affidavit. In my position, I am aware of the process of the sale and assignment of electronically stored business records.

On or about 9/14/2011, Chase Bank USA, N.A. sold a pool of charged-off accounts (the "Accounts") to Midland Funding, LLC. ("Buyer") under a Purchase and Sale Agreement and a Bill of Sale between Buyer and Chase Bank USA, N.A. As part of such sale, electronic records and other records on individual accounts included in the Accounts were transferred to Buyer. These records were kept in the ordinary course of business of Chase Bank USA, N.A.

I am not aware of any errors in the Accounts. The above statements are true to the best of my knowledge.

Signed this 20th day of March, 2012.

_____
Martin Lavergne

Sworn before me this 20th day of March, 2012.

_____
(Notary Stamp)

NINA RANSCHBURG
NOTARY PUBLIC, STATE OF NEW YORK
QUALIFIED IN NASSAU COUNTY
REG. NO. 01RA6077971
MY COMMISSION EXPIRES JULY 22, 2014

Version 2.27.12

S&S000004