# Exhibit M

| Field | Field Data |
|---|---|
| C/O Account | ███████ 5291 |
| Account | ███████ 8468 |
| Name1 Last | AGOADO |
| Name1 First | DAVID |
| SSN Name1 | ███ 2108 |
| HomePhone | 0009401798 |
| Work Phone | 0008878877 |
| Street | 1203 AUGUST RD |
| City | NO BABYLON |
| State | NY |
| Zip | 11703 |
| C/O Date | 12/21/2009 |
| ContractDate | 12/2/2008 |
| DateLastPmt | 4/14/2009 |
| Sale Amount | 11428.9 |
| Original Lender | HOUSEHOLD FINANCE |
| DateOfBirth | ███ 1961 |
| CHoffamnt | 97S7.67 |
| AccrInt | 1671.23 |
| LastPayAmt | 214 |

Data printed by Midland Credit Management, Inc. from electronic records provided by HSBC Consumer Lending (USA) Inc. pursuant to the Bill of Sale / Assignment of Accounts transferred on or about 08/26/2011 in connection with the sale of accounts from HSBC Consumer Lending (USA) Inc. to Midland Funding LLC.

S&S000091