# Exhibit O

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------- X
DAVID AGOADO, LEEANN MCNALLY, CRAIG MOORE, CHRIS PIERRE, THOMAS SHARKEY, and DOREEN VAZQUEZ individually and on behalf of all other similarly situated,

Case No. 2:14-cv-00018-JMA-AKT

Plaintiffs,

-against-

MIDLAND FUNDING, LLC d/b/a as MIDLAND FUNDING OF DELAWARE, LLC, and MIDLAND CREDIT MANAGEMENT, INC., RUBIN & ROTHMAN, LLC, FORSTER & GARBUS LLP, COHEN & SLAMOWITZ, LLP, PRESSLER & PRESSLER LLP,

Defendants.
----------------------------------------------------------------- X

**AFFIRMATION OF DAVID COHEN IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

DAVID COHEN a partner at the law firm of Selip & Stylianou, LLP, affirms the following under penalties of perjury:

1. I am a member of the law firm of Selip & Stylianou LLP (formerly known as Cohen & Slamowitz) I am fully familiar with the facts and circumstances of the within action by virtue of my review of the file maintained by this office.

2. As I testified in my deposition, it is my regular custom and practice to review all documents and the client affidavit prior to filing suit and for default judgment.

3. With regard to the underlying collection action against David Agoado, I do not have a specific recollection as to what I reviewed, except that I am certain I followed my regular custom and practice of reviewing all documents and the client affidavit, and I have no reason whatsoever to believe that I did not review the documents and affidavit prior to seeking the default judgment.

263058527v.1

4. The documents available to this firm with respect to David Agoado include, but are not limited to, the documents included in the Affirmation of Joseph Francoeur as Exhibits D, F, G, H, I, J, K, L, M, and N.

Dated: New York, New York
       November 29, 2021

_____
David Cohen, Esq.