UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ X
DAVID AGOADO, LEEANN MCNALLY, CRAIG MOORE, CHRIS PIERRE, THOMAS SHARKEY, MADGE SHIPMAN, and DOREEN VAZQUEZ individually and on behalf of all other similarly situated,

Case No. 2:14-cv-00018-JMA-AKT

Plaintiffs,

-against-

MIDLAND FUNDING, LLC d/b/a as MIDLAND FUNDING OF DELAWARE, LLC, and MIDLAND CREDIT MANAGEMENT, INC., RUBIN & ROTHMAN, LLC, FORSTER & GARBUS LLP, COHEN & SLAMOWITZ, LLP, PRESSLER & PRESSLER LLP,

Defendants.
------------------------------------------------------------------------ X

## CERTIFICATE OF SERVICE

I hereby certify that on January 14, 2022, the undersigned served Defendant COHEN & SLAMOWITZ, LLP's (now known as Selip & Stylianou, LLP) Memorandum of Law in Opposition of Plaintiffs' Motion for Partial Summary Judgment and supporting papers with exhibits on all counsel of record via email.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Yours, etc.

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

By: ____/s/ Joseph L. Francoeur____
Joseph L. Francoeur
*Attorneys for Defendants,*
*COHEN & SLAMOWITZ, LLP*
150 East 42nd Street
New York, New York 10017-5639

266360502v.1

Tel.: (212) 490-3000
File No.: 11471.00008
Joseph.francoeur@wilsonelser.com