

Daniel S. Galan
Attorney

December 12, 2025

***VIA ECF***

Hon. William F. Kuntz II, U.S.D.J.
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      **Re:**    ***Agoado, et al. v. Midland Funding, LLC, et al.,***
              **14-cv-18 (WFK) (ST)**

Dear Judge Kuntz,

    We represent Defendant Forster and Garbus, LLP ("F&G"), in the above-referenced matter. Pursuant to the Individual Motion Practice and Rules of Judge William K. Kuntz II at II(C), F&G provided courtesy copies of its Proposed Findings of Fact and Conclusions of Law, and Responses to the other submissions, to this Court on November 4 and December 4, 2025. Dkt. at 392, 393, 400.

                        Respectfully Submitted,

                        Davidson Fink LLP

                        By: _____
                           Daniel S. Galan

400 Meridian Centre Blvd., Ste. 200 | Rochester, New York 14618 | 585-546-6448 davidsonfink.com
dgalan@davidsonfink.com | direct phone 585-760-7252 | fax 585-784-8984
Davidson Fink LLP does not accept service through email or fax